## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 4/14/2009 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to the indictment. Rule 16 conference 4/28/2009. Scheduling conference set for 4/21/2009 at 11:00 a.m. Status hearing set for 5/11/2009 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 4/14/2009 to 5/11/2009. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|