# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                                        Case No.: 1:08−cr−00888
                                                                  Honorable James B. Zagel

William F Cellini Sr, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2009:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 5/11/2009. Motion for leave to file brief in excess of fifteen pages under seal [82] is granted as to Rod Blagojevich. Attorney designation for trial due by 6/1/2009. Status hearing set for 6/1/2009 at 11:00 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 5/11/2009 to 6/1/2009. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.