IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No: 08 CR 888-1 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| ROD BLAGOJEVICH. *et al.* | ) | |

## MOTION FOR WITHDRAWAL OF APPEARANCE AS COUNSEL

I, Giel Stein, request to withdraw my appearance as counsel for Defendant Rod Blagojevich in the above-captioned case. This motion is filed by agreement of Mr. Blagojevich, who will continue to be represented by his three remaining trial attorneys with appearances already on file.

DATED: July 14, 2009.

                                              Respectfully submitted,

                                              By: /s/ Giel Stein_____
                                                  One of the attorneys for Defendant
                                                  Rod Blagojevich

Giel Stein
STEIN LAW GROUP LLC
P.O. Box 11462
Chicago, Illinois 60611
Phone: (312) 265-1110
steinlawgroupllc@gmail.com

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of Defendant Rod Blagojevich's MOTION FOR WITHDRAWAL OF APPEARANCE AS COUNSEL to be served on July 14, 2009, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filer.

/s/ Giel Stein

Giel Stein
STEIN LAW GROUP LLC
P.O. Box 11462
Chicago, Illinois 60611
Phone: (312) 265-1110
steinlawgroupllc@gmail.com