

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 8/13/2009 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

Enter order directing disbursement in the amount of $177,143.00 from the Friends of Blagojevich Campaign Fund for payment of fees and costs pursuant to the supplemental amended restraining order of June 20, 2009.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|