Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 9/4/2009 |
| **CASE TITLE** | United States vs. Rod Blagojevich | | |

**DOCKET ENTRY TEXT**

The court's minute order of 8/19/2009 directing the amount of $177,141.00 to be disbursed from the Friends of Blagojevich Campaign Fund, constitutes the disbursements to be made for June 2009 and July 2009. The disbursements for June 2009 and partial payment for July 2009 ( # 4174) have been disbursed and (# 4178) has been rescinded. The Clerk of Court is directed to make disbursements from the Friends of Blagojevich Campaign Fund in the amount of $70,379.00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|