# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 09/08/2009 |
| **CASE TITLE** | U.S.A. vs. Rod Blagojevich, et al | | |

**DOCKET ENTRY TEXT**

Sealed motion for release of funds [178] is granted as to Rod Blagojevich.

| | Courtroom Deputy Initials: | SB |
|---|---|---|