# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 11/23/2009 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to make disbursements from the Friends of Blagojevich Campaign Fund in the amount of $234,022.00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|