IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08CR888 |
| | ) | |
| | ) | Judge James B. Zagel |
| ROD BLAGOJEVICH | ) | |

## NOTICE OF MOTION

TO: Reid Schar
Assistant United States Attorney
219 S. Dearborn
Chicago, IL 60602

    PLEASE TAKE NOTICE that on December 16, 2009, or as soon thereafter as counsel may be heard, I will appear before Judge Zagel at 219 S. Dearborn, Chicago, IL and present Defendant's MOTION FOR DISCOVERY, in the above captioned case, at which time and place you may appear if you see fit.

                                                    Respectfully submitted,

                                                    /s/ Samuel E. Adam
                                                    /s/ Samuel F. Adam

Samuel F. Adam
Samuel E. Adam
Attorneys at Law
6133 S. Ellis
Chicago, IL 60637
Telephone (773) 752-6950
Facsimile (773) 752-0179

## CERTIFICATE OF SERVICE

    I certify the attached motion was served on December 11, 2009 via electronic filing.

                                                    /s/ Samuel E. Adam