# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                        Case Number:    08 CR 888

United States of America

    vs

Rod Blagojevich

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Rod Blagojevich

| | |
|---|---|
| NAME (Type or print) <br> Michael P. Gillespie | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>        s/ Michael P. Gillespie | |
| FIRM    Michael P. Gillespie, Ltd. | |
| STREET ADDRESS   53 West Jackson Blvd., Suite 1420 | |
| CITY/STATE/ZIP   Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6229314 | TELEPHONE NUMBER   (312) 726-9015 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL    X               APPOINTED COUNSEL