IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No.   08 CR 888 (01) |
| | ) | |
| ROD BLAGOJEVICH, *et al.,* | ) | Honorable James B. Zagel |
| | ) | Presiding Judge |
| Defendants. | ) | |

MOTION BY ALLAN A. ACKERMAN TO WITHDRAW AS ONE
OF THE ATTORNEYS FOR ROD BLAGOJEVICH

Allan A. Ackerman, Attorney at Law, seeks permission to withdraw as one of the attorneys for Rod Blagojevich.

1. Philosophical differences have developed between moving counsel and others representing Rod Blagojevich. Hence, Attorney Ackerman is no longer able to stridently participate in the defense of the accused.

Wherefore, it is respectfully moved that the court permit Allan A. Ackerman to withdraw as one of the attorneys for Rod Blagojevich.

Respectfully submitted,

s/Allan A. Ackerman
_____
Allan A. Ackerman

Allan A. Ackerman
Attorney at Law
2000 N. Clifton Avenue
Chicago, Illinois 60614
Telephone: 312-332-2891
Facsimile: 773-871-3304