IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No.   08 CR 888 (01) |
| | ) | |
| ROD BLAGOJEVICH, *et al.,* | ) | Honorable James B. Zagel |
| | ) | Presiding Judge |
| Defendants. | ) | |

NOTICE OF FILING

Please take notice that on January 14, 2010 we electronically filed the Motion of Allan A. Ackerman to withdraw as one of the attorneys for Rod Blagojevich.  The scheduled date for presentation of the motion is January 21, 2010 at 10:15 a.m. before the Honorable James B. Zagel.

Respectfully submitted,

s/Allan A. Ackerman

_____
Allan A. Ackerman

Allan A. Ackerman
Attorney at Law
2000 N. Clifton Avenue
Chicago, Illinois 60614
Telephone: 312-332-2891
Facsimile: 773-871-3304