IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08CR888 |
| | ) | |
| | ) | Judge James B. Zagel |
| ROD BLAGOJEVICH | ) | |

MOTION FOR LEAVE TO FILE AN EX PARTE MOTION UNDER SEAL

    Now Comes Defendant Rod Blagojevich, by and through his attorneys, Sheldon Sorosky, Samuel F. Adam, Michael Gillespie and Samuel E. Adam and moves this Honorable Court for leave to file an ex parte motion under seal.

                                            Respectfully Submitted,

                                            By /s/ Samuel E. Adam
                                            One of the Attorneys for Defendant

Samuel E. Adam
6133 S. Ellis
Chicago, IL 60637
(773) 752-6950