IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 888 |
| | ) | |
| ROD BLAGOJEVICH. | ) | Honorable James B. Zagel |
| | ) | |

**NOTICE OF MOTION**

TO:  Reid Schar
　　　Assistant United States Attorney
　　　219 S. Dearborn
　　　Chicago, IL 60602

　　　PLEASE TAKE NOTICE that on April 30, 2010 at 12:00 pm, or as soon thereafter as counsel may be heard, I will appear before Judge Zagel at 219 S. Dearborn, Chicago, IL and present Defendant's MOTION FOR THE COURT TO ISSUE A TRIAL SUBPOENA TO PRESIDENT BARACK OBAMA, in the above captioned case, at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sam Adam


**Sheldon Sorosky**
**Samuel E. Adam**
**Aaron Goldstein**
**Sam Adam**
**6133 South Ellis Ave.**
**Chicago, Illinois 60637**
**(773) 752-6950**

**Attorneys for Rod Blagojevich, defendant**

**CERTIFICATE OF SERVICE**

　　　I certify the attached motion was served on April 22, 2010 via electronic filing.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sam Adam