UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 888 |
| | ) | Hon. James B. Zagel |
| ROD BLAGOJEVICH, et al. | ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PRECLUDE TESTIMONY OF CONVICTED WITNESSES WHO HAVE NOT BEEN SENTENCED

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully responds to defendant Rod Blagojevich's Motion to Preclude Testimony of Convicted Witnesses Who Have Not Been Sentenced, as follows:

1. Defendant Rod Blagojevich argues the use of testimony from government witnesses who are convicted of crimes but not yet sentenced violates his due process rights. The defendant does not cite a single case holding that the use of such testimony, which is routine in federal courts across the United States, violates a defendant's due process rights.

2. The Seventh Circuit has found the use of such testimony proper. *United States v. Condon*, 170 F.3d 687 (7th Cir. 1999).

3. The defendant's argument goes to the weight the testimony should be given by the jury, not its admissibility. Indeed, Seventh Circuit pattern jury

1

instructions address this concept. *See* Seventh Circuit Pattern Instruction 3.13.

Accordingly, the defendant's motion to preclude the testimony of government witnesses who have not been sentenced should be denied.

                                      Respectfully submitted,
                                      PATRICK J. FITZGERALD
                                      United States Attorney


BY:   /s/ Reid Schar
        REID SCHAR
        CHRISTOPHER NIEWOEHNER
        CARRIE HAMILTON
        Assistant United States Attorney
        United States Attorney's Office
        219 S. Dearborn St., 3rd Floor
        Chicago, Illinois 60604

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PRECLUDE TESTIMONY OF CONVICTED WITNESSES WHO HAVE NOT BEEN SENTENCED

were served on April 27, 2010, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    s/Reid Schar
    REID SCHAR
    Assistant United States Attorney
    219 S. Dearborn Street
    Chicago, IL 60604
    (312) 353-8897