# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | May 13, 2010 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to make disbursements in the amount of $280,161.00 from the Friends of Blagojevich Campaign Fund.

*[Signature: James B. Zagel]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|