IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 888 |
| | ) | |
| ROD BLAGOJEVICH. | ) | Honorable James B. Zagel |
| | ) | |

**NOTICE OF MOTION**

TO:  Reid Schar
 Assistant United States Attorney
 219 S. Dearborn
 Chicago, IL 60604

    PLEASE TAKE NOTICE that on May 27, 2010 at 4:30 pm, or as soon thereafter as counsel may be heard, I will appear before Judge Zagel at 219 S. Dearborn, Chicago, IL and present Defendant's MOTION TO STAY THE PROCEEDINGS PENDING THE SELECTION OF A PETIT JURY IN ACCORDANCE WITH THE LAW in the above captioned case, at which time and place you may appear if you see fit.

                                                     Respectfully submitted,

                                                     /s/ Sam Adam

**Sheldon Sorosky**
**Samuel E. Adam**
**Aaron Goldstein**
**Lauren Kaeseberg**
**Michael Gillespie**
**Sam Adam**
**6133 South Ellis Ave.**
**Chicago, Illinois 60637**
**(773) 752-6950**

**Attorneys for Rod Blagojevich, defendant**

**CERTIFICATE OF SERVICE**

    I certify the attached motion was served on May 25, 2010 via electronic filing.

                                                     /s/ Sam Adam