MHL

**FILED**

5-25-2010

MAY 25 2010 AEE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

U SA

**Plaintiff(s)**

05-25-2010

Case No. 08 cr 888
Counter Claim
(410 Billion)

v.

Blagojevich

**Defendant(s)**

Counter Claim (410 Billion)
Exhibits

Ex.4    marriage of Myrick and Angela Beasley

Ex. 5   Statement of Angela Beasley; after Michael
        Reese Psychologist placed her in
        UIC psy. ward 1750 Taylor street
        after Angela Beasley gave birth to
        x Myjogia Diamond christal Beasley on
                December 15 2004

ε 6     motion to Strike Parents Motion of non
        Adoption;
ε 7     motion to strike continued
ε 8     Sticker obtained as proof of Filing in
        Governors office 7-25-08
ε 9     Adoption Notice of Filing by Petitioners
ε 10    Judge Fox-Gilis; Personal Delivery of Strikes
        prose;    Synnetta Ross Taylor Stamp
                                    Mutian-Byrd
                                    5-25-2010

Exhibit #4
08 Cr 888
USA vs Blagojevich

Counter-Suit
$10 Billion

# CERTIFICATION OF MARRIAGE

LICENSE NUMBER: 0304688-0

B E T W E E N

GROOM'S NAME: MYRICK     MONROE     BEASLEY
AGE: 23

A N D

BRIDE'S NAME: ANGELA     M.     TAYLOR
AGE: 20

O N

DATE OF MARRIAGE:     MARCH 04, 2003

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

I N   A
CIVIL     CEREMONY
B Y

NAME: ADAM D. BOURGEOIS JR.
OFFICIATE TITLE: JUDGE

A T

PLACE OF MARRIAGE: CHICAGO, ILLINOIS

DATE RECORDED:     MARCH 05, 2003
APPLICATION DATE:     FEBRUARY 26, 2003

This is to certify that this is a true and correct abstract from the official record
filed with the office of the Cook County Clerk.

10/01/2008     16:09

0495473

County of Cook
State of Illinois

**Office of County Clerk**
**David Orr**

DAVID ORR   COUNTY CLERK

COUNTY BUILDING
CHICAGO, ILLINOIS 60602-1304
This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

5-25-10 

COPY to be given to other parties

Exhibit 5

08 cr 888
Counter Claim

I want wanting to be here really
some one called the Hospital and
some one said I've been in a similar Psychiatr
Hospital before So they Bror Brought
to UIC after Delivering a BaBy
on Dec 15 on way home from Hospit
Micheall Reese Hospital on Dec 17
I wasn't able to come Home with Baby
Because surpose of in so given of person
I was Brought Here to UIC signed
myself in. I know I would Like to
Go Home with Tynnetta Maturia.
Mother. I wouldn't Really Like
to Be Here any Longer.

Angela Taylor Beasley

PS

*Ex 2125 b6*
*08CR888*
*Counter-Clair*
*in Billion*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – COUNTY DIVISION

In The Matter Of the Petition Of )                              70614
JOHN F. KENNEDY and )
SHERRI KENNEDY, )
              Husband and Wife, )     No. 06 COAD 280
TO ADOPT )
1. MYJOY ARLENE BEASLEY, and )
2. MYJOYIA DIAMOND CHRISTAIL BEASLEY, )
              Minors. )

**_MOTION TO STRIKE AND DISMISS_**
**_BIOLOGICAL PARENTS' MOTION_**
*(filed on 6-29-06)*

       NOW COME the petitioners JOHN F. KENNEDY and SHERRI KENNEDY (hereinafter "the Kennedy's") through their attorney Marta C. Bukata of the Chicago Legal Clinic, Inc., pursuant to 750 ILCS 50/1, et seq. (Illinois Adoption Act), and 735 ILCS 5/2-615 of the Illinois Code of Civil Procedure, and in support of their **Motion To Strike and Dismiss Biological Parents' Motion (filed on 6-29-06),** state as follows:

1. The children's parents are MYRICK MONROE BEASLEY and ANGELA MARIE TAYLOR-BEASLEY (hereinafter "Myrick" and "Angela" individually; and "biological parents" jointly), who are married to each other.

2. On June 29, 2006, this Honorable Court granted the Kennedy's Motion to Default the Biological Parents (for Failure to File an Appearance And/Or Respond to the Kennedy's Petition for Adoption) as to Angela only.

3. On June 29, 2006, Myrick filed his appearance and, concurrently with it, he filed a "Motion by (biological parents) for Tynnetta Muturi to recieve (sic) immediate custody of MyJoy and My Joyia Beasley". Myrick's "motion" proceeds to explain that Tynnetta Muturi (hereinafter "'Tynnetta") is the maternal grandmother of the children.

4. There are several fundamental defects in Myrick's "motion", both procedurally and substantively, including but not limited to the following, which render it substantially insufficient in law:

    a) Myrick did not obtain leave of court in order to file this "motion". He only had leave of court to file an answer to the Kennedy's petition for adoption and this "motion" does not even purport to be such.

