# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **No. 08 CR 888** |
| | ) | |
| v. | ) | **Judge James B. Zagel** |
| | ) | |
| **ROD BLAGOJEVICH,** *et al.* | ) | |

## ORDER

The Court hereby orders the following procedures in connection with the trial in *United States v. Blagojevich, et al.*, 08 CR 888, scheduled to commence on June 7, 2010:

* Pagers and laptops will NOT be allowed in the courtroom. Small PDAs (with a QWERTY keyboard) are allowed for email use only, but must not be visible to the Court and/or the jury. No photos.

* Law Enforcement agents and attorneys on the case are permitted to bring cell phones, laptops, and pagers into the courtroom, but they must turn them off before entering the courtroom.

* Photographing and video or audio recording or transmission of court proceedings is prohibited.

* No beverages or food (other than water at counsel table or the witness stand) are allowed in the courtroom.

* No conversations or disruptive gestures are permitted in the courtroom.

* No interviews are permitted on the 25th floor or any other floor of the E.M. Dirksen U.S. courthouse other than in the lobby.

* Pursuant to General Order 07-001, dated January 9, 2007, no member of the media may solicit or conduct any on- or off-camera interview for broadcast or publication within the Courthouse lobby other than within the designated media area; this includes leaving the designated media area to film, photograph, or interview people passing through the lobby area.

* Media personnel will have lobby access until 6:15 p.m., or for 45 minutes after the Court has adjourned for the day, whichever is latest.

* The jury trial will generally begin at 9:30 a.m. Monday through Thursday. All spectators must be seated before trial begins.

* During the trial, the first bench behind the government's table is reserved for the government. The first bench behind the defendants' table is reserved for the defendants' legal team.

* Once the jury is selected, one bench will be reserved for news organizations that have reporters assigned to the courthouse on a full-time basis: Associated Press, Bloomberg News, Chicago Daily Law Bulletin, Chicago Sun-Times, Chicago Tribune, Daily Southtown, and WBBM-AM. Each organization is allowed one reserved spot in this row. Two additional rows will be reserved for other media personnel.

* An overflow room with live audio feed will be available during the trial.

* Failure to comply with these rules will result in removal from the courtroom.

**CONTACT:** If you have any questions regarding the guidelines, please contact Michael W. Dobbins at 312-435-6860.

_____
Judge James B. Zagel

Dated: May 27, 2010