# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                Case No.: 1:08−cr−00888
                                                                                  Honorable James B. Zagel

William F Cellini Sr, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 27, 2010:

      MINUTE entry before the Honorable James B. Zagel:As to Rod Blagojevich, status hearing held on 5/27/2010. Motion to continue trial is [373] is denied, alternatively, to preclude playing recordings before the Supreme Court rules on the constitutionality of 18 USC, section 1346 is continued. Government motion regarding summaries of voluminous records [383] is granted Motion to stay proceedings pending the selection of a petit jury in accordance with the law [390] is denied. Motion to supplement the motion to stay [390] [394] is granted. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.