IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No.  08 CR 888 (01) |
| | ) | |
| ROD BLAGOJEVICH, | ) | Honorable James B. Zagel |
| | ) | Presiding Judge |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Reid Schar
Assistant United States Attorney
219 S. Dearborn
Chicago, IL 60602

PLEASE TAKE NOTICE that on June 2, 2010, or as soon thereafter as counsel may be heard, I will appear before Judge Zagel at 219 S. Dearborn, Chicago, IL and present Defendant's MOTION TO CONTINUE, in the above captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

/s/ Sam Adam

Attorneys for the Defendant

Sheldon Sorosky
Sam Adam
6133 S. Ellis
Chicago, IL 60637
Telephone (773) 752-6950
Facsimile (773) 752-0179

## CERTIFICATE OF SERVICE

I certify the attached motion was served on June 2, 2010 via electronic filing.

/s/ Sam Adam