MHL

**FILED**
6-1-2010
JUN -1 2010 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff: USA

v.

Defendant: Blagojevich

Case Number: 08 cr 888
Judge: Zagel

counter-claim (suit $10 Billion)

**NOTICE OF MOTION**
continuation of exhibits #11

TO: USA Citizens/
Patrick Fitzgerald Atty./
Debra Riggs

PLEASE TAKE NOTICE that on June 3rd, 2010 at _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Zagel, or any judge sitting in his or her stead in Courtroom 2503 or as noticed of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

$10 Billion motions of counter-claim 08cr888 filings for: May 17, 2010 and Exhibits: May 25, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on before 6-3-2010 provided service to the person or persons listed above by the following means: by person or fax.

Signature: Lynnetta (Taylor Stanley) Muturi Bayinza    Date: 6-1-2010

Name (Print): Lynnetta Taylor Stanley Muturi-Bayinza

Address: 2940 S. State #501    Phone: msg 1-773-783-7031

Chicago, Illinois 60616

lynnetta@hotmail.com

Revised 3/9/09