# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:

United States v. Rod Blagojevich                                   08CR888

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Rod Blagojevich

NAME (Type or print)
Aaron Goldstein

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Aaron Goldstein

FIRM  Aaron Goldstein, Attorney at Law

STREET ADDRESS  6133 S. Ellis

CITY/STATE/ZIP  Chicago/IL/60637

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        TELEPHONE NUMBER
6273537                                         (773) 752-6950

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL    X                APPOINTED COUNSEL