IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2008 CR 888 |
| ) | |
| ) | Judge James B. Zagel |
| ROD R. BLAGOJEVICH, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTIONS**

On June 8, 2010 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel or any Judge sitting in his stead in Courtroom 2503, 219 South Dearborn Street, Chicago, Illinois 60604, and present the following motions: Defendant's Motion to Introduce Impeachment Evidence of Stuart Levine In Conformity with this Court's Prior Ruling (filed under seal Document No. 431); Defendant Rod Blagojevich's Motion to Dismiss Count 24 (False Statements) (Document No. 432); and Defendant Rod Blagojevich's Motion to Dismiss Based on the Violation of the First Amendment (Document No. 432).

/s/ Sam Adam
Counsel for Rod Blagojevich

**Counsel for Rod Blagojevich**
SHELDON SOROSKY
SAM ADAM
MICHAEL GILLESPIE
SAMUEL E. ADAM
AARON GOLDSTEIN
LAUREN KAESEBERG
6133 S. Ellis
Chicago, IL 60637
(773) 752-6950