Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 888 - 1 | DATE | June 15, 2010 |
| CASE TITLE | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to make disbursements in the amount of $281,047.00 from the Friends of Blagojevich Campaign Fund.

*[Signature]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|