# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  	Case Number:

United States v. Rod Blagojevich  	08CR888

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Rod Blagojevich

| | |
|---|---|
| NAME (Type or print) <br> Lauren Faust Kaeseberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Lauren Kaeseberg | |
| FIRM  Lauren Kaeseberg, Attorney at Law | |
| STREET ADDRESS   2140 N. Lincoln Park West, 307 | |
| CITY/STATE/ZIP   Chicago, IL 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6295132 | TELEPHONE NUMBER  773-517-0622 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL    X                APPOINTED COUNSEL