



MHN

# United States DistrictCourt
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

CLERK 312-435-5670

JUNE 24, 2010

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA -v- Blagojevich

U.S.D.C. DOCKET NO.   08 cr 888

U.S.C.A. DOCKET NO. :   10-2359

U.S.C.A. – 7th Circuit
R E C E I V E D
JUN 24 2010  GW
6-24-2010
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S):          1

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:                                  3

OTHER (SPECIFY):                  19 Sealed Items (Flash Drive)

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By /s/ D. Jordan,  Deputy Clerk