IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08CR888 |
| | ) | |
| | ) | Judge James B. Zagel |
| ROD BLAGOJEVICH | ) | |

DEFENDANT ROD BLAGOJEVICH'S
MOTION FOR MISTRIAL FOR REPEATED VIOLATIONS OF FEDERAL RULE OF EVIDENCE 611 (B)

Now Comes Defendant Rod Blagojevich, by and through his counsel and hereby files his Motion for Mistrial based on prejudicial remarks by the court during the proceeding. In support of said motion, defendant states the following:

1. The Court repeatedly sustained the Government's nearly continuous objections to the defense's cross-examination of Douglas Scofield to the extent that the defendant Rod Blagojevich was not permitted to develop evidence which would have affected the credibility of Douglas Scofield and denied to the defendant his Sixth Amendment Confrontation guarantee.

2. The Court commented in front of the jury stopping Attorney Aaron Goldstein by saying, "ask something appropriate".

3. The Court would not allow Attorney Aaron Goldstein to go into the witness' understanding of the word "legal," a word which appeared in the recording played by the government on direct examination.

WHEREFORE, defendant Rod Blagojevich respectfully requests this Honorable Court for a mistrial.

        Respectfully submitted,

        /s/ Sam Adam

Sheldon Sorosky
Sam Adam
Michael Gillespie
Samuel E. Adam
Aaron Goldstein
6133 S. Ellis
Chicago, IL 60637
(773) 752-6950

Attorneys for Rod Blagojevich, Defendant