UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 08 CR 888-1<br>Judge James B. Zagel |
| ROD BLAGOJEVICH | |

## DEFENDANT ROD BLAGOJEVICH EXHIBIT 15

FILED

JUL 2 8 2010
7-28-10
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT





# BLACK Chicago



## LIMITED EDITION

### Foreword By
### LINDA JOHNSON RICE

DEF Rod Blagojevich EX. 15