Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 8/17/2010 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

Jury trial held and concluded. Jury verdict of guilty as to Count Twenty-Four of the superseding indictment. Mistrial declared as to Counts One through Twenty-Three of the superseding indictment. Status hearing set for 8/26/2010 at 11:00 a.m. Post trial motions due by 9/14/2010. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 8/17/2010 to 8/26/2010. (X-T)

Docketing to mail notices.

.20

| | Courtroom Deputy Initials: | DW |
|---|---|---|