# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:08−cr−00888
                                                          Honorable James B. Zagel

William F Cellini Sr, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 26, 2010:

      MINUTE entry before the Honorable James B. Zagel:As to Rod Blagojevich, status hearing held on 8/26/2010. New trial date to be determined. Financial affidavit to be filed under seal. Motion(s) with respect to withdrawal of appearances due on or by 10/1/2010. Status hearing set for 9/8/2010 at 12:00 PM. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 8/26/2010 to 9/8/2010. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.