# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                     Case No.: 1:08−cr−00888
                                                        Honorable James B. Zagel

William F Cellini Sr, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 1, 2010:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 10/1/2010. Motion to withdraw as attorney [575] is granted in part and denied in part. Motion for judgment of acquittal [572] response now due by 10/14/2010. Status hearing set for 10/19/2010 at 12:00 PM. Order time excluded in the interest of justice pursuant 18:3161(h)(7)(A) from 10/1/2010 to 10/19/2010. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.