# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

November 8, 2010

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 10-3294

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| v. | No. 1:08-cr-00888 |
| ROD R. BLAGOJEVICH, et al., *Defendants-Appellees.* | James B. Zagel, *Judge*. |
| APPEAL OF: MAISHA I. HAMILTON | |

**O R D E R**

On consideration of the petition for rehearing, all of the judges have voted to deny rehearing.  It is therefore ordered that the petition for rehearing is **DENIED**.