UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:08−cr−00888
Honorable James B. Zagel

William F Cellini Sr, et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2011:

MINUTE entry before the Honorable James B. Zagel:Status hearing held on 2/23/2011. As to Rod Blagojevich, motion to lift protective order [602] is denied. Motion to present innocent intenr [608] is denied. Motion to produce witnesses for interview [610] is denied. Motion for extension of time to file additional pretrial motions [611] is granted. Motion to lift the protective order in its entirety [614] is denied. Motion to intervene [615] hearing set for 2/24/2011 at 11:30 AM. ailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.