IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 888 |
| | ) | Honorable James B. Zagel |
| ROD BLAGOJEVICH | ) | |

## NOTICE OF MOTION

TO: Reid Schar, Chris Niewoehner, Carrie Hamilton
Assistant United States Attorneys, 219 S. Dearborn, Chicago, IL 60602

PLEASE TAKE NOTICE that on March 22, 2011 at 2:00 p.m., or as soon thereafter as counsel may be heard, we will appear before Judge James B. Zagel at 219 S. Dearborn, Chicago, IL and present Defendant's sealed motion (Docket # 641) in the above captioned case, at which time and place you may appear if you see fit.

Respectfully Submitted,

/s/ Lauren Kaeseberg
One of the Attorneys for Rod Blagojevich

**Counsel for Rod Blagojevich**
SHELDON SOROSKY
AARON GOLDSTEIN
LAUREN KAESEBERG
ELLIOTT RIEBMAN
158 W. Erie
Chicago, IL 60654

## CERTIFICATE OF SERVICE

I certify the attached motion was served on March 22, 2011 via electronic filing.

/s/ Lauren Kaeseberg