UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 08 CR 888 |
| | ) Hon. James B. Zagel |
| ROD BLAGOJEVICH, et al. | ) |

**NOTICE OF MOTION**

TO: ECF Filers

   PLEASE TAKE NOTICE that on Thursday, April 14, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, we will appear before Judge Zagel in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present:

GOVERNMENT'S CONSOLIDATED MOTIONS *IN LIMINE*
IN ADVANCE OF RETRIAL

at which time and place you may appear if you see fit.

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

          BY:   /s/ Debra Riggs Bonamici
                    REID SCHAR
                    CHRISTOPHER NIEWOEHNER
                    CARRIE HAMILTON
                    DEBRA RIGGS BONAMICI
                    Assistant United States Attorneys
                    United States Attorney's Office
                    219 S. Dearborn St., 3rd Floor
                    Chicago, Illinois 60604
                    (312) 353-3741

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF MOTION

was served on April 11, 2011, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

BY:    /s/ Debra Riggs Bonamici
         DEBRA RIGGS BONAMICI
         Assistant United States Attorney
         United States Attorney's Office
         219 S. Dearborn St., 3rd Floor
         Chicago, Illinois 60604
         (312) 353-3741