# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 4/14/2011 |
| **CASE TITLE** | U.S.A. vs. Blagojevich, et al | | |

**DOCKET ENTRY TEXT**

As to Rod Blagojevich, status hearing held on 4/14/2011. For the reasons stated in open court, sealed motion [639] is denied. Sealed motion [646] is denied. Motion for discovery [649] is denied. Sealed motion [651] is denied. Motion in limine [657] is granted in part and denied in part. Motion to intervene and challenge the wholesale filings of pleadings under seal [659] is granted. Sealed motions [640] and [661] are stricken as they are responsive pleadings and not motions. Status hearing set for 4/18/2011 at 11:00 AM.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | SRB |
|---|---|---|