## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 4/21/2011 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

Voir dire begins.

Docketing to mail notices.

7:00

| | Courtroom Deputy Initials: | DW |
|---|---|---|