**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                            Case No.: 1:08−cr−00888
                                                                  Honorable James B. Zagel

William F Cellini Sr, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 20, 2011:

       MINUTE entry before the Honorable James B. Zagel:As to Rod Blagojevich, status hearing held on 5/20/2011. Jury trial reset for 5/25/2011 at 9:30 AM. Status hearing set for 5/23/2011 at 9:30 AM. Jury instruction conference to be held. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.