# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                                            Case No.: 1:08–cr–00888
                                                                           Honorable James B. Zagel

William F Cellini Sr, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 25, 2011:

      MINUTE entry before the Honorable James B. Zagel:As to Rod Blagojevich, jury trial held on 5/25/2011. Defense case begins. Evidentiary hearing held on 5/25/2011. Jury trial set for 5/26/2011 at 9:30 AM. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.