# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 888 - 1 | **DATE** | 6/27/2011 |
| **CASE TITLE** | UNITED STATES vs. ROD BLAGOJEVICH | | |

**DOCKET ENTRY TEXT**

Jury deliberations end. Enter judgment of guilty on jury verdict as to superseding counts 3, 5-13, 15, 18-23. Enter judgment of not guilty as to superseding count 17. On oral motion of the government, the forfeiture allegation is dismissed. Post trial motion deadline 7/25/2011. Response to post trial motion due 8/15/2011. Reply to response to post trial motions due 8/29/2011. Bond conditions modified to restrict travel to the Northern District of Illinois. Status hearing set for 8/11/2011 at 11:00 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|