IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08CR888 |
| | ) | |
| ROD BLAGOJEVICH | ) | Judge James B. Zagel |
| | ) | |

### MOTION TO PRESERVE JUROR QUESTIONNAIRES

NOW COMES Rod Blagojevich, by and through his counsel, and hereby requests that this Court preserve the completed juror questionnaires from trial. In support, Blagojevich states as follows:

Prospective jurors completed jury questionnaires prior to the *voir dire* in this case. Counsel for the government and the defense were permitted to review copies of the questionnaires in court but were not provided with copies.

The Court retained the original and only copies of the questionnaires. The defense now moves that the questionnaires of all prospective jurors be preserved and made part of the record in this case.

WHEREFORE, this Court should preserve and make part of the record the juror questionnaires completed by all prospective jurors in this case.

Respectfully Submitted,

/s/ Lauren Kaeseberg
One of the Attorneys for
Rod Blagojevich

**Attorneys for Rod Blagojevich**
SHELDON SOROSKY
AARON GOLDSTEIN
LAUREN KAESEBERG
ELLIOTT RIEBMAN
158 W. Erie
Chicago, IL 60654