UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 08 CR 888 |
| v. | ) Hon. James. B. Zagel |
| | ) |
| ROD BLAGOJEVICH, et al. | ) |

**GOVERNMENT'S STATUS ON SECURING DEFENDANT'S BOND**

The United States, by and through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits the following status regarding the securing of defendant Rod Blagojevich's bond, stating as follows:

1.  On June 27, 2011, defendant Rod Blagojevich was convicted of seventeen counts of a second superseding indictment charging wire fraud, extortion, and solicitations of bribes. After the return of the verdict, the Court modified certain conditions of the defendant's bond, including requiring the defendant to secure his bond by posting his personal residence as well as a second residential property owned by the defendant. The Court asked for a status on the issue of the secured bond in a week.

2.  On June 28, 2011, the government provided defense counsel a list of four items that the government needed in order to prepare the paperwork

1

necessary to post the two properties. These items include: (a) a current title report; (b) a current appraisal; (c) a mortgage statement; and (d) an insurance certificate.

3. On June 30, 2011, after inquiry from the government, defense counsel informed the government that they were working to get the paperwork together.

4. On July 5, 2011, after inquiry from the government, defense counsel informed the government that it was continuing to work on the necessary paperwork and would have an update for the government in several days.

5. The government will update the Court on the status of securing the bond by July 13, 2011. At that time, the government may request a date certain for the defendant to complete the posting of the two properties to secure the bond.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Reid Schar
REID J. SCHAR
CHRISTOPHER S. NIEWOEHNER
CARRIE E. HAMILTON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S STATUS ON SECURING DEFENDANT'S BOND**

were served on July 5, 2011, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Reid Schar
REID SCHAR
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
(312) 353-8897