

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

F I L E D

JUN 0 3 2011   MR
Jun 03 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Elliott Riebman

FIRM: Law Office of Elliott Riebman

STREET ADDRESS: 158 W. Erie

CITY/STATE/ZIP: Chicago, IL 60654

PHONE NUMBER: (847) 814-2900

ARDC NO. (If Member of Illinois State Bar): 6298092

☒ I am a member of the General Bar for the Northern District of Illinois

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

I currently have an appearance on file for the following active case(s):

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cr-888 | U.S. v. Blagojevich | James Zagel |
|  |  |  |
|  |  |  |
|  |  |  |

_____                         6/3/11
Attorney's Signature                             Date

Return completed form by FAX to 312-554-8512, Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604.