IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08CR888 |
| | ) | |
| ROD BLAGOJEVICH | ) | Judge James B. Zagel |
| | ) | |

### MOTION TO PERMIT ACCESS TO JURORS

NOW COMES Rod Blagojevich, by and through his counsel, and hereby requests that this Court permit defense counsel to contact and speak with members of the jury. In support, Blagojevich states as follows:

Prior to contacting members of the jury, counsel is required to obtain permission from the Court. At this time, in preparation of the post-trial motions in this matter, counsel may desire to speak with members of the jury. As such, counsel seeks permission to contact members of the jury as well as contact information for the jurors. It may be worth noting that after the first trial, the Court permitted defense counsel to speak with jurors from the first trial and facilitated the contact.

1

WHEREFORE, defense counsel should be given permission to speak to members of the jury, and the Court should provide counsel with the proper contact information.

Respectfully Submitted,

/s/ Lauren Kaeseberg
One of the Attorneys for
Rod Blagojevich

**Attorneys for Rod Blagojevich**
SHELDON SOROSKY
AARON GOLDSTEIN
LAUREN KAESEBERG
ELLIOTT RIEBMAN
158 W. Erie
Chicago, IL 60654