

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 15 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ROD BLAGOJEVICH ) | No. 08 CR 888-1 |
| ) | Judge James B. Zagel |

## FORFEITURE AGREEMENT I

Pursuant to the Court Order entered in the above-named case on July 15, 2011, and for and in consideration of bond being set by the Court for defendant ROD BLAGOJEVICH, being secured by real property, **ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH (husband and wife) and GRANTOR(S)** hereby warrant and agree:

1. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH warrant that they are the sole record owners and titleholders of the real property located at 2934 West Sunnyside Avenue, Chicago, Illinois and described legally as follows:

> LOT 24 AND THE SOUTH 20 FEET OF LOT 25 IN BLOCK 52 IN RAVENSWOOD MANOR, BEING A SUBDIVISION OF PART OF THE NORTH ½ OF SECTION 13, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

P.I.N: 13-13-121-031-0000

ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH warrant that there are two outstanding mortgages against the property.

2.  ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH agree that all of their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant ROD BLAGOJEVICH fail to appear as required by the Court or otherwise violate any condition of the Court's order of release.

3.  ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH further agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH understand that should defendant ROD BLAGOJEVICH fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4.  ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court. Further, ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH have executed a release in favor of the United States so it can be verified that all obligations relating to the property are paid currently.

5.  ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection

with the bond set for defendant ROD BLAGOJEVICH they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: July 15, 2011

_____
ROD BLAGOJEVICH
Surety/Grantor

Date: 7/15/11

_____
PATRICIA BLAGOJEVICH
Surety/Grantor

Date: 7/15/11

_____
Witness

**Prepared By and Return To:**
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

3