

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 5 2011 NF
JUL 15 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
)
v. )
)
)
ROD BLAGOJEVICH )
) No. 08 CR 888-1
) Judge James B. Zagel

## FORFEITURE AGREEMENT II

Pursuant to theCourt Order entered in the above-named case on July 15, 2011, and for and in consideration of bond being set by the Court for defendant ROD BLAGOJEVICH, being secured by real property, **ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH (husband and wife) and GRANTOR(S)** hereby warrant and agree:

1. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH warrant that they are the sole record owners and titleholders of the real property located at 1736 18th Street, NW Apartment 303, Washington DC and described legally as follows:

> PART OF LOT 174 IN SQUARE 133 IN THE SUBDIVISION MADE BY ERNEST G. WALKER AS PER PLAT RECORDED IN LIBER 74 AT FOLIO 98 OF THE RECORDS OF THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA.
>
> THE PART OF THE LAND BEING MORE PARTICULARLY DESIGNATED AS UNIT NO. 303 OF "THE WATERFORD CONDOMINIUM", ACCORDING TO THE DECLARATION OF CONDOMINION RECORDED MARCH 27, 1991 AS INSTRUMENT NO. 15747 AND THE BY-LAWS RELATING THERETO RECORDED MARCH 27, 1991 AS INSTRUMENT

NO. 15748 AMONG THE LAND RECORDS OF THE DISTRICT OF COLUMBIA AND AS PER PLAT OF CONDOMINIUM SUBDIVISION RECORDED IN CONDOMINIUM BOOK NO. 39 AT PAGE 44 OF THE RECORDS OF THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA.

SSL # 0133-2075

ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH warrant that there is one outstanding mortgage against the property.

2. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH agree that all their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant ROD BLAGOJEVICH fail to appear as required by the Court or otherwise violate any condition of the Court's order of release.

3. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH further agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH understand that should defendant ROD BLAGOJEVICH fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant ROD BLAGOJEVICH they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH agree that the United States shall file and record a copy of this Forfeiture Agreement with the Recorder of Deeds for the District of Columbia as notice of encumbrance in the amount of the bond.


6. ROD BLAGOJEVICH and PATRICIA BLAGOJEVICH hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: July 15, 2011

_____
ROD BLAGOJEVICH
Surety/Grantor

Date: 7/15/2011

_____
PATRICIA BLAGOJEVICH
Surety/Grantor

State of <u>Illinois</u>, County of <u>Cook</u> ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **Rod Blagojevich** and **Patricia Blagojevich,** husband and wife, personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and wavier of the right of homestead.

Given under my hand and official seal, this 15th day of July, 2011.

_____
NOTARY PUBLIC

Commission expires _____, Notary Public.
(date)    (name)

OFFICIAL SEAL
ANN BISSELL
Notary Public - State of Illinois
My Commission Expires Oct 01, 2013

**Prepared By and Return To:**
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604