UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 08 CR 888 |
| | ) | Hon. James B. Zagel |
| ROD BLAGOJEVICH | ) | |

### NOTICE OF MOTION

The undersigned attorney hereby certifies that the attached was hereby served on December 19, 2011, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and in addition, to the following individuals, via United States Mail:

Rod Blagojevich
2934 West Sunnyside Avenue
Chicago, Illinois 60625

Reid Schar, Christopher Niewoehner, Carrie Hamilton
Assistant United States Attorneys
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on December 22, 2011, at 10:15 a.m., if this Court deems necessary, or on an earlier date and time in accord with the schedule and docket of this Court, I will appear before the Honorable James B. Zagel in Courtroom 2503 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and present the attached:

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

a copy of which is attached and hereby served upon you.

Respectfully submitted,

s/Elliott Riebman_____

                                            ELLIOTT RIEBMAN
                                            One of the Attorneys for Rod Blagojevich
                                            158 West Erie
                                            Chicago, IL 60654
                                            (847) 814-2900

DATED: December 19, 2011