IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 888 |
| | ) | Honorable James B. Zagel |
| ROD BLAGOJEVICH | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Rod Blagojevich, in the above named cause, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the conviction and confinement ordered on the 7th day of December, 2011.[1]

/s/ Lauren Kaeseberg
One of the Attorneys for Appellant

COUNSEL FOR ROD BLAGOJEVICH
SHELDON SOROSKY
AARON GOLDSTEIN
LAUREN KAESEBERG
158 W. Erie St.
Chicago, IL 60654
(312) 640-1776

---

[1] As of the filing of this Notice of Appeal and Docketing Statement, the District Court has not yet publicly entered the Judgment of Conviction on the docket. Defendant hereby files this Notice of Appeal within fourteen (14) days from the final judgment entered on the date of sentencing.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 888 |
| | ) | Honorable James B. Zagel |
| ROD BLAGOJEVICH | ) | |
| | ) | |

## DOCKETING STATEMENT

Appellant Rod Blagojevich, by and through his attorneys, pursuant to Circuit Rule 3(c), hereby submits the following Docketing Statement contemporaneous with the filing of his Notice of Appeal in the above captioned case.

This is a direct appeal from a criminal conviction in federal district court. The criminal prosecution was brought pursuant to 18 U.S.C. §§ 371, 666(a)(1), 1001(a)(2), 1341, 1343, 1346, 1951(a). The jurisdiction of the District Court was authorized pursuant to Title 18 U.S.C. §3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to Title 28 U.S.C. §1291.

The Defendant was sentenced on December 7, 2011, in the United States District Court for the Northern District of Illinois Eastern Division.

Notice of Appeal was timely filed by Defendant on December 20, 2011.

                /s/ Lauren Kaeseberg
                One of the Attorneys for Appellant

## COUNSEL FOR ROD BLAGOJEVICH
SHELDON SOROSKY
AARON GOLDSTEIN
LAUREN KAESEBERG
158 W. Erie St.
Chicago, IL 60654
(312) 640-1776

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08 CR 888 |
| ) | Honorable James B. Zagel |
| ROD BLAGOJEVICH ) | |
| ) | |

### NOTICE OF FILING & CERTIFICATE OF SERVICE

To: AUSAs Reid Schar, Chris Niewoehner, Carrie Hamilton
United States Attorney's Office
219 South Dearborn
5th floor
Chicago, Illinois  60604

PLEASE TAKE NOTICE that on the 20th day of December, 2011, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant-Appellant Rod Blagojevich's Notice of Appeal and Circuit Rule 3(c) Docketing Statement in this case.

I, LAUREN KAESEBERG, certify that in accordance with FED. R. CRIM. P. 49, LR5.5, and the General Order on Electronic Case Filing (ECF), the Petitioner's Notice of Appeal and Circuit Rule 3(c) Docketing Statement, were served pursuant to the district court's ECF system as to ECF filers, on December 20, 2011, and if any, were sent by first-class mail or by hand deliver to non-ECF filers.

/s/ Lauren Kaeseberg
One of the Attorneys for Appellant

COUNSEL FOR ROD BLAGOJEVICH
SHELDON SOROSKY
AARON GOLDSTEIN
LAUREN KAESEBERG
158 W. Erie St.
Chicago, IL 60654
(312) 640-1776

3