UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 888-1 |
| v. ) | |
| ) | Judge James B. Zagel |
| ROD BLAGOJEVICH ) | |
| ) | |

### AGREED ORDER FOR MODIFICATION OF BOND

This cause comes before the Court on the oral motion of Rod Blagojevich, by and through his attorney, Aaron Goldstein for an order modifying the conditions of bond, and the parties being in agreement and the Court being fully informed. Accordingly, it is hereby ORDERED, DIRECTED and ADJUDGED:

1. That on July 15, 2011, Rod Blagojevich's bond was modified from a $4,500 own recognizance bond to a $450,000 secured bond. Said bond was partially secured by property located at 1736 18th Street, NW Apartment 303, Washington DC, and owned by the defendant and his wife;

2. That the defendant has been convicted, sentenced and ordered to surrender to the designated federal correctional institution to begin the custody portion of his sentence on March 15, 2012;

3. That the sureties now wish to sell the property located at 1736 18th Street, NW Apartment 303, Washington DC and currently has a buyer for said property;

4. That the United States and the defendant agree that the equitable value of this property is approximately $535,000 and that the sale of said property should be allowed by this Court;

5. That all proceeds due to the sellers from the real estate transaction be allowed to be held in a 1031 exchange account until the expiration of said 1031 exchange agreement. Further, no release of said funds shall occur without at least 48 hours prior written notice to the United States Attorney's Office, Northern District of Illinois, and concurrence of the United States Attorney's Office;

6. That the Clerk of the Court release the quit claim deed for the real property located at 1736 18th Street, NW Apartment 303, Washington DC to defense counsel, Aaron Goldstein to be given to the sureties;

7. That any liens or other encumbrances as it relates to this bond lodged against the real property located at 1736 18th Street, NW Apartment 303, Washington DC shall be released at the time of the real estate closing;

8. That all other conditions of the defendant's release remain the same until the defendant surrenders to begin the custody portion of his sentence and further orders that this Court shall retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order.

ENTER:

JAMES B. ZAGEL
United States District Judge

Date: December 19, 2011