CITATION IN CRIMINAL CASE - PENSION/401(k)

## Issued by the
# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | **THIRD PARTY CITATION TO DISCOVER ASSETS** |
| V. | CASE NUMBER: 08 CR 888 |
| ROD BLAGOJEVICH | |

TO: State Employees' Retirement System, 2101 S. Veterans Pkwy., P.O. Box 19255, Springfield, IL 62794; Attn: Tim Blair, Exec. Secretary

On December 7, 2011, the court entered judgment in favor of the United States and against Rod Blagojevich (SSN: XXX-XX-9905, D.O.B.: ▇▇▇▇▇▇) and it remains unsatisfied in the total amount of $21,800.00.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
| | | |

X YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 | January 26, 2012 at 9:30 a.m. <br> A timely written answer will make your personal appearance unnecessary. |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place, date, and time specified above: See attached rider.

| CERTIFICATE OF ATTORNEY | , Clerk of the District Court |
|---|---|
| The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on December 7, 2011 judgment was entered against the defendant in the amount of $21,800.00 in the United States District Court for the Northern District of Illinois in case number 08 CR 888, and the balance now due is $21,800.00. <br><br> *[signature]* <br><br> Melissa A. Childs, Assistant United States Attorney, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604; (312) 353-5331. | **THOMAS G. BRUTON** <br><br> *[signature]* <br> (By) Deputy Clerk <br><br> JAN 05 2012 |

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 1/6/2012 | State Employees' Retirement System, 2101 S. Veterans Pkwy., P.O. Box 19255 Springfield, IL 62794; Attn: Tim Blair, Exec. Secretary |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| State Employees' Retirement System | Fed Ex |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Janett Castillo | Affirmative Litigation Clerk |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that I am over 21 years of age and the foregoing information contained in the Proof of Service is true and correct.

Executed on __1/9/2012__
DATE

_____
SIGNATURE OF SERVER

219 S. Dearborn Street, 5th Floor, Chicago, Illinois 60604

ADDRESS OF SERVER

---

Notice to judgment debtor pursuant to the Illinois Code of Civil Procedure § 2-1402(b)

### CITATION NOTICE

In the United States District Court
for the Northern District of Illinois
219 S. Dearborn St., Chicago, Illinois

| United States, | Judgment Creditor |
|---|---|
| v. | |
| Rod Blagojevich, | Judgment Debtor |

Amount of judgment: $21,800.00
This citation is directed to: State Employees' Retirement System.

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment for criminal fines and restitution is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

Under federal law relating to the enforcement of judgments for criminal fines and restitution, the property exempt from levy is:
(1) **Wearing apparel and school books** necessary for the debtor or for his family;
(2) **Fuel, provisions, furniture, and personal effects** in the debtor's household, and for personal use, livestock, and poultry of the debtor, as does not exceed $8,370 in value;
(3) **Books and tools of a trade, business, or profession.** necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $4,180 in value;
(4) **Unemployment benefits** payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents).
(5) **Undelivered mail** to any person, which has not been delivered to the addressee.
(6) **Certain annuity and pension payments** under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.
(7) **Workmen's compensation** payable to an individual (including any portion thereof payable with respect to dependents) under a workmen's compensation law.
(8) **Judgments for support of minor children** required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children
(9) **Certain service-connected disability payments** payable to an individual as a service-connected (within the meaning of section 101(16) of title 38, United States Code) disability benefit.
(10) **Assistance under Job Training Partnership Act.** under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

(See 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.)

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

### Certificate of Mailing

I, Janett Castillo, certify that within three business days of service on the above-named third party citation respondent a copy of this citation to discover assets and citation notice were sent by first class U.S. Mail to the judgment debtor's last known address, which is [redacted]

_____

## Castillo, Janett (USAILN)

**From:** trackingupdates@fedex.com
**Sent:** Friday, January 06, 2012 1:48 PM
**To:** Castillo, Janett (USAILN)
**Subject:** FedEx Shipment 797915905131 Delivered

---

This tracking update has been requested by:

Company Name:    USDOJ/US ATTY OFC
Name:            U.S. ATTORNEY'S OFFICE-FLU
E-mail:          Janett.Castillo@usdoj.gov

---

Our records indicate that the following shipment has been delivered:

Reference:                   888b
Ship (P/U) date:             Jan 5, 2012
Delivery date:               Jan 6, 2012 1:44 PM
Sign for by:                 A.RAINIS
Delivery location:           SPRINGFIELD, IL
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      0.50 lb.
Special handling/Services:   Direct Signature Required
                             Deliver Weekday
Tracking number:             797915905131

Shipper Information                Recipient Information
U.S. ATTORNEY'S OFFICE-FLU         State Employees Retirement System
USDOJ/US ATTY OFC                  Attn: Tim Blair, Exec. Secretary
219 South Dearborn Street          2101 SOUTH VETERANS PARKWAY
5th Floor                          PO Box 19255
Chicago                            SPRINGFIELD
IL                                 IL
US                                 US
60604                              62794


Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:48 PM CST on 01/06/2012.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.