

**THOMAS G. BRUTON**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



312-435-5670

January 18, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA v. Blagojevich

U.S.D.C. DOCKET NO. : 08cr888-1

U.S.C.A. DOCKET NO. : 11-3853

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| ELECTRONIC VOLUME(S) OF PLEADING(S) | 1 Flash Drive |
| PHYSICAL VAULT ITEMS: | 2 |
| ELECTRONIC VAULT ITEMS: | 1 Flash Drive |
| OTHER (SPECIFY): | |
| SPECIAL NOTE: | |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By:_____
G. Lewis, Deputy Clerk

U.S.C.A. – 7th Circuit
R E C E I V E D

JAN 1 8 2012 RMS

GINO J. AGNELLO
CLERK