# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 14, 2012

**Before**

**William J. Bauer,** *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 11-3853              v.<br><br>ROD R. BLAGOJEVICH,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:08-cr-00888<br>]<br>] James B. Zagel, Judge. |

<u>O R D E R</u>

On consideration of the "MOTION TO SUBSTITUTE APPOINTED COUNSEL FOR APPEAL AND TO STAY BRIEFING ON APPEAL" filed by defendant-appellant Rod Blagojevich on February 2, 2012,

IT IS ORDERED that the motion is GRANTED.

Attorney Leonard Goodman is appointed to represent defendant-appellant Blagojevich in this appeal in place of attorney Sheldon M. Sorosky who is DISCHARGED from responsibility in this appeal.

IT IS FURTHER ORDERED that briefing is SUSPENDED pending further court order. Attorney Goodman is DIRECTED to file, on or before March 30, 2012, a Status Report detailing what progress has been made as to the completion of the trial transcripts.