UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> ROD BLAGOJEVICH, ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> GENERAL ASSEMBLY RETIREMENT ) <br> SYSTEM, ) <br> ) <br> Third Party Citation Respondent. ) | No. 08 CR 888 — 1 <br><br> Judge James B. Zagel |

## TURNOVER ORDER

This matter is before the Court on the United States' motion for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on December 7, 2011. As of January 25, 2012, the defendant has an outstanding balance of $21,800.00.

2. A citation to discover assets directed to respondent, General Assembly Retirement System, was issued on the judgment on January 5, 2012 and was served on January 6, 2012 with statutory notice to the defendant.

3. Respondent answered the citation on January 10, 2012. In its answer, respondent stated that, at the time the citation was served, respondent had in its possession or under its control, $129,167.86 in a refund of contributions to a retirement plan belonging to the defendant, Rod Blagojevich. Based upon respondent's answer, the United States is entitled to $21,800.00, which

represents the non-exempt portion of the funds being held by the General Assembly Retirement System that will satisfy the judgment debt. *See* 18 U.S.C. 3613(a).

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. It is therefore,

ORDERED that respondent, General Assembly Retirement System, liquidate securities as needed to submit $21,800.00 to the Clerk of the Court for the Northern District of Illinois, which represents defendant's nonexempt interest in the funds in respondent's possession.

ENTER:

_____
United States District Judge

Date: 29 Feb 2012