```
 1          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
 2                  EASTERN DIVISION

 3  UNITED STATES OF AMERICA,    )
                                 )  No. 08 CR 888
 4          Government,          )
                                 )
 5  vs.                          )  Chicago, Illinois
                                 )
 6  ROD BLAGOJEVICH,             )  June 2, 2010
    ROBERT BLAGOJEVICH,          )
 7                               )
            Defendants.          )  10:47 o'clock a.m.
 8
                       VOLUME 1
 9              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JAMES B. ZAGEL
10                    AND A JURY

11
    For the Government:
12
              THE HONORABLE PATRICK J. FITZGERALD,
13            UNITED STATES ATTORNEY
              BY:  Reid J. Schar
14                 Carrie E. Hamilton
                   Christopher Niewoehner
15            Assistant United States Attorneys
              219 South Dearborn Street
16            Suite 500
              Chicago, Illinois 60604
17

18

19
    Court Reporter:
20
              Blanca I. Lara, CSR, RPR
21            219 South Dearborn Street
                    Room 2504
22             Chicago, Illinois 60604
                  (312) 435-5895
23

24

25
```

```
 1  APPEARANCES  (continued:)
 2
    For Defendant Rod Blagojevich:
 3
            KAPLAN & SOROSKY
 4          BY:  Sheldon M. Sorosky
            158 West Erie
 5          Chicago, Illinois 60610
            (312) 640-1776
 6
            LAW OFFICE OF SAMUEL E. ADAM
 7          BY:  Samuel Forbes Adam
                 Samuel Adams, Jr.
 8          6133 South Ellis Avenue
            Suite 200
 9          Chicago, Illinois 60637
            312-726-2326
10
11          OFFICES OF AARON B. GOLDSTEIN
            BY: Aaron Benjamin Goldstein
12          6133 South Ellis
            Chicago, Illinois 60637
13          (773) 752-6950
14          OFFICES OF LAUREN FAUST KAESEBERG
            BY:  Lauren Faust Kaeseberg
15          2140 N. Lincoln Park West
            Suite 307
16          Chicago, Illinois 60614
            (773) 517-0622
17
            LAW OFFICES of MICHAEL GILLESPIE
18          BY:  MICHAEL GILLESPIE
            53 West Jackson Boulevard
19          Suite 1420
            Chicago, Illinois 60604
20          (312) 726-9015
21
22
23
24
25
```

3

```
 1  APPEARANCES   (continued:)

 2

 3  For Defendant Robert Blagojevich:

 4          ETTINGER, BESBEKOS, PARISI
            BY:  Michael D. Ettinger
 5               Cheryl Ann Schroeder
            12413 South Harlem
 6          Suite 203
            Palos Hills, Illinois 60453
 7          (708)598-1111

 8
            Edelman, Combs, Latturner & Goodwin LLC
 9          BY:  Robyn S. Molaro
            120 S. LaSalle
10          Suite 1800
            Chicago, Illinois 60603
11          (708) 598-1111

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

INDEX OF EXAMINATION

WITNESS                                                    PAGE

  (The following proceedings were had in
  the jury room in the presence of the
  prospective jurors:)
  By the Court............................ 5


EXHIBITS

  .............................................

1     (The following proceedings were had in the
2       jury room in the presence of the
3       prospective jurors:)
4         BY THE COURT:  I am Judge Zagel.  I am one of
5  the reasons you're all here today.  The first thing
6  I want to tell you is, I want to thank you, every
7  one of you, for coming here today.  The system can't
8  work without you, and you have not only the thanks
9  of the court but you have the thanks of all the
10 participants in the case.
11        One thing I want to tell you is, under the
12 rules of law, I can't answer anybody's individual
13 question today.  At the time you are called, you
14 will be talked to individually and at that time you
15 can raise anything you want to raise with me.
16        There's one thing that is very important for
17 you, because it applies to you now and it applies to
18 you until such time that this process is over for
19 you, and that is, you may no longer read or pay any
20 attention to or listen to any reports with respect
21 to the case entitled United States versus
22 Blagojevich.
23        Now, that may, under certain circumstances,
24 be difficult to do because you could be watching
25 television and a report comes on and it's not

announced. What you have to basically do is change the channel or turn the set off. And the same thing is true over anything you see in newspapers.

You should also know that in the jury process, you will be identified by number. The reason you'll be identified by number is not because of any danger to you or because of any other kind of difficulty, but simply because in today's world we have a custom, a practice, which didn't occur when I had dark hair, and that is that people feel that it's important that you understand their thoughts about what it is you're going to do. It's kind of a blogging phenomenon. I have noticed, for example, that since this case has started, I have received many letters suggesting what I should do, some of them very well written letters, very intelligent commentary, I have received e-mails, as well. If you are identified by your names and selected for the jury, eventually many of you will receive these things. It is improper for you not to consider them, it is improper for me not to consider them. The only e-mails I examined myself were because my clerks, my law clerks, who read them all, thought I ought to take a look at one of them or two of them, and I did. So, basically, I follow exactly the same

rule that is expected of all prospective jurors.

Identification of you by name, if you serve on the jury, will therefore not be made until the close of trial. And so during the course of the trial, if you're selected for this jury, you'll be known in this courtroom by your number and not by your name. And, in fact, and I have done this before, until you're on the jury, you will wind up addressing each other by various numbers and sometimes modified in a variety of ways throughout the trial, but, basically, the public will not know who you are until the case is over.

The one important thing about jury service and the reason we tell you not to pay attention to other things and other opinions is, the issues at trial are not decided by a general public policy. They are decided by the jurors who are selected, and only the jurors who are selected. The jurors who are selected to hear any case, basically, are the sole deciders of that case, and the only information they are to receive is the information that comes through open court after I have ruled that it is admissible. It is a position of great importance and significant power, and we have to play by the rules; the lawyers do, I do, and the jurors do, as

1 well.
2 　　　　With that, I believe you are going to be
3 filling out a questionnaire. After you have filled
4 out the questionnaire, a jury process selection will
5 begin. A certain number of jurors will be called
6 for tomorrow and then another for the next day. You
7 are a large group and we could not possibly finish
8 the selection process with all of you in a single
9 day. So we usually call in groups of 30, 34 at a
10 time and then we finally have a jury.
11 　　　　But again, I want to thank you. We
12 understand that this is an imposition upon all of
13 you, but I'm sure you understand this is an
14 important part of the duty of every citizen in the
15 United States and I thank you again.
16
17 　　　(Adjournment taken from 10:00 o'clock a.m.
18 　　　　to 11:47 o'clock a.m. on June 3, 2010.)
19
20
21
22
23
24
25

```
 1
 2            *     *     *     *     *     *     *     *
 3
 4
 5  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
 6  FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
 7                          MATTER
 8
 9
10     /s/Blanca I. Lara                         date
11
12
13
14
15  _____     _____
16         Blanca I. Lara                       Date
17
18
19
20
21
22
23
24
25
```