2732

1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
2                      EASTERN DIVISION

3   UNITED STATES OF AMERICA,      )
                                    )   No. 08 CR 888
4          Government,              )
                                    )
5   vs.                            )   Chicago, Illinois
                                    )
6   ROD BLAGOJEVICH,               )   June 24, 2010
    ROBERT BLAGOJEVICH,            )
7                                   )
                 Defendants.        )   9:41 o'clock a.m.
8

9                        VOLUME 14
                  TRANSCRIPT OF PROCEEDINGS
10        BEFORE THE HONORABLE JAMES B. ZAGEL
                       AND A JURY
11

12
    For the Government:
13
                 THE HONORABLE PATRICK J. FITZGERALD,
14               UNITED STATES ATTORNEY
                 BY:  Reid J. Schar
15                    Carrie E. Hamilton
                      Christopher Niewoehner
16               Assistant United States Attorneys
                 219 South Dearborn Street
17               Suite 500
                 Chicago, Illinois 60604
18

19

20
    Court Reporter:
21
                 Blanca I. Lara, CSR, RPR
22               219 South Dearborn Street
                       Room 2504
23               Chicago, Illinois 60604
                      (312) 435-5895
24

25

2733

1  APPEARANCES  (continued:)

2

   For Defendant Rod Blagojevich:
3
           KAPLAN & SOROSKY
4          BY:  Sheldon M. Sorosky
           158 West Erie
5          Chicago, Illinois 60610
           (312) 640-1776
6
           LAW OFFICE OF SAMUEL E. ADAM
7          BY:  Samuel Forbes Adam
                Samuel Adams, Jr.
8          6133 South Ellis Avenue
           Suite 200
9          Chicago, Illinois 60637
           312-726-2326
10

11         OFFICES OF AARON B. GOLDSTEIN
           BY: Aaron Benjamin Goldstein
12         6133 South Ellis
           Chicago, Illinois 60637
13         (773) 752-6950

14         OFFICES OF LAUREN FAUST KAESEBERG
           BY:  Lauren Faust Kaeseberg
15         2140 N. Lincoln Park West
           Suite 307
16         Chicago, Illinois 60614
           (773) 517-0622
17
           LAW OFFICES of MICHAEL GILLESPIE
18         BY:  MICHAEL GILLESPIE
           53 West Jackson Boulevard
19         Suite 1420
           Chicago, Illinois 60604
20         (312) 726-9015

21

22

23

24

25

2734

1   APPEARANCES   (continued:)

2

3   For Defendant Robert Blagojevich:

4           ETTINGER, BESBEKOS, PARISI
            BY:  Michael D. Ettinger
5                Cheryl Ann Schroeder
            12413 South Harlem
6           Suite 203
            Palos Hills, Illinois 60453
7           (708)598-1111

8

9           Edelman, Combs, Latturner & Goodwin LLC
            BY:  Robyn S. Molaro
            120 S. LaSalle
10          Suite 1800
            Chicago, Illinois 60603
11          (708) 598-1111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2735

1                    INDEX OF EXAMINATION

2    WITNESS                                         PAGE

3     JOHN HARRIS

4     Direct Examination Resumed By Ms. Hamilton....... 2739

5

6

7    EXHIBITS

8      Government's Exhibit 11/26/08 e-mails ........... 2894

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2736

1    (The following proceedings were had out of the
2         presence of the jury in open court:)
3         THE CLERK:  This court resumes with the case
4  on trial.
5         MR. GOLDSTEIN:  Good morning, Your Honor.
6  Aaron Goldstein on behalf of Rod Blagojevich.
7         Your Honor, we have just recently filed a
8  motion for continuance.  As I'm sure you well know,
9  the Supreme Court handed down the decision on honest
10 services.
11        THE COURT:  The one I'm holding in my left
12 hand?
13        MR. GOLDSTEIN:  I believe so, Your Honor.
14        I think our count was an approximately
15 114-page decision.
16        We're asking for a continuance as we have
17 requested several times before Your Honor for a
18 continuance until the ruling of honest services.
19 Your Honor had suggested that if the ruling came in
20 the middle of trial, that you would be amenable to a
21 stay at least for a couple of days.
22        What we're asking for is that you continue it
23 until Monday or Tuesday, and we need to digest this,
24 the Supreme Court opinion, and then file any
25 appropriate motions.

2737

          THE COURT:  You can have all the time you
want to while they are finishing their direct of
this witness.
          MR. GOLDSTEIN:  If I may, Your Honor,
Mr. Harris is testifying to potentially a lot of
honest-services related conduct.
          THE COURT:  He's testifying to facts, and
that's all we're dealing with here is the facts.
The law issue, what I have to do with instructions,
what I tell the jury what to make of the facts, is
quite a ways off.  And at least my preliminary
reading of Skilling, it may not offer a lot of hope
for you.  But we'll see.
          I do not believe that if they have declared
1346 unconstitutional on its face, my belief is is
that it would not change the nature of this
testimony and what would be admitted.
          So the motion for continuance is denied.
          MR. GOLDSTEIN:  Your Honor, could we have a
standing objection as to the testimony of Mr. Harris
at this point because we don't know what 8testimony
will be related to the opinion that we've just
received right now.
          THE COURT:  For some reason you keep
confusing fact with law.  He's testifying to a bunch

1   of facts.  And the facts, so far as I understand it,

2   would be relevant to at least some of the charges

3   which are contained in the superseding indictment,

4   and all that we're debating about is, on what counts

5   could this be used or not used.  The evidence is

6   going to come in anyway, which is why I'm not

7   stopping it.

8          So the motion for continuance is denied and

9   you have a standing objection to this testimony

10  until Monday morning.

11         MR. GOLDSTEIN:  Thank you.

12         MR. SCHAR:  Thank you, Judge.

13         THE COURT:  Put the witness on the stand.

14     (Brief pause).

15         THE MARSHAL:  All rise.

16     (The following proceedings were had in the

17      presence of the jury in open court:)

18         THE COURT:  You may resume.

19         MS. HAMILTON:  Thank you, Your Honor.

20         A this time I'd ask permission to continue

21  publication of the call sessions behind tab 33.

22  When we left off yesterday afternoon we were at

23  Page 29, line 31, and I'd ask to publish starting

24  there until the end of the call.

25         THE COURT:  You may do so.

1          MS. HAMILTON:  Thank you.

2          And I'll just repeat for the jury in this

3  case they didn't hear me, it's tab 33, Page 29.

4      (Tape played)

:47AM    5   JOHN HARRIS, GOVERNMENT WITNESS, PREVIOUSLY SWORN

6              DIRECT EXAMINATION resumed

7  BY MS. HAMILTON:

8  Q   Mr. Harris, I'd like to direct your attention to

9  Page 30 of the transcript behind tab 33.

:08AM   10          Are you there?

11  A   Yes.

12  Q   And, specifically, I want to direct your

13  attention to lines 4 through 6, you say:

14      "Yeah, but I mean, we haven't, we haven't

:08AM   15       approached them on it yet, we talked to Doug a

16       little bit."

17      Who's Doug?

18  A   Doug Scofield who is a consultant for SEIU.

19  Q   Now, you testified previously that you had a

:08AM   20  general conversation with Mr. Scofield and asked him

21  questions about the Change to Win idea, is that

22  right?

23  A   Yes.

24  Q   In addition to that, did you have another

:08AM   25  conversation with Mr. Scofield about the Change to

1  Win idea?

2  A   Yes.

3  Q   And approximately when was that?

4  A   That was following the meeting the Governor had

5  with Tom Balanoff in his office in Chicago after the

6  Governor called in myself and others to debrief us

7  on how the meeting with Mr. Balanoff went.

8          Doug Scofield and I remained behind at the

9  Governor's request and we talked a little bit more,

10  the three of us, about the Change to Win idea.

11  Q   And when is it that the three of you talked about

12  at that time?

13  A   The Governor asked what he thought a position

14  like the one being described or discussed would pay.

15  And Doug told the Governor that he agreed with my

16  assessment that the position would pay about what

17  Tom Balanoff makes as an officer in the union.

18  Q   And did Mr. Scofield give any monetary figure as

19  to what he believed Mr. Balanoff made?

20  A   Between 125,000 and 150,000.

21  Q   What, if any, reaction did Defendant Blagojevich

22  have to Mr. Scofield saying Mr. Balanoff made

23  between 125 and 150,000?

24  A   He was disappointed.

25  Q   Did he say anything else?

1  A   "Well isn't there any way to pay more," he asked
2  Doug.
3  Q   Did Mr. Scofield have any response?
4  A   "Not that I recall," or, "I don't know," or words
5  to that effect.
6  Q   During that meeting was there anything more
7  discussed with respect to the Change to Win idea?
8  A   No, it was a very brief conversation.
9  Q   I'd like to move forward in the transcript,
10 please, to Page 36, starting at line 23 Defendant
11 Blagojevich says:
12     "See, that's my, that's my feeling, my feeling
13      is if I'm cornered and there's nothing else
14      that's really that good, then take that and
15      then, ah, then don't completely rule out the
16      possibility of running again, but in your mind
17      you're prepared to say, you're not gonna, you
18      know what I'm saying?"
19         What did you understand Defendant Blagojevich
20 to be saying at this point.
21 A   He was explaining to Mr. Yang that if his efforts
22 to secure some benefit for himself in exchange for
23 the Senate Seat didn't satisfy him, that he would
24 simply appoint himself to the Senate Seat and then
25 later on not rule out the possibility of running for

1  reelection as senator.

2  Q   Now, down at line 34 Defendant Blagojevich says:

3       "Now Conrad, we did some homework.  I had this

4        checked, Conrad and Daschle, their --"

5       And on to Page 37:

6       "... wives actually lobbied out there in the

7        D.C., so it's possible Patti can come out to

8        Washington.  We can move out there and they,

9        she can maybe work or something."

10      What did you understand Defendant Blagojevich

11 to be saying there?

12 A   That he had done some research about Senator

13 Conrad and Senator Daschle and determined or find

14 out or discovered their wives were lobbyists in D.C.

15 Q   And with respect to what he says on line 5 to 8

16 regarding Patti, what did you understand him to be

17 saying?

18 A   I understood him to be asking Fred whether he

19 thought that whether Patti could be a lobbyist or

20 have some other involvement in D.C. politics similar

21 to Conrad and Daschle's wives.

22 Q   And just to be clear, you said Conrad and Daschle

23 are senators, is that right?

24 A   I know Daschle is, I believe Conrad was.  I'm not

25 positive of Conrad.

Harris - direct by Hamilton                    2743

1  Q   United States Senators?
2  A   Yes.
3  Q   At the bottom of Page 37, at line 31, Mr. Yang
4  says:
5      "I mean, from what I heard ..."
6      over to the next page:
7      "... is leveraging this Valerie Jarrett into a
8      position for you, ah, as, ah, head of Change to
9      Win."
10         What did you understand Mr. Yang to be saying
11 there?
12 A   He was expressing to the Governor his belief that
13 the Change to Win option was the preferred option.
14 Q   And at line 4 Defendant Blagojevich says:
15     "That pays a salary that I'd like."
16     "Yeah, you'd like that better than, ah, cutting
17     a deal with Mike Madigan and getting a lot of
18     stuff done as Governor."
19         What did you understand Defendant Blagojevich
20 to be saying there?
21 A   I understood him to be seeking clarification from
22 Fred Yang that he preferred the Change to Win idea
23 better than a possible deal with Mike Madigan.
24 Q   Starting at line 9 Mr. Yang says:
25     "Ah, you know, yes, 'cause I think, look,

1    forgetting about what it would mean for the,

2    for, 'cause, you know, look one of the things

3    I've always liked about you and admired about

4    you is actually for all the grief people give

5    you you've actually, a lot of people are better

6    off 'cause of you.  And so if you cut the deal

7    with Madigan a lot, a heck of a lot more people

8    would be better off cause of you, but at the

9    end of the day, Governor, I'm not sure that

10   would put you in a better position.  Is, you,

11   you do a lot of stuff and then it'd be 2010 and

12   you wouldn't be running for re-election, right?

13   And then where would you be politically and

14   financially with regard to your family."

15   What did you understand Mr. Yang to be saying

16   there.

17 A   I understood he was providing political advice

18 and counsel to the Governor and again advising him

19 that the best option for the Governor was the Change

20 to Win option.

21 Q   On Page 42, starting line 8, Defendant

22 Blagojevich says:

23   "I have to figure out a way, though, where this

24   would give me some financial, an opportunity

25   for upward mobility financially over there in

1    these wilderness years, you know."

2        What did you understand Defendant Blagojevich

3   to be referring to at that part of the conversation?

4   A  I understood him to be explaining to Mr. Yang his

5   desire to find some course of action or alternative

6   for himself that provided financial security for

7   himself, as well as an opportunity for greater

8   financial success.

9   Q  And I believe you spoke about this briefly

10  yesterday, but these wilderness years, what was your

11  understanding of what Defendant Blagojevich was

12  referring to when he said "these wilderness years"?

13  A  He often referred to other politicians in history

14  who between periods of public office or the

15  wilderness years where they would cultivate or work

16  on their plans for the future out of the public eye

17  and otherwise contemplating their future.

18  Q  So continuing on starting at line 15 Defendant

19  Blagojevich says:

20      "I don't wanna, I'm gonna sound, this is the

21      greedy part here.  In a perfect scenario, you

22      know, I can, I can in a place where I can make

23      money, have the promise to make more money

24      while at the same time be involved and engaged

25      in a cause or causes that I really believe in

 1          that'll, that give me a platform to, ah,

 2          maintain some sort of political viability and

 3          the possibility of getting back in."

 4               What did you understand him to be saying

 5     there?

 6     A   Telling Fred Yang what the ideal situation would

 7     be for his both financial and political aspirations.

 8     Q   And based upon the context of this conversation

 9     and others that you had with Defendant Blagojevich,

10     did you have any understanding as to what, if

11     anything, those considerations had to do with his

12     decision regarding the Senate Seat?

13     A   I understood him to be working to achieve these

14     considerations in connection with the appointment to

15     the Senate Seat.

16     Q   On Page 43, starting at line 18, you say:

17          "Just being pragmatic that I think it's easier

18          for Obama to do a lot indirectly for us."

19               What are you saying there?

20     A   I was referring to the fact that it was unlikely

21     that President Obama would appoint the Governor to a

22     federal post Cabinet position or otherwise provide

23     any direct assistance to the Governor.  That the

24     Change to Win idea, to the extent President Obama or

25     his people were involved, would be indirect

1  assistant through a third-party.

2  Q   And you go on at line 23 to say:

3      "The only problem with the Change to Win is the

4      timing of it, meaning stepping down ..."

5      and on Page 44:

6      "... you know right in the, right on the, on

7      the eve of a budget crisis, does he, does he,

8      you know, suffer from, you know, he, he ran

9      away."

10     What are you saying there?

11  A   I was expressing my concern and seeking Fred

12  Yang's opinion about my concern that the Governor

13  stepping down to take the position now or

14  contemporaneous to an appointment to the Senate or

15  soon thereafter, whether or not that would hurt the

16  Governor politically, hurt his reputation such that

17  we should not consider, the Governor should not

18  consider, taking the post now but rather wait until

19  the end of his term and that because of the current

20  economic circumstances and other legislative crises

21  that then existed in Illinois.

22  Q   And at line 7 Mr. Yang says:

23      "You know, screw that because, you know, sure,

24      you'll get criticized no matter what you do."

25      What did you understand Mr. Yang to be saying?

1  A   He was not as concerned.

2  Q   And at line 10 Defendant Blagojevich says:

3        "No matter what you do."

4        What did you understand him to be saying?

5  A   I understood the Governor to be agreeing more

6  with Fred.

7  Q   And at line 24 Defendant Blagojevich says:

8        "Jesus, yeah, I see what you're saying there,

9         Fred, is the, you know, basically find a way to

10        get out town, huh, if things are so bad."

11        What did you understand Defendant Blagojevich

12  to be saying there?

13  A   I understood again him to be agreeing with Fred's

14  belief that timing should not be that big a

15  consideration.

16  Q   Timing of what?

17  A   The Governor's departure.

18  Q   And then at the bottom of Page 44 Mr. Yang says:

19        Keeps you politically viable.  I also think

20        honestly of ..."

21        over on page 45:

22        "... all the options you've talked about, it's

23        the one that's probably the best financial

24        security for your family which I know is very

25        important to you."

1        What did you understand Mr. Yang to be saying
2    there?
3    A   Endorsing the Change to Win idea is one of the
4    best options for the Governor.
5    Q   On Page 46 at line 6 Mr. Yang says:
6          "I think it's not smart to preclude, well,
7          actually I think the only option you should not
8          contemplate is Jesse Jackson, Jr., as a United
9          State's Senator."
10       What did you understand Mr. Yang to be saying?
11   A   It's not clear to me what option he's talking
12   about not precluding, but he is expressing a
13   definite opinion that Jesse Jackson, Jr., should not
14   be considered.
15   Q   And at line 11 Defendant Blagojevich says:
16          "Like nobody ..."
17          And then on to line 13:
18          "... you and Obama agree on that one, tell me
19          why?"
20          What did you understand Defendant Blagojevich
21   to be saying there.
22   A   I understood the Governor to be expressing to
23   Fred Yang the fact that others similarly felt Jesse
24   Jackson, Jr., should not be considered.  The
25   Governor was referring nobody that he knows or has

1  talked to the Governor wants Jesse Jackson, Jr.  I

2  think he was referring to Tom Balanoff or Andy

3  stern, and that the Governor's belief that Obama

4  also felt that way or a suspicion that he felt that

5  way as well.

6  Q   At line 17 Fred Yang says:

7        "I don't think he deserves to be in the United

8        States Senate, number one, and I don't think he

9        could hold the Senate Seat, number two."

10       What did you understand him to be saying?

11 A   Expressing his opinion about Jesse Jackson's

12 qualifications and prospects for retaining the seat.

13 Q   At line 21 Defendant Blagojevich says:

14      "Not to mention number three, he's a bad guy."

15       What was your understanding as to what

16 Defendant Blagojevich was saying there?

17 A   That he didn't think much of Jesse Jackson, Jr.,

18 based on their prior relationship.

19 Q   And when you say based on the prior relationship,

20 what do you mean?

21 A   Well, I knew that there was some bad blood in

22 their history.  I don't know much of why other than

23 one example that the Governor had mentioned Jesse

24 Jackson, Jr.'s promise to endorse the Governor in

25 his first primary when he ran for Governor and then

1  braking that promise in the middle of the primary

2  when Roland Burris joined the race and the Governor

3  felt betrayed by Jesse Jackson, Jr., and that may

4  have been part of the bad feelings.  There may have

5  been more before and more after, but I wasn't aware

6  of it.

7  Q   And then at line 28 Defendant Blagojevich says:

8      "Correct, he's really not the guy I thought he

9      was.  He's really bad.  Anyway, yeah, I, think

10     we're in good shape, Fred.  That's highly,

11     highly, highly, unlikely."

12     What did you understand him to be saying there?

13 A   Appointing Jesse Jackson, Jr., was highly,

14 highly, highly unlikely.

15 Q   And at Page 47, starting at line 2, Defendant

16 Blagojevich says:

17     "It goes back to that, the beginning of what I

18     said, you've hit a threshold and now you're

19     blocked and the question is, it's a marathon,

20     not a sprint, and you're, you know, how do you

21     somehow make moves so you can still be

22     potentially in the mix if when potential window

23     might open up, isn't that it?  That's the heart

24     of it."

25     What did you understand Defendant Blagojevich

1      him to be saying there?

2  A   It wasn't very clear to me other than some of the

3  considerations going through the Governor's mind was

4  remaining -- among the considerations going through

5  the Governor's mind was remaining politically viable

6  so that he can have another opportunity for caucus

7  in the future.

8  Q   And continuing on at line 16 Defendant

9  Blagojevich says:

10     "Staying Governor during hard times like this

11      probably is not the best path of what I just

12      talked about, you agree with that?"

13      On to line 21:

14      "So the question is senator, give it to

15      yourself, try told hold it, you know, don't

16      give it to yourself, try to run for it, you're

17      gonna give it to somebody you can hold and then

18      you run for it yourself flat out, Change to Win

19      scenario, a Cabinet appointment, an

20      ambassadorship, but other thing, you know what

21      I mean?"

22          What did you understand Defendant Blagojevich

23  to be saying there?

24  A   I understood the Governor to be laying down some

25  of the options that the Governor was considering in

1  seeking Fred Yang's opinion as to the best course of

2  action.

3  Q   Some of the options with respect to what?

4  A   Opportunities for the Governor to leverage the

5  appointment to the Senate for something for himself,

6  appoint the Senator for himself -- or appoint

7  himself as Senator, seeking a position with Change

8  to Win or seeking positions in the Cabinet or other

9  federal appointments.

10 Q   All right.  Mr. Harris, I now want to direct your

11 attention to November the 10th, a few days after

12 this conference call.

13        On approximately November the 10th did you

14 receive a call from John Wyma in relation to the

15 Senate Seat?

16 A   Yes.

17 Q   And you mentioned John Wyma before.  How did you

18 know John Wyma?

19 A   John Wyma served as the Governor's Chief of Staff

20 when the Governor was in Congress.  I met John Wyma

21 soon after I joined the Governor's administration.

22 I was introduced to John Wyma.  I understood him to

23 be a friend, supporter, former employee of the

24 Governor's.  And he was at the time a lobbyist for

25 several interested parties doing business with the

1  State, but also among the circle of advisers that

2  the Governor relied upon.

3  Q   So in the course of your time as Chief of Staff

4  for Defendant Blagojevich, was John Wyma someone who

5  you interacted with?

6  A   Yes.

7  Q   And, generally, in what ways would you interact

8  with him?

9  A   Either he came to see me on behalf of clients and

10 their issues related to State regulation or State

11 legislation, but we'd also talk generally about

12 working for Governor Blagojevich.

