6483

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )  No. 08 CR 888
        Government,          )
                             )
vs.                          )  Chicago, Illinois
                             )
ROD BLAGOJEVICH,             )  July 29, 2010
ROBERT BLAGOJEVICH,          )
                             )
        Defendants.          )  10:04 o'clock a.m.

VOLUME 34
TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JAMES B. ZAGEL
AND A JURY

For the Government:

        THE HONORABLE PATRICK J. FITZGERALD,
        UNITED STATES ATTORNEY
        BY: Reid J. Schar
            Carrie E. Hamilton
            Christopher Niewoehner
        Assistant United States Attorneys
        219 South Dearborn Street
        Suite 500
        Chicago, Illinois 60604

Court Reporter:

        Blanca I. Lara, CSR, RPR
        219 South Dearborn Street
        Room 2504
        Chicago, Illinois 60604
        (312) 435-5895

6483

6484

1  APPEARANCES (continued:)

2

   For Defendant Rod Blagojevich:
3
        KAPLAN & SOROSKY
4       BY:  Sheldon M. Sorosky
        158 West Erie
5       Chicago, Illinois 60610
        (312) 640-1776
6
        LAW OFFICE OF SAMUEL E. ADAM
7       BY:  Samuel Forbes Adam
             Samuel Adams, Jr.
8       6133 South Ellis Avenue
        Suite 200
9       Chicago, Illinois 60637
        312-726-2326
10

11      OFFICES OF AARON B. GOLDSTEIN
        BY: Aaron Benjamin Goldstein
12      6133 South Ellis
        Chicago, Illinois 60637
13      (773) 752-6950

14      OFFICES OF LAUREN FAUST KAESEBERG
        BY:  Lauren Faust Kaeseberg
15      2140 N. Lincoln Park West
        Suite 307
16      Chicago, Illinois 60614
        (773) 517-0622
17
        LAW OFFICES of MICHAEL GILLESPIE
18      BY:  MICHAEL GILLESPIE
        53 West Jackson Boulevard
19      Suite 1420
        Chicago, Illinois 60604
20      (312) 726-9015

21

22

23

24

25

1  APPEARANCES  (continued:)

2

3  For Defendant Robert Blagojevich:

4      ETTINGER, BESBEKOS, PARISI
       BY:  Michael D. Ettinger
5           Cheryl Ann Schroeder
       12413 South Harlem
6      Suite 203
       Palos Hills, Illinois 60453
7      (708)598-1111

