

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON
CLERK



312-435-5670

August 22, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA -v- Blagojevich

U.S.D.C. DOCKET NO. : *08 cr 888-1*

U.S.C.A. DOCKET NO. : *11-3853*

Dear Mr. Agnello:

Please find attached the *supplemental record* on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)    *(ELECTRONIC)*    **39 Volumes**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:    **ORIGINAL *record transmitted on 1/18/12***

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By:
   D. Jordan, Deputy Clerk

U.S.C.A. – 7th Circuit
RECEIVED
AUG 2 2 2012    RJT
GINO J. AGNELLO
CLERK