1

```
        IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               ) No. 08 CR 888
        Government,            )
                               )
vs.                            ) Chicago, Illinois
                               )
ROD BLAGOJEVICH, ROBERT        )
BLAGOJEVICH,                   ) January 27, 2010
                               )
        Defendants.            ) 11:06 o'clock a.m.


           TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE JAMES B. ZAGEL

For the Government:

            THE HONORABLE PATRICK J. FITZGERALD,
            UNITED STATES ATTORNEY
            BY:  Reid J. Schar
                 Christopher Niewoehner
             Assistant United States Attorneys
            219 South Dearborn Street;
            Suite 500
            Chicago, Illinois 60604


Court Reporter:

            Blanca I. Lara, CSR, RPR
            219 South Dearborn Street
                   Room 2504
            Chicago, Illinois 60604
                (312) 435-5895
```

```
 1  APPEARANCES  (continued:)

 2

 3  For Defendant Rod Blagojevich:

 4
         KAPLAN & SOROSKY
 5       BY:  Sheldon M. Sorosky
         158 West Erie
 6       Chicago, Illinois 60610
         (312) 640-1776
 7
         LAW OFFICE OF SAMUEL E. ADAM
 8       BY:  Samuel Forbes Adam
              Sam Adam, Jr.
 9       6133 South Ellis Avenue
         Suite 200
10       Chicago, Illinois 60637
         312-726-2326
11
         Michael Gillespie, LTD.
12       BY:  Michael P. Gillespie
         53 West Jackson Boulevard
13       Suite 1420
         Chicago, Illinois 60604
14       (312) 726-9015

15  For Defendant Robert Blagojevich:

16
         ETTINGER, BESBEKOS, PARISI
17       BY:  Michael D. Ettinger
              12413 South Harlem
18       Suite 203
         Palos Hills, Illinois 60453
19       (708)598-1111

20

21

22

23

24

25
```

1       (The following proceedings were had in open
2         court:)
3         THE CLERK:  2008 criminal CR 888, United
4  States versus Blagojevich et al.
5         MR. SCHAR:  Good morning, Judge.
6         Reid Schar, Chris Niewoehner and Carrie
7  Hamilton on behalf of the United States.
8         MR. SOROSKY:  Sheldon Sorosky S-o-r-o-s-k-y,
9  one of the lawyers for Rod Blagojevich.
10        MR. ADAM, JR.:  Sam Adam, Jr., on behalf of
11 Mr. Blagojevich.
12        MR. S. F. ADAM:  Sam Adam on behalf of
13 Mr.  Blagojevich.
14        MR. GILLESPIE:  Your Honor, good morning.
15        Mike Gillespie on behalf of Mr. Blagojevich.
16        MR. ETTINGER:  Good morning, Your Honor.
17        Michael Ettinger for Robert Blagojevich.
18        THE COURT:  I have two motions, one to
19 suppress and one to dismiss which the government can
20 respond to, particularly responding to the motion to
21 suppress, with respect to the motion to dismiss it's
22 possible that you might be dealing with a new motion
23 to dismiss filed later.
24        MR. SCHAR:  Judge, on the issue to the motion
25 to suppress, we would like to respond.  If we could

```
         1  have 3 weeks to do that?
         2          THE COURT:  Sure.
         3          MR. SCHAR:  On the motion to dismiss, I
         4  understand there is one pending from defendant
:07AM    5  Robert Blagojevich, we were handed this morning from
         6  a filing from defendant Rod Blagojevich.
         7          Judge, our position on that is under any
         8  Seventh Circuit case law these counts are
         9  appropriate and even if they're superceded again
:07AM   10  they're appropriate.  Obviously, the Supreme Court
        11  is weighing the issue.
        12          What we would suggest is Your Honor enter and
        13  continue both the motions because one of two things
        14  is going to happen, either the Supreme Court is
:07AM   15  going to strike --
        16          THE COURT:  You can stop.  Absent your
        17  suggestions, motions are going to be entered and
        18  continued.
        19          MR. SCHAR:  Thank you, Judge.
:07AM   20          THE COURT:  There is no other way to do it.
        21          Have you any idea of the timing on when you
        22  might seek a vote from the grand jury?
        23          MR. SCHAR:  Judge, I would expect that the
        24  grand jury will vote by at the end of next week.
:08AM   25          THE COURT:  Okay.
```

:08AM

1  Then what I will do is I will set this for a
2 status on February 10th. If the grand jury returns
3 a new indictment, it will also become an arraignment
4 day; if the grand jury does not, it will be an
5 ordinary status.
6  What else is a happening?
7  MR. SCHAR: Judge, the only other thing that
8 I think is at this point pending -- I know the
9 discovery motions have been fully briefed, beyond

:09AM

10 that I don't believe anything else is pending. In
11 relation to the last filing that defendants filed,
12 I'm not sure if Your Honor wants a response to that,
13 I'm not going to respond, but on the same day that
14 was we actually began tendering some of the 3500

:09AM

15 material and has been tendered Giglio material,
16 although we till stand by the tapes that we put in
17 our response to their original motion.
18  THE COURT: It's my intention to give a short
19 written minute order with respect to various things

:09AM

20 that are pending before me, and I'm intending to do
21 that early next week, which means that if people
22 have any difficulties with what I've said, you can
23 raise them on the 10th.
24  Anybody have anything else?

:09AM

25  MR. SCHAR: No.

```
 1           MR. SOROSKY:  No.
 2           MR. ETTINGER:  No, Judge.
 3           THE COURT:  Mr. Sorosky, you have solved your
 4  various administrative problems?
 5           MR. SOROSKY:  Yes.
 6           THE COURT:  Okay.
 7           MR. SOROSKY:  Thank you.
 8           THE COURT:  Then I think that's it.
 9           Time is excluded in the interest of justice
10  due to the pendency due to the pendency of motions.
11           THE CLERK:  February 10th at 11:00 a.m.
12           MR. SCHAR:  Thank you, Judge.
13           MR. SOROSKY:  Thank you.
14           MR. ETTINGER:  Thank you.
15           THE COURT:  Thank you, counsel.
16
17      (Which concluded the proceedings had on this
18       date in the above entitled cause.)
19
20
21
22
23
24
25
```

:10AM (line 5)
:10AM (line 10)

```
                                                             7




          *       *       *       *       *       *       *       *




 I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
 FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
                           MATTER


    /s/Blanca I. Lara                         date




  _____      _____
           Blanca I. Lara                      Date
```