1

*Exhibit 7*
*08-cr-888*
*10 B 1160*

b) The "motion" does not comply with the most basic and elementary requirements in format, i.e. proper caption, allegations of fact which lead to the prayer for relief, etc.

c) Tynnetta is nobody in these proceedings; she is not a party in this cause. In fact, she does not even have any standing in this adoption.

d) The biological parents are not the attorney for Tynnetta in order for them to file a motion on her behalf.

5. Even if the "motion" did not have any of the defects mentioned above, this Honorable Court would still not have any jurisdiction to make a custody award in this cause because the children have not yet been personally served.

WHEREFORE, John F. Kennedy and Sherri Kennedy, through their attorney Marta C. Bukata of the Chicago Legal Clinic, Inc., pray as follows:

A. That this Honorable Court strike and dismiss the *Biological Parents' Motion* as being insufficient in law.

B. For any further relief as this Honorable Court deems necessary and just.

CHICAGO LEGAL CLINIC, INC.

By Marta C. Bukata, one of the Kennedy's attorneys

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to said matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

Marta C. Bukata, Attorney at Law

*Marta C. Bukata*
*Chicago Legal Clinic, Inc. - #70614*
*2938 E. 91st Street*
*Chicago, Illinois 60617*
*(773) 731-1762*

2

Exhibit #8

08 cr 888

counter Claim
$10 Billion

**VISITOR**

**JRTC**
**Floor: 13th**
**Bureau: Crime Victims**

Tynnetta Taylor-Buyinza

Friday, July 25, 2008 1:17 PM

*Exhibit #9*
*08 cr 888*

*Counter-Claim*
*$10 Billion*
*In Jesus Name*

STATE OF ILLINOIS )
　　　　　　　　 ) SS
COUNTY OF COOK )

70614

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - COUNTY DIVISION

In the Matter Of the Petition Of          )
JOHN F. KENNEDY and                       )
SHERRI KENNEDY,                           )
　　　　　Husband and Wife,               )
TO ADOPT                                   )          No. 06 COAD 280
1. MYJOY ARLENE BEASLY                     )
2. MYJOYIA DIAMON CHRISTAIL BEASLEY,       )
　　　　　Minors.                          )

## NOTICE OF FILING

TO:　Myrick Monroe Beasley and Angela Taylor-Beasley
　　　C/o Tynnetta Muturi
　　　2961 S. Dearborn St., Apt., 703
　　　Chicago, IL  60616

FILED 2006 JUL 14 PM 3:01
DOROTHY BROWN, CLERK
CLERK OF CIRCUIT COURT
COUNTY DIVISION

　　　PLEASE TAKE NOTICE THAT on July 14, 2006, we filed with the Clerk of the Circuit Court

of Cook County, Illinois, a **MOTION TO STRIKE AND DISMISS (BIOLOGICAL PARENT'S)**

**ANSWER and FOR OTHER RELIEF; and MOTION TO STRIKE AND DISMISS BIOLOGICAL**

**PARENTS' MOTION (filed on 6-29-06)** on behalf of the Petitioner, copies of which are attached

hereto and hereby served upon you.

CHICAGO LEGAL CLINIC, INC.

_____
Marta C. Bukata
Attorney for JOHN F. KENNEDY and SHERRI
KENNEY

## CERTIFICATE OF SERVICE

　　　I, Marta C. Bukata, attorney for JOHN F. KENNEDY AND SHERRI KENNEDY, hereby certify that
I served the above described document(s) to the above referenced party(y)(ies) by depositing the same in
U.S. mail at 91st and Commercial, Chicago, Illinois, before the hour of 5:00 p.m. on July 14, 2006, with
proper postage prepaid.

_____
Marta C. Bukata

*Marta C. Bukata  #70614*
*CHICAGO LEGAL CLINIC, INC.*
*2938 E. 91st St.*
*Chicago, IL  60617*
*(773) 731-1762*

# CHICAGO LEGAL CLINIC, INC.

**South Chicago • Pilsen • Austin • Downtown**

*08 CR 888*
*Exhibit 10*
*108 million*

Most Rev. Thomas J. Paprocki, President
Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director *
Veda Dmitrovich
Laura SB Vallejo *
Ellen Moyle **
* Also admitted in Indiana

** Also admitted in Wisconsin

South Chicago Office
2938 E. 91st Street
Chicago, IL 60617

Phone (773) 731-1762
Fax (773) 731-4264
TDD (773) 731-3477

**PERSONAL DELIVERY**

July 14, 2006

Honorable Susan Fox Gillis
Daley Center - Room 1703
Chicago, IL 60602

Re:     The Adoption of MYJOY BEASLEY and MYJOYIA DIAMOND BEASLEY
          06 COAD 280

Honorable Judge Fox Gillis:

Enclosed please find courtesy copies of the following documents, which were filed today on behalf of the Petitioners in this cause, John F. Kennedy and Sherri Kennedy:

1. Notice of Filing;
2. Their Motion to Strike and Dismiss Biological Parents' Motion (filed on 6-29-06); and
3. Their Motion to Strike and Dismiss (Biological Parent's) Answer and for Other Relief.

Please be reminded that this matter is set for status on Thursday, July 27, 2006, at 2:00 p.m.

Respectfully,

Marta C. Bukata
Attorney at Law

Encls.

cc.     Mr. and Mrs. John Kennedy (w/ encls)
          Mr. and Mrs. Myrick Beasley (w/ encls)