13        He would provide me some advice and counsel

14 from time to time.  And I would rely upon him from

15 time to time in asking his opinion on matters in

16 dealing primarily with the Governor or other people

17 that were trying to deal with the Governor and he

18 would give me some background about people, tell me

19 who they were, where they come from.  So he was a

20 resource for me.

21 Q   With respect to the call that you received from

22 Mr. Wyma in relation to the Senate Seat, generally

23 what were you told during that call?

24 A   Mr. Wyma called to deliver a message to me to

25 deliver to the Governor.

1  Q   Did he tell you who the message was from?

2  A   Yes, he told me that Rahm had been trying--Rahm

3  Emanuel, Congressman or then White House Chief of

4  Staff designee--Rahm Emanuel was trying to get a

5  hold of the Governor and the Governor wasn't

6  returning his calls, that John Wyma was trying to

7  get a hold of the Governor and the Governor wasn't

8  returning his calls, so John Wyma was asked by Rahm

9  to deliver a message to me to deliver to the

10 Governor.

11 Q   Now, at that time in November of 2008, what was

12 your understanding of what Mr. Wyma's relationship

13 was, if any, to Congressman Emanuel?

14 A   I understood that they had a relationship, I

15 believe they met while the Governor was

16 transitioning from CONGRESSMAN to Governor, because

17 Rahm Emanuel is the one who replaced Governor

18 Blagojevich in his congressional seat.  I don't know

19 whether or not Wyma served in any official capacity

20 for Rahm Emanuel, but there was a relationship

21 between Rahm and John Wyma through Governor

22 Blagojevich, and, in part, because John Wyma served

23 as Chief of Staff for the congressional offices of

24 the Fifth Congressional District in Chicago.

25 Q   So were you surprised at all to be receiving a

Harris - direct by Hamilton                    2756

1  call from John Wyma in which he said he was trying

2  to deliver a message from Rahm Emanuel to Defendant

3  Blagojevich?

4  A  No.

5  Q  After your conversation with Mr. Wyma, did you in

6  fact relay the message that he gave you to Defendant

7  Blagojevich?

8  A  Yes.

9       MS. HAMILTON:  Judge, at this time I would

10 ask permission to play call session 487, it's the

11 call session behind tab 37, which are 487 and 489.

12      THE COURT:  You may.

13    (Tape played)

14 BY MS. HAMILTON:

15 Q  Mr. Harris, directing your attention to Page 1 of

16 the transcript behind tab 37.

17      Are you there?

18 A  Yes.

19 Q  The date and time of this call is November

20 the 11th, 2008, at 9:16 a.m., is that correct?

21 A  Yes.

22 Q  At line 5 Defendant Blagojevich says:

23    "Anything going on in the Senate stuff?"

24    What did you understand him to be saying?

25 A  Whether I heard -- the Governor was asking me

:30AM

:31AM

:37AM

:38AM

:38AM

1 whether I was aware of any new developments in the
2 Senate discussions.
3 Q   On line 7 you say:
4      "Yeah, I got a call last night from Wyma."
5      What were you saying there?
6 A   I told him I received a call from John Wyma
7 yesterday evening or the night before.
8 Q   You go on at line 10 to say:
9      "Yeah, he's, I know, so just wanted to hear
10     what he was saying."
11     What were you saying there?
12 A   Well, the Governor was about to tell me that he
13 had been -- that John Wyma had been reaching out to
14 the Governor, and I said yes, I knew that and he got
15 through to me.
16 Q   And then at line 15 Defendant Blagojevich says?
17     "Yeah, go ahead.  So I was avoiding Wyma
18     because I feel like he's probing or something."
19     What did you understand him to be saying?
20 A   Just what he said, that he was avoiding Wyma and
21 believed that Wyma was trying to get information
22 from the Governor.
23 Q   Information about what?
24 A   I'm not sure.
25 Q   And at line 19 he says:

1        "So, he's calling on Rahm's behalf and he's
2        like is he being sneaky about it or is he being
3        forthcoming?"
4        What did you understand him to be saying?
5   A   The Governor suspected that Wyma was calling on
6   Rahm's behalf and he just wanted to know whether or
7   not Wyma said that to me or not.
8   Q   On Page 2 starting at line 1 you say:
9        "No, no, he said he was trying to get a hold of
10        you but he hasn't been able to get through to
11        you, that Rahm asked him to deliver the message
12        that president-elect would be very pleased if
13        you appointed Valerie and he would be, ah,
14        thankful and appreciative, those are the
15        operative words."
16        What are you saying there?
17  A   I relayed my conversation with Wyma and delivered
18  the message.
19  Q   Was that, in fact, the message that you had
20  received from John Wyma?
21  A   Yes.
22  Q   Going on at line 10, you say:
23       And I said okay, I will deliver the message.
24        And I said, ah, he goes, ah, so he wasn't being
25        sneaky about it at all and I said okay, he said

1    okay, my job is done, I said okay, I didn't, I

2    didn't want to engage in negotiations or

3    discussions about our back-channel stuff."

4    What were you saying there?

5  A  That the conversation I had with Mr. Wyma was

6  very limited, there was no further discussions, that

7  was the sum and substance of the conversation, and I

8  just wanted to reassure the Governor that I did not

9  engage in any discussions or conduct beyond what the

10  Governor would have wanted me to do.

11  Q  So your reference to back-channel stuff, what was

12  that a reference to?

13  A  The discussions with Tom Balanoff.

14  Q  And at line 27 Defendant Blagojevich says:

15    "So, yeah, we got the message and we know what

16    he wants."

17    What did you understand him to be saying?

18  A  The Governor was just expressing to me that he

19  acknowledged receipt of the message.  And the part

20  of about "and we know what he wants," I'm not quite

21  sure who he is referring to, whether it's Rahm,

22  Obama, or Wyma, I'm not quite sure.

23  Q  And then at line 30 Defendant Blagojevich says:

24    "Grateful and appreciative, huh?"

25    And you say:

1          "Thankful and appreciative."
2          What were you saying when you said "thankful
3          and appreciative"?
4     A   I was clarifying and describing more accurately
5     the words used by Wyma.
6     Q   At line 32 Defendant Blagojevich says:
7          "I think a 501(c) 4, can we get his friend
8          Warren Buffet or some of these guys to help us
9          on something like that?"
10             What did you understand him to be saying
11    there?
12    A   I understood him to be resurrecting an idea about
13    establishing a 501(c)(4) or issue advocacy
14    not-for-profit organization that would be set up and
15    endowed by friends and supporters of President
16    Obama.
17             An organization that would be one that the
18    Governor previously described that he would control
19    by designating who the board of directors would be
20    for his use and benefit, as well as promoting the
21    issues and advocating the issues that it was
22    established for.
23    Q    When you say resurrecting an idea, what do you
24    mean?
25    A   As I mentioned earlier in my testimony, there was

1  discussions the Governor had with myself and Bill

2  Quinlan about ways to get money into his campaign

3  fund as part of an appointment process to the Senate

4  with discussions with people like J.B. Pritzker or

5  Blair Hull.  I'm not saying there were discussions,

6  but this is an idea he had mentioned to us.  And we

7  had told him that not to talk about money in

8  exchange for the Senate Seat.

9        The original notion of a 501(c)(4) was

10 discussed months before that as a way to circumvent

11 the impact of the ethics law that was being

12 considered or that was going to take effect at the

13 end of the year of 2008.

14        A way to continue to support the Governor's

15 campaign by determining -- potentially directing

16 state contractors to make donations to the 501(c)(4)

17 as opposed to do the Governor's campaign accounts,

18 that would not be violative of the new state ethics

19 law, and that, in turn, that 501(c)(4) could support

20 issues that the Governor was promoting, pushing,

21 campaigning for.

22 Q   On Page 3, at line 1 -- sorry, just to clarify.

23 There's a reference on Page 2 to Warren Buffet, who

24 was Warren Buffet?

25 A   Warren Buffet is a successful businessman from

1  Omaha, Nebraska who the Governor refers to as a
2  friend of President Obama's and that someone the
3  Governor saw as a possible contributor to a
4  501(c)(4) or this not-for-profit issue advocacy
5  group.
6  Q   When you say a successful businessman, generally
7  what is your successful of how successful?
8  A   The most successful.
9  Q   On Page 3, line 1, you say:
10      "What, for you?"
11     What are you saying there?
12  A   Well, I was reacting to his comment about this
13  501(c)(4) and I said -- I was referring to what kind
14  of 501(c)(4), one for you, meaning for your benefit
15  or your purposes or your objectives.
16  Q   When you say "your benefit, your purposes," what
17  do you mean?
18  A   Meaning in prior discussions he had talked about
19  a 501(c)(4) to advocate for issues like pushing
20  healthcare or promoting causes for health insurance
21  or causes for children, and then he had from time to
22  time talked about it as a way to fund his campaign
23  or otherwise promote his agenda.  But in this
24  context I wasn't sure exactly what he was referring
25  to and he was referring to it, but I suspected he

Harris - direct by Hamilton                    2763

1 was talking about something that would be a place
2 for him to work based on our earlier discussions
3 about foundations and other charitable organizations
4 that would give him a job.
5 Q    At line 2 Defendant Blagojevich says:
6        "Yeah, for me it ultimately be, you know, get
7         involved in, but it would be for like kids
8         insurance."
9        What did you understand him to be saying?
10 A    That it would be set up for a cause that he was
11 interested in, in this case he gave an example of
12 kids insurance, but one that he would go to work for
13 or be otherwise involved in.
14 Q    He goes on at line 7 to say:
15        "So in the middle of that I'm thinking, you
16         know, impeachment, what about that?  What about
17         that factor?  And if I need a place to land and
18         like jump in, do I, ah, do I, ah, we have to
19         factor in the reality of that, facing that next
20         year, right?"
21        What did you understand him to be saying?
22 A    The Governor was introducing again the threat or
23 possible threat of an impeachment action against him
24 in the Illinois General Assembly and how that
25 possibility should factor into his decision about

Harris - direct by Hamilton                    2764

1  what to do with the Senate Seat.

2  Q   Based upon the context of the call, what, if
3  anything, did you understand that had to do with the
4  idea of the 501(c)(4) being funded by people like
5  Warren Buffet and others?

6  A   I believe the impeachment discussion was a change
7  of years, meaning how should the threat of
8  impeachment factor into his decision about whether
9  to appoint himself or leave early to take a position
10 elsewhere, potentially with the 501(c)(4)
11 organization.

12 Q   At line 16 you say:

13     "Yeah, I mean, remember we talked about that
14      as a, a scenario not we not likely but one that
15      we should ...  "

16     What were you saying there?

17 A   I thought an impeachment was not likely, but
18 nevertheless we should hope for the best and plan
19 for the worse.

20 Q   When you say hope for the best and plan for the
21 worse, what do you mean?

22 A   Meaning hope there is no impeachment scenario,
23 but nevertheless consider that in the event there is
24 one, what should we be prepared to do.

25 Q   At line 22 Defendant Blagojevich says:

:48AM

:49AM

:49AM

:49AM

:49AM

1       "We Louanner there.  I mean, we can count on

2         Louanner if things got hot to give that up and

3         let me parachute over there."

4       What did you understand him to be saying?

5  A   In a previous discussions about an impeachment

6  scenario, the Governor thought about putting someone

7  there he trusted, loyal to him, somebody like

8  Louanner who is Deputy Governor, Ms. Louanner

9  Peters, who would not be interested in seeking

10 reelection, rather somebody that would just fill out

11 the remainder of President Obama's term.

12        In this context, he's talking about

13 appointing Louanner Peters to the Senate, and in the

14 event an impeachment effort were beginning or the

15 Governor thought one was imminent, he thought of a

16 scenario of Louanner stepping down as Senator and

17 then thus again giving the Governor the power to

18 appoint someone to fill the vacancy and under those

19 circumstances possibly appointing himself.

20 Q   And you say at line 27:

21        "Stepping down and then filling the vacancy,

22        yeah, I think you can count on Louanner to do

23        that."

24      You go on to say:

25      "Yeah, she'd be the only one we can count on

 1      doing that."
 2      What are you saying there?
 3  A   Louanner would be the only one to step down upon
 4  your request.
 5  Q   On page 4, line 6 Defendant Blagojevich says:
 6      "Doug never got that Sneed thing, huh, about
 7      Jesse Jackson, Jr.?"
 8      what did you understand him to be saying?
 9  A   He was referring to Doug Scofield planting the
10  rumor or a rumor about the increasing prospects of
11  Jesse Jackson, Jr., being appointed to the Senate
12  Seat.  I wasn't aware that he had asked Doug to do
13  that.
14  Q   And you say:
15      "I haven't seen the paper yet, so you're saying
16      it's not in there yet then."
17      What were you saying?
18  A   I told him I didn't know whether or not it was in
19  there or not.
20  Q   At line 14, Defendant Blagojevich says:
21      "Well, okay, so we know he wants her, but
22      they're not really to give me anything except
23      appreciation.  F' them, you know what I mean?
24      Right now Louanner is the front runner."
25      What, if anything, did you understand him to be

1        saying?

2  A   I understood the Governor to be referring to

3  President-Elect Obama when he says "we know he wants

4  her," meaning Valerie Jarrett, and they're not

:52AM  5  willing to give me anything except appreciation, he

6  is interpreting the phone call that I received from

7  Wyma and the message from Rahm that they're not

8  willing to give him anything in exchange for Valerie

9  Jarrett other than their appreciation.

:53AM  10  Q   And when he says:

11        "F them, you know what I mean?  Right now

12        Louanner is the front runner."

13        What did you understand him to be saying?

14  A   He's expressing his frustration and his mind went

:53AM  15  to Louanner as the front runner.

16  Q   At line 21 you say:

17        "All right, so we got to time it with Balanoff

18        set up yet."

19        What were you saying there?

:53AM  20  A   I'm trying to get back on scheduling and managing

21  my schedule and the Governor's schedule in terms of

22  is Balanoff coming in to provide more clarity on the

23  response he received when he went to deliver the

24  Governor's request.

:53AM  25  Q   So as of this date, November the 11th, as far as

1  you knew, had Mr. Balanoff come in or given

2  Defendant Blagojevich any greater clarification of

3  the message that had been sent through Doug Scofield

4  on November 7th?

5  A   Not to my knowledge.

6  Q   And you say at line 23:

7      "I was waiting to hear from Doug, did you hear

8      anything?"

9      What were you saying there?

10 A   The Governor had asked me whether I heard

11 anything, and I said no, I would expect to hear from

12 Doug or you, the Governor.

13 Q   And at line 26 Defendant Blagojevich says:

14     " No nothing, I'm curious to see if they're kind

15     of, they don't want him to come back or

16     something, you know."

17     What did you understand him to be saying?

18 A   I understood him to be saying that he had not

19 heard anything back from them and perhaps there

20 was -- perhaps we would never hear back from him.

21 Q   At line 29 you say:

22     "Yeah, maybe they, they need to change, they

23     need to change the messenger or the ambassador

24     because ..."

25     And over on page 5:

:54AM

:54AM

:54AM

:54AM

:55AM

Harris - direct by Hamilton                    2769

1   "... they didn't like, they didn't like what Tom
2   came back with."
3   And he says:
4   "Yeah."
5   And you say:
6   "And Tom probably said, hey, I made a good
7   deal."
8   What are you saying there?
9   A   That perhaps Tom Balanoff wouldn't come back.
10  Q   And line 7 you say:
11  "But, you know, at least wait to hear back from
12  Tom."
13  What were you saying?
14  A   That we should wait.
15  Q   And then at line 9 Defendant Blagojevich says:
16  "Right.  We're not doing anything until we
17  hear back from Tom."
18  What did you understand him to be saying?
19  A   That he wasn't going to make any decisions
20  concerning the Senate Seat until he heard back from
21  Tom.
22  Q   And at line 14 Defendant Blagojevich says:
23  "And let them all probe.  In the meantime, I'm
24  going to try using the Sneed that Jesse
25  Jackson, Jr., star is rising."

1    What did you understand him to be saying?

2  A   That he was going to undertake an effort to get a

3  rumor out there through the political gossip column

4  written by Michael Sneed that Jesse Jackson, Jr.'s

5  chances were increasing or that the rumors are that

6  his chances are increasing.

7  Q   Based upon the context of this call and other

8  conversations that you had with Defendant

9  Blagojevich, did you have an understanding as to why

10 he wanted there to be a rumor that Jesse Jackson,

11 Jr., star was rising?

12 A   Yes.

13 Q   What was your understanding?

14 A   My understanding was that the Governor understood

15 that Jesse, Jr., or believed that Jesse, Jr., was

16 not a preferred choice of the Obama administration

17 and that they might be more motivated to accommodate

18 the Governor's request or help the Governor in other

19 ways if they thought the Governor was seriously

20 considering Jesse Jackson, Jr.

21      MS. HAMILTON:  Judge, at this time I'd ask

22 permission to publish call session 491 which

23 corresponds to the transcript behind tab 38.

24      THE COURT:  You may.

25      MS. HAMILTON:  Thank you.

1      (Tape played)

2          MS. HAMILTON:  Judge, I now ask permission to

3   publish call session 500 which corresponds to the

4   transcript behind tab 40.

:01AM    5          THE COURT:  Yes.

6      (Tape played.)

7   BY MS. HAMILTON:

8   Q   Mr. Harris, directing your attention to page 1 of

9   the transcript behind tab 41.

:03AM   10          Are you there?

11  A   Yes.

12  Q   This call also took place on November 11th, 2008,

13  this was at 10:41 a.m., is that right?

14  A   Yes.

:04AM   15  Q   So at line 3 Defendant Blagojevich says:

16          "What about Nils and that follow-up with the

17          Tribune and their editorial board's position on

18          impeaching me and being negative and nasty?"

19          What did you understand him saying there?

:04AM   20  A   I understood the Governor to have remembered a

21  statement to him in the prior week that I would be

22  following up in a meeting with Mr. Nils Larson,

23  consultant to Sam Zell of the Tribune Corporation,

24  about our discussion concerning the firing of the

:04AM   25  editorial board.

1  Q   At line 7 you say:

2        "I met with him yesterday."

3      Had you in fact met with Mr. Larson the day

4      before?

:04AM  5  A   Yes.

6  Q   And when you met with Mr. Larson, generally what

7  happened in that meeting?

8  A   We talked about our plans at the IFA, the Cubs

9  and the Tribune's schedule on the transaction

:05AM  10  involving the sale of the Cubs and Wrigley Field.

11  We talked about some technical matters related to

12  the deal.  We talked about the fact that they may

13  bifurcate the sale of the team that they were

14  negotiating on a parallel track with an unidentified

:05AM  15  person of interest and how they might package the

16  sale.  We talked about the timing of the board

17  action on the inducement ordinance at the IFA, that

18  it might slip a few weeks but it could happen, it

19  would be happening and that everything was on track

:05AM  20  on that front.

21        Then we changed the discussion to the fact

22  that the editorial board was being critical of the

23  Governor.  I told him that I thought Mr. McCormick

24  was particularly unfair and biased against the

:06AM  25  Governor, that they should try to tone down the bad

1   editorials because if the sale of the asset and the

2   transaction through the IFA were delayed or

3   prolonged, that would give time to members of the

4   General Assembly to try to pass a bill to strip the

5   IFA or to ban the IFA or stop the IFA from doing

6   this transaction potentially, that it would be in

7   everyone's best interest if they didn't beat up on

8   us for trying to do this transaction through the

9   IFA.

10          Mr. Nils explained to me that -- generally,

11  we also talked about the general condition of the

12  Tribune Corporation.  Their financial condition, he

13  was telling me, was strained, that they would be

14  performing layoffs in the next -- in the coming

15  weeks, and other restructuring was going to be

16  happening within the Tribune organization.

17          That was about the summary of the meeting.

18  Q   Now, Mr. Larson's comments regarding the

19  financial condition of the Tribune paper and what

20  that might mean with respect to layoffs, was that

21  significant to you in any way?

22  A   Yes.

23  Q   Why?

24  A   It created the opportunity for me to take

25  advantage of the coincidence on layoffs and report

Harris - direct by Hamilton                    2774

1   back to the Governor that layoffs were coming.

2   Q   And why did you see that as creating an

3   opportunity for you?

4   A   Because I had not asked for Nils to fire the

5   board, the editorial board, and the fact that

6   layoffs were coming could've coincidentally included

7   the editorial board, and, in that event, the

8   Governor would've believed that it was, in part,

9   because of his demands.

10  Q   So in this conversation that we listened to

11  between you and Defendant Blagojevich, were you

12  attempting to mislead him about your conversation

13  with Mr. Larson?

14  A   Yes.

15  Q   And how is it that you were attempting to mislead

16  him?

17  A   I was attempting to convey to the Governor that

18  the Tribune organization, through Nils Larson, had

19  received the Governor's message and that they had

20  responded and would be responding in a way that

21  would satisfy the Governor's desires, which was not

22  the case.

23  Q   And why mislead Defendant Blagojevich in that

24  way?

25  A   In order to buy time and continue the IFA process

1  forward so that it would become more likely to be

2  completed in order to keep the Governor from

3  insisting that I do what he asked me to do in the

4  first instance, in order to keep the Governor from

5  attempting to do it on his own or through someone

6  else.

7  Q   When you say in order to keep the Governor from

8  attempting to do it on his own, what do you mean?

9  A   Meaning calling Sam Zell on his own or calling

10 Marc Ganis on his own to tell the Tribune that he

11 would be pulling back on the IFA deal or the state

12 support if they didn't fire the editorial board or

13 begin writing positive editorials.

14 Q   And why is it that you were attempting to keep

15 Defendant Blagojevich from taking those actions on

16 his own?

17 A   I thought that would be very problematic and

18 prove to be very damaging to the Governor to make

19 that threat, veiled or otherwise, to somebody of

20 Mr. Zell's stature in the community.  In effect, it

21 would be backing off on a deal that we made long ago

22 and a commitment long ago to assist in this

23 transaction and that we had spent over a year and a

24 half working towards its completion.