8
       Edelman, Combs, Latturner & Goodwin LLC
9      BY:  Robyn S. Molaro
       120 S. LaSalle
10     Suite 1800
       Chicago, Illinois 60603
11     (708) 598-1111

```
                                                                  6486

  1                         INDEX OF EXAMINATION
  2    WITNESS                                                    PAGE
  3
  4     Jury Question................................... 6487
  5
  6
  7    EXHIBITS
  8      ................................................
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

1  (The following proceedings were had out of the
2  presence of the jury in open court:)
3
4              JURY QUESTION
5
6       THE CLERK:  2008 CR 888, United States versus
7  Blagojevich, et al.
8       Please be seated.
9       Counsel.
10      MR. SCHAR:  Good morning, Your Honor.
11      Reid Schar, Chris Niewoehner and Carrie
12 Hamilton on behalf of the United States.
13      MR. GILLESPIE:  Your Honor, good morning.
14      Mike Gillespie on behalf of Mr. Blagojevich.
15      MR. ETTINGER:  Good morning, Your Honor.
16      MR. SOROSKY:  Sheldon Sorosky, S-o-r-o-s-k-y,
17 on behalf of Mr. Blagojevich.
18      MR. ETTINGER:  Michael Ettinger Cheryl
19 Schroeder on behalf of Robert Blagojevich.
20      MR. GOLDSTEIN:  Aaron Goldstein and Lauren
21 Kaeseberg on behalf of Rod Blagojevich.
22      THE COURT:  We have an inquiry from the jury,
23 not a matter of inherently great significance, but
24 I'm giving it to you anyway.
25      I'm assuming that the defendants are waiving

1 their presence?
2     MR. GILLESPIE:  Yes, Your Honor.
3     MR. ETTINGER:  Yes, Your Honor.
4     MR. SOROSKY:  Yes.
5     THE COURT:  Mr. Walker.
6   (Brief pause.)
7     THE COURT:  If everyone has read this, you
8 can all nod.
9     MR. SCHAR:  Yes, Judge.
10     THE COURT:  The answer to this question is
11 obviously yes, it is possible, but I don't think
12 that that's the meaning of the question.  So we will
13 begin with the views of counsel.  We will start with
14 Mr. Ettinger.
15     MR. ETTINGER:  We are opposed to this, Judge.
16     THE COURT:  There is one thing I want to say,
17 were I to do this, they would receive all of the
18 closing arguments, and I probably assume --
19     MR. GILLESPIE:  Judge, we would be opposed to
20 it on behalf of the Governor, as well, based upon
21 the fact that that's not evidence, closing arguments
22 are not evidence.
23     MR. SCHAR:  Judge, I'm trying to think of
24 some legal argument that would allow us to do this,
25 but I think the government's position is no.

1     Well, I guess the question is -- I mean, we
2 certainly don't have an objection for all three of
3 them going back, but they're not, technically,
4 evidence.
5     THE COURT:  I would, under certain
6 circumstances, be willing to do this, but I'm pretty
7 sure I know why they want it, and that's why I'm
8 inclined to believe that it is probably harmless.
9 But it's, generally speaking, at these early stages
10 of it, not something we ought to do.
11     What I think what they're looking for is,
12 this was a complex and repetitive indictment, which
13 is not uncommon.  Although, there were moments when
14 I was reading for the fourth or fifth time the same
15 words to the jury that I was thinking, there must be
16 some way to avoid this endless repetition.
17     So what I think they're looking for, and what
18 the government largely gave them during certain
19 points of its closing, was a roadmap, because
20 government realizes it's a complex indictment and
21 you had to explain this to them.
22     I propose to answer this question by telling
23 them that because the closing statements are not
24 evidence, I am not sending it to them.  If they are
25 unable to work their way through this without those

1 statements, I would expect that this issue will
2 arise again, and if it does arise again then I'll
3 deal with it again.  But for now, I'm just going to
4 tell them that because they're not evidence, they
5 can't be given to them.
6          And I believe this is the position by consent
7 of all the parties, am I correct?
8          MR. GILLESPIE:  Yes, Your Honor.
9          MS. HAMILTON:  Yes.
10         MR. ETTINGER:  Yes, Your Honor.
11         MR. GOLDSTEIN:  Yes.  Thank you.
12         MR. SCHAR:  Judge --
13         THE COURT:  Before you go, I have indicated
14 that during the period of deliberation, I will
15 probably call the case each morning.  This does not
16 mean that everybody has to show up.  I want one
17 lawyer from each side.  It's a practice I followed.
18 I don't remember where I picked it up, but some time
19 in my past life I was told the lawyer should always
20 come into court at the beginning of the day when the
21 jury deliberates because that's what everybody does.
22 That's not what everybody does, but I think it's
23 appropriate, and something might possibly come up at
24 the last moment.  So that's what we will do.
25         I assume you have been informed that the jury

has determined that, to the extent it is necessary, they will deliberate five days a week, they will not be taking Fridays off.

I have also indicated, in response to media inquiries, that there will, and I think almost inevitably, be some gap in time between the time that the jury tells us they have reached verdict or they tell us they are unable to reach a verdict and the time we actually come into court, I was thinking about somewhere between half an hour and an hour, and I believe what I'm going to try to do is one hour.

I have also received requests from the alternate jurors, I received them yesterday, that if it is all possible for them to do so, they would like to be present. So we're notifying them, too, in advance.

With that, I'll see you again when it's necessary to see you.

MR. ETTINGER: What time do you want us here in the morning, Judge?

THE COURT: I was thinking 9:30 would be a good time or 10:00. Whatever you would prefer. You can tell Mr. Walker if you have a consensus choice.

MR. SOROSKY: 9:30 okay?

6492

1      THE COURT:  9:30 is okay.
2      All right?
3      MR. SCHAR:  Thank you, Judge.
4      MR. SOROSKY:  Thank you, Judge.

:31AM  5

6

7   (Which concluded the proceedings had on this
8    date in the above entitled cause.)

```
                                                                6493


 1
 2
 3
 4           *      *      *      *      *      *      *      *
 5
 6
 7  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
 8  FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
 9                            MATTER
10
11
12    /s/Blanca I. Lara                          date
13
14
15
16
17  _____       _____
18         Blanca I. Lara                         Date
19
20
21
22
23
24
25
```