25 Q   All right.  So focusing on the call when you say

:09AM
:09AM
:09AM
:10AM
:10AM

1  at line 9:

2       "He talked to Sam and Sam got the message,

3       he's very sensitive to the issue."

4       What were you saying there?

5  A   That Mr. Nils Larson had conveyed to Mr. Zell

6  that the Governor was upset about the negative

7  editorials.

8  Q   And was that true?

9  A   I believe it was.  I mean, Mr. Nils said they are

10 sensitive to the fact and understand they have been

11 quite critical of the Governor.

12 Q   You go on to say:

13      "Without getting too specific, there are

14      certain corporate reorganizations and budget

15      cuts coming, read between the lines, he's going

16      after that section."

17      What are you saying there?

18 A   Well, the first part is an accurate reflection of

19 my discussion with Mr. Larson that certain

20 corporation cuts and reorganizations were coming,

21 and I just told the Governor that I interpreted that

22 to mean that the editorial board section was an area

23 in which cuts would be occurring, and that was not

24 true.

25 Q   Why did you say that if it was not true?

1  A   Again, to keep the Governor from taking any
2  further action on his own in this case.
3  Q   And at line 17 he says:
4       "Oh, that's fantastic."
5       What did you understand him to be saying?
6  A   He seemed satisfied with my report.
7  Q   You go on to say:
8       "Now, that doesn't mean, you know, he's not
9       promising any turnaround right away, it's just
10      a change in personnel and, but he understands
11      that they have not been very balanced and that
12      he does not ever acknowledge that he interferes
13      with the operation."
14      What are you saying there?
15 A   I was trying to manage his expectations because I
16 didn't know whether or not there would be any cuts
17 at the editorial board and certainly didn't know
18 whether or not there was going to be any imminent
19 changes in the posture of the editorial board which
20 was against the Governor.
21 Q   And at Page 2 you go on at line 1 and say:
22      "I got the clear feeling that he's very
23      sensitive to our concerns."
24      What were you saying there?
25 A   Reassuring the governing that Mr. Zell and

1  Mr. Larson are sensitive to the Governor's concerns

2  and displeasure with the negative editorials.

3  Q   At line 6 Defendant Blagojevich says:

4        "And you, the time line, you explained, you

5        know, to Nils, he would've passed that along

6        and our ability to do this without the

7        legislature, correct?"

8        What did you understand him to be saying there?

9  A   Whether or not I conveyed to Mr. Nils the urgency

10  of the matter relative to the time line of the

11  action of the IFA.

12  Q   And you say:

13        "Yes, correct."

14        Had you, in fact, relayed that?

15  A   No, there was no need to because there was no

16  discussion about the suspending or otherwise

17  delaying from our end the IFA action.

18  Q   And Defendant Blagojevich says:

19        " So that's how you kicked it, huh?"

20        What did you understand him to be saying?

21  A   The Governor I understood him to be asking me to

22  confirm that I had mentioned to them that the

23  legislature -- or this IFA action was an action that

24  would not require legislative action and that was

25  one of the grounds that the impeachment discussions

1  were citing as cause for impeachment.

2  Q   You say at line 15:

3       "You gotta deal with it sooner rather than

4       later and I expect before the end of this month

5       there's going to be some reorganizations or

6       cuts."

7       What were you saying there?

8  A   I was just relaying to the Governor or telling

9  the Governor that they understood.  I told the

10 Governor that some cuts would be happening before

11 the end of the month, by that time I had hoped that

12 IFA action would've taken a substantial step

13 forward, if not by then certainly by December.

14 Q   And at line 19 Defendant Blagojevich says:

15      " Wow, okay, keep our fingers crossed, you're

16      the man.  Good job, John."

17      What did you understand him to be saying?

18 A   He was satisfied with the report.

19          MS. HAMILTON:  Judge, I'm going to change

20 topics for the next day if you want to take a break.

21          THE COURT:  Which is the next one you're

22 going into?

23          MS. HAMILTON:  Tab 41.

24          THE COURT:  If it's tab 41, we'll take the

25 recess now.  15 minutes.

1       THE MARSHAL:  All rise.

2     (The following proceedings were had out of the

3      presence of the jury in open court:)

4       THE COURT:  We are in recess.

5       The witness may step down.

6     (Recess.)

7       THE MARSHAL:  All rise.

8     (The following proceedings were had in the

9      presence of the jury in open court:)

10      THE COURT:  Please be seated.

11 BY MS. HAMILTON:

12 Q   Mr. Harris, I want to direct your attention to

13 November 12, 2008.

14 A   Yes.

15 Q   What, if anything, did you learn on or about

16 November 12th, 2008, that impacted the discussions

17 that were taking place regarding the Senate Seat

18 appointment?

19 A   I had heard a report that Ms. Valerie Jarrett was

20 going to be taking a position in the White House.

21 Q   And when you say heard a report, how did you

22 first hear that report?

23 A   I believe it was news reports that morning on the

24 radio.

25 Q   Did you have a discussion with Defendant

1  Blagojevich about that development?

2  A  Yes.

3       MS. HAMILTON:  Your Honor, at this time I'd

4  ask permission to publish session 521 which

5  corresponds to the transcript behind tab 41, and I'd

6  ask permission to publish from the beginning until

7  Page 7, line 15, there's a pause.

8       THE COURT:  There's going to be another

9  pause?

10      MS. HAMILTON:  There is another one, I would

11  propose, page 12, line 26, I could go to there if

12  you prefer.

13      THE COURT:  Yeah, why don't you go to

14  Page 12.

15    (Tape played)

16      MS. HAMILTON:  Judge, for the record, we've

17  paused on recording at Page 12, line 26.

18  BY MS. HAMILTON:

19  Q  Mr. Harris, directing your attention to page 1 of

20  the transcript behind tab 41.

21      Are you there?

22  A  Yes.

23  Q  The day and time of this call is November the

24  12th, 2008, at 7:40 in the morning, is that right?

25  A   Yes, ma'am.

:38AM

:38AM

:41AM

:56AM

:56AM

1   Q   And at one point in the call you say something
2   about being close to Midway Airport, is that right?
3         (Sneezing in the courtroom.)
4              THE WITNESS:  Bless you.
5   BY THE WITNESS:
6   A   Yes.
7   BY MS. HAMILTON:
8   Q   Where were you during the course of this call?
9   A   In my car on Cicero Avenue heading south to
10  Midway Airport on my way to Springfield for the fall
11  veto session of the Illinois General Assembly.
12  Q   When you say the fall veto session, what do you
13  mean?
14  A   Each year around mid November the General
15  Assembly reconvenes after the summer recess for
16  approximately 2 weeks, sometimes less, sometimes
17  more, to take up matters remaining to be addressed,
18  many of them being to act on vetoes or mandatory
19  vetoes that the Governor has issued on legislation
20  passed in the spring and summer sessions of the
21  General Assembly and other critical matters needing
22  the attention of the General Assembly.
23  Q   Why is it that you were going to the fall veto
24  session?
25  A   I would usually go to Springfield when the

:56AM
:56AM
:56AM
:57AM
:57AM

1  General Assembly was in session, always during the

2  veto session to represent the Governor's interests

3  in matters of importance to the administration,

4  along with other members of the senior staff and

:57AM  5  selected Cabinet members.

6  Q   Directing your attention to Page 1, line 5,

7  Defendant Blagojevich says:

8       "So Lucio was telling me that CNN reported

9        yesterday that Valerie Jarrett is not

:58AM  10        interested in the Senate Seat now, that Obama

11        wants her in the administration if he, you saw

12        that you, huh?"

13       What did you understand him to be saying?

14  A   I understood him to be conveying to me the story

:58AM  15  that he received or understood from Lucio about the

16  fact that Valerie Jarrett was not interested in the

17  Senate Seat and was going to be taking another

18  position in the Obama administration?

19  Q   At line 13 you say:

:58AM  20       "I don't, I don't, I don't take that to be

21        true."

22       What were you saying?

23  A   Well, I sensed that -- I sensed that the Governor

24  was very anxious in this call, initially, and just

:58AM  25  told him well, let's not overreact until we know

1  more.  So I was just expressing an opinion at the

2  time that it may not be true.

3  Q   You go on to say:

4       "I think it's a tactic to, ah, one down,

5       downplay it a little bit just in case she

6       doesn't get it, they don't want it, they don't

7       want it out there that they wanted her and she

8       didn't get it, for her sake, you know, and just

9       kind of, it, it was getting a little bit too mu

10      ich chatter about her. "

11      What were you saying there?

12 A   I was explaining to the Governor that there may

13 be a plausible explanation as to why this was being

14 rumored, perhaps either that they wanted to -- the

15 Obama people wanted to downplay their interest or

16 back off of their interest in her in the event that

17 the Governor did not select her, so as to not prove

18 embarrassing for either the President or Ms. Jarrett

19 herself, or the fact that there was too much public

20 discussion going on, too many media stories about

21 her possible appointment.

22 Q   On Page 2 Defendant Blagojevich says:

23      "Uh-huh, so not, not, they were all directed

24      at me."

25      What did you understand him to be saying?

1  A   That the White House story or the story from the

2  Obama camp was not intended to be a message back to

3  the Governor, that's what his interpretation was or

4  believed, that initially believed perhaps it was

5  directed at him.

6  Q   When you say:

7       "No, I don't think so, just I think it was

8        getting too far out there, you know, there is a

9        chance that they're trying to send you a

10       message that it ain't that important to them.

11       I don't know, that's contradicted by Wyma's

12       call the same day, you know."

13       What were you saying there?

14 A   I was just trying to reassure him and making him

15 more calm about the whole situation.

16 Q   At line 14 you say?

17      "Don't think they want to do it publicly."

18       And then at line 17 you say:

19       "I think we wait, but I think maybe Doug

20        reaches out to him, too, if we don't hear from

21        him today."

22       What were you saying there?

23 A   Don't react to the story, wait until you hear

24 from Tom, Mr. Balanoff.

25 Q   And then Defendant Blagojevich says:

:00PM

:00PM

:00PM

:01PM

:01PM

1        We wait to hear from him today, if not then."
2        And who did you understand him to be referring
3        to?
4  A   Mr. Balanoff.  Either wait to hear from him or
5  have Doug reach out to him.
6  Q   You say at line 22:
7        "Doug kind of does a soft outreach, you know."
8        What do you by that?
9  A   Well, Doug shouldn't -- if we were to ask Doug to
10 do that, it shouldn't be overly eager to hear back,
11 simply something along the lines of:  Hey, Tom, when
12 are you coming in.
13 Q   At line 24 Defendant Blagojevich says:
14        "Well, maybe not, let's see.  I mean, he hasn't
15        resigned his seat yet, he's supposed to do that
16        today or tomorrow.  The fact that he's not
17        doing that, that's a sign, isn't it?"
18        What did you understand him to be saying?
19 A   I understood the Governor to be interpreting the
20 president-elect's failure to resign the Senate Seat
21 is a positive sign, that they had not yet given up
22 hope on negotiating something or the hope that
23 Valerie Jarrett could be appointed.
24 Q   At Page 3, line 1 Defendant Blagojevich says:
25        "Ah, 501(c)(4), you know, get the contributors

Harris - direct by Hamilton                    2787

1          and others to put 10, 15 million in it so I can
2          advocate healthcare and other issues I care
3          about and help them while I stay as Governor
4          and she's a senator, that's a pretty good
5          request, isn't it?"
6          What did you understand him to be saying?
7  A   I understood him to be presenting his idea to me
8  or an idea about setting up a 501(c)(4), which is an
9  issue advocacy not-for-profit type of organization,
10 one that would be endowed by contributions from
11 others in the amounts of 10 to 15 million dollars or
12 for a total amount of 10 to 15 million dollars set
13 up for a particular issue.
14 Q   And at line 9 you say:
15          "Yeah, for those people that are passionate
16          about that, I mean, most of your big money
17          donors are not passionate about healthcare."
18          What were you saying?
19 A   Well, I was just, again, just thinking more about
20 my trip to Springfield on this issue.  Just trying
21 to continue the dialogue and the conversation.  I
22 wasn't sure who he was referring to or how he
23 thought 10 to 15 million dollars could be raised
24 from among his donors to endow this type of
25 not-for-profit.

1  Q   At line 17 Defendant Blagojevich says:
2          "Well, this is one of those things where
3        you're the president-elect of the United
4        States, you simply say Warren Buffet, will you
5        put ..."
6          What did you understand him to be saying?
7  A   Well, I think that reveals itself in my answer.
8  I wasn't sure what he was talking about, then I
9  understood more clearly that he was talking about
10 asking the president-elect to ask big money donors,
11 such as Warren Buffet, to endow this not-for-profit.
12 Q   And he says at line 23:
13        "Well, Yeah, his people.  They go get it, they
14        get the money."
15        What did you understand him to be saying?
16 A   That Obama's people would go get the money.
17 Q   And at line 25 you say:
18        "Yeah, I think, so I think that's a lot easier
19        for them than an appointment, sure."
20        What were you saying?
21 A   That in terms of the easiness or the difficulty
22 of giving the Governor something in exchange for
23 Valerie Jarrett's appointment, that they find this
24 easier to do than appointing him to the Cabinet.
25 Q   At line 29 Defendant Blagojevich says:

:04PM

:04PM

:04PM

:04PM

:05PM

1          "I mean, he's got his whole network of

2          contributors, why not just get them turned on

3          to do something like that.  So these big money

4          guys, his pal's Warren Buffet, you know, it's,

5          he tries to associate, he says he associates

6          with, right?  Bill Gates.  The same one so I

7          would ask J.B. to go, the same ones I'd ask

8          J.B. to do."

9          What did you understand him to be saying?

10  A  I understood him to be identifying to me a list

11  of potential donors he had in mind.  Warren Buffet,

12  Bill Gates, both millionaires.  J.B., he was

13  referring to J.B. Pritzker, a local billionaire.

14  Q  And he goes at line 4, on Page 4, to say:

15         "He says he's gonna you know, he wants

16          healthcare for all kids, right?  Okay, well,

17          he's got, that's part of his mission as

18          President now."

19          What did you understand him to saying there?

20  A  I understood him to be expressing his opinion

21  that the President would be -- that such an

22  organization established would be consistent with

23  the President-elect's agenda on healthcare.

24  Q  Starting at line 9 you say:

25          "Right, and they have to figure out how to

Harris - direct by Hamilton                    2790

1          dovetail that into their legislative agenda.
2          In other words, is this something they want to
3          take a couple of years to try to do, is it
4          something they're gonna try to do in the first
5          100 days.  How does this organization fit into
6          that legislative strategy."
7          What are you saying there?
8     A    I was expressing my reservation that this would
9     be something that the president-elect or his team
10    would be willing to undertake so early in their new
11    administration, perhaps they have higher priorities
12    or more pressing priorities, that this was something
13    that may or may not fit in with their idea of what
14    they should be spending their time and effort on and
15    resources on.
16    Q    Line 17 Defendant Blagojevich says:
17          "They could contemplate it by thinking that,
18          yeah, or they could simply say, hey, we get
19          Valerie Jarrett, let's help this guy have a
20          501(c)(4) issue advocacy organization, but fund
21          it to the level that he's asked for and then
22          we'll get Valerie Jarrett.  And what, you know,
23          the issue he's advocating for is not all that
24          inconsistent or contradictory to what we stand
25          for."

1    What did you understand him to be saying there?

2  A  I understood him to be telling me that he

3  believed that he could, in fact, be an early

4  priority for them if they want Valerie Jarrett to be

5  the senator.

6  Q  And then at line 28 you say:

7      "Sure, I mean it's not unlike you're not here,

8       it's a little different, third-party, you know,

9       employer, well, the timing issue still remains

10      problematic."

11      What are you saying there?

12  A  I'm explaining to him I understand what he is

13  trying to define to me, I still have concern about

14  the timing of him leaving the Governor's Office.

15  Q  At line 35 Defendant Blagojevich says:

16      "Yeah, that's it.  Well, they got to, you know,

17       do you trust 'em?  That's the thing.  I don't.

18       Do you?"

19        What do you understand him to be saying?

20  A  Well, I think he's acknowledging the timing is

21  still an issue regardless of where he goes, but

22  that's something that he would need to rely on

23  people that set this up, tell them there would be

24  something for him, some room for his involvement

25  down the road.

:07PM

:07PM

:08PM

:08PM

:08PM

1  Q   On Page 5, at line 3 you say:

2     "But the question is not so much is it

3     something you'd be willing to wait to do in

4     2 years."

:08PM  5     What were you asking there?

6  A  I'm not really sure other than what I said on

7  that.

8  Q  Whether you'd be willing to wait for 2 years for

9  what?

:09PM  10  A  To move to this organization.

11  Q   Starting at line 6 Defendant Blagojevich says:

12     "Oh, yeah, definitely, but I want that

13     organization up and running now.  We put a

14     board, we got a board of directors that Quinlan

:09PM  15     and I have been working on, I'd be sitting

16     there and the, and the organization would begin

17     advocating this stuff but they would be, it

18     would be without, you know, major player until

19     I were to go there."

:09PM  20     What did you understand him to be saying?

21  A  I understood him to be saying that if it was a

22  board that he constituted, he would feel comfortable

23  in there being a position for him at the end of his

24  term in office.

:09PM  25  Q  And he goes on at line 19 to say:

1        "And it'd be the sort of thing that would
2        advocate for us, stuff we'd like here and
3        there.  You know, children's healthcare, pay,
4        you know, and the, and healthcare for working
5        parents.  Something like that.  Right?
6        It would help us push our stuff here and help
7        Obama in Washington.  And the new senator."
8        What did you understand him to be saying?
9   A   I understood him to be describing to me the
10  mission of the organization and why it might appeal
11  to President Obama and his people given the nature
12  of its mission.
13  Q   And at line 30 you say:
14      "I think it's a lot cleaner."
15      What are you saying?
16  A   I thought it was cleaner than a Cabinet
17  appointment, meaning if he were seeking something in
18  exchange this would be cleaner, meaning more easy
19  than the President appointing him to a Cabinet.
20  Q   And at line 31 Defendant Blagojevich says:
21      "Yeah, I would stay as Governor, yeah, don't
22      get me wrong, but it'd be, we'd have this
23      organization, the board of directors, we'd
24      control it.  And it'd be sitting there waiting.
25      And it'd be my little platform.  It'd be, it,

Harris - direct by Hamilton                    2794

1       it, this Change to Win, it's the same kind of
2       concept."
3       What did you understand him to be saying?
4   A   That it would serve his political needs and that
5   it would be secure 2 years from now for his
6   financial needs.
7   Q   And at line 11 Defendant Blagojevich says:
8       "The question is how do you, and the money
9       should be easy because as of right now where
10      he's at at his level ...  and there are no
11      limits.  I mean he's sitting on, I'm sure a lot
12      of campaign money yet."
13      What did you understand him to be saying?
14  A   I understood him to believe that endowing the
15  foundation or the group at the levels he was talking
16  about would not be difficult for President-Elect
17  Obama.
18  Q   At line 20 he goes on:
19      "But I would say one of these things is, you go
20      to Bill Gates, you go to Warren Buffet, you go
21      to George Soros, you go to those big Democrat
22      multi-billionaire guys and you ask them all to,
23      you know, all do, two, you know, 2.5 million,
24      you know, they do, you know, a couple of
25      million each."

1      What did you understand him to be saying?

2  A  I understood him to be identifying potential

3  donors and the levels that they would contribute and

4  that these people are close, in his opinion, to

5  President-Elect Obama.

6  Q  On Page 7, line 17 Defendant Blagojevich says:

7        "That's all they got to do for Valerie

8        Jarrett, if they can't even do that right, I

9        mean, that's not hard them."

10     What did you understand him to be saying?

11 A  I understood him to believe that this was a very

12 feasible exchange or deal for the appointment of

13 Valerie Jarrett.

14 Q  Line 22 you say:

15     "I think if they can't even do that, then we're

16     not having good-faith discussions."

17     What were you saying?

18 A  I was being agreeable with him.

19 Q  You say you were being agreeable with him, what

20 do you mean?

21 A  Just keeping the conversation moving along.

22 Q  Why is it your were keeping the conversation

23 moving along?

24 A  Because there was other matters that I was hoping

25 to get to before my trip and I was also wanted time

:12PM
:12PM
:12PM
:13PM
:13PM

 1  to think through this new concept that he was
 2  articulating, and in my thinking through it that
 3  this was not necessarily a good idea but wasn't
 4  quite sure how to confront him with that yet.
 5  Q   And at line 25 Defendant Blagojevich says:
 6      "Yeah.  Then you say, well then you just give
 7      them, look, then you say, Louanner gets you
 8      nothing, you get, at least you get some good
 9      will, by putting Obama's senator three.  That's
10      what Knapp and others would say, right?  I
11      would be loath to do that then.  That kind of
12      disrespect.  You know.  I'm sure the smart
13      play, the safe play is you still give him his
14      senator.  But since you, you, the alternatives
15      aren't that great.  Right?"
16          What did you understand him to be saying?
17  A   He was somewhat changing gears thinking about his
18  alternatives if he has no Valerie Jarrett
19  alternative.
20  Q   The reference to "at least you get some goodwill
21  by putting Obama's senator there, that's what Knapp
22  and others would say, right," what did you
23  understand him to be referring to?
24  A   I understood him to be referring to the fact that
25  picking President Obama's choice would engender

:13PM
:13PM
:14PM
:14PM
:14PM

1   goodwill with the new President and that that had

2   value.  And others, including myself, had pointed

3   that out to him in the past and again in the future

4   but he was recognizing that that point had been

5   made.

6   Q   And the reference to Knapp, what's your

7   understanding of who that is a reference to?

8   A   His political consultant, Bill Knapp.

9   Q   At Page 8, line 3, you say:

10          "Not that crazy about the alternatives in terms

11          of, I mean, at the end of the day the first

12          test ought to be at least publicly, you know,

13          what's in the best interest of the State of

14          Illinois.  It can't look like what's in Rod's

15          personal best interest."

16          What are you saying there?

17  A   That his alternatives ought to be somebody that

18  is generally accepted as good for Illinois and that

19  would be a strong senator, not somebody that's just

20  very closely aligned with the Governor that didn't

21  have credentials or the stature to be generally

22  accepted as a good pick.

23  Q   At line 12 you say:

24          "So, you know, Louanner, given the other field,

25          you know, we know and like her and know what

1    she is capable of but she's not going to be
2    received as somebody that is better for the
3    State of Illinois than some of the other
4    names."
5    What are you saying there?
6 A   That while Louanner was a friend, loyal, and a
7 very talented woman, she wouldn't necessarily enjoy
8 that much credit when compared to some of the other
9 names that were being talked about.
10 Q   When you say that much credit, that much credit
11 by whom?
12 A   By the media and just general pundits and other
13 politicians and government officials.
14 Q   At line 20 Defendant Blagojevich says:
15    "Hey, do you, why don't we start looking for an
16    African-American Tammy Duckworth.  We can,
17    can't we?"
18    What did you understand him to be saying
19 there?
20 A   He was asking me to start considering other
21 candidates or looking for other possible candidates.
22 In this case, he is suggesting an African-American
23 woman similar to Tammy Duckworth, which would be
24 somebody who was a war hero, a veteran, a very
25 talented and skilled administrator.

Harris - direct by Hamilton                    2799

1  Q  And you say:

2     "I can look, I've been, I've been looking, we

3     got nothing back, I got feelers out on that."

4     What were you saying there?

5  A  I had already inquired of several people to

6  identify and make recommendations to me for possible

7  candidates from the military veterans, war veterans

8  particularly was one area that I had been looking

9  at.

10  Q  And at line 27 Defendant Blagojevich says:

11     "We do?  I mean, can you be more aggressive

12     now, can't you?  You saw the adjutant general,

13     should I call 'em?"

14     What did you understand him to be saying there?

15  A  He was asking me whether I, in fact, talked to

16  the adjutant general.  The adjutant general is the

17  commanding general of the Illinois National Guard.

18  He is somebody that I spoke to and was soliciting

19  names from him of top-notch officers in the National

20  Guard or top-notch enlisted personnel, senior

21  enlisted personnel in the National Guard.

22     For positions in the Governor's

23  administration, I did not tell the adjutant that we

24  were looking for Senate candidates necessarily, but

25  the search criteria was not that unlike what I was

1  looking for.

2  Q   At line 32 Defendant Blagojevich says:

3      "Yeah, Louanner, I understand what you're

4      saying.  So if it's not Valerie Jarrett, then

5      who?"

6      What did you understand him to be saying there?

7  A   That he didn't really have any other names in

8  mind.

9  Q   And what about with respect to the part on where

10 he says, "on Louanner, I understand what you're

11 saying," what did you understand he was referring

12 to?

13 A   That she had been very close to the Governor, she

14 was previously a congressional staffer and somebody

15 that the Governor elevated to a very senior position

16 in the administration.  She did an exemplary job in

17 it, but some people might not recognize her as

18 having the necessary credentials but that other than

19 being a very close ally of the Governor's.

20 Q   So at the top of Page 9, line 2 Defendant

21 Blagojevich says:

22     "So to answer your question, best interest of

23     the State of Illinois, what would be your --

24     what would your second pick be?  I mean, here

25     they completely ignore and say forget it, we

1          want her, they'll be grateful, there's nothing
2          we can do for you, do you still do it?  I mean
3          I have an opinion."
4          What did you understand him to be saying there?
5     A   He is asking me what other candidates I thought
6     other than Valerie Jarrett would make a perfect
7     Senator.
8     Q   And you say:
9          "Well, it goes back to your question, what's
10          your alternative, what's your second best
11          choice, but still, you know, helpful to Obama,
12          help, you know, best interest of Illinois."
13          What are you saying there?
14    A   Well, that the candidate we should be discussing
15    is somebody that's going to be helpful to
16    President-Elect Obama and clearly represent the best
17    interest of Illinois and somebody that meets those
18    criteria.
19    Q   Now, in both what Defendant Blagojevich says and
20    you say, you make reference to second best choice
21    and he says second pick, what's your understanding
22    of what that second pick is a reference to?
23          At the top of Page 9, line 4.
24    A   Yes.  Well, the second pick in some parts of the
25    discussion is second to Valerie Jarrett if she's not

 1  available, in other parts of the discussion it's
 2  second to Louanner, that's -- I'm not sure which one
 3  he was referring to.
 4  Q   Well, when he says on line 5:
 5          "If they completely ignore us and say forget
 6          it, we want her, they'll be grateful there's
 7          nothing we can do for you."
 8          What did you understand him to be referring to?
 9  A   In his case, it was second best to Valerie
10  Jarrett, but if in the event he could not negotiate
11  a deal for himself for the appointment of Valerie
12  Jarrett, then in that case he wouldn't appoint
13  Valerie Jarrett so who would he then turn to.
14  Q   At Page 9, line 21, Defendant Blagojevich says:
15          "Louanner, I mean I don't have one.  I mean,
16          Jesse, Jr., is a repugnant thought to me.  I
17          can't believe anything he says.  What he's got
18          third-party saying to me is a heck of a lot
19          more substantial that what we're getting from
20          the Obama people, okay."
21          What did you understand him to be saying there?
22  A   I understood him to be again expressing his
23  feelings about appointing Jesse Jackson, Jr., that
24  he was not very high on the list, but that others
25  had been talking to him about help that they're

Harris - direct by Hamilton                    2803

1  going to be giving or willing to offer him if they

2  -- if he were to consider picking Jesse Jackson, Jr.

3  Q   At this point, November the 12th, 2008, had

4  Defendant Blagojevich said anything to you about

5  what help, if any, had been offered to him for

6  making Jesse Jackson, Jr., the senator?

7  A   No.

8  Q   At line 29 he says:

9      "But, you know, I don't believe him, I don't

10     trust him, I used to like him, I don't like him

11     anymore, you know, I think he's a bad guy."

12     Who did you understand him to be referring to?

13 A   Congressman Jackson.

14 Q   And at line 9 -- I'm sorry, at page 9, starting

15 at line 34 Defendant Blagojevich says:

16     "Eric Whitaker."

17     And then page 10, line 2:

18     "Ken Duncan."

19     What did you understand him to be saying there?

20 A   He's floating other names with me, throwing out

21 other names for consideration, gauging my reaction

22 or soliciting my reaction.

23 Q   And you've already testified regarding Eric

24 Whitaker, who is Ken Dunkin?

25 A   Ken Dunkin is a State Representative who was

 1  often an ally with the Governor on matters in the
 2  General Assembly.
 3  Q   On line 4 you say "Ricky," who is Ricky?
 4  A   I was referring to State Senator Ricky Hendon,
 5  again another legislative ally of the Governor's
 6  from time to time.
 7  Q   At line 5 Defendant Blagojevich says:
 8      "Which one would get, vis-, ah, maligned more,
 9       Hendon, Emil Jones, or Louanner?"
10      And you say:
11      "Who would be aligned with you more?"
12      And he says:
13      "Maligned.  Which pick would be maligned?  The
14       most maligned."
15      What did you understand him to be asking you
16  there.
17  A   Among those three, which selection would be most
18  criticized in the media and by others.
19  Q   On Page 11, line 1 Defendant Blagojevich says:
20      "Whose better for me, Emil or Louanner?"
21      And at line 2 you say:
22      "In terms of, ah, you have to figure out how
23       we're, how we're measuring that.  In terms of
24       getting out, promoting your agenda and fighting
25       for the things we believe in, Louanner.  And in

Harris - direct by Hamilton                    2805

1      terms of being able to raise money and, ah, you
2      know, being a little more effective operator in
3      the Senate, Emil."
4      What were you saying there?
5  A   That Louanner was passionate about the causes
6  that the Governor was passionate about and spent
7  most of her life fighting for those causes.  Emil
8  Jones was a 30-year plus senator and was a very
9  skilled politician, legislator, fundraiser, and just
10 understood how government works very well.
11 Q   At line 11 Defendant Blagojevich says:
12     "Okay.  Hey have that off-campus discussion with
13     him, now is the time, isn't it?"
14     What did you understand him to be saying?
15 A   He wanted me to approach Emil Jones about his
16 possible selection for the Senate vacancy and have
17 that discussion in the context of Emil Jones making
18 a contribution to the Governor of some or all of his
19 political war chest campaign fund as part of that.
20 Q   And at line 16 he says:
21     "You want to do that today?  That'll make him
22     feel good too, won't it?  So he's back in
23     play."
24     What did you understand him to be saying there?
25 A   That such a discussion would be a sign to Emil

1  that he's still in the mix, still in the running.

2  Q   And at line 22 you say:

3       "I mean, I don't know if you seem, think my

4        assessment's, my assessment's off the mark

5        but ..."

6       What were you saying there?

7  A   I was referring back to the assessment of Emil

8  versus Louanner.

9  Q   And you say at line 29:

10      "Yeah, I just don't see it.  I mean, you'll get

11       the kind of grief that's inside baseball grief,

12       but nationally it's gonna be, you know, his

13       legislative ally, his guy that was able,

14       enabled him to do A, B, C, D E."

15      What are you saying?

16  A   I was expressing my opinion that the selection of

17  Emil Jones would be viewed nationally as and

18  recognized, reviewed as the Governor having selected

19  his legislative ally.

20  Q   And starting at line 3 Defendant Blagojevich

21  says:

22      "You know, I see what you mean.  Have that

23       off-campus discussion with him.  'Cause now,

24       let me ask you a question.  Go back and forth

25       on this Valerie Jarrett stuff.  And they're,

1    you know, their position is, we want her, he'll
2    be grateful and appreciative.  And that's it.
3    Okay.  And then that's the best they'll do.
4    They'll, he'll be grateful and appreciative.
5    Right?  Versus Emil.  What's the better pick
6    for me?"
7    What did you understand him to be saying?
8  A   He was weighing the relative value of picking
9  Valerie Jarrett versus Emil Jones if all Valerie
10 Jarrett was to offer or all that came with Valerie
11 Jarrett, Jarrett's appointment, was the gratefulness
12 and the appreciation of the white House.
13 Q   And at line 18 you say:
14    "I mean, absent any further definition on a
15    sidebar discussion, I'd say Emil."
16    What were you saying there?
17 A   I was saying that we would have to talk to Emil
18 about his willingness to serve, how helpful he could
19 be, the Governor's request of me to talk to Emil
20 about his war chest, but that there was a lot to be
21 said for grateful and appreciation of the white
22 House and that we ought to look at that as the glass
23 half full.
24       MS. HAMILTON:  I don't have any further
25 questions on that section, Your Honor.

Harris - direct by Hamilton                    2808

1        THE COURT:  One hour.

2        THE MARSHAL:  All rise.

3    (The following proceedings were had out of the

4     presence of the jury in open court:)

5        THE COURT:  We are in recess.

6

7

8    (Luncheon recess taken from 12:29 o'clock p.m.

9     to 1:40 o'clock p.m.)

:29PM

:29PM

Harris - direct by Hamilton                    2809

1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION

3  UNITED STATES OF AMERICA,      )
                                  )   No. 08 CR 888
4          Government,            )
                                  )
5  vs.                            )   Chicago, Illinois
                                  )
6  ROD BLAGOJEVICH,               )   June 24, 2010
   ROBERT BLAGOJEVICH,            )
7                                 )
              Defendants.         )   9:39 o'clock a.m.
8

9                        VOLUME 14
                 TRANSCRIPT OF PROCEEDINGS
10         BEFORE THE HONORABLE JAMES B. ZAGEL
                      AND A JURY
11

12
   For the Government:
13
               THE HONORABLE PATRICK J. FITZGERALD,
14             UNITED STATES ATTORNEY
               BY:  Reid J. Schar
15                  Carrie E. Hamilton
                    Christopher Niewoehner
16             Assistant United States Attorneys
               219 South Dearborn Street
17             Suite 500
               Chicago, Illinois 60604
18

19

20
   Court Reporter:
21
               Blanca I. Lara, CSR, RPR
22             219 South Dearborn Street
                    Room 2504
23             Chicago, Illinois 60604
                  (312) 435-5895
24

25

APPEARANCES  (continued:)


For Defendant Rod Blagojevich:

        KAPLAN & SOROSKY
        BY:  Sheldon M. Sorosky
        158 West Erie
        Chicago, Illinois 60610
        (312) 640-1776

        LAW OFFICE OF SAMUEL E. ADAM
        BY:  Samuel Forbes Adam
             Samuel Adams, Jr.
        6133 South Ellis Avenue
        Suite 200
        Chicago, Illinois 60637
        312-726-2326


        OFFICES OF AARON B. GOLDSTEIN
        BY: Aaron Benjamin Goldstein
        6133 South Ellis
        Chicago, Illinois 60637
        (773) 752-6950

        OFFICES OF LAUREN FAUST KAESEBERG
        BY:  Lauren Faust Kaeseberg
        2140 N. Lincoln Park West
        Suite 307
        Chicago, Illinois 60614
        (773) 517-0622

        LAW OFFICES of MICHAEL GILLESPIE
        BY:  MICHAEL GILLESPIE
        53 West Jackson Boulevard
        Suite 1420
        Chicago, Illinois 60604
        (312) 726-9015

1  APPEARANCES  (continued:)

2

3  For Defendant Robert Blagojevich:

4          ETTINGER, BESBEKOS, PARISI
           BY:  Michael D. Ettinger
5              Cheryl Ann Schroeder
           12413 South Harlem
6          Suite 203
           Palos Hills, Illinois 60453
7          (708)598-1111

8

           Edelman, Combs, Latturner & Goodwin LLC
9          BY:  Robyn S. Molaro
           120 S. LaSalle
10         Suite 1800
           Chicago, Illinois 60603
11         (708) 598-1111

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Harris - direct by Hamilton                    2812

1        THE MARSHAL:  All rise.

2      (The following proceedings were had in the

3       presence of the jury in open court:)

4        THE COURT:  Please be seated.

5        You may resume.

6        MS. HAMILTON:  Thank you, Your Honor.

7        At this time I would ask permission to

8  continue with the publication of the call behind tab

9  41 and we'll be picking up at Page 12, line 26.

10        THE COURT:  You may.

11      (Tape played).

12   JOHN HARRIS, GOVERNMENT WITNESS, PREVIOUSLY SWORN

13          DIRECT EXAMINATION (resumed)

14  BY MS. HAMILTON:

15  Q   Mr. Harris, I'd like to direct your attention to

16  Page 12 of the transcript behind tab 41, please.

17        Are you there?

18  A   Yes.

19  Q   Starting at line 27 you say:

20      "I mean, for example, you bring down, you bring

21       Valerie in, right?  You talk to her.  And you

22       say to her, okay, we've gotten, you know,

23       we've, all we've gotten from Obama is grateful

24       and appreciative, right?  But, you, ah, you sit

25       down and talk to Valerie and say listen, you

1      know, I need somebody that's gonna accompany me
2      on trade missions.  I need somebody that's
3      gonna stand with me when we push our agenda
4      downstate."
5      And you go on from there to line 31, what are
6      you saying in that portion of the call?
7  A  I'm explaining to the Governor what I believe to
8  be the advantages to the Governor of appointing
9  Valerie Jarrett as the senator, winning the
10 President's thankfulness and appreciation, building
11 an ally alliance with him through Valerie Jarrett
12 and that Valerie Jarrett could help him increase his
13 standing with the public and help him promote his
14 agenda and that that was not necessarily a bad thing
15 or not something that didn't have any value, that
16 there may be significant benefit to him in his
17 ability to govern by appointing Valerie Jarrett to
18 the Senate.
19 Q  At line 222 you say:
20     "It doesn't mean we delivered anything
21      substantive, but in terms of just your, your
22      public persona, not a bad thing."
23      What are you saying there?
24 A  Meaning earlier I talk about there's only
25 6 months left, meaning the Governor's future or the

Harris - direct by Hamilton                    2814

1  success of his second term is largely going to be
2  won or lost in the next legislative session of
3  Springfield and next 6 months before the campaign
4  season for the next gubernatorial election, so we
5  will not have necessarily passed any substantive
6  legislation or achieved any tangible
7  accomplishments, but the fact that she was standing
8  by his side promoting these programs and just by
9  virtue of being with him, I thought that could help
10 him enhance his reputation and win back some of the
11 lost allies and some of the lost friends that we had
12 before.
13 Q  At line 32 Defendant Blagojevich says:
14    "Right, I agree with everything you're saying,
15     but what does that do for you?"
16    What did you understand him to be saying there?
17 A  I understood the Governor to be referring back to
18 some personal benefit for himself beyond his
19 governing ability and his governing success.
20 Q  And then you say at line 35:
21     "Again, I think a Knapp and a Fred need to
22      tell, tell us that, you know, what it's worth."
23    What were you saying there?
24 A  I was telling him that Knapp and Fred should be
25 consulted and I believe they would also argue that

Harris - direct by Hamilton                    2815

1  Valerie Jarrett as a political ally was worth a lot

2  to the Governor's future political career.

3  Q   At Page 14, line 18, Defendant Blagojevich says:

4      We have to really develop, and I include you in

5      this, but really develop a good plan to develop

6      relationships and all the rest that we can take

7      with us into the private sector, and then for

8      me somehow figure out a way where I can use

9      that private sector, you know, position myself

10     in a private sector, somehow get in the mix

11     over there, if ever.  Know what I'm saying?"

12     What did you understand him to be saying?

13 A  I understood him to continue to be discussing

14 opportunities for employment for himself or other

15 ways of achieving economic security in the private

16 sector.

17 Q   And based upon the context of this call and the

18 other conversations that you had, what relationship,

19 if any, did you believe that concern had to do with

20 his decision regarding the Senate Seat at this time?

21 A  I understood him to be considering and exploring

22 options that would enable him to achieve something

23 in the private sector as it related to a deal

24 regarding the appointment of someone to the Senate

25 Seat.

1  Q   Moving forward to Page 17, starting at line 5,

2  you say:

3       "You also trusted the values that you held as

4        something that would be good for people.  Now,

5        as opposed to Thompson who, you know, as

6        Governor he was a deal maker.  When he left

7        Governor and went into private sector, he

8        remained a deal maker, right?  Putting people,

9        putting people together to make money.  So what

10       he's doing now, is what we did then."

11       What are you saying there?

12 A   Well, throughout this conversation the Governor

13 was somewhat depressed, or at least that was my

14 interpretation of it, and was reflecting a lot on

15 his career and what the future held for him.

16       I was just trying to point out that he had

17 accomplished a lot, that he valued the things he

18 valued, and that the fact that he wanted to continue

19 to do those things in the future was something that

20 should continue to motivate him going forward.

21 Q   What was the point you were making with respect

22 to -- when you say "Thompson," who were you

23 referring to?

24 A   Former Governor Thompson.

25 Q   So what was the point you were attempting to

1  make, if any, with respect to the things you said

2  about former Governor Thompson?

3  A  Well, that I wasn't surprised that the Governor

4  wanted, if he left office, to continue to be

5  involved in some sort of issue advocacy with

6  healthcare, or children, or kids.  Governor Thompson

7  was well regarded as somebody that promoted business

8  interest in Illinois and moved the business interest

9  of Illinois forward to the benefit of the State and

10 that's something he can continue to do in the

11 private sector.

12 Q  So when you go on at line 21 you say:

13     " And for you to seize, for you to say, as a

14       govern or, I'm a values governor, then you

15       gotta leave government and do something, in

16       that aren-, in that world, in the values world.

17       So the 501(c)(3) or Change to Win or those seem

18       like more logical fits for you than going and

19       running a division of Motorola."

20     What were you saying there?

21 A  I was referring back to the Governor's desire to

22 go into the private sector to make money, but then I

23 thought he would also want and need to be earning a

24 living in a job that involved issues he was

25 passionate about as opposed to just simply running a

1  division of Motorola; in other words, something he

2  had heretofore not ever expressed an interest in

3  that kind of employment or that kind of future.

4  Q   All right.  Going on Defendant Blagojevich says:

5      "Right, but you understand, it's very important

6      for me to make a lot of money.  I need the

7      independence.  I, I, I need the freedom.  You

8      know, among the things that I, we've dealt with

9      that I've learned, that I knew anyway but I

10      really know and experienced the feel is, that

11      the vulnerability that my family is under

12      because of my public responsibilities that I've

13      made my children and my wife vulnerable.  You

14      follow?"

15      What did you understand him to be saying at

16  that point.

17  A   I understood him to be expressing his anxiety

18  about the financial security of his family, the fact

19  that he wanted to make a lot of money after leaving

20  office and he wanted to be independent, that his

21  ability to make money to be independent of other

22  people's actions or decisions after he left

23  government.

24  Q   And he goes on at line 6 to say:

25      "I've got the scrutiny going on, lawyers to pay

1      for."
2        What did you understand him to be referring to?
3  A   The federal investigation and his mounting legal
4  bills.
5  Q   And then he says:
6         "How the hell am I going to send my kid to
7         college, that's the biggest f'ing downside
8         that, you know, I'm really dealing with.  And
9         it's like, never again am I ever gonna f'ing
10        screw my kids and my family, and put them in a
11        position like this.  I gotta fix this.  You
12        know, hence the idea of being here for two more
13        years and then just, you know, in an
14        environment where, they're gonna, I'm gonna
15        have to fight tax increases and a guy whose
16        gonna just like continue to block what I'm
17        trying to do.  You know what I'm saying?"
18          What did you understand him to be saying at
19  that point?
20  A   I understood him to be expressing his frustration
21  about his future, his financial needs, as he saw
22  them, and where the prospects were for him to
23  continue serving as Governor for the balance of his
24  term.
25          MS. HAMILTON:  Judge, I now ask permission to

1  publish call session 533 and 535 which correspond to

2  the transcript behind tab 44.

3          THE COURT:  Give me a moment.

4      (Brief pause).

5          THE COURT:  You may do so.

6          MS. HAMILTON:  Thank you.

7      (Tape played)

8          MS. HAMILTON:  Judge, just for everyone's

9  reference, that's the last transcript in Transcript

10 Binder 1 that I intended to ask this witness about.

11         THE COURT:  Okay.

12 BY MS. HAMILTON:

13 Q   Now, Mr. Harris, the call we heard before that

14 that we went through, you indicated you were on your

15 way to Midway Airport to go to Springfield, correct?

16 A   Yes.

17 Q   At some point after that phone call, did you

18 receive a phone call from anyone confirming the news

19 reports regarding Valerie Jarrett?

20 A   Yes, Chief of Staff designate Rahm Emanuel.

21 Q   And where were you when he called?

22 A   In my Springfield office.

23 Q   And did he relay anything else to you with

24 respect to the Senate Seat?

25 A   Yes, he relayed to me the names of four

1  candidates that the President-Elect would have no

2  objection to if the Governor selected a senator.

3  Q   Did you relay the substance of your call with

4  Mr. Emanuel to Defendant Blagojevich?

5  A   Yes, later that morning.

6         MS. HAMILTON:  Judge, at this time could I

7  approach the witness to hand Transcript Binder 2?

8         THE COURT:  You may.

9         MS. HAMILTON:  And I'd ask permission to

10 publish the call behind tab 45.

11        THE COURT:  Is there anybody in the jury who

12 doesn't have that?

13        You can proceed.

14        MS. HAMILTON:  Thank you, Your Honor.

15    (Tape played)

16 BY MS. HAMILTON:

17 Q   Mr. Harris, I want to direct your attention to

18 Page 1 of the transcript behind tab 45.

19        Are you there?

20 A   Yes, ma'am.

21 Q   Now, this call was on November 12th, 2008, at

22 10:26 a.m., is that right?

23 A   Yes.

24 Q   And at lines 3 to 4 Defendant Blagojevich says:

25    "So Knapp tells me Valerie Jarrett is out."

1    What did you understand him to be saying?

2  A  I understood the Governor had had a conversation

3  with Bill Knapp, his political consultant, who

4  informed him that Valerie Jarrett is out of the

5  running for the Senate Seat and would be going to

6  the administration in another capacity.

7  Q  And you say:

8     "Yeah, I just got a call from Rahm.  Three,

9      three issues."

10    What were you saying there?

11  A  That I had heard the same thing from Rahm Emanuel

12  and that there were three issues Rahm discussed with

13  me.

14  Q  Starting at line 9 you say:

15    "Pass on three things to Rod and I'm available

16     to speak to him if he'd like to.  He just

17     wanted to hurry up because he's going into

18     meetings."

19     You then at line 14 said:

20     "Valerie Jarrett is going to the White House.

21      He gave us four names that the President would

22      find acceptable."

23     What were you saying in that portion of the

24      call?

25  A  I was delivering the message from Rahm that he

1  asked me to pass on to the Governor.

2  Q   And the bottom of Page 1, line 22, you say --

3  well, first at at line 20 you say:

4      " Not in any rank order."

5      "Jesse Jackson, Jr."

6      And on to Page 2, line 2 you say:

7      Jan Schakowsky, Tammy Duckworth, Dan Hynes."

8      What were you saying in that portion of the

9      call?

10 A   Again, delivering the message from Rahm that

11 these candidates that the President-Elect would find

12 acceptable for selection to the vacant Senate Seat.

13 Q   Line 8 you say:

14     "He doesn't, doesn't want to say who he doesn't

15     like, but take it basically that if they're not

16     on this list, hew's not high on 'em.  The

17     unspoken there was Emil."

18     What were you saying there?

19 A   That Rahm had intimated to me that Emil Jones was

20 not a favorite candidate of the President-Elect's.

21 Q   All right.  And I've asked you previously in your

22 testimony about Jesse Jackson, Jr., Jan Schakowsky,

23 and Tammy Duckworth.  Who is Dan Hynes?

24 A   Dan Hynes was the Illinois State comptroller.

25 Q   And you indicated that Mr. Emanuel, I think you

1  said, had intimated that Emil was not high on his

2  list, or something like that, what did you mean by

3  that?

4  A   Meaning that was the third message he wanted to

5  deliver, the third issue he discussed.

6  Q   And on Page 2, line 25, you say:

7       "And, ah, if we got any questions to call him

8        back or, and Rahm's happy to talk to you.  And

9        I said to him, "so is there anyone else out

10       there authorized to be having discussions with

11       us on this issue?"  And he said "No," just him.

12       I said, "contrary to representations that may

13       have been made, made by others" and he said

14       'yes.'"

15          What are you saying in that portion of the

16  conversation?

17  A   I was explaining to the Governor that I had asked

18  Rahm Emanuel whether anybody else was authorized to

19  talk on behalf of the Obama camp on the question of

20  the Senate Seat.  I was specifically, in my mind,

21  referring to Tom Balanoff, although I didn't mention

22  that to Rahm, to get his reaction to my question,

23  and he said no one else is authorized.

24  Q   Was that significant to you?

25  A   Well, yes, but not dispositive of the question.

1  Q   What do you mean by that?

2  A   Meaning I just wanted to know Rahm's position on

3  it, whether or not anyone else can speak for him in

4  the event that the Governor wanted to ask Tom

5  Balanoff to follow up or in the event that the

6  Governor wanted to ask Rahm about it in a follow-up.

7  Q   When you say it wasn't dispositive, what do you

8  mean by that?

9  A   Well, Rahm may have had his own agenda and not

10  necessarily have been speaking for the President.

11  Q   On Page 3 you say at line 1:

12      "So you know what I was getting at with that."

13      And Defendant Blagojevich says:

14      "Balanoff."

15      And so what did you understand Defendant

16      Blagojevich to be saying there?

17  A   That he understood the purpose of my question to

18  Mr. Emanuel.

19  Q   At line 8 you say:

20      "And at the airport I grabbed Emil."

21      Had you, in fact, seen Emil Jones at the

22  airport?

23  A   Yes, we both were boarding the aircraft for

24  Springfield approximately at the same time that

25  morning.

:20PM
:20PM
:20PM
:20PM
:21PM

Harris - direct by Hamilton                    2826

1  Q   And at line 22 you say:
2      "Daley wants Valerie."
3       What were you saying there?
4  A   That Mr. Jones had told me that Mayor Daley had
5  called him and was asking Emil Jones for his
6  assistance in getting the Governor to appoint
7  Valerie Jarrett.
8  Q   At line 26 Defendant Blagojevich says:
9      " Knapp tells me Rahm was pushing Valerie
10      because he wants more control over the
11      President, doesn't want somebody close to her
12      to him in there."
13      What did you understand him to be saying there?
14 A   I understood the Governor to be telling me about
15 a conversation he had with Bill Knapp and what Bill
16 Knapp had told him, that it was Knapp's belief that
17 Rahm Emanuel was the person behind advocating
18 Valerie Jarrett's appointment, one of his motives
19 was he didn't want her working in the White House
20 close to the President.
21 Q   At line 8 Defendant Blagojevich says:
22      "Who calls him and asks him what about an issue
23      advocacy PAC?  Issue advocacy thing, can we get
24      George Soros and these guys to put 10, 15
25      million dollars in something?  Who makes that

1    request?  To Rahm."

2        What did you understand Defendant Blagojevich

3  to be saying there?

4  A   That he wanted somebody to call Rahm Emanuel

5  about the idea of getting Barack Obama's supporters,

6  the billionaires discussed earlier, to endow an

7  issue advocacy PAC foundation along the lines that

8  the Governor previously described.

9  Q   Now, in the previous discussions had Defendant

10  Blagojevich ever suggested that kind of request be

11  made to Rahm Emanuel?

12  A   No, it was still internal discussions.

13  Q   Based upon the context of this call, did you have

14  any understanding as to why Defendant Blagojevich

15  was making the suggestion that this request be made

16  to Rahm Emanuel?

17  A   I think he wanted to pursue the idea and that

18  Rahm Emanuel would be somebody who could make it

19  happen.

20  Q   At line 14 you say:

21      "Probably Wyma or me."

22       What were you saying there?

23  A   In response to his question who would make the

24  request, I responded John Wyma or myself.

25  Q   And why was it in this context that you suggested

Harris - direct by Hamilton                    2828

1  John Wyma or yourself?

2  A  I was trying to buy some time.  I wasn't

3  intending to make a call or such an ask and I didn't

4  think John Wyma would either, and I would've reached

5  out to John Wyma eventually, but I also believed

6  that John Wyma would not pursue this PAC.

7  Q  When you say you were trying to buy some time,

8  what do you mean?

9  A  Well, if I didn't answer the Governor's question

10 of who might make the call, he might make the call

11 himself or might ask somebody else to make the call

12 and I thought that would be problematic.

13 Q  You thought that would be problematic why?

14 A  Because I thought such a course of action was not

15 going to be well received and it would be wrong, in

16 the first instance, to pursue it.

17 Q  Did you think that this was problematic

18 politically?

19 A  Yes.

20 Q  And why is it that you thought it was problematic

21 politically?

22 A  Because it puts the White House in a very

23 delicate position of being asked to raise funds to

24 endow a foundation that would be set up by the

25 Governor as he described it.  It would be

1  problematic for the Governor because it would be

2  somewhat transparent if it was set up commensurate

3  with his appointment of Valerie Jarrett.  I just

4  thought it would be over the top in terms of an ask.

5  Q   When you say it would be somewhat transparent,

6  what do you mean by that?

7  A   That the supporters that were going to endow

8  these were not supporters of the Governor's, not

9  traditionally, not in the past that I was aware of,

10 that in asking these billionaires to set up a

11 foundation and appoint the Governor's close friends

12 and allies to serve on the board of directors would

13 be transparent.

14 Q   At Page 5, at line 22 you say:

15     "What's interesting about the list, because he

16      made a point to say no rank order, is an Asian,

17      a white female, a male, female, I mean a male

18      white and one male black."

19      What Defendant Blagojevich says at line 28:

20      "Right, it's a BS list."

21      What did you understand him to be saying?

22 A   I understood the Governor to believe that the

23 list was not a sincere list of candidates but rather

24 a political list in the event that information

25 became publicly known if the Governor -- I'm sorry,

1  if the President-Elect had expressed a preference

2  for a Senate candidate, that the President-Elect

3  would want the list to reflect a diverse group of

4  individuals so that not to offend any particular

5  group or politician.

6  Q   At line 29 you say:

7       "As of now, no intention of making that list

8        public, clearly."

9       What are you saying there?

10 A   That we should not publish the list and I didn't

11 expect the Rahm Emanuel would be publishing the

12 list.

13 Q   At line 31 Defendant Blagojevich says:

14      "Right.  Why don't you bounce back, why don't

15       you go back and talk to him about ..."

16       and on to the next page:

17      "... the healthcare PAC, I mean the advocacy

18       thing."

19       What did you understand him to be saying there?

20 A   Again, he was asking me to raise the idea of the

21 501(c)(4) with Rahm Emanuel.

22 Q   And at line 4 he says:

23      "What do you think?"

24       And at line 5 you say:

25      "I think we should strategize a little bit more

1      before we do that."

2      And line 8 you say:

3      "A little more."

4      What were you saying there?

5  A  I was stalling for some time in order to delay

6  any steps down this path.

7  Q  And at line 9 Defendant Blagojevich says:

8      "All right, let's think about it."

9      What did you understand him to be saying there?

10 A  That he was prepared to wait for further

11 discussions on the subject before we did anything.

12 Q  At line 10 you say:

13     "Okay, and who might be the best person to bring

14     that message forward."

15     And you go on:

16     "Because they're clearly diluting the value of

17     the ask."

18     What were you saying there?

19 A  I was telling them that I would think about who

20 might be able to carry that message.  I also

21 expressed to him my opinion that clearly by giving

22 us these lists of names and the fact that Valerie

23 Jarrett has been selected to join the

24 President-Elect at the White House, that there was

25 very little left for the Governor to bargain with,

1  if anything.

2  Q   You go on at line 16:

3      "Meaning they're, they're reducing its

4         importance when they give you two whites and a

5         black and an Asian, it sounds like the only

6         thing they really don't want is Emil."

7      What are you saying there?

8  A   That they're really not asking us to do anything

9  other than perhaps not appoint Senator Jones, I saw

10 that as relatively speaking of less value to the

11 White House in terms of their interests.

12 Q   At line 24 Defendant Blagojevich says:

13      "Emil still wants it, right?"

14      What did you understand him to be asking you?

15 A   Whether Emil Jones still wants to be the senator.

16 Q   At line 25 you say:

17      Yeah, this morning when I saw him he says,

18         "yeah, Daley called me."  I say, "yeah,

19         whenever anybody asks us about anybody and I

20         didn't mention specific.  I says, "we, we say

21         what about Emil.  We don't say Emil's asking

22         for it.  We just say what about Emil" and he

23         smiled, he said, "good, good, good."

24         What are you saying there?

25 A   I was reassuring Senator Emil Jones that he was

1 still being considered by the Governor.

2 Q   And what you relayed at those lines, had you, in

3 fact, had discussions similar to that with

4 Mr. Jones?

:30PM   5 A   Yes.

6 Q   On Page 7, at line 1, Defendant Blagojevich says:

7       "when you gonna have that off-campus

8       conversation?"

9       What did you understand him to be asking you?

:30PM   10 A   The Governor was --

11       (Loud, crashing noise.)

12         THE COURT:  I believe this table was provided

13 to me by the lowest bidder.

14         You can go on.

:30PM   15 BY THE WITNESS:

16 A   I understood the Governor to be asking me to have

17 a conversation with Emil Jones along the lines that

18 he had previously discussed with me about the

19 possibility of appointing Emil Jones to the vacant

:31PM   20 Senate Seat and that part of that appointment would

21 involve Emil Jones transferring some or all of his

22 campaign funds, remaining campaign funds and

23 available funds, to the Governor's campaign account.

24 Q   And you said at line 3:

:31PM   25       "I told him I wanted to see him after business

Harris - direct by Hamilton                    2834

1      was done off site, he said okay."

2      What are you saying there?

3  A  I told him I would have that conversation later

4  in the day.

5  Q  And at line 9 Defendant Blagojevich says:

6      All right, good.  All right.  Let's keep, give

7      it some more thought.  Talk to Emil about that

8      and, ah, let me take this call."

9      What did you understand Defendant Blagojevich

10 to be saying?

11 A  To give more thought to the 501(c)(4) PAC or

12 issue advocacy idea that he had discussed with me

13 previously and then to go ahead and have that

14 conversation with Emil Jones.

15 Q  Mr. Harris, at the end of this conversation, what

16 was your understanding as to what, if anything, was

17 going to be done next with respect to an ask for

18 money to be put into a 501(c)(4)?

19 A  That there would be more internal discussions

20 with myself, perhaps Bob Greenlee or Bill Quinlan,

21 and that we would talk back with the Governor more.

22      MS. HAMILTON:  Judge, at this time I'd ask

23 permission to publish the call behind tab 46 which

24 is session 540.

25      THE COURT:  Sure.

:31PM (line 5)
:31PM (line 10)
:31PM (line 15)
:32PM (line 20)
:32PM (line 25)

1      (Tape played).

2          MS. HAMILTON:  I ask permission to publish

3    call session 558 which is at tab 54.

4          THE COURT:  You may.

:33PM    5      (Tape played)

6    BY MS. HAMILTON:

7    Q  Mr. Harris, at Page 1 the date and time of the

8    call is November 12th, 2008, at 12:36 p.m., is that

9    right?

:37PM   10    A  Yes.

11    Q  So where are you when this call takes place?

12    A  In my Springfield office during the veto session.

13    Q  At line 2 Defendant Blagojevich says:

14        " Here's my criterion, you wanna hear it now?  I

:37PM   15        told Patti?"

16        What did you understand he was referring to?

17    A  His criterion for the selection of the senator.

18    Q  At line 5 Defendant Blagojevich says:

19        "These three criterion in this order.  Our

:37PM   20        legal situation.  Our personal situation.  My

21        political situation.  This decision like every

22        other one needs to be based upon, on, on that.

23        Legal, personal, political.  What do ya think?"

24        What did you understand him to be saying there?

:37PM   25    A  That his selection needs to satisfy those three

1  interests.

2  Q   And when he says "our legal situation," what was

3  your understanding as to what that was a reference

4  to?

5  A   The legal investigation of his administration and

6  his family finances.

7  Q   "Our personal situation," what was your

8  understanding of what he meant by that?

9  A   His personal economic security, his need to

10 secure some sort of economic future for himself.

11 Q   And when he says "my political situation," what

12 was your understanding of what he was referring to?

13 A   His political -- continued political viability

14 either now or in the future.

15 Q   And at line 8 when he says, this decision like

16 every other needs to be based on that, legal,

17 personal, political," did you have any understanding

18 prior to this call that that was a basis on which

19 Defendant Blagojevich was making decisions?

20 A   No, this is the first time he articulate it to me

21 that way.

22 Q   At line 11 you say:

23     "Yeah, they all intersect or overlap.  Legal is

24      the hardest one to satisfy.  You know, that

25      would argue most for somebody who's real close

1    to you or somebody who owes it all to you."

2        What are you saying there?

3 A   I was saying to him that it wasn't apparent to me

4 how a Senate selection would help him with his legal

5 situation, but I had in mind what he might be

6 thinking when I said somebody disclose to him.

7 Q   And when you said somebody close to him, what did

8 you mean?

9 A   Meaning appointing a senator who was close to him

10 that would look out for his interests, including his

11 legal interests.

12 Q   And when you say someone close to him, what was

13 your understanding as to how that might help

14 Defendant Blagojevich's legal interests?

15 A   Somebody who was a U.S. Senator who would try to

16 influence or otherwise put pressure on the Justice

17 Department to back off on the federal investigation.

18 Q   And at line 19 Defendant Blagojevich says:

19      "Including myself."

20      And you say:

21      "Including yourself."

22        What did you understand him to mean when he

23 said "including myself"?

24 A   Appointing himself as senator.

25 Q   Did you have any understanding based upon this

1  conversation as to how appointing himself to senator
2  would help his legal situation?
3  A   Not a clear understanding other than he would be
4  a sitting U.S. Senator.
5  Q   And at line 22 Defendant Blagojevich says:
6       'I mean, think about that.  They want me here in
7       Illinois.  That's a faraway Illinois problem
8       from my old life."
9       What did you understand him to be saying?
10 A   That the Obama administration would rather keep
11 the Governor at a distance, a distance that was not
12 as far if he was a U.S. Senator.
13 Q   At Page 2, starting at line 6, Defendant
14 Blagojevich says:
15      "And from a legal standpoint on the substance
16      of, you know, did, did you do something wrong
17      or didn't you do something wrong, it didn't
18      change that.  But in terms of, of the, the
19      people who are trying to chase all that down
20      and does it change any dynamic if you're there
21      versus back here."
22      What did you understand him to be saying?
23 A   That regardless of who was appointed senator,
24 whether someone close to him or himself, that
25 doesn't change the facts surrounding the

:40PM
:41PM
:41PM
:41PM
:41PM

1  investigation or involved in the investigation, but

2  it might change the level of aggressiveness or the

3  level of pursuit of the federal authorities.

4  Q   Now, Mr. Harris, not this call but the last call

5  that we heard, you testified about the fact that you

6  understood Defendant Blagojevich to be directing you

7  to have the off-campus discussion with President

8  Senate Jones, do you remember that?

9  A   Yes.

10 Q   At some point on November the 12th did you in

11 fact have a discussion with Mr. Jones?

12 A   Yes.

13 Q   And did that conversation take place in

14 Springfield?

15 A   Yes.

16 Q   Generally, what happened in that meeting with

17 Mr. Jones?

18 A   I discussed several issues with Mr. Jones that

19 afternoon, some of them had to do with matters

20 pending during the veto session.

21        We talked generally about the Senate Seat

22 that the Governor I believed next to himself,

23 meaning the Governor himself, viewed Emil Jones as

24 his next favorite candidate and that the Governor

25 had made no decision yet.

1 Q   Did you -- I'm sorry, did I interrupt you?

2 A   No.

3 Q   Did you say anything to Mr. Jones as Defendant

4 Blagojevich had instructed you regarding his

5 campaign war chest?

6 A   I discussed the senator's campaign war chest but

7 not in the terms that the Governor had asked me to.

8 Q   How did you discuss it?

9 A   I discussed the fact that I had read recently an

10 article in the local paper about the fact that the

11 senator may be able to convert some portion of his

12 campaign war fund, his campaign war chest, into

13 personal use because he met the qualifications under

14 Illinois state law that allowed certain politicians

15 who had balances in their campaign funds before a

16 certain date to convert those balances to personal

17 use after paying taxes on that amount and that any

18 remaining dollars would be unable to be used for

19 personal use.

20       I asked him what he intended to do with those

21 campaign funds after he left the Senate because he

22 was stepping down from the Senate presidency

23 position, was not seeking reelection.  He said that

24 he intended to remain politically active.  And I

25 said words to the effect of, "are you going to

Harris - direct by Hamilton                    2841

1  continue to support like-minded Democrats," and he

2  said "yes," and that was about the end of our

3  conversation.

4  Q   How was that different, in your mind, from what

5  you understood Defendant Blagojevich had directed

6  you to relay to Senate President Jones?

7  A   I understood the Governor wanted me to make it

8  clear to President Jones that in consideration for

9  his appointment to the Senate Seat, Senate President

10 Jones would be expected to give some or all of his

11 campaign war chest or remaining campaign war chest

12 to the Governor's campaign fund.

13 Q   Why is it that you did not deliver the message

14 that you understood Defendant Blagojevich directed

15 you to relay?

16 A   Because I felt uncomfortable doing it, I thought

17 it would be wrong, and I also thought that given the

18 relationship between President Jones and Governor

19 Blagojevich, that if and when the Governor wanted to

20 talk to Senate President Jones about his appointment

21 for the Senate Seat, it would come up then between

22 them.

23 Q   At some point after your meeting with Mr. Jones,

24 did you talk with Defendant Blagojevich about that

25 meeting?

:44PM
:45PM
:45PM
:45PM
:45PM

Harris - direct by Hamilton                    2842

1  A   Yes.

2          MS. HAMILTON:  Your Honor, at this time I'd

3  ask permission to publish call session 589 and the

4  transcript is at tap 56.

5          THE COURT:  Yes, you may.

6      (Tape played).

7  BY MS. HAMILTON:

8  Q   Mr. Harris, I want to direct your attention to

9  the first page of the transcript behind tab 56.

10 A   Yes.

11 Q   And this call took place on November the 12th,

12 2008, at 5:30 p.m., is that right?

13 A   Yes.

14 Q   Were you still in Springfield at this time?

15 A   Oh, yes.

16 Q   Starting at line 12 you say:

17     "Well, I talked to him about life after the

18      Senate and how, you know, everyone is going to

19      go off to Washington and live happily ever

20      after and Rod, you know, Rod is stuck here with

21      this, you know, BS unable to get anything done.

22      Regardless of who the Senate President is and

23      you know, how, how, how might Emil be helpful.

24      And he says, I says, "you know, because next to

25      him, you're his favorite candidate."  I mean

1    next to yourself."

2    What are you saying there?

3  A  I was just describing a conversation, parts of it

4  were accurate, some of it wasn't.

5  Q  And what was it that wasn't accurate?

6  A  Well, as I mentioned before, my conversation with

7  Emil covered a variety of topics, one of them was

8  the Senate Seat.  I told Senator Jones that Emil

9  Jones was the Governor's favorite candidate next to

10 himself.

11 Q  You did tell him that?

12 A  Yes.

13 Q  On Page 2 starting at line 2, do you then through

14 the end of the page go through in some detail part

15 of the back and forth of your conversation with

16 Mr. Jones earlier that day?

17 A  Yes.

18 Q  The description that you gave to Defendant

19 Blagojevich in this call, did it accurately reflect

20 the nature of your conversation with Mr. Jones?

21 A  In part.

22 Q  What do you mean "in part"?

23 A  Well, I did discuss with Senator Jones the fact

24 that no one other than Emil has been a friend to the

25 Governor, none of the other persons that were being

:55PM

:56PM

:56PM

:56PM

:56PM

1  considered were as good a friend, nor could we count

2  on to continue to be a strong ally if he were chosen

3  as senator.

4          I believe the impression I gave the Governor

5  was that we talked about the campaign funds in Emil

6  Jones's war chest, the big bucket of money, in the

7  context of the appointment which was not the case.

8  Q   All right.  So are you saying that in this

9  conversation you misrepresented the fact that the

10 conversation about the big bucket of money was in

11 relation to the Senate Seat discussion?

12 A   Yes.

13 Q   Why is it that you misrepresented that to

14 Defendant Blagojevich in this call?

15 A   Again, I thought that Emil Jones would be on

16 notice that, you know, the topic of money --

17         MR. SOROSKY:  Objection, Your Honor.

18         THE COURT:  It's overruled.  It explains his

19 reasoning.

20 BY THE WITNESS:

21 A   I believe that the Governor would be having

22 several conversations with Emil Jones about the

23 subject of the Senate Seat if the Governor intended

24 to appoint him.  That if the Governor wanted to ask

25 for the money, he would do so himself.

:57PM

:57PM

:57PM

:57PM

:58PM

1        Emil Jones is a friend and somebody that I
2  grew to like a lot and we had a very close
3  relationship and I knew the Governor and Senator
4  Jones had a close relationship, I didn't need to
5  have that conversation with Senator Jones.
6  Q   Well, Mr. Harris, why didn't you just tell
7  Defendant Blagojevich "I'm not going to relay that
8  message to Senator Jones, if you want to do it, do
9  it yourself"?
10 A   Because it was a conversation I knew would happen
11 anyway.  If I simply told him I wasn't going to do
12 it, he would be disappointed and we'd get into an
13 argument about why, and it just didn't seem to be
14 worth the fight at the time, that I was trying to
15 work on other things during the legislative session.
16 Q   On Page 3, line 35, Defendant Blagojevich says:
17       "One thing we should say is, look, what if I
18        were to run Senate.  We need him as a stalking
19        horse in there to keep Junior and these, ah,
20        you know, keep it from getting ..."
21       What did you understand him to be saying there?
22 A   The Governor was referring to the fact that Emil
23 Jones had indicated to me that if he were appointed
24 to the Senate Seat, he wouldn't seek reelection
25 after 2 years.

1        What the Governor is telling me is that in

2   the event he does appoint him, part of that

3   discussion would mean that Emil Jones would keep his

4   intent of not to run for reelection secret or not

5   disclose that, that he would remain in the race

6   until the last possible minute or some time when it

7   was politically feasible to keep others from seeking

8   the seat in the event that Governor Blagojevich

9   wanted to run for the open seat at the end of

10  2 years.

11  Q   And in the reference to Junior on line 38, who

12  did you understand Defendant Blagojevich to be

13  referring to?

14  A   Congressman Jesse Jackson, Jr.

15  Q   On Page 4, line 4, you say:

16      "So it was good, you know.  And then he's, you

17        know about Obama.  I said to him, you know,

18        "how, how confident are you that he wants you?"

19        So he kinda looked at me, you know, and I kinda

20        looked at him.  So he knew and he says, "well,

21        I don't think he'll go out of his way to stop

22        it."

23          What are you saying there?

24  A   I am relaying to the Governor part of the

25  conversation with Senator Jones.

Harris - direct by Hamilton                    2847

1      I had asked Senator Jones whether or not
2  Obama is still backing him for the senator or he
3  believed he was backing him.  And Senator Jones
4  responded to me words to the effect that he didn't
5  think President Obama would go out of his way to
6  stop it.
7  Q   And Defendant Blagojevich says at line 12:
8         "He did say that?  I don't think he'll go out
9         of his way to stop him?  Wow."
10        What did you understand him to be saying?
11 A   It was quite a significant statement for Emil
12 Jones to make that President Obama may not be
13 backing him despite their close friendship.  Senator
14 Jones had been a political mentor to then State
15 Senator Obama.
16 Q   At line 16 you say:
17        "In other words, he acknowledges, to me
18        privately, that he recognizes Obama isn't going
19        to be, you know, championing, his cause."
20        What were you saying there?
21 A   I was retelling the fact that Senator Jones
22 acknowledged the level of support he believed he
23 would get from President-Elect Obama.
24 Q   At line 20 Defendant Blagojevich says:
25        "So does he think it's possible I could send

Harris - direct by Hamilton                    2848

1    myself or did he dismiss that?"

2    What did you understand him to be asking you?

3  A  Whether Senator Jones believed that it was

4  possible that the Governor might appoint himself to

5  the seat, and I told him yes.

6  Q  At line 24 you say:

7    "Yes, and so I wanted to leave that impression

8    only because, you know, we're left here F,

9    stuck in the mud, you know, weakened because of

10    that f'ing ethics bill."

11    What are you saying there?

12  A  That one of the reasons that the Governor wanted

13  to appoint himself was because the balance of his

14  term, the remaining 2 years, were going to be

15  difficult enough as it was, made more difficult

16  enough as it was, made more difficult by the fact

17  that the ethics bill would limit the Governor's

18  ability to fundraise.

19  Q  Had you, in fact, said that to Senate President

20  Jones?

21  A  We discussed the ethics bill and the fact that

22  Emil Jones went back on his word not to call the

23  vote for a veto override.

24  Q  At Page 5, at line 9 Defendant Blagojevich says:

25    "See if we get, where's the senator."

Harris - direct by Hamilton                    2849

1      What did you understand him to be saying there?

2  A  I don't know.

3  Q  And at line 13 he says:

4     "So what's your sense of this?"

5      What did you understand him to be asking you?

6  A  On that section, I'm not quite sure.

7  Q  At line 14 you say:

8         "I think he really wants it and, you know, I

9         think he would be helpful in a lot of ways,

10        obviously, you know, not as helpful as you

11        would be to yourself, but, you know, in terms

12        of any other elected official, you know, he'd

13        be as helpful as them."

14        What were you saying there?

15 A  That Senator Jones was still very interested in

16 being appointed senator and that he would be a

17 friend, continue to be a helpful ally as any other

18 elected official, more so because of his political

19 effectiveness.

20 Q  On Page 6 at line 21 Defendant Blagojevich says:

21        "So he's not going to do anything to take away

22        that power from me, is he?"

23        What did you understand him to be asking you?

24 A  That Senator Jones was not entertaining the idea,

25 nor did he indicate to me in any way that anybody

:03PM

:03PM

:04PM

:04PM

:04PM

1  was attempting to move legislation in Springfield

2  that would strip the Governor of his power to make

3  the appointment to fill the vacant Senate Seat.

4          One of the reasons for my discussions with

5  Emil was, of course, to reassure him that he was

6  still under consideration as one way of keeping him

7  from entertaining legislative action that would

8  strip the Governor of the power to make the

9  appointment.

10  Q  All right.  Mr. Harris, I want to briefly change

11  topics --

12          THE COURT:  Stop for a second.

13          If you're going to change topics, we'll take

14  the break now.

15          THE MARSHAL:  All rise.

16       (The following proceedings were had out of the

17        presence of the jury in open court:)

18          THE COURT:  We're in recess.

19          You may step down.

20       (Recess.)

21          THE MARSHAL:  All rise.

22          THE COURT:  Please be seated.

23          You may resume.

24          MS. HAMILTON:  Thank you, Your Honor.

25

:05PM

:05PM

:05PM

:06PM

:26PM

1  BY MS. HAMILTON:

2  Q   Mr. Harris, you previously testified about what

3  you had understood to be Defendant Blagojevich's

4  personal interest in the University of Illinois

5  Board, do you remember that?

6  A   Yes.

7  Q   Can you briefly explain for the jurors what the

8  University of Illinois board does.

9  A   The University of Illinois Board of Trustees are

10  the policy and governing body overseeing the

11  University of Illinois system which is comprised of

12  Champaign, Urbana campus; University of Illinois at

13  Chicago, and other campuses around the State,

14  smaller campuses.

15       They are the body that sets the budget, hires

16  or selects the university president and chancellors,

17  and other executive officers in the university

18  system, the provosts, as well as ensure the

19  university is fulfilling its mission and its

20  charter.

21       MS. HAMILTON:  Your Honor, I'd ask permission

22  to publish call session 679 which is at tab 64 in

23  Binder 2.

24       THE COURT:  You may do that.

25       MR. SOROSKY:  Your Honor, we would object to

1 this.  This is 404(b) issue-type matter.  It has

2 nothing to do with the indictment.

3          THE COURT:  You can come to the side on this

4 one.

5      (Proceedings heard at sidebar on the record.)

6          THE COURT:  This is my sidebar, it doesn't

7 count against you.

8          MR. SOROSKY:  Thank you.

9          THE COURT:  Okay where are we.

10          MR. SOROSKY:  Your Honor, this call session

11 679 is a call related to discussions about the

12 University of Illinois Board.  This is not charged,

13 it is not relevant, Your Honor.

14          THE COURT:  Okay.

15          MS. HAMILTON:  Your Honor, this call is

16 directly relevant to the charges in this case for a

17 number of reasons.  First of all, the indictment

18 alleges a scheme to personally benefit through his

19 role as Governor.  It does delineate specific ways

20 in which he does so and has general language which

21 incorporates a number of things which would clearly

22 include his interest in who is put on the U. Of I.

23 Board because he later wants to try to get a job

24 there.

25          In addition, there has already been testimony

1  in this case and is alleged in the indictment his

2  interest and knowledge in controlling certain boards

3  specifically for his own personal before.

4        This call directly shows that he does have

5  knowledge of the boards, he knows that he is the one

6  who put the people on the board, and that he himself

7  is the one who makes those decisions.

8        So for those reasons, this call is directly

9  relevant to the charges in this case, it is not

10 404(b).

11       THE COURT:  Response?

12       MR. GOLDSTEIN: It's not specifically alleged,

13 is it general allegations as to what the Governor

14 used in his position.  It's not enough.  For this

15 call to come in, then, everything comes in, Your

16 Honor.

17       THE COURT:  I don't think everything comes in

18 but this one does.

19    (Proceedings resumed within the hearing of the

20     jury.)

21       THE COURT:  You may proceed.

22       MS. HAMILTON:  Thank you, Your Honor.

23       We'll now publish call session 679 which is

24 tab 64 in the binder.

25    (Tape played).

1  BY MS. HAMILTON:

2  Q   Mr. Harris, I want to direct your attention to

3  call session 679 behind tab 64.

4       Are you there?

5  A   Yes.

6  Q   The date and time of this call is November the

7  14th, 2008, 8:06 a.m., is that right?

8  A   Yes.

9  Q   Are you still in Springfield at this time as part

10 of the veto session?

11 A   Yes.

12 Q   At line 2 Defendant Blagojevich says:

13     "Hey, so Sheila was the only one to vote against

14      fare increases yesterday, huh?"

15     What did you understand him to be asking you?

16 A   Whether Sheila Nix, who was recently appointed by

17 the Governor to serve on the CTA board, the Chicago

18 Transit Authority Board, whether she was the only

19 one of the board members who voted against the fare

20 increase this was before the board that previous

21 day.

22 Q   And at line 5 he says:

23      "Why the other ones do it?"

24     And at line 7:

25     "Who are they?"

1      What did you understand him to be asking you?
2  A   He was asking me about the other gubernatorial
3  appointments.  There are 7 members on the CTA board,
4  four appointed by the mayor, three appointed by the
5  Governor.  The Governor appointed Sheila Nix, Sue
6  Leonis and Cindy Panayotovich, only Sheila Nix voted
7  against the fare increase.  The Governor was against
8  the fare increase.
9  Q   At line 9 Defendant Blagojevich says:
10      "So yeah, Panayotovich gone in September,
11       right?"
12      What did you understand him to be asking you?
13  A   He was asking me when her term of office on the
14  board was to expire.  And it would have been, I
15  answered to him, it was sometime in the middle of
16  the following year, in other words sometime in the
17  middle of 2009.
18  Q   And at line 12 the Defendant Blagojevich says:
19       "Okay, we totally get rid of her."
20      What did you understand him to be saying?
21  A   That he was not going to be reappointing her to
22  the board.
23  Q   At line 16 he says:
24      "So we asked her to vote against it?"
25      What did you understand him to be saying?

Harris - direct by Hamilton                    2856

1  A   Whether we asked her to vote against the CTA fare
2  increase.
3  Q   And at line 17 you say:
4      "Yeah, and she told us she would."
5      What were you saying?
6  A   Yes, she was asked and she told us she would vote
7  against it.
8  Q   And at line 19 you said:
9      "I can't get rid of her?  I thought she was
10     gonna to resign or something."
11     What did you understand him to be saying?
12 A   He thought that she would resign if she couldn't
13 vote against the fare increase, but she voted for it
14 and did not reassign.  And he was asking her if he
15 could remove her and replace her with someone else,
16 and I told him no.
17 Q   At Page 2, line 8, you say:
18     "The thing about the U of I appointment ..."
19     and you go:
20     "... the risk there is again it's, it raises
21     the Emil, I want Charles Box, I want all these
22     other people that are expiring next July.
23     That's why I was staying away from that."
24     What are you saying there?
25 A   The Governor had previously instructed me to move

1  forward on reappointing certain members of the

2  U of I board, University of Illinois Board of

3  Trustees.  I looked into the matter and explained to

4  him the risk of making that nomination, those

5  nominations at this time.

6  Q  And what was the risk that you were explaining?

7  A  That their appointments were not due to expire

8  until the following July.  There would be an entire

9  legislative session in the beginning of 2009 and

10  into the spring of 2009 when this matter or these

11  nominations would normally come up in the normal

12  order of business.  Asking Senate President Jones to

13  move forward on the Senate confirmation of these

14  nominees in November of 2008 would've invited Senate

15  President Jones to ask us to include and renominate

16  Charles Box who was currently serving as the

17  chairman of the Illinois Commerce Commission Board,

18  his term was not set to expire until the following

19  July as well.  The Governor was not sure whether he

20  wanted to appoint Charles Box.  Emil Jones was a

21  supporter of Charles Box.  Emil Jones would have

22  likely told me that if the Governor wants to move

23  forward on the U of I boards, he would want us to

24  move forward on the ICC board nomination.

25  Q  So at line 16 Governor Blagojevich says:

1        "I hear you.  Could we just do Devon Bruce and
2         Niranjan and hold Sperling in abeyance?"
3        What did you understand him to be asking?
4  A   Whether I thought moving forward on two of the
5  three U of I nominees made sense.
6  Q   Who is Devon Bruce?
7  A   A candidate for the U of I Board that the
8  Governor was considering.  Niranjan Shah was a
9  current member of the Board and so was Mr. Sperling.
10 Q   And you respond at line 19:
11        "Yeah, we could do that, but again Emil would
12         say let's do Box."
13        What were you saying there?
14 A   Basically what I had told him previously, that
15 such a nomination at this time would invite the
16 question of Charles Box.
17 Q   At the bottom of Page 2, line 35, Defendant
18 Blagojevich says:
19        "Can you just probe and see if you can get him
20         in and then ..."
21        on the next page:
22        "... if it's a problem, just pull him back."
23        What did you understand him to be saying?
24 A   The Governor was suggesting to me perhaps Charles
25 Box would not come up and is there a way to test the

Harris - direct by Hamilton                    2859

1  waters, so to speak.
2  Q   At line 2 you say:
3      "You'd have to file the, yeah, I could probe
4       with Emil, but we have to file the names today
5       to get six days in."
6      What were you saying?
7  A   That there wasn't really any time left to probe
8  because in order for the nominations to be
9  considered in the last week of the veto session,
10 which was coming up, that there's a process, a
11 notice process that involves a period of days for
12 the Senate to be notified before they'll take up the
13 nomination.  That for all intended purposes, today
14 or that day was the last day we could submit names
15 for appointments to the board, to boards or
16 commissions, for the rest of the year or until the
17 next legislative session, for all practical
18 purposes.
19 Q   And, again, when was the next legislative
20 session?
21 A   At the end of the veto session sometime in late
22 November.  The General Assembly would usually not
23 reconvene until early January of the following year.
24 Q   At line 25 you say:
25     " I mean, it's not a big hornet's nest, it's a

1    little hornet's nest, but again there's no risk
2    that Sperling, Niranjan and Bruce don't get
3    reappointed.  There's no reason the Senate
4    would be hostile to them.  They're, it's not a
5    controversial post.  It's not, they're not
6    controversial people."
7        What are you saying there?
8  A   I was expressing to the Governor my opinion that
9  there was really no need to move forward on these
10 nominations.  Even though Senate President Jones was
11 going to be stepping down, he would not be the
12 Senate President come January of 2009.  That these
13 nominees were not controversial, we didn't need any
14 extraordinary assistance from Senate President Jones
15 to get them confirmed.
16 Q   At line 34 Defendant Blagojevich says:
17     " Well, there is a risk, what if I'm not here?"
18     What did you understand him to be saying?
19 A   I understood the Governor to mean that he would
20 no longer be Governor if he appointed himself to the
21 Senate, so in January of 2009 these candidates would
22 not be necessarily nominated by the next Governor.
23 Q   At line 3 you say:
24     "That's a risk --"
25     I'm sorry, on Page 4, line 3 you say:

:44PM
:44PM
:45PM
:45PM

1  "That's a risk."

2  And then line 5:

3  "Well, then it's worth the risk.  I mean, if

4  that's the calculation, then it's worth the

5  try."

6  What are you saying?

7 A I'm saying that if the Governor really wants them

8 to be on the board for another term of years because

9 the Governor was contemplating appointing himself to

10 the Senate, then he would have to act now because it

11 would be his last opportunity.

12 Q At the bottom of Page 4, line 31 Defendant

13 Blagojevich says:

14  "Why don't you probe a little bit.  I mean ..."

15  On to Page 5:

16  "Here, look, if I end up doing the other thing,

17  I want those guys at the U of I, wouldn't I?"

18  What did you understand him to be saying?

19 A That if he ended up appointing himself, he would

20 want them to be his nominee to be on the U of I

21 board for a period of years thereafter.

22 Q And at line 4 you say:

23  "Correct.  For life after, correct."

24  What are you saying there?

25 A I was referring back to previous discussions with

1  the Governor about his interest in serving in some

2  sort of adjunct professor or other capacity with the

3  University of Illinois system.  He thought that his

4  chances would be greatly enhanced if he had friends

:46PM  5  and allies on the board.

6  Q   So when you say "for life after," for life after

7  what?

8  A   Life after Governor.

9  Q   Mr. Harris, I want to change topics again.

:47PM  10      You've testified about a few calls regarding

11  the Chicago Tribune, is that right?

12  A   Yes.

13  Q   Throughout this period in November of 2008, did

14  Defendant Blagojevich continue to ask you for

:47PM  15  updates on what was happening with respect to the

16  Chicago Tribune editorial board?

17  A   From time to time.

18      MS. HAMILTON:  Your Honor, at this time I'd

19  permission to publish call session 894, at tab 71,

:47PM  20  in Binder 2.

21      THE COURT:  Yes, you may do that.

22      MS. HAMILTON:  Thank you.

23    (Tape played)

24  BY MS. HAMILTON:

:51PM  25  Q   Directing your attention to Page 1 of the

1  transcript behind tab 71.
2       The date and time of this call is
3  November 21st, 2008, at 7:53 a.m., is that right?
4  A  Yes.
5  Q  At line 5 Defendant Blagojevich says:
6       "How's your son doing?"
7       What did you understand that to be a question
8       about?
9  A  A slight concussion my son received the day
10 before that caused me to leave the veto session a
11 day early.
12 Q  At the bottom of line 23 Defendant Blagojevich
13 says:
14      "Good.  So did you tell ...."
15      and over on to Page 2:
16      "... Greenlee that, ah, McCormick is going to
17      get bounced at the Tribune?"
18      What did you understand him to be asking you?
19 A  Whether I told Bob Greenlee that Mr. McCormick
20 was going to be fired from the Tribune editorial
21 board.
22 Q  At line 3 you say:
23      "No, I told him that McCormick's in a bad mood,
24      he says I'm going to check with Nils maybe to
25      see whether or not it's part of that message on

:51PM
:51PM
:51PM
:51PM
:52PM

Harris - direct by Hamilton                    2864

1       the cuts on the ed board and maybe MC-, I, I
2       had singled out McCormick as somebody who is,
3       ah, the most biased and unfair."
4       What were you saying there?
5   A  I had been visited by Greenlee earlier in the day
6   that morning who told me about a bad conversation he
7   had, a phone conversation he had with Mr. McCormick
8   of the Tribune, and that Mr. McCormick was very rude
9   to him and I suggested to Mr. Greenlee that perhaps
10  Mr. McCormick is in a bad mood because he heard
11  about cuts coming at the Tribune.
12  Q   At line 10 Defendant Blagojevich says:
13      "You, to Nils you did?"
14      What did you understand him to be asking you?
15  A   Whether I had singled out McCormick as someone to
16  be fired.
17  Q   And on line 11 you said:
18      "Nils."
19      And at line 12 Defendant Blagojevich says:
20      "Yeah, that'd be great."
21      What did you understand him to be saying?
22  A  I told the Governor yes, I did single out
23  McCormick as somebody who should be fired and
24  somebody that was the most biased and unfair, and
25  the Governor said yeah, that's great.

Harris - direct by Hamilton                    2865

1  Q   Had you in fact singled out McCormick to Nils
2  Larson?
3  A   I had singled out McCormick as somebody who I
4  believed was biased and unfair.
5  Q   Did you single him out as someone who should be
6  fired?
7  A   No.
8  Q   And at line 15 you say:
9      " Yeah, it just sounded like he was a real ass
10      yesterday."
11      What were you saying there?
12 A   I was telling the Governor that I understood from
13 Bob Greenlee that Mr. McCormick was quite rude to
14 him.
15 Q   At line 17 Defendant Blagojevich says:
16      "Nils is on top of this, right?"
17      What did you understand him to be asking you?
18 A   Asking me whether Nils Larson is in fact on top
19 of the issue of firing the editorial board and
20 getting support for the Governor, the issue that I
21 had been previously asked to discuss with Nils and
22 the message.
23 Q   When you say "the message," what do you mean?
24 A   The previous message that the Governor urged me
25 to deliver to the Tribune people about firing the

1  editorial board or the state would not move forward

2  with its support of the wrigley transaction.

3  Q   At line 18 you said:

4      " well, like I said they, that, they, that's all

5      he said was they're looking to make some

6      changes, they're going to be downsizing that

7      division, they're changing personnel, and, ah,

8      he understands and Sam understands."

9      What were you saying there?

10  A   I was attempting to tell the Governor that Nils

11  Larson was on top of this situation, but trying to

12  manage his expectations that they may not be

13  immediate changes, there may not be immediate

14  changes.

15  Q   At line 24 Defendant Blagojevich says:

16      "Your point was, this guy's advocating I get

17      impeached 'cause I do things around the

18      legislature, you made that point to him, right?

19      And that's precisely what we're doing on

20      Wrigley Field.  We're not in a position where

21      we can do, afford to do that if this guy's

22      gonna be pushing, the Tribune's pushing ..."

23      over on page 3:

24      "... impeachment.  Madigan will play on it.

25      They got that, right?"

                        Harris - direct by Hamilton                    2867

1            What did you understand him to be saying to
2            you?
3    A    I understood the Governor to be asking me whether
4    or not I fully explained the Governor's motivation
5    to fire the Tribune editorial board.
6    Q    And you say throughout this "yes" and "right."
7    Had you, in fact, from your perspective, relayed the
8    Governor's intent in that regard or the motivations,
9    I believe you said?
10   A    Well, I relayed the Governor's dissatisfaction
11   with the editorial page but not the threat or
12   do-it-or-else message.
13   Q    And at line 3 you say:
14           "Right, that they are symbiotic relationship
15            between Madigan and that board right now.
16            They're feeding off each other."
17           What are you saying there?
18   A    I was referring back to the impeachment
19   discussion that would sometimes occur in symbiotic
20   fashion between Madigan's public statements and the
21   Tribune's editorials.
22   Q    And at line 9 you say:
23           "And, you know, could jeopardize our efforts to
24            do good things people as well as the other
25            thing."

1       What were you saying there?

2   A   The impeachment could jeopardize efforts for the

3   Governor to move his agenda forward, and the other

4   thing being the IFA support for the Wrigley

5   transaction.

6   Q   At line 12 Defendant Blagojevich says?

7       "There you go.  He got the message."

8       What did you understand him to be saying?

9   A   I understood him to be telling me that he

10  believed that they understand his wishes and the

11  problem that they're editorial page creates.

12  Q   When you say they understand his wishes and the

13  problems the editorial board creates, what do you

14  mean?

15  A   That he wants changes at the editorial board or

16  that he will not move forward with the IFA support

17  of the Wrigley transaction.

18  Q   At line 15 you say:

19      "Now, again, you know, he didn't come out and

20      say."

21      What were you saying there?

22  A   I was about to say he didn't come out and say

23  what specific changes were going to be happening and

24  how soon.

25  Q   And at line 19 Defendant Blagojevich says:

1          "But he led you to think they're gonna be some
2           changes there."
3          What did you think he was saying?
4   A   He was asking whether I believed I received the
5   necessary assurances that there are going to be
6   changes in the editorial board.
7   Q   In late 2008 did Defendant Blagojevich raise with
8   you the possibility of trying to get millions of
9   dollars in state money to the Chicago Cubs?
10  A   Yes.
11  Q   Was that in relation to the Chicago Tribune
12  editorial message or was that different?
13  A   This was an entirely different transaction and
14  state assistance to the Cubs organization, not
15  necessarily the Tribune organization.
16          MS. HAMILTON:  Your Honor, at this time I'd
17  ask permission to play call session 1255 which is at
18  tab 81 in Binder 2.
19          THE COURT:  Yes.
20      (Tape played)
21  BY MS. HAMILTON:
22  Q   Mr. Harris, I direct your attention to Page 1 of
23  the transcript behind tab 81.
24          The date and time of this call is December
25  the 3rd, 2008, at 9:26 a.m., is that right?

Harris - direct by Hamilton                    2870

1  A   Yes.

2  Q   At line 3 Defendant Blagojevich says:

3       "Okay, I talked to Ganis.  I got some ideas on,

4        you know, the Cubs stuff, right."

5       What did you understand him to be referring to?

6  A   I understood him to be referring to a

7  conversation with Marc Ganis, who was a sports

8  facility consultant who worked for Sam Zell and the

9  Cubs organization.

10  Q   And at line 7 he says:

11       " So like $15 million that the Sox got, did they

12        get $15 million from Sports Authority?"

13       What did you understand him to be saying there?

14  A   I understood him to be referencing an amount of

15  money that the Sports Facility Authority spent at

16  the Sox Park for improvements, I later determined

17  what they were for, pursuant to their

18  responsibilities as landlord of the Sports Facility

19  Sox Park.

20  Q   And, again, what was the Sports Facility

21  Authority?

22  A   Again, the Sports Facility Authority was a

23  state-entity created to own and operate sports

24  facilities, specifically Sox Park, they also

25  facilitated the financing of improvements at Sox

1  Park as obligation to the lease they had to their

2  tenant, the Chicago White Sox.

3        They also financed improvements at Soldier

4  Field, in part, with matching funds or sharing in

:02PM    5  the cost were the Chicago Bears.  So the Sports

6  Authority owns the stadium and makes improvements

7  and repairs as necessary.

8  Q   At line 10 you say:

9     "Ah, not to my knowledge."

:02PM   10        At that point did you know anything about the

11  Sports Facility Authority using $15 million for the

12  Sox?

13  A   Not that specific amount, no.

14  Q   And at line 11 Defendant Blagojevich says:

:03PM   15     "Yeah, apparently they did.  Can you look into

16      that?"

17      What was your understanding of what he was

18      saying?

19  A   I understood him to want me -- he wanted me to

:03PM   20  confirm that that amount of money had been recently

21  expended.

22  Q   Line 14 Defendant Blagojevich says:

23     "See what that was.  But his thinking was, you

24      know, like you were saying, some sort of green

:03PM   25      initiative and you can kind of promote it."

Harris - direct by Hamilton                    2872

1      What did you understand him to be saying?

2   A  Well, the Governor previously discussed with me

3   his desire to give the Cubs organization a grant and

4   had asked me what available funds there were.

5         After some limited research I told him that

6   there were certain technology funds and

7   environmental uses funds that were available for the

8   Governor to spend or grant on initiatives he

9   supported, a limited amounts of money and he told me

10  he wanted to possibly give a grant to the Cubs

11  organization.

12        And I told him again that the only monies

13  that I thought might be available were the area of

14  technology initiatives or environmental initiatives.

15  Q  Had you told him that you wanted to check with

16  anybody before you were certain about the use of

17  that money for something like the Cubs organization?

18  A  Yes.  And what types of uses.

19  Q  What do you mean by that?

20  A  Again, limited to technology grants or

21  environmental initiative grants.

22  Q  And on the next page, Page 2, Defendant

23  Blagojevich says:

24        "Who do we talk to about developing a concept

25         or idea in our operation?"

Harris - direct by Hamilton                    2873

1      What did you understand him to be asking you?

2  A  Who in our office or who on our staff will help

3  come up with a green initiative or an environmental

4  initiative for use of these funds with the Cubs

5  organization.

6  Q  And at line 3 you say:

7      "Ah, I talked to, if we, if we, I mean if we're

8       limited to green, not limited but I'm saying if

9       we're trying to further those out as green

10      initiative, I'd talk to Frankel."

11      What were you saying there?

12 A  I identified the staff person I thought would be

13 knowledgeable in these areas.  Steve Frankel was our

14 environmental policy expert.

15 Q  At line 8 Defendant Blagojevich says:

16      " Science and technology, you know, green,

17       electricity utilities, reducing utilities cost

18       at the ballpark, that kind of thing, right?"

19      What did you understand him to be saying?

20 A  These are terms and categories that I had

21 previously mentioned to him as types of technology

22 or initiatives or environmental initiatives.

23 Q  At this point were you still checking with people

24 within the Office of the Governor about the

25 possibility of doing this?

Harris - direct by Hamilton                    2874

1  A   Yes.

2  Q   And, in part, were you specifically checking with

3  lawyers about whether this could be done?

4  A   Yes.

5  Q   And did you tell Defendant Blagojevich that you

6  wanted to check with the lawyers about whether this

7  can be done before anything moved forward?

8  A   Yes.

9        MS. HAMILTON:  Your Honor, I now ask

10 permission to play the session listed as 111 which

11 is behind tab 82.

12       Again, before that, Mr. Harris, the last call

13 we listened to was at 9:26 a.m. on December the 3rd,

14 right?

15       THE WITNESS:  Yes.

16 BY MS. HAMILTON:

17 Q   And this call was at 9:57 a.m. on December

18 the 3rd, is that right?

19 A   Yes.

20       MS. HAMILTON:  Your Honor, I now ask

21 permission to publish that call.

22       THE COURT:  You may do so.

23     (Tape played.)

24 BY MS. HAMILTON:

25 Q   Mr. Harris, directing your attention to Page 1 of

:06PM (line 5)
:06PM (line 10)
:06PM (line 15)
:06PM (line 20)
:09PM (line 25)

1  the transcript behind 82, at line 5 Defendant
2  Blagojevich says:
3      "I talked to both Ganis and Crane Kenny."
4          What did you understand him to be saying?
5  A  That he spoke to Marc Ganis, the Cubs sports
6  facility consultant, and Crane Kenny, the Cubs chief
7  executive officer, as well general counsel of the
8  Chicago Tribune.
9  Q  Did you have an understanding as to what he had
10 talked to them about?
11 A  About giving them a grant for the Cubs
12 organization.
13 Q  And you say, "okay, so" and laughed, what were
14 you saying there?
15 A  Well, I was surprised that he had made that phone
16 call so quickly having not completed our research on
17 the subject and that he had offered the grant to
18 them.
19 Q  At line 7 Defendant Blagojevich says:
20     "You know, 10 to 15 million I said, but I need,
21      I need a nexus to science and technology and,
22      ah, you know, a greening thing, you know."
23          What did you understand him to be saying there?
24 A  That he had told them that the grant needed to
25 fit within certain science and technology uses or

:09PM
:09PM
:09PM
:10PM
:10PM

1  greening initiative uses.

2  Q   And at line 12 you said:

3      "So he, Crane Kenney like it.  They've got some,

4        whole bunch of ideas on what they wanna do with

5        an old ballpark like that, like some of the

6        wireless comm-, you know, wire it up for the

7        modern age, some ren-, green, green stuff.  He

8        thinks it's a great idea.  So they're gonna

9        work some stuff up."

10     What did you understand him to be saying there?

:10PM

11 A   That the Cubs organization was enthusiastic about

12 the possibility of getting the grant.

13 Q   At line 21 you say:

14     "Can I ask why you are fixated on that level of

15       money?"

:11PM

16     What are you asking?

17 A   Why 10 or 15 million dollars.

18 Q   At that point did you have any idea where that

19 number came from?

20 A   Based on his belief that the Sports Facility

:11PM

21 Authority had recently expended that much at Sox

22 Park.

23 Q   So when he says at line 23:

24     "'cause that's what the White Sox got."

25     Did that confirm your understanding?

:11PM

1  A   Yes.

2  Q   Page the --

3  A   He would've received that information from Marc

4  Ganis.  Marc Ganis was the one who probably told him

5  that, being the Sports Facility consultant and

6  familiar with developments at Sox Park.

7  Q   In other words, are you saying, Mr. Harris, that

8  that would not have been information that you had

9  given him?

10  A   I had not yet confirmed it.

11  Q   At line 1 Defendant Blagojevich says:

12      "You know what I'm saying?  I said 10 to 15,

13        Ganis says, you know, 1.5 million is nothing."

14        What did you understand him to be saying?

15  A   That there was a previous number discussed with

16  Ganis and 1.5 million wouldn't be sufficient.  When

17  the Governor originally spoke of the desire to give

18  a grant, we had discussed the number of a million to

19  a million and a half for various park improvements

20  and sports facility improvements.

21  Q   When you say "we," you mean you and the Governor

22  discussed giving a grant somewhere in the

23  neighborhood of 1 to 1 1/2 million dollars?

24  A   Yes; pending research.

25  Q   On line 8 Defendant Blagojevich says:

Harris - direct by Hamilton                    2878

1      "What do you think?"
2       What did you understand him to be asking you?
3  A   For my opinion.
4  Q   Line 9 you say:
5      "Well, my opinion is, you give them nothing.  I
6       mean, they're for-profit entities, they don't
7       need the subsidy."
8       What were you saying?
9  A   I didn't believe it was good policy to give them
10 the grant.
11 Q   Line 12 Defendant Blagojevich says:
12     "Yeah, I know.  All right."
13      What did you understand him to be saying?
14 A   He didn't agree with my opinion.
15 Q   Line 13 you laugh and say:
16     "But, ah, that's, I was just wondering why, how
17      you arrived at that number."
18      What are you saying there?
19 A   That I thought the number was high.
20 Q   And at line 16 Defendant Blagojevich says:
21      The number is because the white Sox got that."
22       And at line 18 you say:
23      "Right.  Different animal, though."
24      What were you saying there?
25 A   Sox Park is a different -- it's structured

1  differently.  The State is the landlord, the White

2  Sox pay rent.  In exchange for rent, the landlord

3  has to maintain and improve the facility.  Now,

4  there are certain rent calculations out there that

5  only trigger rent after a certain amount of tenancy

6  each year, but that's another story.  But they are a

7  tenant and the State is the landlord.

8  Q   So how is what Defendant Blagojevich is proposing

9  a different animal?

10 A   Well, giving 10 or 15 million dollars to the Cubs

11 would be giving the money to a private entity.

12 There is no apparent state benefit unless we come up

13 with a project that we can demonstrate a public

14 benefit resulting from the investment of State

15 dollars.

16 Q   At line 19 Defendant Blagojevich says:

17     "Well, I understand.  Well, we got to justify.

18      So in a way, Mr. Harris, that, you know, is a

19      plus, you know what I'm saying?"

20     What did you understand him to be saying?

21 A   That I would need to come up with some sort of

22 public justification for the investment.

23 Q   At line 24 Defendant Blagojevich says:

24     "I think they got to do like a public private

25      thing."

1        What did you understand him to be saying?

2   A   That he understood my concern and recognized that

3   there needed to be some public dimension to this.

4   Q   At like 26 you say:

5       "Yeah, I, and I think it helps that if they

6        match it and, too, it's cutting edge, so at

7        least we're trying the set a trend here."

8        What are you saying?

9   A   I thought as a policy matter and a political

10  matter, it would be more accepted if the Cubs

11  organization matched the grant of public monies and

12  that the investment or in a cutting edge technology

13  or cutting edge environmental initiative, that we

14  can demonstrate its success and thus create a new

15  trend in that particular field.

16  Q   And at line 30 Defendant Blagojevich says:

17      "Well, that's it, that's what they gotta do, and

18       they gotta match it, don't they?"

19      What did you understand him to be saying?

20  A   I understood him to be agreeing with my

21  suggestion of matching dollars.

22  Q   And at the top of Page 3, at line 1 you say:

23      "I think they should match it, and, you know, if

24       they, if, if the whole, you know, it's gotta be

25       a showcase level initiative."

Harris - direct by Hamilton                    2881

1         What are you saying there?

2  A   I'm telling him then that I believe the

3  investment ought to be for a showcase level, meaning

4  a very exciting project in order to justify the use

5  of public dollars.

6  Q   At line 18 Defendant Blagojevich says:

7         "Okay, good.  And you working on Jim Hendry,

8           right?"

9         What did you understand him to be saying?

10 A   The Governor had previously asked me to work on

11 the Illinois Department of Transportation naming a

12 street or state throughway as an honorary street in

13 honor of Cubs manager Jim Hendry.

14 Q   Was that something you were working on at

15 Defendant Blagojevich's directive?

16 A   Yes.

17         MS. HAMILTON:  Your Honor, I now ask

18 permission to publish call session 1471, which is at

19 tab 99 in the binders.

20         THE COURT:  You may proceed.

21    (Tape played)

22 BY MS. HAMILTON:

23 Q   Mr. Harris, directing your attention to Page 1 of

24 this transcript.

25         This calls takes place on December the 5th,

:16PM

:17PM

:17PM

:18PM

:23PM

1  2008, at 11:29 a.m., is that right?

2  A   Yes.

3  Q   At line 4 you say:

4      "Just trying to get the short-term borrowing

5      done."

6      What are you saying there?

7  A   The Governor asked me how's it going or, in other

8  words, what are you working on, and I told him I was

9  working on the short-term borrowing, that's

10  addressing the State's cash flow problem.

11      So we had to internally work on a short-term

12  borrowing plan, issuing bond anticipation notes, and

13  working with the State Treasurer, the State Attorney

14  General, the State Comptroller, and we needed their

15  cooperation in that effort, among other things, to

16  work out how much was going to be borrowed, what the

17  priority bills were that were going to be paid with

18  these monies, and other such detail.

19  Q   And in response at line 6 Defendant Blagojevich

20  says:

21      "Okay.  So on the other stuff you've been

22      working on, you want to give me some updates on

23      some of that?"

24      What did you understand him to be saying to

25      you?

1  A   I understood him to be asking me about the street

2  sign for Jim Hendry and the science and technology

3  grant to the Cubs organization.

4  Q   So at line 9 you say:

5      "Signs will be next week."

6      What were you saying there?

7  A   The Jim Hendry signs would be up next week on the

8  section of State throughway that we had identified

9  to honor Jim Hendry.

10 Q   At line 10 Defendant Blagojevich says:

11      "Okay.  The science and technology, anything,

12      anything developing there?"

13      What did you understand him to be asking you?

14 A   Whether any progress had been made on defining

15 that grant and preparing that grant for the Cubs.

16 Q   At line 13 you say:

17      "No, I have not heard anything back."

18      What were you saying there?

19 A   I was telling the Governor I was waiting to hear

20 back from Crane Kenney or Marc Ganis about some of

21 their ideas.

22 Q   On line 14 Defendant Blagojevich says:

23      "Okay, what else we got?"

24      And on line 16 you say:

25      "Haven't heard back from Rahm."

1      What were you saying there?

2  A   The Governor had previously asked me to reach out

3  to Rahm Emanuel to confirm with Rahm Emanuel that

4  the Obama people were still okay with Jesse Jackson,

5  Jr., as a possible selection for the Senate Seat.

6  Q   Moving forward to Page 2, at line 3, Defendant

7  Blagojevich says:

8      "Yeah, what else?  That's it?"

9      And you say just the short-term borrowing I'm

10     trying to ..."

11        Was that again a reference to what you

12 already described at the beginning of the

13 transcript.

14 A   Yes.

15 Q   At line 7 Defendant Blagojevich says:

16     "You believe, ah, Wyma's lawyer?"

17     What did you understand him to be asking you?

18 A   He was asking me whether I believed what John

19 Wyma's lawyer had reportedly told to Mr. Bill

20 Quinlan related to a news story appearing in that

21 day's Chicago Tribune related to information that

22 the newspaper had that Mr. Wyma has been wearing an

23 undercover recording device in cooperation with

24 federal authorities in their investigation into the

25 Blagojevich administration.

1  Q   And so what was your understanding had been

2  relayed by Mr. Wyma's lawyer?

3  A   That that was not true.

4  Q   So at line 9 when you say:

5       "No reason not to."

6       What were you saying?

7  A   I had no reason not to believe what Wyma's lawyer

8  told Mr. Quinlan.

9  Q   At the bottom of page 2 and it goes on to Page 3

10 Defendant Blagojevich says:

11      "I think he oughta get out there and f'ing say I

12       did not tape anybody.  For his business

13       reasons."

14      What did you understand him to be saying?

15 A   I understood the Governor to be telling me his

16 opinion that if, in fact, it was not true, John Wyma

17 might want to make a public statement that it was

18 not true.  Given John Wyma's line of work as a

19 lobbyist, that information about him wearing an

20 undercover recording device would have a chilling

21 effect on his business.

22 Q   At line 17 you say:

23      "Carrigan called on behalf of UAW again trying

24       to get us to accelerate our pick.  I says

25       'we're mindful of what's going on with the auto

1      industry.  If we, if the governor makes a

2      decision, we will certainly not hold back on

3      announcing it, but, ah, this isn't gonna drive

4      the decision.'"

5      What were you saying there?

6  A   We've been working with Mr. Michael Carrigan and

7  he is the President of the Illinois American

8  Federation of Labor, the AFL-CIO, on behalf of the

9  United Auto Workers who were supporting legislation

10 pending in Washington for a bailout of the auto

11 industry during a crisis they were facing.

12      That they expected the vote in the Senate to

13 be close and that Illinois was short one senator,

14 this being at a time when President-Elect Obama had

15 already stepped down, urging us to make our

16 selection quickly, to have another reliable

17 Democratic vote they believed would supportive UAW's

18 efforts in the auto bailout package.

19 Q   Based upon the conversations that you had with

20 Defendant Blagojevich during this period of time

21 regarding the timing of his decision of who would

22 fill the Senate Seat on behalf of Illinois, what

23 understand, if any, did you have that the auto

24 bailout legislation that was pending had to do with

25 his timing in making the decision?

1  A   It was not a factor in his timing.

2  Q   At the bottom, after you say that on line 24

3  there's a pause, and then Defendant Blagojevich

4  says:

5        "What's your prediction?  Does Wyma say it's not

6          true?"

7          What is your understanding of what he was

8          saying there?

9  A   Whether or not I believed John Wyma would make a

10 public statement denying the accuracy of the Tribune

11 story.

12 Q   At line 32 you say:

13        "Again, I, I, I, just in the conversations I've

14          had with him if he was trying to get

15          something ..."

16          and over on Page 4, line 2:

17          "... on tape to, to, so his neck slips the

18          loose noose?  He'd a been a little more

19          aggressive."

20          What were you saying there?

21 A   I had no reason to believe John Wyma was wearing

22 an undercover recording device in any of the

23 conversations I ever had with him.

24 Q   And why is that?

25 A   I never felt that way and I never felt

Harris - direct by Hamilton                    2888

1   uncomfortable in my conversations with him that he
2   was trying to suggest something that would benefit
3   him in any jeopardy he was facing with the federal
4   authorities.
5   Q   At line 14 Defendant Blagojevich says:
6       " What's the deal?  So McCormick stays at the
7       Tribune, huh?"
8       What did you understand him to be asking you?
9   A   There had been recently news, as I had expected,
10  of layoffs announced at the Chicago Tribune.  The
11  Governor understood that McCormick was not among
12  those laid off and he was upset.
13  Q   And at line 16 you say:
14      "Oh, well, we haven't heard that he's gone, so
15      ...."
16      What were you saying there?
17  A   I told him I had not heard that McCormick was
18  laid off.
19  Q   At line 18 he says:
20      "I mean, those layoffs were minor."
21      What did you understand that he was referring
22      to?
23  A   That he thought the number of layoffs were small.
24  Q   And you said:
25      "Well, I know they got a lot to do."

:31PM (line 5)
:31PM (line 10)
:32PM (line 15)
:32PM (line 20)
:32PM (line 25)

Harris - direct by Hamilton                    2889

1        What were you saying?

2   A   I was trying to buy more time telling him that

3   more layoffs are coming.

4   Q   And he asks at line 20:

5        "There's still more coming?"

6        And you say:

7        "Yeah, they got a lot of cuts to make."

8        What are you saying there?

9   A   More layoffs were coming.

10  Q   At line 22 Defendant Blagojevich says:

11       "Okay, at some point we should talk to Nils

12       again, right?"

13       What did you understand him to be saying?

14  A   He wanted me to check back with Nils Larson on

15  our earlier discussion.

16  Q   On Page 5, line 20, Defendant Blagojevich says:

17       "Let me know about the Cubs, and, ah, ah, Jim

18       Hendry."

19       What did you understand him to be saying?

20  A   Keep him updated on my progress on the Cubs grant

21  and the Jim Hendry street signs.

22  Q   All right.  Mr. Harris, I want to change gears

23  again.

24       I want to direct your attention to

25  legislation that was pending involving gaming and

1  the horse track, are you familiar, generally, with
2  that legislation?
3  A   Yes.
4  Q   Specifically, I want to focus on the legislation
5  that was pending in November of 2008.
6          What role, if any, did you have in that
7  legislation?
8  A   A limited role on the question of policy early on
9  whether the Governor's Office supported it, and then
10 later on checking on the status of final action by
11 the Governor.
12 Q   In terms of policy and whether the Governor's
13 Office supported it, what was the Office of the
14 Governor's position on that?
15 A   It was supportive of the legislation.
16 Q   Have you had conversations with Defendant
17 Blagojevich about that?
18 A   I was present at meetings when we discussed bills
19 from time to time that would be pending in the
20 spring session of 2008 and our position on those
21 bills.
22          This was one bill that was being carried by
23 allies of the Governor and other supporters, but we
24 were generally in support of the legislation that
25 would extend the subsidy from casinos revenues to

1  the horse track in Illinois.

2  Q    Focusing your attention on mid to late November

3  of 2008, what was the status of the legislation at

4  that time?

5  A    The legislation had passed both Houses of the

6  General Assembly and was pending the Governor's

7  signature to make it law.

8  Q    At some point were you contacted -- or did anyone

9  contact you about whether and when Defendant

10  Blagojevich was going to sign the legislation that

11  had passed the House and the Senate?

12  A    Yes, I received -- I was contacted by several

13  people regarding the Governor's action on the bill

14  and the timing of it.

15  Q    Who contacted you?

16  A    The representative Jay Hoffman; Lon Monk, the

17  Governor's former Chief of Staff; and

18  Mr. Christopher Kelly.

19  Q    All right.  Focusing on Lon Monk.

20      When did Mr. Monk contact you about the

21  legislation?

22  A    I believe it was sometime in November before --

23  before the Thanksgiving weekend.

24  Q    And what is it that Mr. Monk said to you with

25  respect to the legislation?

1  A   He asked me whether there was any reason for a

2  delay on the Governor's action on the legislation

3  and whether it would be possible to get the Governor

4  to sign it sooner rather than later.

5          And I told him I was not aware of any reason

6  for delay and that we couldn't get it done quickly.

7  Q   With respect to Mr. Kelly, when did Mr. Kelly

8  contact you in relation to Mr. Monk, if you

9  remember?

10  A   I don't remember whether it was that same day or

11  within a day or two.

12  Q   And what did Mr. Kelly ask you with respect to

13  the legislation?

14  A   Similarly, he asked me to urge the Governor to

15  get it done sooner rather than later.

16  Q   Now, with respect to Mr. Monk, did you have any

17  understanding as to why Mr. Monk was calling about

18  the status of this legislation?

19  A   I understood Mr. Monk had among his clients

20  several horse racing, horse track industry people,

21  one specifically, maybe more.

22  Q   And with respect to Mr. Kelly, did you have any

23  understanding why Mr. Kelly was contacting you about

24  the status of the legislation?

25  A   He had a friend that was a horse track owner or

1  investor.

2  Q   What, if anything, did you do after you received

3  these calls in relation to the status of the

4  legislation?

5  A   I double-checked with legal affairs, legislative

6  affairs, and the policy office to see whether or not

7  there was any issues causing us to delay action on

8  the bill or cause us not to act favorably on the

9  bill.

10         MS. HAMILTON:  Your Honor, may I approach?

11         THE COURT:  You may.

12         MS. HAMILTON:  I'm going to show the witness

13  what is Government Exhibit 11/26/08 e-mails.

14  BY MS. HAMILTON:

15  Q   Mr. Harris, do you recognize this?

16  A   Yes.

17  Q   And, generally speaking, what is this?

18  A   It's an e-mail chain on the subject of the horse

19  track bill.

20  Q   Does this fairly and accurately reflect the

21  e-mail chain that you started after the phone calls

22  asking about the status of the legislation?

23  A   Yes.

24         MS. HAMILTON:  Your Honor, I move for the

25  admission of Government Exhibit 11/26/08 e-mails.

Harris - direct by Hamilton                    2894

1        THE COURT:  Admitted without objection.

2      (Government's Exhibit 11/26/08 e-mails was

3       received in evidence.)

4        MS. HAMILTON:  And may I publish?

:39PM    5        THE COURT:  You may.

6      (Exhibit published to the jury).

7  BY MS. HAMILTON:

8  Q   Mr. Harris, we're going to start at the bottom of

9  the e-mail chain.

:40PM   10       Is this the e-mail that you sent in response

11  to the calls that you got on the status of the

12  legislation?

13  A   Yes.

14  Q   When did you send this e-mail?

:40PM   15  A   Soon after the call from Mr. Monk, I believe.

16  Q   And it says Wednesday November 26th at 9:01, is

17  that correct?

18  A   Yes.

19  Q   You indicate you believe that Mr. Monk contacted

:40PM   20  you before the Thanksgiving weekend, is that right?

21  A   Yes.

22  Q   And this is from you.  And who did you send these

23  e-mails to?

24  A   Matt Summy, Bob Greenlee, and Bill Quinlan.

:40PM   25  Q   And why did you send the e-mails to those three

1  people?

2  A   Those would the three people who had review

3  responsibility on legislation pending the Governor's

4  action.  Each of their offices would be involved in

5  reviewing all legislation pending the Governor's

6  approval.

7  Q   Who is Matt Summy?

8  A   Matt Summy was the principal staff officer for

9  reviewing bills and preparing bills for the

10  Governor's action in the legislative affairs policy

11  division.

12  Q   And what was your understanding of Mr. Greenlee's

13  role with respect to this legislation?

14  A   He would have to also concur on the action or

15  make a recommendation to the Governor on the bill.

16  Mr. Greenlee -- Mr. Summy worked for Mr. Greenlee.

17  Q   And what about Mr. Quinlan, why did you include

18  him on this e-mail?

19  A   He's the general counsel and his division would

20  have reviewed the bill as well.

21  Q   Your e-mail that you sent -- what was the e-mail

22  that you sent, if you could read that?

23  A   (Reading:)

24      "Horse racing recapture, any reason we can't

25       sign today?"

1 Q   And, again, you sent this, you believe, after you

2 received the call from Mr. Monk?

3 A   Yes.

4 Q   And was there any -- was there a reason that you

5 were asking if it could be signed that day?

6 A   Yes, because the subsidy had expired.  The horse

7 track industry was losing tens of thousands of

8 dollars a day as long as the subsidy had not been

9 extended.

10        We had been in support of the bill, our

11 friends in the horse track industry were anxiously

12 awaiting it.  I knew the long Thanksgiving weekend

13 was coming and thought that we ought to follow

14 through or act as quickly as possible to act on the

15 bill.

16 Q   So moving up to the first response in the chain,

17 and that's from Mr. Greenlee, is that right?

18 A   Yes.

19 Q   And it was sent again on Wednesday, November

20 the 26th and this is at 9:03 a.m., is that right?

21 A   Yes, a couple of minutes after my e-mail.

22 Q   And what was Mr. Greenlee's response?

23 A   (Reading:)

24     "Not from my end.  Assume RRB okay."

25        Meaning no problems on his end, assuming the

Harris - direct by Hamilton                    2897

1  Governor is okay.

2  Q   And then the next response was from Mr. Quinlan,

3  is that right?

4  A   Yes.

5  Q   And this one was at 9:10 a.m.?

6  A   Yes.

7  Q   And what was it that Mr. Quinlan said?

8  A   (Reading:)

9       "Let me check on rules language contained in the

10       bill before we go ahead."

11  Q   What did you understand Mr. Quinlan to be

12  referring to?

13  A   There was a number of bills that had language

14  inserted by the House Speaker Madigan on an

15  unrelated dispute but he was using several bills to

16  try to change the Governor's administrative

17  rule-making powers that he, the Governor, has long

18  enjoyed and most Governor's had long enjoyed and the

19  Speaker was trying to limit that power.

20       We considered that poison pill language or

21  problematic language for us and we were mandatorily

22  vetoing bills that contained the offensive language.

23       So Mr. Quinlan is telling me he's going to

24  double check and make sure the offensive language is

25  not contained in the bill.

Harris - direct by Hamilton                    2898

1  Q   All right.  And then the next e-mail in the
2  chain, and this is from you, is that right?
3  A   Yes.
4  Q   And it looks like you sent back a response almost
5  immediately to the response you got from
6  Mr. Quinlan?
7  A   Yes.
8  Q   And you said:
9      "Need answer quickly."
10         Why did you immediately respond and said need
11 answer quickly?
12 A   I didn't want his legal division to take days to
13 figure that out.
14 Q   And then the final response in this chain comes
15 from Mr. Quinlan again, is that right?
16 A   Yes.
17 Q   And this one is on the same day, Wednesday,
18 November the 26th at 9:43 a.m.?
19 A   Yes.
20 Q   And what was it that Mr. Quinlan responded?
21 A   "Okay to sign."
22 Q   What did you understand that to mean?
23 A   There was no legal issues in the bill.
24 Q   So what you just described in terms of the rules
25 language that the Speaker was inserting, was it your

1 understanding that Mr. Quinlan or someone in his

2 division had reviewed it and that was not contained

3 in this bill?

4 A   Yes.

5 Q   After you learned that morning, November 26th,

6 that everyone had signed off on the bill, did you

7 then have a discussion with Defendant Blagojevich?

8 A   Yes.

9        MS. HAMILTON:  Your Honor, at this time I'd

10 ask permission to publish call session 1068 which is

11 at tab 77.

12        THE COURT:  Yes, you can do that.

13      (Tape played).

14 BY MS. HAMILTON:

15 Q   Mr. Harris, directing your attention to tab 77,

16 this call takes place at November 26th, 2008, at

17 12:53 p.m., is that right?

18 A   Yes.

19 Q   So this is a few hours after the e-mail chain

20 that we went through?

21 A   Yes.

22 Q   At line 17 Defendant Blagojevich says:

23      " So Lon called and you obviously talked to

24       him."

25       And you say:

:45PM

:46PM

:48PM

:48PM

:48PM

1      "Yes.  Yes."

2      What did you understand him to be saying?

3  A  I understood him to be telling me that he just

4  had a recent conversation with Mr. Monk, Lon Monk,

5  and that Lon Monk relayed to him that he had talked

6  to me about the horse track bill.

7  Q  And at line 21 you say:

8      "So what about Lon?"

9      What were you asking?

10 A  I was asking whether he told Lon anything about

11 his intention on the bill or whether he wants me to

12 get back to him.

13 Q  At Page 2, line 1, Defendant Blagojevich says:

14     "I told him, ah, I'm not doing anything till,

15     ah, you know, for a while."

16     What did you understand him to be saying?

17 A  That he told Mr. Monk that he wasn't going to act

18 on the bill yet.

19 Q  And at line 4 he says:

20     "But I think he's got nothing to fear, okay."

21     What did you understand him to be saying?

22 A  That he's telling me that he's going to

23 eventually sign it.

24 Q  And at line 7 Defendant Blagojevich says:

25     "He's worried about the other, and I said no, I

1     said, I'm going to do anything, want to sit on

2     it till I sort things through on all kinds of

3     bills, you know, and see how it all fits in."

4       What did you understand Defendant Blagojevich

5  to be saying?

6  A  That he put Lon off and gave him some excuse.

7  Q  When you say he gave him some excuse, what do you

8  mean?

9  A  Well, he said he wanted to see how it all fits

10  in, which I wasn't sure what he meant by that.

11  Q  From your perspective, or based upon what you

12  knew, was there anything that needed to be sorted

13  through on all kinds of bills with respect to the

14  horse track legislation that was pending?

15      MR. SOROSKY:  Objection.  He said he didn't

16  know.

17      THE COURT:  Well, maybe he can say it again.

18  BY THE WITNESS:

19  A  No, I wasn't aware of anything.

20  BY MS. HAMILTON:

21  Q  And with respect to seeing how it all fits in,

22  did you have any understanding that there was any

23  reason that Defendant Blagojevich needed to wait and

24  see how it all fits in?

25  A  Not to my knowledge.

1  Q   Because of that, was that part of your

2  understanding as to what Defendant Blagojevich had

3  told Lon Monk was what you said was an excuse?

4  A   Yes.

5  Q   Now, you testified earlier that you were

6  contacted by Mr. Monk, Mr. Kelly, and also Jay

7  Hoffman, is that right?

8  A   Yes.

9       MS. HAMILTON:  Your Honor, I'd ask permission

10 to play the call behind tab 78 which is designated

11 session 11.

12      THE COURT:  You may.

13    (Tape played).

14 BY MS. HAMILTON:

15 Q   Mr. Harris, this call at transcript Page 1, tab

16 78, takes place on December 1, 2008, at 11:55 a.m.,

17 is that right?

18 A   Yes.

19 Q   Si was this the week following the Thanksgiving

20 holiday?

21 A   I believe this is the Monday following.

22 Q   So at this point the legislation still had not

23 been signed?

24 A   Yes.

25 Q   At line 1 Mr. Hoffman says:

Harris - direct by Hamilton                    2903

1      "What's going on?  You going to Philadelphia?"
2      What did you understand him to be asking you?
3  A   Mr. Hoffman was asking me whether I was going to
4  accompany the Governor to Philadelphia for a meeting
5  with President-Elect Obama with other Democratic
6  governors around the country.
7  Q   You say:
8      "No, I'm not.  That was Quinlan."
9      What were you saying there?
10 A   Quinlan was going to attend.
11 Q   And you were not?
12 A   Yes.
13 Q   At line 5 Mr. Hoffman says:
14     "So, ah, the horse racing bill, House bill
15      4758."
16     What did you understand him to be asking you
17      about?
18 A   The racetrack bill.
19 Q   And he says:
20     "I think legal has looked at it and everything."
21     What did you understand him to be saying?
22 A   That the bill doesn't have any issues that he's
23 aware of, including legal issues.
24 Q   And was it your understanding that was including
25 the language that you talked about you believe

1  Mr. Quinlan looked for?

2  A  Yes.

3  Q  And at line 10 you say:

4      "Yeah, Rod's got a hold on it."

5     What were you saying?

6  A  I was just telling Representative Hoffman that

7  the Governor is aware of it, I talked to him about

8  it, and telling him that the Governor is not ready

9  to act on it.

10 Q  Was that based on the conversation that we just

11 listened to before this conversation?

12 A  Yes.

13 Q  At line 11 Mr. Hoffman says:

14    "Okay, okay, they're, I'm getting calls from all

15     over the place."

16    You say:

17    "Yeah, me too."

18    He says:

19    "They're supposedly losing 82,000 a day."

20    What did you understand him to be saying?

21 A  That the horse track industry was losing maybe

22 82,000 a day each day the bill was not law, each day

23 it wasn't signed.

24 Q  And at line 16 he says:

25    "I'll just call 'em and say the governor's

Harris - direct by Hamilton                    2905

1    reviewing it, right?"

2    What did you understand him to be saying?

3  A  He's telling me what he's going to tell the

4  industry representatives that are calling him.

5  Q  And at line 18 you say:

6    Yeah, yeah, I, I, he assured me we're going to

7      sign it, so I don't, I don't know what the f'

8      the, 'cause I wanted him t do it last Friday."

9    What are you saying there?

10  A  I'm relaying to Mr. Hoffman my belief that the

11  Governor will sign it, I just don't know the reason

12  for the delay.

13        MS. HAMILTON:  Would it be acceptable if we

14  broke now?

15        THE COURT:  Oh, I would say so.

16        9:30 Monday morning.

17        THE MARSHAL:  All rise.

18    (The following proceedings were had out of the

19      presence of the jury in open court:)

20        THE COURT:  You may step down.

21        Counsel, approach the lectern.

22        Anybody else can be seated or leave, it's

23  your choice.

24        What's going to happen Monday?

25        MS. HAMILTON:  I believe I will finish with

:55PM (line 5)
:55PM (line 10)
:55PM (line 15)
:56PM (line 20)
:57PM (line 25)

1 Mr. Harris' direct sometime Monday morning.

2          THE COURT:  So you are warned.

3          Who would be your next witness after the

4 cross is concluded?

5          MR. SCHAR:  Judge, I think we'll be calling

6 Tom Balanoff next and my guess is after that would

7 be Doug Scofield who will have some number of calls

8 as well, so I assume that would take us through

9 probably the middle of the week.

10          THE COURT:  Okay.  That's fine.

11          Anything you want to tell me?

12          MR. SCHAR:  Judge, over objection, the

13 release of evidence tapes.

14          THE COURT:  Standard objection, yes.

15          MR. GOLDSTEIN:  We did have our motion for

16 continuance.  I assume you read that, that was

17 filed?

18          THE COURT:  Yes.  We're not continuing it,

19 but if you want to you can send me a brief position

20 paper.  I don't need a lot of analysis on what

21 difference you think it would make to these charges,

22 and I would pay particular attention to Page 37 and

23 Page 45 of the majority opinion as it appears in the

24 official slip sheet to the Supreme Court.

25          And I think that's it.

1          MR. SCHAR:  Thank you, Judge.

2      (Adjournment taken from 4:58 o'clock p.m. to

3       9:30 o'clock a.m. on June 28, 2010.)

\*      \*      \*      \*      \*      \*      \*      \*

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
                         MATTER


   /s/Blanca I. Lara                        date


_____          _____

       Blanca I. Lara                         Date