4368

1          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION

3  UNITED STATES OF AMERICA,      )
                                  )  No. 08 CR 888
4          Government,            )
                                  )
5  vs.                            )  Chicago, Illinois
                                  )
6  ROD BLAGOJEVICH,               )  June 2, 2011
                                  )
7          Defendant.            )  9:56 o'clock a.m.

8
                        VOLUME 26
9              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JAMES B. ZAGEL
10                  AND A JURY

11
   For the Government:
12
             THE HONORABLE PATRICK J. FITZGERALD,
13           UNITED STATES ATTORNEY
             BY:  Reid J. Schar
14               Carrie E. Hamilton
                 Christopher Niewoehner
15               Debra Bonamici
              Assistant United States Attorneys
16           219 South Dearborn Street;
             Suite 500
17           Chicago, Illinois 60604

18
   Court Reporter:
19
             Blanca I. Lara, CSR, RPR
20           219 South Dearborn Street
                  Room 2504
21            Chicago, Illinois 60604
                (312) 435-5895
22

23

24

25

4369

1  APPEARANCES   (continued:)

2

3  For Defendant Rod Blagojevich:

4
        KAPLAN & SOROSKY
5        BY:   Sheldon M. Sorosky
         158 West Erie
6        Chicago, Illinois 60610
         (312) 640-1776
7

8        LAW OFFICE OF Elliott Riebman
         BY:   Elliott Riebman
9        158 East Erie
         Chicago, Illinois 60610
10       (847) 814-2900

11
         OFFICES OF AARON B. GOLDSTEIN
12       BY:   Aaron Benjamin Goldstein
         6133 South Ellis
13       Chicago, Illinois 60637
         (773) 752-6950
14

15       OFFICES OF LAUREN FAUST KAESEBERG
         BY:   Lauren Faust Kaeseberg
16       2140 N. Lincoln Park West
         Suite 307
17       Chicago, Illinois 60614
         (773) 517-0622
18

19

20

21

22

23

24

25

4370

```
 1                    INDEX OF EXAMINATION

 2   WITNESS                                        PAGE

 3    ROD BLAGOJEVICH

 4    Direct Examination (Resumed) By Mr. Goldstein.... 4371

 5

 6

 7   EXHIBITS

 8     Defendant's Exhibit Lisa Madigan List ........... 4461

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      THE MARSHAL:  All rise.

2     (The following proceedings were had in the

3      presence of the jury in open court:)

4      THE COURT:  Please be seated.

5      You may proceed.

6      MR. GOLDSTEIN:  Thank you, Your Honor.

7    ROD BLAGOJEVICH, DEFENDANT, PREVIOUSLY SWORN

8          DIRECT EXAMINATION (resumed)

9  BY MR. GOLDSTEIN:

10  Q   Rod, when we left off yesterday, tab 25.  So if

11  you could turn to tab 25.

12  A   Aaron, can I get the book?

13  Q   Sorry.

14     (Brief pause).

15  BY MR. GOLDSTEIN:

16  Q   If you turn to Page 5 -- before you get to

17  Page 5, what is the date and time of this call?

18  A   It's November the 7th at 4:11 p.m.

19  Q   Who are the speakers?

20  A   It's me, Fred Yang, John Harris and Mary Stewart

21  who will not stay on that call very long.

22  Q   Who is Mary Stewart again?

23  A   Mary Stewart was my administrative assistant and

24  she would sometimes put these phone calls together.

25  So this looks like a conference call.

1  Q   Okay.  And turn to Page 5, on line 2 you said:
2       "I said, so my record, the stuff I worked on,
3        and I care about all our kids getting
4        healthcare, 9 million American kids don't have
5        healthcare, this would be a place, you know,
6        that I would find work, you know, given up a
7        governor's job to do that."
8       Fred Yang says:
9       "Uh-huh."
10      You say:
11      And if I get that, and, and if, if that was
12      something available to me, and maybe it's
13      really unrealistic, but if that was available
14      to me, I could do Valerie Jarrett in a
15      heartbeat."
16          Now, when you were saying this, Rod, what
17  were you talking about to, Mr. Yang?
18  A   I was just sharing with Fred a thought that was
19  evidently in my mind at that particular time dealing
20  with, again, all the different things that I felt we
21  did in healthcare for children in Illinois and being
22  able to play a role to replicate across America what
23  we did through the All Kids program in Illinois and
24  it sure would be nice to be able to be the Health
25  and Human Services Secretary.  And if that was ever

Blagojevich - direct by Goldstein                    4373

1 possible, and if Valerie Jarrett, you know, was
2 interested, theoretically I would do it in a
3 heartbeat.  This is sort like if I could play center
4 field for the Cubs, I'd do that in a heartbeat, too.
5 Q   Were you talking about your conversation with Tom
6 Balanoff on the 6th in this conversation?
7 A   I don't believe I was.
8 Q   If you could look at Page 3, Rod, on the top
9 talking about Balanoff came back.
10 A   Yes.
11 Q   When you were talking about this, were you
12 talking about a conversation you had or was this a
13 thought in your mind?
14 A   It was a thought in my mind but it was evidently
15 triggered by just telling Fred what happened the day
16 -- telling him about the meeting with Balanoff the
17 afternoon before.
18 Q   Rod, did you tell Tom Balanoff:
19     "If -- if I get that, if that was something
20      available to me and maybe it's really
21      unrealistic, but if that was available to me I
22      could do Valerie Jarrett in a heartbeat"?
23 A   No, I never told him that.  I floated the idea.
24 He thought it was an idea that was going nowhere, he
25 that clear to me.

:39AM
:39AM
:40AM
:40AM
:40AM

1  Q  When you said you floated the idea, what idea did
2  you float to Mr. Balanoff?
3  A  "Tom what do you think of the idea, do I have any
4  chance to considered for Health and Human Services."
5      He's a friend who had good judgment,
6  understood the politics, and it was very clear
7  quickly I had no chance.
8  Q  And you talked a lot in these calls that you
9  thought you had no chance of that happening.  Why
10  did you talk further about the idea of Health and
11  Human Services with your colleagues and advisors?
12  A  Well, I -- I think it goes to one of my
13  insecurities, I was embarrassed by the flat out
14  dismissal of the idea by a friend and arguably my
15  biggest political supporter at that time, and you
16  sure look bad in front of your staff if it's that
17  fast and that you just give up on the idea that
18  quickly.
19      And so part of I think was, you know, I was
20  afraid -- well, it was a little bit -- it was
21  embarrassing, it was embarrassing to even
22  acknowledge that, but that was certainly part of it.
23      I was hopeful that my staff, my top staff,
24  wasn't going to leave me, they were going to stay
25  with me whether I went on as senator or stayed on as

1 | governor.  President Obama was new and exciting.
2 | And the way it works, others leave to go to
3 | something bigger and better and his star had risen
4 | and mine was waning, and so all of those things were
5 | in my mind when I was trying to not look too
6 | irrelevant to my staff.
7 | Q   You talked about your staff and the potential for
8 | you appointing yourself.  Did you approach any of
9 | your staff about the possibility of coming with you
10 | to Washington, D.C. if you were to appoint yourself?
11 | A   Yes.
12 |          MR. SCHAR:  Objection.
13 |          THE COURT:  The objection is sustained.
14 | BY MR. GOLDSTEIN:
15 | Q   If you turn to Page 6, and on line 11 you say:
16 |     "So ah, he liked the, and I told him, you know,
17 |       why I liked it, he liked it for me, and I said,
18 |       look, and if I'm -- then I point this out, I
19 |       said so, you know, I got to consider all these
20 |       factors, whether where I can be viable, where I
21 |       can't be viable, to just, to send Valerie
22 |       Jarrett to Washington to please him and there's
23 |       nothing that assures me that I can do something
24 |       here in Illinois, wouldn't I just be better off
25 |       just taking the Senate seat myself?"

1        What were you saying here, Rod?

2  A  Well, here's a combination of things.  Again, I'm

3  the one who will make the decision as the senator.

4  You make one person happy, and then you got all the

5  others angry at you because you didn't pick them.

6  So it's not the perfect position to be in if you

7  want friends and supporters in politics.

8        And what I'm expressing here was that, you

9  know, if I do what purportedly is told to me that

10 President Obama wants, Valerie Jarrett, that's well

11 and good, but they'll all be in Washington and I'll

12 will be left with what I discussed yesterday, all

13 the gridlock and facing impeachment, and all those

14 very unpromising prospects.

15        And so would I not be better off possibly

16 considering me for senator for my own politics, as

17 well as for the fact then I could play a role and

18 help them push the healthcare plan that President

19 Obama was committed to doing.

20 Q  And when you say:

21    "Send Valerie Jarrett to Washington to please

22     him and there's nothing that assures me that I

23     can do something here in Illinois."

24         When you say "there's nothing that assures

25 me can I do something here in Illinois," what were

Blagojevich - direct by Goldstein                4377

1  you talking about?

2  A   I was told that President Obama wasn't going to

3  get involved in Illinois politics and push -- help

4  me push stuff with Madigan.  So that was an option

5  that was withdrawn, that was an idea that didn't

6  survive very long.

7          And so recognizing that as a premise, then

8  the thought was, if that's the case, then I should

9  consider sending myself to Washington, then I could

10 do healthcare stuff there as opposed to being stuck

11 in Illinois unable to do anything because of the

12 gridlock and an angry Speaker Madigan because I

13 didn't appoint his daughter senator.

14 Q   Turn to Page 7, and on line 23 you say:

15    "She now knows that she can be a U.S. Senator if

16     I get, ah, Health and Human Services."

17    Yang says:

18    "Right."

19    And you say:

20    "Ah, so how bad does she want to be a senator

21     and, ah, they, you know, I indicated to

22     Balanoff that if I'm cornered and I have no

23     other option, maybe I'll just send me to

24     Washington."

25    What were you saying here, Rod?

Blagojevich - direct by Goldstein                4378

1  A   What I was saying to Fred was that -- that if --
2  if Tom Balanoff went back to Valerie Jarrett and
3  discussed his meeting with me, that she -- she might
4  believe and have a sense that she had a chance that
5  I might appoint her senator.
6       And even though I never made that decision
7  and wasn't close to making that decision, what I was
8  basically saying was if she really wanted it, then
9  she would express more aggressively that desire and
10 they would probably come back and -- and pursue the
11 idea of her being a senator even though Balanoff
12 made it clear to me Health and Human Services wasn't
13 going to happen.
14 Q   Did you ever tell Tom Balanoff that if you get
15 Health and Human Services, she could be senator?
16 A   I never told him that.  I never decided to do
17 that.
18 Q   And if you turn to Page 8, and if you go to line
19 25 -- actually starting at line 23, Harris says:
20     "We're, we're, ah, at a stalemate here."
21     Yang says:
22     "Right.  They are gonna say no, I gotta think."
23     Then you say:
24     "No question."
25       What did you understand Mr. Yang to be

Blagojevich - direct by Goldstein                4379

1  saying here?

2  A   I mean, here, you know, when I read these now, I

3  see these conversations, I see yeah, the fact is I

4  just wasted a bunch of time talking about something

5  that Fred and I knew, as he said, it's going

6  nowhere.  And then I say "no question."  So when I

7  read it now I say, what was I even thinking about

8  talking about that and wasting time.

9  Q   At that time did you understand that that was not

10  going to happen?

11  A   Yes.

12  Q   If you turn to Page 11, and on line 16 Fred Yang

13  says:

14      "And what happens if you appointed, ah, ah, what

15      happens if you appointed Madigan, Lisa Madigan?

16      That would solve a lotta problems."

17      "Right."

18      You say:

19      "If you can cut the deal and then you need, we

20      talked about that with Balanoff.  How do you

21      verify it, and I, I said you have to get, he'd

22      have to pass that stuff beforehand."

23      Yang says:

24      "Right."

25      You say:

Blagojevich - direct by Goldstein                4380

1     "And the problem with that is Emil desperately
2     wants the seat."
3     Fred says "uh-huh" and then you say:
4     "And if, you know, I cut a deal with Madigan
5     and then Emil may not pass some of that stuff."
6     Yang says:
7     "Right."
8          When Mr. Yang says "what happens if you
9  appointed Lisa Madigan, that would solve a lot of
10 problems," what did you understand him to be talking
11 about there?
12 A  He's talking about the Madigan deal that I talked
13 about, that if we can get that, that would solve a
14 lot of problems.
15          I wholeheartedly agreed with that.  I pointed
16 out that if we cut that deal, and I said I talked
17 about this with Balanoff, how do you verify it.
18 Trust but verify, that's Reagan and Gorbachev.  How
19 do you verify it?  So I said it had to be done
20 beforehand, had to pass that beforehand because I
21 don't trust him otherwise.
22 Q  When you say Emil desperately wants it, what were
23 you saying there?
24 A  Well, he's senate president, he desperately wants
25 to be the senator.  If I were to do something like

Blagojevich - direct by Goldstein                4381

1  this before the veto session and there was a

2  timeline, legal timeline that would protect the

3  budget cuts that I made, were I to do something like

4  this before we got past the veto session in late

5  November, that maybe Emil would be upset with me not

6  picking him and that he might then undo those budget

7  cuts.

8          And so I had to be mindful of that, then I

9  had to be mindful that it wasn't enough for Madigan

10  to pass it out of the House, we needed the state

11  Senate to do it, as well.

12          So there was a delicate timing issue, that's

13  why in my mind I felt I should make the decision

14  sometime in the middle to late December or early

15  January.

16  Q   And if we could turn to Page 13, on line 4 you

17  say:

18        "And, and, and the other, the other message

19        Balanoff keeps sending me, and maybe I've been

20        too eager to, to, to reassure him."

21        Yang says.  "Uh-huh," then you say:

22        "They -- Jesse, Jr., Balanoff, doesn't want,

23        now I got a feeling, I'm beginning, I'm

24        beginning to think that maybe this is more than

25        just Balanoff."

Blagojevich - direct by Goldstein                4382

1        Yang says:  "Right," and you say:
2        "That the Obama people don't want him."
3        What were you saying there, Rod?
4    A  I was picking up on the signals, that it wasn't
5    just Balanoff but it was President Obama and his
6    team did not want me to appoint Jesse Jackson, Jr.
7    as senator but they didn't want to say it publicly.
8             And so, here again, I felt, fine, I'm the one
9    who doesn't appoint him, I'll be the one left with
10   whatever the hard feelings are that may go along
11   with it.
12             So I was basically saying that, and then I
13   was saying that just from a general idea about
14   gathering ideas and dealing with Balanoff and
15   others, depending on how that would shake out, that
16   I was too quick to dismiss Jesse, Jr., that the
17   Washington establishment was reassured I that would
18   never appoint him and that maybe I needed undo that
19   because the fear of Jesse Jackson, Jr. help them
20   help me do something in Illinois.
21   Q  When you say the Washington establishment knew
22   that you weren't going to pick Jesse Jackson, Jr.,
23   what did you understand gave them that
24   understanding?
25   A  That when Tom Balanoff and Andy Stern came to me

:49AM

:50AM

:50AM

:50AM

:50AM

Blagojevich - direct by Goldstein                    4383

1   on 3rd of November, I was quick to tell them you got
2   nothing to worry about, I'll never appoint Jesse
3   Jackson, Jr.  And in politics, no secrets, whatever
4   you say if you're in a high place, that gets passed
5   along to others.  So they were clearly, in my
6   judgment, spreading the word and letting Harry Reid,
7   the Senate leadership and others know, don't worry,
8   he's not doing Jesse Jackson, Jr.
9   Q   And that was based on what you told Mr. Balanoff
10  and Mr. Stern, is that right?
11  A   That's correct.  And others.  Fred Yang and
12  others.
13  Q   Okay.  If you turn to Page 15, on line 33 Fred
14  Yang says:
15      "Right, by the way I, I know this is kind of
16          tiresome, guys, we're just going through this
17          parlor game but I really can't think of a lotta
18          picks that you really, governor, directly or
19          indirectly help you."
20          When Mr. Yang says "we're just going through
21  this parlor game," what did you understand him to be
22  saying?
23  A   That we're doing this parlor game, this exercise
24  of discussing these ideas and talking about doing
25  this, and that, and some other thing that might

Blagojevich - direct by Goldstein                    4384

1  happen, maybe you do the next thing and all the

2  rest, and that wasn't getting us nowhere.  I wasn't

3  making a decision, we weren't doing anything.  So I

4  felt when are you going to buckle down governor and

5  make a decision.

6  Q   When he said "but I really can't think a lot of

7  picks that you really, governor, directly or

8  indirectly help you," what did you understand him to

9  be saying there?

10  A   Well, Fred was a supporter -- you know, I saw him

11  as a friend, as well as my polster, and he was

12  suggesting that, in his view, after this parlor game

13  and discussions and thoughts, that he couldn't see

14  anything that would help me directly or indirectly,

15  that's what he said.

16  Q   And turn to Page 19, and on line 21 you say:

17      "I mean, let me ask you a question, let's here,

18      the Ambassador Court St. James, that would be a

19      cool thing."

20      Yang said:

21      "It would be great."

22      You say:

23      "Okay, is that something that, ah -- by the

24      way, Gerald Ford offered that to Ronald Reagan,

25      did you know that, when he was governor of

1       California."

2       Yang says:

3       "Oh, interesting."

4       "And Regan said no, then he offered a

5       Department of Transportation and Regan said

6       no."

7       What were you saying there?

8          MR. SCHAR:  Objection, Judge.

9          THE COURT:  The objection is sustained.

10  BY MR. GOLDSTEIN:

11  Q   On Page 21, if we go to line 33, you say:

12      "So, Fred, that has no appeal to me.  I mean,

13      look, I, I, I got, I want to make money, you

14      know, I might as well just go out and try to

15      figure out a way to make money."

16      What were you saying there, Rod?

17  A   What -- I'm trying to figure out what has no

18  appeal to me.

19          (Brief pause.)

20  BY THE WITNESS:

21  A   Oh, talking about a federal appointment that

22  doesn't require the approval of the Senate, the

23  consent of the Senate.

24          And I told Fred, look, if I'm going to leave

25  being governor, that has no appeal to me, basically

Blagojevich - direct by Goldstein                    4386

1  I might as well just go into the private sector and
2  start earning a living, that's what I was telling
3  Fred.
4  Q   If you turn to Page 27, and line 18, Fred Yang
5  says:
6      "Whose idea was this?"
7          When Mr. Yang said that, what idea did you
8  understand him to be talking about?
9  A   This was the Change To Win idea that John Harris
10 brought up and suggested either earlier that day or
11 the day before, the one we talked about yesterday.
12         Change To Win was sort of the flavor of the
13 month that day, that idea.
14 Q   And then on Line 23 you say:
15     "I know, he, he's really a smart guy, sometimes
16      outlandish things come out ideas, come out of
17      Harris, but that's --"
18     Yang says:
19     "Uh-huh."
20     You say:
21     "A sign of smart people, you know."
22     Yang says:
23     "I just thought, governor, that John --"
24     On to page 28:
25     "Harris was where good ideas went to die, I

:54AM (line 5)
:55AM (line 10)
:55AM (line 15)
:55AM (line 20)
:55AM (line 25)

Blagojevich - direct by Goldstein                    4387

1    didn't know that's where good ideas started
2    from."
3    Harris laughs, and then you say:
4    "Well, I know, it depends on his mood.  Usually
5    he's the prince of darkness."
6    When you said John Harris was the prince of
7    darkness, what were you referring to?
8  A  I used to tease him about that.  He's sort of the
9  naysayer, the guy that sees the glass as half empty
10 as opposed to half full, and that he would always
11 give me the extreme worst case scenario possibly as
12 you kind of war game things.
13       And he was a conventional thinker, as I said
14 before.  So he wasn't among my top staff, you know,
15 a creative thinker and come up with new ideas.
16 That's why I kinda talked about smart people say
17 dumb things come up with bad ideas but they'll land
18 on something good.
19       I encouraged that kind of thinking, I thought
20 that that was how we can do good things.  And here
21 Harris came up with an idea that both Fred and I at
22 the time thought was a pretty exciting idea, and so
23 Fred was surprised it came from John Harris, the
24 prince of darkness.
25 Q  And if we can turn to Page 42, and if we look on

Blagojevich - direct by Goldstein          4388

 1  line 8, you say:
 2      "Yeah, yeah, but I'd, I'd have to figure out a
 3      way, though, where this would give me some
 4      financial, an opportunity for upward mobility
 5      financially over there in these wilderness
 6      years, you know."
 7      Yang says:  "Uh-huh."
 8      You then say:
 9      "See here, I don't wanna, I'm gonna sound, this
10      is the greedy part here, in a perfect scenario,
11      you know, I can be in a place where I can make
12      money, have the promise to make more money
13      while at the same time be involved, engaged in
14      a cause or causes that I really believe in that
15      give me a platform to maintain some sort of
16      political viability and a possibility of
17      getting back in."
18          What were you saying here?  And specifically
19  first the "upward mobility financially over these
20  wilderness years," what were you talking about
21  there?
22  A   I was talking about my life after governor,
23  post-governor years.  And the perfect world for me,
24  if I could figure out a way or some sort of thinking
25  through it -- because this was after an election,

Blagojevich - direct by Goldstein          4389

1  the political landscape had changed.  The perfect
2  world for me was after I'm governor, that in those
3  wilderness years--that's a phrase that is applied to
4  people like Winston Churchill, Abraham Lincoln,
5  Teddy Roosevelt, others, my heros in history, they
6  had them--how can you work in those wilderness years
7  doing work in the private sector but can you still
8  somehow be involved in the issues that you care
9  about and is there some sort of vehicle that you
10 might be able to develop or create possibly that
11 could then give you a chance to advocate those
12 things.  And who knows, as unlikely as it is, you
13 know, get back politically in the arena of politics
14 at the national level, is what I'm thinking about
15 here, is there a way to do that.

16      It would've been nice to take a sabbatical
17 from politics for a while, take care of my family
18 and the things that were important to us, of course,
19 but can you do it in a way where you can make a
20 come-back possibly.  And I was raising that question
21 with Fred, that would've been a perfect scenario.
22 Q   Why were you talking about a place where you can
23 make money?
24 A   Well, I mean, once you leave governor and I'm not
25 in public service anymore, I would've devoted a lot

1  of time and effort and energy to work to build up
2  some financial security for my family.
3          We were in a very financial insecure place
4  and the investigations and the fear that's what
5  happened, that was coming my way scared me, and I
6  was very afraid of my family and the ability to even
7  send my daughter, Amy, to college.
8          Those sorts of things were very much in my
9  mind at that time and I was thinking when I'm no
10 longer governor some of things I'd like to do.
11         But what I wanted to do was see if there was
12 a way where I could still be involved in the issues
13 I cared about and not just spend all my time earning
14 a living.
15         I wanted to see if there was a way -- that's
16 what I mean by the greedy part, if could have my
17 cake and eat it, too, if I can take care of my
18 family but still be involved in the issues and
19 possibly make a come back in politics as unlikely as
20 the plutocracy would have said it was.
21 Q   If you can turn to Page 46, Rod, line 4, Fred
22 Yang says:
23     "No, I, I, I think you're smart and shrewd to
24      keep it as an option at least in your head.  I,
25      I think it's not smart to preclude, well,

Blagojevich - direct by Goldstein                    4391

 1      actually, I think the only option you should
 2      not contemplate is Jesse Jackson, Jr. United
 3      States senator."
 4      You said:
 5      "Like nobody --"
 6      Fred Yang laughed and you laughed and you say:
 7      "You and Obama agree on that one."
 8           What did you understand Mr. Yang to be
 9  saying here?
10  A   Ah, after some discussion about the Change To
11  Win, I think, and maybe leaving governor, John
12  Harris pointed out, you know, you have a duty to
13  stay as governor, you were elected to be governor so
14  you should consider that.  And Fred acknowledged
15  that that's right, as did I, I believed that.  So,
16  obviously, had a very strong consideration.
17           But then Fred went on to say "but you're
18  smart to keep it as option," I think he's saying --
19  I think he's talking about Change To Win here.  So
20  it's not smart to preclude that consideration.  Then
21  he goes on to add "the only optional that you should
22  not contemplate is Congressman Jesse Jackson, Jr.,
23  as United States Senator."
24  Q   And when you said you and Obama agree on that
25  one, what were you saying there, Rod?

1  A   That, again, I was getting the signals that I
2  interpreted to mean that, you know, that that was
3  President Obama's position based upon Balanoff and
4  some of the other stuff that were -- signals that I
5  was picking up on and had indicators.
6  Q   Now, during this conversation with Mr. Yang and
7  Mr. Harris, you were talking about the idea of
8  Change To Win, is that right?
9  A   Yes.
10  Q   Had any decisions been made regarding Change To
11  Win?
12  A   I never decided to do it.  Ultimately, I didn't
13  like the idea.
14  Q   And when you said you ultimately didn't like the
15  idea, about how long after this call did you
16  ultimately just not like the idea?
17  A   I felt the 501(c)(4) idea was a lot better
18  because that would help me do things for the people
19  of Illinois.  Change To Win was not a direct thing
20  that I thought would help me as governor, doing my
21  job as governor.  So a 501(c)(4) was a lot more
22  appealing to me as a possible idea than this.
23  Q   On November 8, 2008, did you have a telephone
24  conversation with Rahm Emanuel?
25  A   Yes; several.

:01AM
:01AM
:02AM
:02AM
:02AM

1  Q   On that day, how many did you have?

2  A   I think 3, maybe 4.

3  Q   And during one of --

4  A   I think 3.

:02AM  5  Q   During one of the conversations you had with

6  Mr. Emanuel, did you discuss the Senate seat at all?

7  A   I'm sorry.

8         Yes.

9  Q   And did you talk about the idea of Lisa Madigan?

:02AM  10  A   Yes.

11  Q   And what did Mr. Emanuel say to you and what did

12  you say to Mr. Emanuel regarding Lisa Madigan and

13  the possibility of appointing her to the Senate

14  seat?

:03AM  15  A   He was -- he said something like, "so you're

16  really playing with the idea of Lisa Madigan,"

17  something along those lines.  I said, yes, and I

18  think I said something along the lines of, you know,

19  if I could get the things that I talked about, how

:03AM  20  much do I love the people of Illinois, could I hold

21  my nose and do it.  I'm not quoting me exactly, but

22  something along those things.  "It'll be a test of

23  what kind of person I am," something like that.

24         And then he was not against the idea.  I

:03AM  25  mean, he's a sensible guy and understood the

Blagojevich - direct by Goldstein                4394

1  politics, as well as the good things that could be
2  done.  I interpreted him to think that he thought it
3  was an all right idea.  And I also interpreted it to
4  mean that he was surprised that I would even
5  consider her.  And I think I took it as he was
6  presently surprised to think that I would consider
7  her.
8  Q  I want to talk to you a little bit about the idea
9  of a 501(c)(4).
10         The idea of a 501(c)(4) that you were
11  thinking about during this period of time, what
12  exactly would that 501(c)(4) do?
13  A  The 501(c)(4) would have done -- would do -- I
14  had one of those before that I used, so it would do
15  that that I used before in a much more significant
16  way, and in my idea, it would've been applied
17  potentially nationally, not just in Illinois,
18  certainly in Illinois but potentially nationally.
19  Q  And this 501(c)(4), is this an organization?
20  A  It's an organization, issue advocacy
21  organization, would be created for the purpose of
22  advocating healthcare for children and healthcare
23  for Americans across the country and help me in
24  Illinois.
25  Q  Did you have conversations with Bill Quinlan

:03AM

:04AM

:04AM

:04AM

:04AM

Blagojevich - direct by Goldstein          4395

1  about the 501(c)(4)?

2  A   I did.  Constantly and continually.

3  Q   And November 10th and 11th did you discuss the

4  501(c)(4) with Mr. Quinlan?

:05AM  5  A   Yes, I did.

6  Q   And what was your understanding his position was

7  regarding the 501(c)(4) idea?

8  A   He thought it was a good idea.  He -- he did the

9  legal research to see how you put it together, and

:05AM  10  we discussed whether or not that was something that

11  we can consider doing in connection with a possible

12  Senate appointment of Valerie Jarrett.

13  Q   And on November 10th, did you have a conversation

14  with Mr. Harris and Mr. Quinlan?

:05AM  15  A   I did, and many others.

16  Q   So is it your understanding that you had more

17  than one conversation with Mr. Quinlan and

18  Mr. Harris?

19  A   Yes; and other people, right.

:05AM  20  Q   In that telephone conversation you had with

21  Mr. Harris and Mr. Quinlan, did you ask the

22  question:

23      "So anybody wanna argue why I should appoint

24      Valerie Jarrett in exchange for nothing?"

:06AM  25      Mr. Quinlan said:

Blagojevich - direct by Goldstein                4396

1      "I'm not going to argue that, I would argue
2      appointing Valerie Jarrett.  You get something
3      that is helpful to you and then you got a way
4      to get, get what you can, get from appointing
5      Lisa Madigan or appointing Louanner or
6      appointing Gery Chico."
7          Did you say to that Mr. Quinlan on November
8  10th and did he say that to you?
9  A   Yes.
10 Q   And you had -- how many conversations like this
11 did you have with Mr. Quinlan?
12 A   I talked to Bill Quinlan 3 or 4 times a day and
13 on weekdays sometimes 5, sometimes 6 times a day on
14 the telephone, then I would see him in person a lot
15 as well and those are hard to quantify, but I would
16 say, you know, 3 to 5 to 7, who knows, on a given
17 day.
18 Q   And these conversations you had with Mr. Quinlan
19 regarding the 501(c)(4), how did that affect your
20 state of mind when talking about the Senate seat and
21 the 501(c)(4)?
22 A   That it was doable.  I even asked him that and he
23 said it was.  That it was -- that it's something we
24 should consider the idea and pursue the idea and see
25 where it goes, and that it could do the things that

Blagojevich - direct by Goldstein                4397

1  I was hoping to do.  And that it was along the lines

2  of us looking at other models --

3          MR. SCHAR:  Objection.

4          THE COURT:  Sustained.

:07AM  5  BY MR. GOLDSTEIN:

6  Q   Rod, if you can turn to tab 28, page 1, according

7  to the transcript, what is the date and time of this

8  phone conversation?

9  A   November 11th, 2008, 9:16 in the morning.

:07AM  10  Q   Who are the speakers?

11  A   Me and John Harris.

12  Q   And if you turn to Page 2, line 32, you say --

13  well, before we get to this, had Harris communicated

14  to you a message that you received back or that he

:08AM  15  received back from Rahm Emanuel?

16  A   Yes.

17  Q   And what was that message?

18  A   I think earlier that morning Rahm Emanuel had

19  called John Harris to tell him that Valerie Jarrett

:08AM  20  was staying in the White House, that she was not

21  interested in being a senator.

22  Q   Did John Harris talk about thankful and

23  appreciative?  Did he communicate that at all?

24  A   Yeah.  I think I'm a day off.

:08AM  25          That's right, what he said to me -- that's

Blagojevich - direct by Goldstein          4398

 1  right, she was still -- she was still, apparently --
 2  her name was still being thrown, bandied about as a
 3  potential choice for senator and that Rahm had
 4  called Harris and had indicated that she was still
 5  the preference of President Obama, I believe, and
 6  that if I pointed her they would be thankful and
 7  appreciative.
 8  Q   In the next day or later in the day of
 9  November 11th going into November 12, did you
10  eventually learn that Valerie Jarrett was not -- was
11  taking her name out of the race, if you want to say
12  it like that, not a potential candidate for the
13  Senate seat?
14  A   Yes; and I can't remember exactly where.  My
15  protection is, Bill Knapp was the first one to tell
16  me that I think before the published reports.  Maybe
17  not, could've been after published reports.  But
18  Bill Knapp was the Washington consultant who
19  understood the inside stuff that was going on, and
20  that she was publicly out of -- she was going to go
21  to the White House, she was not interested in being
22  a senator.
23  Q   So the day before on the 11th when you're talking
24  to Harris, on Page 2, you said:
25      "I think a 501(c)(4), can we get his friend

Blagojevich - direct by Goldstein                4399

1       Warren Buffet or some of those guys to help us
2       on something like that?"
3       And then Harris on Page 3 says:
4       "What, for you?"
5       You say:
6       "Yeah, for me to ultimately be, you know, get
7       involved in but it would be for like kids'
8       insurance."
9       What were you saying there, Rod?
10  A   I wanted to see what Harris thought of the idea,
11  and that does he think that Rahm might be willing to
12  help put an organization like that together, because
13  I assumed he had relationships with people like
14  Warren Buffet and George Soros.
15      And Harris then asked me "for you" and I said
16  well, for me to ultimately be involved in to help
17  promote kids and health insurance, and I'm talking
18  about nationwide.
19  Q   And on Page 3, line 22, you say:
20      "You put Louanner there.  I mean, can we count
21      on Louanner if things get hot to give that up
22      and let me parachute over there."
23      What were you saying there, Rod?
24  A   This was another, you know, apparently manic
25  brainstorming discussion where I'm throwing ideas

Blagojevich - direct by Goldstein          4400

1   out.  And so I get off the idea of Valerie

2   Jarrett -- or I should say I get off the idea of

3   Rahm saying grateful and appreciative Valerie

4   Jarrett and 501(c)(4) and I jump right to Louanner

5   Peters who I was considering as a potential senator,

6   and then thinking ahead that if I did make her a

7   senator and things got -- you know, I was facing

8   impeachment and some of the issues here, which I was

9   very afraid of, that would she be willing, do you

10  think, to give up the Senate seat and let me kind of

11  parachute in there for safety reasons.

12         This wasn't my brother calling an ugly idea,

13  but this was among the many ideas that I talked

14  about, an extreme idea, an option that went nowhere.

15         MR. SCHAR:  Objection, Your Honor.

16         THE COURT:  Objection sustained.

17  BY MR. GOLDSTEIN:

18  Q   Who is Louanner Peters?

19  A   Louanner Peters was -- was my deputy governor.

20  We had two of them.  She had been with me for the

21  entire 6 years and --

22  Q   Was she a potential candidate for senator?

23  A   She was a very strong consideration for a few

24  days.  Active in the African-American community,

25  community activist level for many years, I knew her

1  to be a very honest person and had been very

2  hardworking for 6 years.  I thought it was an

3  interesting idea.  Again, it was an unconventional

4  idea --

5          MR. SCHAR:  Objection, Your Honor.

6          THE COURT:  Give me a second.

7          (Brief pause.)

8          THE COURT:  I think maybe you went beyond the

9  scope of the question.

10 BY MR. GOLDSTEIN:

11 Q   The things you explained about Louanner Peters,

12 was that the reason why she was a potential

13 candidate for Senate, in your mind?

14 A   Yes.

15 Q   If you could turn to Page 4, line 14, you say:

16     "Well, okay, so we know he wants her.  They're

17      not willing to give me anything except

18      appreciation, f' them, you know what I mean."

19      Harris laughs and you say:

20     "Right now Louanner is the frontrunner."

21      What were you saying here, Rod?

22 A   I was responding to what Harris told me what Rahm

23 Emanuel had suggested.  And I evidently didn't like

24 the idea, so I said f' them, unfortunately, and then

25 I said -- and Harris laughed, and then I said so now

Blagojevich - direct by Goldstein                    4402

1  Louanner is the frontrunner, let's take a good
2  serious look at Louanner and the idea of Louanner
3  being pointed to the United States Senate.
4  Q   In line 14 and similarly in other conversations,
5  were you venting at this point?
6  A   Yes.
7        MR. SCHAR:  Objection, Your Honor.
8        THE COURT:  That may stand.
9  BY MR. GOLDSTEIN:
10  Q   Can you turn to tab 29, on page 1, what is the
11  date and time according to the transcript?
12  A   November 11, 2008, 9:37 a.m.
13  Q   And who are the speakers?
14  A   Me and Doug Scofield.
15  Q   And if you can turn to Page 2, on line 25
16  Scofield says:
17      "I, you know, look, the president can be
18       helpful, he should be grateful and appreciative
19       and helpful."
20      And you say "that's right."
21        What did you understand Mr. Scofield to be
22  saying there?
23  A   I just passed on to Doug what Harris had told me
24  that Rahm told him, that if I pointed Valerie
25  Jarrett, that Rahm and the president, presumably,

:14AM

:14AM

:14AM

:15AM

:15AM

1  would be grateful and appreciative, and then Doug
2  said well, he should be grateful, should be
3  appreciative, and then Doug added on he should also
4  be helpful, and then I said I agreed with him.
5  Q   On line 30 you say:
6       "How about a 501(c)(4) so I can advocate
7        children's healthcare?  Can't they get like
8        Warren Buffet and some of those guys to put
9        like 10, 12, 15 million dollars in that like
10       right away."
11       Scofield says:
12       "Well, they probably could."
13       And then you say:
14       "Then I can, I could advocate children's
15        healthcare, use that thing as, you know, an
16        advocacy tool."
17            What were you saying there?
18  A   I was now testing this idea that I talked about
19  with Bill Quinlan and John Harris with Doug Scofield
20  to see what he thought of the idea, and it speaks
21  for itself.  That I would use it as an advocacy tool
22  for children's healthcare.
23  Q   And further down on line 7, Page 3, you say:
24       "How do you make a deal like that?  I mean, it's
25        got to be legal, obviously, but, but it's very

Blagojevich - direct by Goldstein          4404

1    commonplace, is it not, doing things like
2    this."
3        When you say "how do you make a deal like
4  that, it's gotta be legal, obviously," what were you
5  saying there, Rod?
6  A   Any decision I would ultimately make on the
7  Senate seat had to be legal, obviously.
8        MR. SCHAR:  I would object.
9        THE COURT:  The objection is sustained.
10 BY MR. GOLDSTEIN:
11 Q   After you said "but it's very commonplace, is it
12 not, doing things like that," what were you saying
13 there?
14 A   I was asking Doug if this is a common thing in
15 politics, and he said it's not unusual.
16        MR. SCHAR:  Objection.
17        THE COURT:  The objection is sustained.
18 BY MR. GOLDSTEIN:
19 Q   And Page 4, line 11, you say:
20    "If I get nothing back from Obama, then, ah, I'm
21    going in another direction, you know what I'm
22    saying."
23    Scofield says:
24    "I think you should leverage it for whatever's
25    most helpful to you."

Blagojevich - direct by Goldstein                    4405

1      You say:
2      "You agree with that, don't you?"
3      Scofield says:
4      "I do."
5          What were you saying here lines 11 through
6  13, Rod.
7  A  I was saying just that, if -- if -- if I -- if I
8  don't get anything back from Obama, whatever that
9  might be, if anything, I'm going to another
10 direction.  In other words, I'll think about
11 something else.  And then Doug went on to say, "you
12 should leverage it for whatever is most helpful to
13 you."
14 Q  What did you understand him to be saying there,
15 Rod?
16 A  He's advising me to leverage it for whatever is
17 most helpful to me.  And then I asked him, "you
18 agree with that, don't you," just double-checking,
19 and he says "I do."
20 Q  And if you could turn to Page 8, on line 2, you
21 say:
22      "Ah, you, you, look, I really believe you can do
23       more good than just putting Valerie Jarrett
24       there and get nothing back."
25      Scofield says:

1      "Well, I agree with that.  Look, it's not like,
2      you know, look it's nice to be a senator, it's
3      not like Valerie's gonna be the most powerful
4      senator.  I mean, she'll have the president's
5      ear, but still it's not like she's gonna be
6      necessary to get things done for Illinois."
7          When you say, "I really believe you can do
8   more good than just putting Valerie Jarrett there
9   and get nothing back, what were you saying there,
10  Rod?
11  A  Well, if I did make this decision to appoint
12  Valerie Jarrett, she would have been a senator who
13  would've bee, I think, a very capable senator who
14  would have backed President Obama on everything, but
15  meant a national agenda, would not be necessarily an
16  Illinois first agenda.
17          So what both Doug and I, I think, are saying
18  is, I could probably do more good in terms of
19  Illinois if I went in another direction, and that's
20  what I was saying.
21          THE COURT:  He is doing some mind reading now
22  when he's just supposed to say what his
23  understanding was.
24  BY MR. GOLDSTEIN:
25  Q  What was your understanding what Mr. Scofield was

Blagojevich - direct by Goldstein                4407

1  saying there, Rod?

2  A  My understanding of what Mr. Scofield was saying,

3  turn-around is fair play since he understands what I

4  say, is that he's saying that Valerie Jarrett

5  doesn't really give me a chance to be able to do

6  more good, and instead she would be a senator who

7  would have the president's ear, and in my

8  understanding we're both saying I could do more good

9  with another senator.

10 Q  Did you think you could do good by having a

11 501(c)(4)?

12 A  I thought the idea of doing that, that would be

13 legal, obviously, could do a lot of good.

14        MR. SCHAR:  Objection.

15        THE COURT:  The objection is sustained and

16 the answer is nonresponsive to the question.

17        MR. GOLDSTEIN:  May I repeat the question,

18 Your Honor?

19        I don't know if the objection is to answer or

20 the question.

21        THE COURT:  You can try it again.

22 BY MR. GOLDSTEIN:

23 Q  Did you think setting up a 501(c)(4) for kids

24 healthcare would do good?

25 A  Yes.

Blagojevich - direct by Goldstein                4408

1       MR. SCHAR:  I object, Your Honor.
2       THE COURT:  I'll let it stand.
3  BY MR. GOLDSTEIN:
4  Q   If we could turn to Page 9, and on line 3
5  Scofield says:
6       "Well, look, it's not entirely outlandish to
7        say, look, we're all your friends who want you
8        to leverage this, and the president being
9        grateful is fine, I think everybody would say
10       that's a good first step, but, you know, for me
11       at least I think you gotta add something to
12       that.  I mean, everybody sees taking care of
13       Barack's person and there's value in it, but
14       you gotta make the value I think a little more
15       tangible."
16       And Scofield chuckles.
17          When Mr. Scofield says it's not entirely
18  outlandish to say, look, we're all your friends who
19  want you to leverage this," what did you understand
20  him to be saying there?
21  A   I understood him to be saying that "we're all
22  your friends" to include all my different advisors,
23  want you to leverage this for whatever is helpful to
24  you and that it's not outlandish to want that.
25          He was giving me his view on what my friends,

Blagojevich - direct by Goldstein                4409

1  him included, thought I should do with this,
2  leverage the Senate seat.
3  Q   Did you understand who he was talking about when
4  he said "your friends"?
5  A   Yes.
6  Q   And who did you understand Mr. Scofield was
7  saying when he said "your friends"?
8  A   The different ones that I was talking to about
9  this issue, Harris and Quinlan Bill Knapp and Fred
10 Yang, and Doug Scofield and Tom Balanoff and
11 presumably others.
12       MR. GOLDSTEIN:  Your Honor, at this time we
13 ask to publish this call.
14       THE COURT:  Sure.
15    (Tape played).
16 BY MR. GOLDSTEIN:
17 Q   Rod, if you can turn to tab 30, and according to
18 the transcript what is the date and time of this
19 call?
20 A   November 12th at 7:40 in the morning, 2008.
21 Q   And who are the speakers?
22 A   Me and John Harris.
23 Q   If you can turn to Page 5, Harris on line 3 says:
24    "But the question is not so much is, is it
25     something you'd be willing to wait to do in

:22AM
:22AM
:22AM
:35AM
:36AM

Blagojevich - direct by Goldstein                4410

1    2 years."
2    And you said:
3    "Oh, yeah, definitely, but I want that
4    organization up and running now.  We put a
5    board, we got a board of directors that Quinlan
6    and I have been working on, I'd be sitting
7    there and the, and the organization would begin
8    advocating this stuff."
9        What were you saying here, Rod?
10   A  John Harris asked me if this is something that if
11   we did, that you would be willing to wait to get it
12   up and running after I was governor.
13       And I said, yes, but then I made it clear I
14   wanted the organization up and running now so that
15   we can put together a board of directors that Bill
16   Quinlan and I were working on how to do it and what
17   we can do with it, I'd be sitting there and the
18   organization would begin advocating this stuff.
19       So the plan was to get this organization up
20   and running while I was governor so I can go out and
21   use this as a vehicle to advocate healthcare in
22   Illinois and, in a perfect world, be able to go out
23   and join the Obama team and do it across the
24   country.
25   Q  How long had this idea of a 501(c)(4) been in

1  your mind?

2  A  Ah, it was -- this new one was one that I was

3  thinking about doing for, ah, I want to say sometime

4  early to mid 2008, probably sometime during the

5  spring legislative session.  Because I had one of

6  these in 2007 and we ran television adds promoting

7  healthcare, education funding, and my tax fairness

8  plan.  So I had done this already while I while I

9  was governor.

10  Q  When you did this before in 2007, were you

11  compensated or were you paid at all out of this

12  501(c)(4) --

13          MR. SCHAR:  Objection.

14          THE COURT:  The objection is sustained.

15  BY MR. GOLDSTEIN:

16  Q  Page 6, on line 20, you say:

17    "But I would say one of these things is, you go

18      to Bill Gates, you go to Warren Buffet, go to

19      George Soros, you go to those big democrat

20      multibillionaire guys and you ask them all to,

21      you know, all do 2.5 million, you know, they

22      do, you know, a couple of million each."

23      You say:

24      "And I don't know if, if we, if we're, you

25      know, we're, ah, I wouldn't even be adverse to

Blagojevich - direct by Goldstein                4412

1       being upfront about it and saying that we've
2       established this organization, they're all
3       going to Washington to push these things that
4       we've done in Illinois and that we can help you
5       push in Illinois, but it might be easier with
6       all the economic conditions and politics here."
7           When you talked about Bill Gates and George
8    Soros putting money into this, what were you saying
9    here, Rod?
10   A   I was talking about the organization receiving
11   the money from George Soros and Bill Gates, Warren
12   Buffet, and the money would be used to advocate
13   healthcare, not to pay me.
14           This was Isaiah from the Old Testament, get
15   the rich to help the poor, that was the thinking.
16   And then I went on to say that we should be upfront
17   about this, announce it publicly at a press
18   conference, and that I would say --
19           Well, go ahead.  I'm sorry.  I'm ahead of
20   myself.
21           That we should announce it publicly, be
22   upfront about it.
23   Q   So when you say being upfront about it, you were
24   talking about announcing what publicly?
25   A   That if we went in the direction of Valerie

Blagojevich - direct by Goldstein                4413

1  Jarrett --
2       (Judge handing water to witnesses.)
3          THE WITNESS:  Thank you, Judge.
4  BY THE WITNESS:
5  A   If we went in the direction of Valerie Jarrett
6  and they were to help me with this 501(c)(4), that
7  we would have a press conference--President Obama,
8  Valerie Jarrett and I--and we would announce they're
9  going to push the big healthcare plan, I'm making
10 her senator to join the team to push healthcare,
11 they're helping me raise this money for this issue
12 advocacy organization, and I'm going to play a role
13 to try to drum up support across America.
14          It's sort of, we learned later, an
15 organization that was counter to like a Tea Party
16 organization, a people's organization to push
17 healthcare.  And that I was talking about
18 envisioning a press conference where we would
19 announce this and we'd all be off and running to
20 make history and push healthcare across America.
21 Q   When you talked about envisioning this, at this
22 stage was this an idea in your mind?  Where were you
23 at in your mind as to this thought?
24 A   It was an idea, it was all it was.
25 Q   At this time had you made any decisions with

:39AM

:39AM

:40AM

:40AM

:40AM

1  regards to the Senate seat?

2  A   No.

3  Q   If you can turn to Page 8, now at line 20 you

4  say"?

5       "  Hey, do you, why don't we start looking for

6         an African-American Tammy Duckworth, we can,

7         can't we?"

8         Harris says:

9         "I can look, I've been, I've been looking and

10        we gotten nothing back yet.  I got feelers out

11        on that."

12            When you said why don't we start looking for

13  an African-American Tammy Duckworth, what were you

14  saying there, Rod?

15  A   I was -- I was asking John Harris for the status

16  of what we had talked about before, which was to see

17  if we could find an African-American military hero

18  along the lines of Tammy Duckworth.

19            And I said basically that I hadn't heard

20  about this in a couple of weeks, so I was

21  resurrecting that idea to see how he was doing in

22  terms of finding somebody that might fit that

23  profile, that would be out out-of-the-box idea of

24  appointing a senator.

25  Q   You said you requested this a couple of weeks

:40AM

:41AM

:41AM

:41AM

:41AM

:41AM

Blagojevich - direct by Goldstein                4415

1  ago?

2  A  John Harris and I talked about this even before

3  the presidential election.

4  Q  To your knowledge, were any names ever given to

5  you?

6  A  My recollection is, John had mentioned that there

7  were a couple of possible candidates, I don't

8  remember if he gave me names.

9      Is there something that would refresh my

10 recollection?

11     MR. GOLDSTEIN:  Give us one second, Your

12 Honor.

13     (Brief pause.)

14 BY MR. GOLDSTEIN:

15 Q  While we're looking for the documents to refresh

16 your recollection, let's go to Page 17.

17     On line 5 John Harris says:

18   "You also trusted the values that you held as

19    something that would be good for people."

20   You say:

21   "That's right."

22   And Harris says:

23   "Now, as opposed to Thompson who you know is

24    governor, he was a dealmaker.  When he left

25    governor and went into the private sector, he

Blagojevich - direct by Goldstein                    4416

1    remained a dealmaker, right?"

2    You said:

3    "Right."

4    And Harris says:

5    "Putting, people together to make money."

6    You said:

7    "Right."

8    And Harris says:

9    "So what he's doing now is what we did then."

10   You say:

11   "Right."

12       What did you understand Harris to be talking

13   about the values that you held as something that

14   would be good for people?

15       MR. SCHAR:  Objection.

16       THE COURT:  Sustained.

17       MR. GOLDSTEIN:  May I approach, Your Honor?

18       THE COURT:  You may.

19   BY MR. GOLDSTEIN:

20   Q   Rod, you just talked about this idea of an

21   African-American --

22   A   Yes.

23       MR. GOLDSTEIN:  Sorry.

24     (Whereupon, there was a conference had between

25      counsel:)

Blagojevich - direct by Goldstein                4417

1      THE WITNESS:  Nice to see you guys getting
2  along.
3      MR. GOLDSTEIN:  Every once in a while.
4  BY MR. GOLDSTEIN:
5  Q   I want you to look at this document and when your
6  memory is refreshed as to potential names regarding
7  African-Americans, just look up.
8      (Brief pause).
9  BY THE WITNESS:
10  A   Yes.
11      Can I see it one more time?
12      (Brief pause).
13  BY THE WITNESS:
14  A   Okay, yes.
15  BY MR. GOLDSTEIN:
16  Q   Is your memory refreshed as to potential names
17  that were brought up and potential results as to an
18  African-American war hero?
19  A   Yes.
20  Q   And who was that?
21  A   Lieutenant Colonel Duane Hayden.
22  Q   And at what time, what date, did you receive that
23  name?
24  A   November 21st, 2008 at 10:35 in the morning.
25  Q   Now, back to tab 30 --

Blagojevich - direct by Goldstein                4418

1        Here, I can take that back.
2  A   Oh, yeah.
3       (Brief pause).
4  BY MR. GOLDSTEIN:
5  Q   On tab 30, Page 17, line 30, you say:
6       "Right, but you understand, it's very important
7        for me to make a lot of money, I need the
8        independence, I, I, I need the freedom.  You
9        know, among the things that I, we've dealt with
10       that I've learned that I knew anyway but I
11       really know and experienced the feel is, that
12       the vulnerability that my family is under
13       because of my public responsibilities that I
14       made my children and my wife vulnerable."
15            What were you saying here, Rod?
16 A   I was explaining to John that when I was no
17 longer governor, that I felt that I needed to go out
18 and -- and try to earn a good living and try to make
19 a lot of money.  That I needed the independence.
20 That my experience as governor, and all the fights
21 and the rest, and my fear of what was coming, what I
22 was afraid of I made my family vulnerable.  And that
23 my public responsibilities, the political arena, the
24 rough and tumble of that business, I had made
25 children and Patti vulnerable and I felt guilty

Blagojevich - direct by Goldstein                    4419

1    about it.
2  Q    And you go on further on Page 18 and you say:
3         "You follow, I've got the scrutiny going on,
4          lawyers to pay for.  How the H am I gonna send
5          my kids to college, that's the biggest f'ing
6          downside that I, you know, that I'm really
7          dealing with, and it's like never again am I
8          ever going to f'ing screw my kids and my family
9          and put them in a position like this.  I gotta
10         six this.  You know, hence the idea of being
11         here for two more years and then just, you
12         know, in an environment where they're gonna,
13         I'm gonna have to fight tax increases and a guy
14         who is gonna just like continue to block what
15         I'm trying to do, you know what I'm saying?"
16        And then you go on further and say:
17        "Where, you know, my daughter's 12, she'll be
18         14, and then four more years, three more years
19         she's going to college.  I'd like to get myself
20         on a sound financial footing and then have the
21         freedom to be able to get back in somehow, if
22         there's a way."
23            Is this similar -- when you're going on with
24   this, is this similar to what you're talking about
25   in the previous lines?

1   A   Yes.  I -- I was sharing with Doug -- with John

2   my fears and my -- my feelings.

3           MR. SCHAR:  Cumulative.

4   BY MR. GOLDSTEIN:

5   Q   Did you have concerns regarding your family and

6   your family's financial health?

7           MR. NIEWOEHNER:  Objection, Your Honor.

8           THE COURT:  Sustained on grounds of

9   essentially having been asked and answered.

10  BY MR. GOLDSTEIN:

11  Q   Let me turn to tab 36.

12          Now, according to the transcript, what is the

13  date and time of this call, Rod?

14  A   November 12th at 10:30 in the morning.

15  Q   Who were the speakers?

16  A   It was me, Tom Balanoff, and Mary made the

17  connection but she got off the phone.

18  Q   And on page 2, line 24, you say:

19      "Monday night they called through a third-party

20       had a message conveyed that Valerie Jarrett

21       wants to be a senator, the president wants her

22       to be senator, and the president would be

23       quote/unquote grateful and appreciative if the

24       governor picks her, right."

25          Balanoff says:

Blagojevich - direct by Goldstein                4421

1      "Well, that's a lot further than they would let
2      me say," chuckles, "okay, cool."
3      What were you saying here, Rod?
4  A   I was passing along to Tom Balanoff, who had come
5  to me about Valerie Jarrett, that Rahm had called
6  and that Rahm had told John Harris that she was
7  going to stay in the White House.
8          And I went on to explain to him that,
9  apparently, it was Rahm who was pushing her and not
10 necessarily President Obama because of the politics
11 around the king.  In other words, who's closer to
12 the king has more influence.  So Rahm, in sort of an
13 inside office politics move, he wanted Valerie
14 Jarrett out of the way so he'd have more influence
15 with the president, that's what I was told and I was
16 passing along to Tom Balanoff.
17 Q   And --
18 A   And Tom Balanoff went on to say "that's more than
19 I could say," which is sort of -- he reiterated kind
20 of what he indicated to me when we met on the 6th,
21 which was he -- he had -- somewhere along those
22 lines, that he was in no position to promise or do
23 anything.
24 Q   And on Page 5, Balanoff:
25     "You know, I think, you know, you have another

Blagojevich - direct by Goldstein                4422

1     candidate for a whole lot of reasons that is
2     obviously valid."
3  You say:
4     "Which one is that, Tom?"
5     "Well, the whole question of Lisa.  I mean, you
6     know."
7  You say:
8     "I got that one, right."
9        What did you understand Tom Balanoff to be
10 saying there when he said "you have another
11 candidate"?
12 A   That he was repeating what he and I talked about
13 on the afternoon of the 6th and I talked about Lisa,
14 I talked about Emil Jones, I talked about me, we
15 talked about Jan Schakowsky and others.  So I wasn't
16 quite sure which one he was referring to and he
17 brought up Lisa, which I agreed with, "that's
18 right."
19 Q   And on page 5, line 26 -- actually go to line 23,
20 and you say:
21     "Hey, Tom, here's one thing I'd be interested
22     in."
23     Balanoff says:
24     "Yeah."
25     And you say:

Blagojevich - direct by Goldstein                4423

1        "And we're, we're going to do this anyway, but
2        this would sure expedite it, I want to create a
3        501(c)(4) issue advocacy."
4        And Balanoff says."
5        "Uh-huh."
6        And you say:
7        "Or organization that would be, you know, there
8        for if -- if I'm not governor again or whatever
9        I do later, but right now."
10       And then it goes on.
11       What were you saying here, Rod?
12   A   I was testing the idea of the 501(c)(4) with Tom
13   Balanoff to see what he thought about the idea.
14   Q   Why were you the testing that idea with Tom
15   Balanoff?
16   A   Well, Tom, again, was a friend and, you know, a
17   significant political supporter of mine.  One of the
18   last ones standing at the time.  And, again, he had
19   good judgment, good political instincts, so I wanted
20   to see what he thought about the idea, if he thought
21   it made any sense at all.
22   Q   And --
23   A   And I had already told me what he thought about
24   the Health and Human Services idea, so I wanted to
25   bounce this one off at him, as well.

1  Q  When you said "we're going do this anyway, but
2  this would sure expedite it," what were you talking
3  about there?
4  A  I was already making plans to do this.  I had
5  done one before.  I figured if I am going to be
6  fighting gridlock, if there was a way for me to go
7  out and raise money to be able to have an
8  organization so I could take my case to the people
9  and outside of that legislative inside world of
10 Springfield, that maybe that way I could get through
11 and around the gridlock by building public support.
12        So whether they were going to help me or not,
13 I was exploring the idea of potentially having this
14 moving forward, anyway.  I was interested in doing
15 it anyway.
16 Q  And turn to Page 7, on line 13, you say:
17     "And creating a 501(c)(4) that if I no longer am
18       an elected official, I can possibly work with
19       right now."
20     Balanoff says:
21     "Right."
22     You say:
23     "While I'm an elected official, it would help
24       me push stuff here and at the federal level
25       which helps us here in Illinois, that would be

Blagojevich - direct by Goldstein                4425

1    very attractive.  And, you know, George Soros,
2    and Buffet, and all those guys --"
3    Balanoff says:
4    "Right."
5    You say:
6    "-- you know, overnight can put 10, 15, 20
7    million dollars in an advocacy group like that,
8    couldn't they?"
9    Balanoff says:
10   "Right, they could."
11   And you say:
12   "Yeah, and then we could help our new senator
13   Valerie Jarrett go out --"
14   And Balanoff says:
15   "Yeah, there you go."
16   And you say:
17   "-- push that."
18        Now, when you said "creating a 501(c)(4) if
19   you're no longer elected official which could
20   possibly work with right now," what were you saying
21   there, Rod?
22  A   I was talking about we have this organization
23  that I'd use while I was governor, and then when I
24  was no longer governor, the possible idea of me
25  potentially working there.  But Bill Quinlan had

Blagojevich - direct by Goldstein                    4426

1  told me that I could not do that, that was not a

2  legal thing to do if you were going to do this for

3  the Senate seat --

4          MR. SCHAR:  (Counsel standing.)

5          THE COURT:  The objection is sustained.  The

6  answer is stricken.  The jury is instructed to

7  disregard it.

8  BY MR. GOLDSTEIN:

9  Q   And when you said, "while I'm an elected

10 official, help me push stuff here and at the federal

11 level which helps us here in Illinois," what were

12 you talking about there, Rod?

13 A   That I would -- that what I wanted to do was to

14 have this 501(c)(4) issue advocacy organization up

15 and running to help me push my healthcare agenda in

16 Illinois.  And that, again, George Soros and Buffet

17 and those guys, those wealthy, national figures,

18 would they be willing to help us, they can do it

19 quickly, and I can get us off and running and use it

20 for the next legislative session.

21 Q   And then you say:

22      "And then we could help our new senator Valerie

23        Jarrett go out and push that."

24          What were you saying there, Rod?

25 A   I was kinda throwing a bone at Tom.  His

Blagojevich - direct by Goldstein                4427

1   candidate, Valerie Jarrett, was apparently no longer
2   in the mix, but that, "Tom, you should know, you
3   know, I took your candidate seriously and, you know,
4   if, in fact, you know, she's interested in being a
5   senator still, I have made no decision, I'm not
6   ruling her out.
7   Q   At this time on November 12th, what was your
8   understanding as to Valerie Jarrett being in the
9   race for the Senate seat?
10  A   Early that morning before this call, it was
11  publicly announced that she was not interested in
12  the Senate seat, that she was going to take a big
13  position, high-level position in the White House.
14  Q   And at Page 8, Balanoff says:
15      "So let me, let me see if I can, well, let me
16       move this idea and see where, let me put that
17       flag up and see where it goes."
18      You say:
19      "Okay, you'll let me know."
20      Balanoff says:
21      "Absolutely, I'm in Washington now.  I'll be
22       back tomorrow.  I'll reach out no later than
23       tomorrow."
24          When Balanoff said "let me move this idea
25  and see, let me put that flag up and see where it

:56AM
:56AM
:57AM
:57AM
:57AM

Blagojevich - direct by Goldstein                4428

1  goes" what did you understand him to be saying
2  there?
3  A   I understood him to be saying that he was going
4  to take this idea and run it up the flagpole and see
5  if anybody salutes it, that's the phrase, and see if
6  anybody wanted to salute the idea.
7  Q   If we can -- actually, before we move to the next
8  tab:  Shortly after this call, did you have a
9  telephone conversation with Bill Quinlan?
10  A   Yes, I did.
11  Q   And in your conversation with Mr. Quinlan, did
12  you discuss what you had talked about with
13  Mr. Balanoff?
14  A   Yes.
15  Q   And when you told him what you told Mr. Balanoff,
16  did Mr. Quinlan then say, "good, good, he's the
17  right guy to work through," did he say that to you?
18  A   Yes.
19  Q   Now, if we can turn to tab 37.
20       On tab 37, according to the transcript, what
21  is the date and time of this call?
22  A   This is tab 37, Aaron?
23  Q   Tab 37.
24  A   Okay, November 12th, 2008, at 10:44 in the
25  morning.

Blagojevich - direct by Goldstein                4429

1  Q   Who are the speakers?

2  A   Me and John Harris.

3  Q   And if you can go to Page 2, line 14, you say:

4      "But I told him about 501(c)(4) idea, 10, 15, 12

5      million.  He's gonna run that up the flagpole,

6      see if she's interested."

7      Harris says:

8      "Okay."

9      You say:

10     "What do you think of that, have him do it."

11     And Harris says:

12     "That's fine."

13     What were you saying here, Rod?

14 A   I was relaying to Harris what I talked to Tom

15 Balanoff about, that I raised the idea of the

16 501(c)(4), and then that he -- he's going to run it

17 up the flagpole and sees if she's interested, so

18 presumably see if Valerie Jarrett was still

19 interested in being a senator, or whatever, but he

20 was going to run it up the flagpole.

21 Q   And turn --

22 A   Then I asked him what he thought of that.

23 Q   And what was his response?

24 A   "That's fine."

25 Q   And if we turn to tab 38, and according to the

Blagojevich - direct by Goldstein                    4430

1  transcript, what's the date and time of this call?

2  A   November the 12th, 2008, at 10:47 in the morning.

3  Q   And who were the speakers?

4  A   Me and Tom Balanoff and Mary Stewart.  She'll get

5  off the phone immediately, it turns out.

6  Q   And if you can turn to page 3.

7          On page 3, line 3, you say:

8       "Okay, 501(c)(4), I mean use your judgment on

9        how we talk about that."

10       Balanoff says:

11       "Yeah."

12       You say:

13       "What do you think about that concept, that

14        idea?"

15       Balanoff says:

16       "Hey, I think it's great, you know, but, hey,

17        what you, you and I a lotta times think

18        something is great --"

19       You say:

20       "Yeah."

21       He says:

22       "-- it's unfortunate that other people don't.

23        I think it's a great idea."

24       And then you say:

25       "Don't forget, we always, we always have the

Blagojevich - direct by Goldstein                    4431

1      option of me just f'ing sending me there, you
2      know what."
3      Balanoff says:
4      "You bet."
5          When you said, "okay, 501(c)(4) I mean, use
6  your judgment on how we talk about that," what were
7  you saying there, Rod?
8  A   In other words, I was telling Tom Balanoff, who
9  was a friend and someone I trusted, to use his
10 judgment when he runs up the flagpole on the idea of
11 a 501(c)(4).  Don't promise it, don't say I made any
12 decision, just be careful, use your judgment because
13 I haven't decided anything, we're just testing ideas
14 and floating ideas and sending feelers out.
15         And he said, "yeah."  Then I went on to ask
16 him, so what do you think of that concept, what do
17 you think of that idea.
18         And then Tom, God bless him, says, "I think
19 it would be great," you know.  Then he says -- and,
20 in retrospect, I see what he's doing, at the time I
21 believed him.  A lot of times you think something is
22 great, but unfortunately other people don't.  I
23 think it's a great idea, I think as we heard from
24 him --
25         MR. SCHAR:  (Counsel standing.)

Blagojevich - direct by Goldstein                    4432

1      THE COURT:  Sustained.
2   BY MR. GOLDSTEIN:
3   Q   At the time Mr. Balanoff was telling you "I think
4   it's a great idea," what did you understand him to
5   be saying?
6   A   That he agreed with me, he thought it was a great
7   idea.
8   Q   Now, if you can just turn back to Page 1 on this
9   tab, and Balanoff says:
10       "So, you know, there was a CNN report yesterday
11        that said she was going to the White House.  I
12        just want, I'm gonna use that and say, hey,
13        Val, you know, where we at, should you know
14        what, I won't even mention, I won't mention
15        Rahm at all."
16           When Balanoff is taking about the CNN
17   report, did you understand him to be talking about
18   the same report that you and Harris --
19   A   That Valerie Jarrett was staying in the White
20   House and not interested in the Senate seat.
21   Q   If you can turn to tab 39, and according to
22   transcript, Rod, what's the date and time of this
23   call?
24   A   November 12th at 10:50 in the morning.
25   Q   And who are the speakers?

Blagojevich - direct by Goldstein                    4433

1  A   Me and Patti.

2  Q   And if you can turn to Page 2, on line 26, you

3  say:

4       "I, I suggested my 501(c)(4), he's not sure she

5        doesn't want it and he doesn't trust Rahm, so

6        he's gonna try to push her some more, just go

7        to Valerie Jarrett."

8       Patti says:

9       "Yeah."

10      You say:

11      "So I said, look, look, man, she can be a

12       senator, I want this 501(c)(4) thing."

13            When you said to Patti "look, man, she can

14  be a senator, I want this 501(c)(4) thing," what

15  were you saying there, Rod?

16  A   Well, obviously I wasn't saying exactly what I

17  said to Tom Balanoff because you just heard it.

18            I think what I was doing there was just kinda

19  giving Patti a quick little shorthand.  So I wasn't

20  directly quoting it, but I was just kind of saying,

21  hey, you know, even though I didn't tell Balanoff,

22  look man, she can a senator, I was basically saying,

23  hey, Tom, I'm not ruling out the possibility that I

24  could choose her as senator.  I'm not saying she's

25  gonna be, but I'm not saying she's not gonna be.

Blagojevich - direct by Goldstein                    4434

1   And then I said that I mentioned to him that I was
2   interested in the idea of a 501(c)(4).
3   Q   At this point, had you made any decisions
4   regarding the 501(c)(4) and the Senate seat?
5   A   No.
6   Q   And on Page 4, on line 6, you say:
7       "Jesse, Jr. is promoting a Zogby poll that makes
8        him the choice of most Illinoisans."
9       Patti says:
10      "Yeah."
11      You say:
12      "Jesse, Jr."
13      Patti says:  "Yeah, right."
14      "The, there's just no way I'm appointing him,
15       man, are you kidding, you got to be kidding
16       me."
17          What were you saying here, Rod?
18  A   A new poll came out by the Zogby polling firm
19  that Congressman Jackson was promoting,
20  understandably since in match-up the poll had, there
21  are different candidates in there.  He was in first
22  place ahead of, I believe, Lisa Madigan, Tommy
23  Duckworth, there were some others.
24          And so he was promoting that, you know, to
25  elevate his chances, which was sensible politics.  I

:04AM
:04AM
:04AM
:05AM
:05AM

Blagojevich - direct by Goldstein                    4435

1  wanted to share that with Patti, and then I wanted
2  to say what I just said, which is, you gotta be
3  kidding me, there's no way I'm appointing him.
4  Q   Did that accurately reflect your state of mind
5  when it came to Jesse Jackson, Jr., in appointing
6  him?
7  A   Yes.
8  Q   And if we can turn to tab 40.
9        Rod, according to the transcript, what is the
10 date and time of this call?
11 A   November the 12th at 12:36 p.m.
12 Q   And who were the speakers?
13 A   Me and John Harris.
14 Q   And at the top of the page you say:
15   "Here's my criterion, you want to hear it now.
16    I told Patti."
17    Harris says:
18    "Yeah."
19    "These three criterion in this order:  Our
20    legal situation, our personal situation, my
21    political situation, this decision like every
22    other one needs to be based upon on that,
23    legal, personal, political, what do you think?"
24      When you said "this is my criterion," you
25 say "legal, personal, political," what were you

1  saying there, Rod?

2  A  So now I'm testing with John Harris, you know,

3  new thoughts that are in my mind in terms of a

4  potential criterion to take into consideration:

5  First, our legal situation.

6       Again, very fearful of what was happening and

7  making sure that whatever we did was legal and so I

8  don't cross because I feel I'm going to get my clean

9  bill of health.

10       Second, our personal situation.  I'm putting

11  my family, my kids, whatever decisions I make, I'm

12  going to put that ahead of my politics, that's what

13  I'm telling John, politics is third.

14  Q  When you say "this decision," what are you

15  talking about there?

16  A  The decision that I'm going to make on senator.

17  And one of the considerations was whether or not I

18  would become a senator myself, whether I do that.

19  And that was a personal, political dynamic, and --

20  Q  Okay.  Turn to tab 42.

21  A  42?

22  Q  42, yeah.

23       On top of the page, what's the date and time

24  of the transcript -- or the date and time of the

25  call according to the transcript?

Blagojevich - direct by Goldstein                    4437

1  A   November the 12th, 2008, at 5:30 in the
2  afternoon.
3  Q   And who are the speakers on this?
4  A   Me and John Harris.
5  Q   And on Page 2, line 2, Harris says:
6      "Right, but you know, I still think we gotta, we
7        gotta demonstrate to him how, you know, you're,
8        you're, you know, he's not forgotten back here.
9        You know, so if he picks anyone else, you know,
10       they're not going to help him.  I says, they're
11       not even gonna return his call, right?  I kinda
12       put it to him like that.  I said, you, on the
13       other hand, you know, you'd lobby for him, you
14       stand up with him, you travel with him, you
15       would be for him, you know, and you got all
16       your friends and allies and as a senator, you'd
17       have new friends and allies and you'd help
18       someone like Rod.  Oh, yeah, absolutely.  I
19       says, you know, well, what are you gonna do
20       with this big bucket of money."
21       And then Harris laughs.
22           What did you understand John Harris to be
23  talking about there?
24  A   What he's telling me is that he apparently -- I
25  think he was in Springfield that day and I think --

:07AM

:08AM

:08AM

:08AM

:08AM

Blagojevich - direct by Goldstein                    4438

1    I think he was telling me about the discussion he

2    had with Senate President Jones.  And that what he

3    was indicating to Senate President Jones was that if

4    I do decide to pick him as a senator, you know, he

5    shouldn't forget me back here in Illinois.

6           Senate President Jones fully understood the

7    dynamics and the politics of Springfield.  And that

8    Harris went on to say, you know, if he picks anyone

9    else, they're not going to help him, they're not

10   even going to return his phone calls, but hey,

11   Emil --  he says he indicated to him, "you, on the

12   other hand, you'd lobby for him, you'd stand up for

13   him, you travel with him," in other words, he'd try

14   to push my agenda and help me pass the things that

15   he had helped me do when he was Senate President.

16          And you got all your friends and allies,

17   you'd also bring your political support and network,

18   and friends and allies, to be helpful, too, to help

19   me, that's what I understood Harris to be saying.

20          And then Harris indicated that Emil indicated

21   "oh, yeah, absolutely," and then Harris went on to

22   say this, which is, "you know, well what are you

23   going to do with this big bucket of money," and he

24   laughs when he tells me that.

25   Q   When he said "this big bucket of money" did you

Blagojevich - direct by Goldstein                    4439

1  understand that at that time?

2  A  I thought what Harris was talking about was that

3  he had teased Emil Jones about his campaign fund,

4  that Harris must have felt he had a lot of money in

5  his campaign fund.

6  Q  Did you instruct Harris to go talk to Emil Jones

7  about big buckets of money?

8  A  No.

9  Q  And on Page 3 -- actually -- yeah, on Page 3,

10  Harris says, on line 3:

11      "I was like, well, that's good, that's good to

12       hear.  You guys gotta have that discussion."

13       And you say:

14       "How's he gonna help me?"

15          What were you saying there when you are

16  saying "how's he going to help me," Rod?

17  A  Well Harris goes on to say what Emil's plans are,

18  that he wants to be a senator and make money in his

19  career afterwards.

20          And then -- and then he goes on to say okay,

21  that's well and good, Emil, appreciate that, but he

22  should have a discussion with me about how he can --

23  he should talk to me about what I -- what -- what

24  could be our relationship after I make him a senator

25  should I decide to do that.

Blagojevich - direct by Goldstein                4440

1          And so then I asked the question, "okay, so
2     how's he going to help me," in other words, did he
3     say anything about any way to help me, I believe
4     that's what I'm saying there.
5     Q   And did you ever have a conversation after this
6     date with Emil Jones about the Senate seat?
7     A   No.
8     Q   And on Page 4, Harris on line 16 says:
9         "In other, in other words, he acknowledges to me
10        privately that he recognizes Obama isn't going
11        to be championing his cause."
12        You say:
13        "So does he think it's possible I could send
14        myself, or did he dismiss that?"
15        Harris says:
16        "No, he thinks it's possible."
17            When you said "so does he think it's
18    possible I can send myself," what were you saying
19    there, Rod?
20    A   I was talking to Emil over the previous several
21    weeks and months after he told me he was interested
22    in the Senate seat, when we would get together I
23    would joke and tease with him and tell him you're my
24    second favorite potential candidate for senator.  In
25    other words, I was my first favorite and Emil,

Blagojevich - direct by Goldstein                4441

1   you're my second favorite.
2         It was just a thing that I did.  And so there
3   were statements that were said in the spirit of I
4   was joking around with him, but now I'm asking
5   Harris whether or not he really thinks it's possible
6   that I might actually really think of the
7   possibility of sending myself to the Senate.  And
8   then Harris indicated, yeah, he thinks it is in
9   fact, and not just me joking around.
10  Q   On Page 6, Harris says on line 9:
11      "Yeah, no doubt."  So that was about the sum and
12        substance of it."
13      You say:
14      "You really think he thinks I, that I'm
15        considering myself or is that just 'cause you
16        put it in his head?"
17      Harris says:
18      "I can't really tell you how he felt about it
19        before I came in there.  I can tell you after I
20        left, he thought it was more real.  Or he
21        thought it was real.  I don't want to say more
22        because that implies I knew how, how he felt
23        about it before."
24      You said:
25      "So he's not going to do anything to take away

Blagojevich - direct by Goldstein                    4442

1      that power from me, is he?"
2      Harris says:
3      "No, no."
4      And you say:
5      "And you know what I'm saying."
6      And Harris says:
7      "No, no, not at all.  No, I, the impression I
8      wanted to leave was you're at the top of the
9      list, meaning him."
10         When you said "you really think he thinks
11 I'm considering myself or is it just because you put
12 it in his head," are you continuing the conversation
13 you had about seeing if Emil truly believed you were
14 potentially appointing yourself?
15 A  Yes, this is important because this was the
16 beginning of the veto session and Senate President
17 Jones needed to stand by my budget cuts, and I was
18 afraid he would maybe get angry and undo those and
19 we would have a problem.
20         I would've -- I think that was an unlikely
21 scenario, but in this extreme thinking of possible
22 worst case scenarios, we had discussed that
23 possibility.
24         And that if either he or Madigan, if they
25 didn't feel like I was moving in the direction of

Blagojevich - direct by Goldstein                4443

1  picking a senator that they might want, they might

2  have the legislative power to take that choice away,

3  and decision way, and that's what I was asking.

4         (Brief pause.)

5         THE COURT:  He's answered your question.

6         MR. GOLDSTEIN:  Yes.

7  BY MR. GOLDSTEIN:

8  Q   So when you said "so he's not going to do

9  anything to take away that power from me," what

10 power were you talking about?

11 A   The power, the legal authority to pick the next

12 senator.

13 Q   And if we could turn to tab 44, and what's the

14 date and time of this call, according to the

15 transcript?

16 A   November 13th at 12:21 p.m.

17 Q   Who are the speakers?

18 A   Me and Doug Scofield.

19 Q   If you can turn to Page 3, and on line 18 you

20 say:

21      "No, they don't want me there, anyway.  So do we

22       talk to Tom Balanoff to see if Andy Stern can

23       go to Rahm and say, hey, look, will you help

24       this guy with this 501(c)(4) on healthcare, you

25       follow me?"

Blagojevich - direct by Goldstein                    4444

1    Scofield says:
2    "Okay."
3    You say:
4    "And I, and my, my strategic goal would be to
5    have Rahm have it in his head sooner rather
6    than later, like today, tomorrow.  Not in
7    connection with Senate appointment or, or
8    anything in the 5th CD."
9    Scofield says:
10   "Okay."
11   "You know, just sort of like, hey, this is what
12   is there a way to help him you guys get Buffy,
13   Warren Buffet, and all these guys to fund it,
14   you see what I'm saying, Doug?"
15       When you say "no, they don't want me" there,
16   what were you talking about, Rod?
17   A  I was talking about the Obama -- the -- the
18   beginnings of the Obama administration and the
19   Democratic establishment in Washington, that the two
20   candidates they most -- well, that I, Jesse, Jr.,
21   Emil Jones, were the three that I believed they
22   least wanted to come -- to become a senator.
23   Q  Then you go on to say:
24   "Anyway, so do we talk to Tom Balanoff to see if
25   Andy Stern can go to Rahm and say, hey, look,

```
                    Blagojevich - direct by Goldstein              4445
```

1        will you help this guy with this 501(c)(4) on
2        healthcare."
3             What were you saying there, Rod?
4    A   I was asking Doug, who worked for SEIU, that ask
5    them whether he thought -- what he thought of the
6    idea of talking to Tom Balanoff to see if Andy
7    Stern, who's the head of the international union,
8    and go to Rahm and say, hey, look, will you help
9    this guy with a 501(c)(4) on healthcare, I was
10   asking Doug what he thought about doing that, and
11   Doug said okay.
12   Q   And later on in the page you say:
13       "And I, and my, my strategic goal would be to
14        have Rahm have it in his head sooner rather
15        than later, like today, tomorrow, not in
16        connection with Senate appointment or anything
17        in his fifth CD."
18            What were you saying there, Rod?
19   A   I was saying that my strategic goal was to see if
20   I could get answer or a sense of whether he might or
21   might not be willing to help me sooner rather than
22   later because I envisioned that being helpful to me
23   in the next legislative session.
24            But then I was very clear to Doug not in
25   connection with the senate appointment or anything

Blagojevich - direct by Goldstein                4446

1  in Congressman Emanuel's Fifth Congressional

2  District.  I wanted to be clear, don't promise

3  anything I'm not prepared to do, don't promise

4  anything I haven't decided to do, make it clear,

5  however you express it, to not do that.

6  Q   And was that your state of mind when you were

7  talking to Doug about this?

8  A   Yes.

9  Q   And you go on further to say:

10      "You know, just sort of, hey, this is what is

11       there, is there a way to help him, you guys get

12       Buffet, Warren Buffet, and all these guys to

13       fund it."

14         What were you saying there, Rod?

15  A   Yeah, just to get a sense of whether or not, you

16  know, Rahm might be willing to talk to these guys to

17  see if they'd help me.

18         I thought that Rahm had relationships with

19  them, I wasn't even sure, but I thought he did, and

20  to see if that idea made any sense to Rahm and

21  whether he might be willing to do that.

22  Q   And on Page 4 Scofield says, on line 1:

23      "I do, but this, this, we're not talking as part

24       of discussions for anything else."

25         You say:

Blagojevich - direct by Goldstein                    4447

1      "Well, it's unsaid, you understand what I'm
2      saying?"
3      Scofield says:
4      "Yeah."
5      You say:
6      "It's unsaid."
7          What Scofield says "we're not talking as
8  part of discussions for anything else" and you said,
9  "well, it's unsaid," what were you saying is unsaid?
10 A   "Unsaid," don't say that this is connected to a
11 Senate appointment and don't say it's connected to
12 the discussions Congressman Emanuel and I had about
13 me helping him in the Fifth Congressional District,
14 don't say it, don't promise it, don't condition it,
15 don't connect it.
16 Q   Why did you say -- why did you tell Doug Scofield
17 to do that?
18 A   Because I didn't want him to -- to convey
19 something that I wasn't prepared to do, that I
20 hadn't decided to do.  I didn't want him to get the
21 wrong impression that I might be promising something
22 that I hadn't reached a decision on.  So I wanted
23 him to be very careful on how he asked the questions
24 and floated the idea.
25 Q   If you turn to tab 45, and according to the first

Blagojevich - direct by Goldstein                4448

1   page of the transcript, Rod, what's the date and
2   time of this call?
3   A   It's November the 13th, 2008, at 12:30 in the
4   afternoon.
5   Q   And who were the speakers on this?
6   A   Me and John Harris.
7   Q   And on Page 1, line 3, you say"?
8       "Doug feels that, ah, the Balanoff, Andy Stern
9         thing to Rahm, too circuitous, and just take
10        too long and difficult to make happen.  He
11        thinks Wyma's the better play."
12        What were you saying there?
13  A   That Doug's opinion was that Balanoff or Stern,
14  as a practical matter, would take too long to see if
15  they get ahold of Rahm, and that he had suggested
16  that we ask John Wyma, who had a close relationship
17  with Rahm, if he was the better guy to ask the
18  question.
19  Q   Why didn't you want to talk to Rahm Emanuel about
20  it?
21  A   Because the -- over the years -- well, let me
22  tell you my answer:  I expected that there was no
23  way he was gonna say yes, that it was highly
24  unlikely that he was going to take time out what was
25  going to be an extremely busy schedule as the

:21AM
:21AM
:21AM
:21AM
:22AM

Blagojevich - direct by Goldstein                4449

1   President's Chief of Staff, beginning a new
2   administration, with ambitious things that they
3   wanted to do, that he would have any time at all or
4   inclination to do this.
5          And so I felt that even though it was highly
6   unlikely, why not see if he'd be willing to help.
7   You never know.  And so it's just a lot easier for
8   him to feel uncomfortable to say no to a feeler like
9   a John Wyma than if I called him.
10         I didn't want to make him to be in a position
11  where, you know, he'd have to say no to me.  And I
12  was, frankly, being incentive to Rahm.  And I
13  expected it would be a no.  So before I even go to
14  the next step and consider whether I'm going to call
15  him and ask him, let's see if there's any
16  inclination whatsoever where he might be careful.
17         And in the past, you know, I think I said it,
18  he generally -- I would ask him for stuff and he
19  would -- he would, through others, say no, he
20  couldn't do it.  And that's what I expected to would
21  be the case here and I just wanted to save him the
22  -- you know, having to say it to me, it would just
23  be easier before I got to that point --
24         Now I'm just rambling.  I think I answered
25  the question, right?

Blagojevich - direct by Goldstein          4450

1   Q   Yeah, you did.
2         At this point, had you made any decisions
3   with regards to the 501(c)(4)?
4   A   No.
5   Q   And if we can turn to tab 46, on Page 1, what's
6   the date and time of this call?
7   A   November 13th at 12:35 in the afternoon.
8   Q   And who were the speakers?
9   A   Me and Doug Scofield.
10  Q   And if we look at Page 1, line 9, you say:
11        "The message is, ah, you know, ask him if he can
12         call Rahm and just say, hey, look, this is
13         unrelated to the other stuff, but, you know, is
14         there, we would, I'd like, I want to put
15         together a 501(c)(4) for healthcare, and issue
16         advocacy, we'll put, we're putting together an
17         organization of a 501(c)(4) advocating
18         children's healthcare, you know, healthcare for
19         working families, okay?  We'd like to be able
20         to use that, I would to, you know, play a role
21         to help them, well, I'd like to use that for
22         our efforts here in Illinois, but, you know, to
23         the extent that it can help Obama's efforts on
24         healthcare, that's good, too."
25             When you said "the message is, ah, you know,

1  ask him if he can call Rahm and just say, hey, look,
2  this is unrelated to the other stuff," what were you
3  saying there?
4  A  Here, again, I wanted to be very clear to Doug
5  that whatever message is conveyed to Rahm Emanuel
6  about a possible help to create a 501(c)(4), that it
7  is unrelated to any decision that I'm going to make
8  regarding a United Senate appointment or helping
9  Rahm Emanuel in the Fifth Congressional District
10 with setting election schedules and some of the
11 things he and I talked about, that they were
12 unrelated.
13      And I reiterate this because I want to be
14 very, very careful that a promise is not conveyed or
15 misunderstood that I wasn't prepared to keep at that
16 time, because I hadn't decided what I wanted to do,
17 I was just getting Johnny Johnston.
18 Q  And if you turn to Page 2, Rod, on line 33 you
19 say:
20     "And, ah, you know, and so the mission for Wyma
21      is to essentially put it in Rahm's head that we
22      would like them to help us, you know fund it.
23      Scofield says:
24      "Okay."
25      And you say:

1    "Right."
2    Scofield says:
3    "I assume while it's not said, this is a play
4    to --"
:25AM    5    You say:
6    "Correct."
7    Scofield says:
8    "-- put in play other things."
9    You said:
:25AM    10    "Correct."
11    And Scofield says:
12    "And is this because just so I understand
13    because we think there's still some life in
14    Valerie, potentially, or do we have another
:26AM    15    play here?"
16    you say:
17    "I think there's still some --"
18    Scofield says:
19    "It doesn't matter to me, if it doesn't I don't
:26AM    20    need to know."
21    And you say:
22    "Not so much her, but possibly her, but others
23    according to Knapp the politics is Rahm is
24    pushing Valerie real hard because he didn't
:26AM    25    want her near him in the influence, you know,

Blagojevich - direct by Goldstein                4453

1     of the president, do you follow me?"
2          When you were talking about the mission for
3  Wyma is to put it in Rahm's head that we would like
4  him to help us, you know, fund it, what were saying
:26AM  5  there?
6  A   In terms of putting it in Rahm's head, in other
7  words to do what I said a moment ago, and that is to
8  just get a sense of whether or not Rahm might be
9  interested in doing it.
:26AM  10          And I'd like to get an answer sooner rather
11  than later so I could move ahead.  I think I said
12  something like, I wanted in like the next couple of
13  days if I can get an answer.  So I wanted him to put
14  it in his head and ask him the question and get a
:27AM  15  sense of -- and hopefully get an answer that I
16  expect to be a no.
17  Q   And Scofield on Page 3, line 3 says, "I assume
18  while it's not said, this is a play to put in play
19  other things," what did you understand Scofield to
:27AM  20  be talking about here?
21  A   I think what Scofield is saying is that, you
22  know, you don't promise anything, but is there --
23  he's saying is this something that might have --
24  that might -- that Valerie Jarrett might still have
:27AM  25  life in her, might still be interested in being a

                    Blagojevich - direct by Goldstein                4454

1    senator, I think that's what I interpreted to him to

2    be saying there.

3           Go ahead.  I'm sorry.

4    Q   No, that's okay.

5           And on line 15 you say:

6        Not so much her, but possibly her, but others

7          according to Knapp the politics is Rahm is

8          pushing Valerie real hard because he didn't

9          want her near him in the influence, you know,

10         of the president, do you follow me?"

11          What were you saying?

12   A   Not so much her because she was out of it, she

13   wasn't in the mix.  So I was basically saying it

14   doesn't matter, and that I went on to explain to him

15   what Bill Knapp had told me, that that whole dynamic

16   was, and that it was Rahm wanting to be closer to

17   President Obama and -- and wanting to move in that

18   dynamic sort of exile Valerie Jarrett to the Senate,

19   that's what was told to me, so I'm passing that

20   along.

21          MR. GOLDSTEIN:  I'm going to turn to another

22   call, Your Honor, I don't know if you want to take a

23   break?

24          THE COURT:  Yeah, we'll take a break.

25          THE MARSHAL:  All rise.

Blagojevich - direct by Goldstein                4455

1      (The following proceedings were had out of the
2       presence of the jury in open court:)
3          THE COURT:  You can step down.
4          We'll begin again 11:40.
5          What is the next one?
6          MR. GOLDSTEIN:  I'm sorry?
7          THE COURT:  The next tab.
8          MR. GOLDSTEIN:  The next tab is 47.
9          THE COURT:  We're in recess.
10      (Recess.)
11          THE MARSHAL:  All rise.
12      (The following proceedings were had in the
13       presence of the jury in open court:)
14          THE COURT:  Be please be seated.
15          MR. GOLDSTEIN:  Thank you, Your Honor.
16   BY MR. GOLDSTEIN:
17   Q   Rod, when we left off, you were talking about
18   conversations you had with Doug Scofield and you
19   talked about you didn't want to connect the two, the
20   501(c)(4) with the Senate seat, is that right?
21   A   Yes.
22   Q   Why was it so important for you to communicate
23   that to Mr. Scofield?
24   A   Well, if you closely, Doug seems to be trying to
25   connect the two and I want to be abundantly clear to

1  him that how he conveyed -- I wanted to be

2  abundantly clear that he was going through John Wyma

3  to Rahm Emanuel.  So to go out from Doug Scofield,

4  to John Wyma, to Rahm Emanuel, so I wanted to be

5  very clear don't connect the two, though he seems to

6  be sort of indicating that.  I didn't want it to get

7  lost in translation, so I kind of reiterated it and

8  told unrelated him and that's how he should handle

9  it.  But I didn't want to, again, make a promise I

10 wasn't prepared to deliver on because I hadn't

11 decided what I wanted to do.

12 Q  And on tab 47, according to the transcript, what

13 is the date and time of this call?

14 A  November 13th, 2008, at 3:41 in the afternoon.

15 Q  And who are the speakers?

16 A  Me and Doug Scofield.

17 Q  And if you can turn to Page 3, if you look at

18 line 16, Doug Scofield says:

19     "Well, look, I think if you can some to an

20      agreement, it's great to do it before veto

21      session, but you shouldn't be rushed."

22     You say:

23     "Agreement with who?  No one is talking, you

24      know what I'm saying?"

25     Scofield says:

1      "Yeah, well, that's true, I got, the only
2      agreement is with, ah, look the only person
3      whose worth doing because they can offer
4      something and it's worthwhile and there's
5      benefit is Valerie."
6           When Mr. Scofield said "the only one who is
7   worth doing because they can offer something and
8   it's worthwhile and there's benefit is Valerie,"
9   what did you understand him to be saying to you?
10  A   That he was saying that, in his opinion, the only
11  worthwhile candidate for senator that I should think
12  about -- well, he says "the only person worth doing
13  because they can offer something," what Doug is
14  saying is just that, that he thought Valerie,
15  there's a benefit to Valerie because they can offer
16  something.  That's Doug telling me what he thinks.
17  Q   Now, in these conversations, there's lot of
18  discussion about 501(c)(4), is that right, Rod?
19  A   Yes.
20  Q   Did you ever instruct anyone to go ahead and make
21  a deal the Senate seat in exchange for a 501(c)(4)?
22  A   No.
23  Q   Did you ever promise to appoint Valerie Jarrett
24  or any senator in exchange for a 501(c)(4)?
25  A   No.

Blagojevich - direct by Goldstein                    4458

1  Q   Had you made any decisions in terms of the Senate
2  seat and a 501(c)(4)?
3  A   No decisions.
4  Q   And was this 501(c)(4) idea discussed much after
5  these days of November 13th?
6  A   No.
7  Q   Now, after this time, around November 13th, did
8  you continue to talk about the potential senators?
9  A   Yes.
10 Q   And was one of the people that you continued to
11 think about and discuss was appointing yourself?
12 A   Yes.
13 Q   And on November 14, 2008, did you have a
14 conversation with Robert Greenlee?
15 A   I believe I did.
16 Q   And did you discuss with Mr. Greenlee the
17 possibility of appointing yourself?
18 A   I very well may have.
19 Q   And in your discussion with Mr. Greenlee about
20 the Senate seat and appointing yourself, did you
21 discuss the idea of you appointing yourself in going
22 to Afghanistan and trying to track down Osama Bin
23 Laden?
24 A   Yes.
25         MR. NIEWOEHNER:  Objection.  Not relevant.

Blagojevich - direct by Goldstein                    4459

1              THE COURT:  Sustained.

2    BY MR. GOLDSTEIN:

3    Q   Is it fair to say, Rod, after November 13th and

4    before November 13th you talked about a lot of

:52AM    5    different ideas concerning the Senate seat?

6    A   Before November 13th, during November 13th, after

7    November 13th, I talked a lot about a lot of ideas.

8    Q   And Lisa Madigan was one of ideas you spoke about

9    as you testified to, is that right?

:52AM    10   A   From the beginning to the end, throughout the

11   entire period she was always on my mind.

12   Q   And on November --

13   A   I love that song.

14   Q   On November 21st, 2008, did you have a

:52AM    15   conversation with Mr. Greenlee about the Senate

16   seat?

17   A   Yes.

18   Q   And in that conversation, did you discuss the

19   idea of Lisa Madigan?

:52AM    20   A   I believe I did.

21   Q   And in that conversation, did you ask Robert

22   Greenlee to come up with a list of things that may

23   potentially be offered in exchange for Lisa Madigan?

24   A   Yes, I did.

:53AM    25              MR. GOLDSTEIN:  May I approach, Your Honor?

Blagojevich - direct by Goldstein                    4460

1          THE COURT:  You may.

2    BY MR. GOLDSTEIN:

3    Q   Now, Rod, when you spoke to Mr. Greenlee and

4    asked him to make a list, did Mr. Greenlee come back

5    to you with a typed up list?

6    A   Yes, he did.

7    Q   I want to show you Defense Exhibit Lisa Madigan

8    List.

9          Do you recognize this document?

10   A   Yes.

11   Q   What is this document?

12   A   I love this document.  It's a document that talks

13   about the things we want to get from her father in

14   exchange for making her a senator.

15   Q   And is this a document that Mr. Greenlee provided

16   to you?

17   A   Yes.

18   Q   And if you look through that document, is it in

19   the same or substantially the same condition as when

20   Mr. Greenlee gave it to you?

21   A   Yes.

22         MR. GOLDSTEIN:  Your Honor, we ask to admit

23   Defense Exhibit Lisa Madigan List.

24         MR. SCHAR:  Judge, just for foundation, when

25   did the defendant receive the list?

Blagojevich - direct by Goldstein                    4461

BY MR. GOLDSTEIN:

Q   Rod, when did you receive this list?

A   This would've been, in all likelihood, the same day that I was talking to Bob Greenlee, I believe, to the best of my recollection.

Q   So approximately November 21st?

A   On or about November 21st when he and I talked about it, in all likelihood, is when I would've received this list.  We would have worked off of it. I do remember talking to him about the different things I wanted and how we would pay for it.

Q   And this list was given to you in response to your request of Mr. Greenlee to make this list, is that right?

A   I didn't request Mr. Greenlee to make this list, I directed him to come up with this list and make it.

        MR. GOLDSTEIN:  Your Honor, we ask to admit this.

        MR. SCHAR:  No objection.

        THE COURT:  Admitted.

    (Defendant's Exhibit Lisa Madigan List was
     received in evidence.)

        MR. GOLDSTEIN:  We ask to publish.

        THE COURT:  You may.

Blagojevich - direct by Goldstein                    4462

1      (Exhibit published to the jury.)
2  BY MR. GOLDSTEIN:
3  Q   Okay, Rod, can you see that?
4  A   I can see it here (indicating.)
5          MR. GOLDSTEIN:  Can everyone see it okay?
6  BY THE WITNESS:
7  A   It looks a little blurry, Aaron.
8  BY MR. GOLDSTEIN:
9  Q   Is that less blurry now?
10  A   I have it here (indicating).
11  Q   Well, we'll zoom in.
12  A   Okay.
13  Q   Is this the first page of the list that
14  Mr. Greenlee provided to you?
15  A   Yes.
16  Q   If we could just go through this list.
17          Up on top it indicates "capital bill," is
18  that right?
19  A   Yes.
20  Q   And when it says "alternatives," what did you
21  understand this document to be?
22  A   This was a document that basically it -- it put
23  it all in there.  This would've been the perfect
24  scenario if I was able to get all of this.
25          And so these were a bunch of potential

                    Blagojevich - direct by Goldstein            4463

 1  alternatives.  And I asked for as much as I can get,
 2  give it to me all, let's see how much that she can
 3  ultimately get when you begin the negotiation, if
 4  you ever do.
 5  Q   The top of the list, what does it indicate?
 6  A   And the other part of it is, we were suggesting
 7  ways that --
 8          THE COURT:  Wait, wait, wait.
 9          Answer his question.
10  BY MR. SOROSKY:
11  Q   What does the top of the list indicate?
12  A   The top of the list talks about the capital bill
13  and it describes it as an infrastructure bill that
14  will create 500,000 jobs and sustain the Illinois
15  economy during the economic crisis that we were in
16  at that time.
17  Q   Now, you had talked about a lot before and the
18  previous days that the capital bill is something
19  that you wanted to get passed, is that right?
20  A   Yes.
21  Q   Okay.  Was the idea of Lisa Madigan and this
22  proposed deal, was that one of the ways you were
23  trying to get the capital bill done, as well?
24  A   I believe this was the ace in the hole, that this
25  was how I could get this capital bill, and this was

:56AM
:57AM
:57AM
:57AM
:57AM

Blagojevich - direct by Goldstein                    4464

1   my perhaps last hope to get that and a lot of

2   healthcare expansion and other things.

3   Q   You mentioned healthcare expansion, that's the

4   second thing on the list, is that right?

5   A   Yes.

6   Q   And just, generally, what did healthcare

7   expansion mean as far as part of this deal?

8   A   Without healthcare expansion, I wasn't

9   interested.  I was more interested in healthcare

10  expansion than I was the capital bill.  And both

11  Greenlee and I worked on this in terms of the

12  different programs and how we would get to where we

13  were trying to go.

14  Q   And then it says under healthcare expansion "no

15  tax increase"?

16  A   That's no income tax increase, no sales tax

17  increase.  We did suggest a cigarette tax increase

18  to pay for the healthcare projects because of the

19  link between, obviously, cigarette smoke and lung

20  cancer, there was a healthcare component to it.

21        But no income tax or sales tax increase, that

22  was also a precondition.  That would be a written

23  promise, you can't pass anything and not do that,

24  you just gotta have a promise.

25  Q   And then it goes on to budget relief, what did

:57AM

:58AM

:58AM

:58AM

:58AM

1 you understand budget relief meant?

2 A   Budget relief meant that these -- these first

3 three things are what I would settle for.  Now this

4 is the greedy part, let's see how much more I can

5 get possibly.

6        So budget relief is, we have an agreement

7 between Madigan and I and then Cullerton, who would

8 become Senate President, to balance the next two

9 budgets for the next fiscal years, how to do it.  I

10 would prefer to get that upfront, that would give me

11 more confidence that they wouldn't raise income tax

12 on the people.

13 Q   And then the second page, this is the second page

14 of that list that you had Mr. Greenlee prepare?

15 A   That's correct.

16 Q   And if we zoom in, the next topic is homeowners

17 relief, what -- what did you want in terms of

18 homeowners relief?

19 A   This was really important.  There was a mortgage

20 foreclosure crisis at that time, the housing, the

21 prime mortgage crisis.  4,000 people were being

22 thrown out of their homes every day in Illinois as a

23 result of that --

24        MR. SCHAR:  Objection.  Nonresponsive to the

25 question.

Blagojevich - direct by Goldstein                4466

1          THE COURT:  Yeah, it wasn't responsive.

2          THE WITNESS:  Okay.

3    BY MR. GOLDSTEIN:

4    Q   As far as the homeowners relief, what is it you

5    wanted in terms of this homeowners relief?

6    A   I wanted, among other things, to pass Jackie

7    Collins' bill that Madigan wouldn't call in the

8    house that would put a 90-day moratorium on throwing

9    people out of their homes, mostly poor people.

10          And I wanted that passed and Madigan wasn't

11   calling it.  The senators, the state senate, passed

12   it.

13          And then I wanted property tax exemption for

14   disabled veterans that served our country and were

15   hurt in the war.

16          I wanted an increase in homestead property

17   tax exemption to $40,000, an idea that the Cook

18   County Assessor at that time --

19          MR. SCHAR:  Objection.

20          THE COURT:  Sustained.

21   BY MR. GOLDSTEIN:

22   Q   And then it goes on "additional policy and

23   priorities."  Just generally, what were some of the

24   additional policies and priorities you were

25   considering in terms of the Lisa Madigan deal?

Blagojevich - direct by Goldstein                    4467

1  A   I mean, I love this.  I look like a child --
2  okay, non-responsive to the question.
3         Here is this just an excellent thing:  Early
4  childhood education, more funding for preschool for
5  3 and 4 year olds.  Extremely important for children
6  to be educated today.
7         Climate change initiatives.  I just -- we
8  were involved with Governor Schwarzenegger in
9  California on climate change.  I had some ideas that
10 we picked up there.
11         Poverty reduction, very important to do
12 things like food deserts in low income communities
13 were kids don't have access to fresh fruits and
14 vegetables.  There's a real difference between even
15 the south side of Chicago and the north side of the
16 Chicago, you can just see it --
17         MR. SCHAR:  (Counsel standing.)
18         THE COURT:  Just do the list without the
19 campaign speech.
20         THE WITNESS:  Yes, Judge.
21         Small business initiatives to help small
22 business owners.  Increased funding for schools.
23 BY MR. GOLDSTEIN:
24 Q   Then the final page is a continuation of the
25 additional policy priorities, is that correct, Rod?

Blagojevich - direct by Goldstein                4468

1  A   Small business owners have a hard time affording
2  insurance.  I wanted to help individual, small
3  business owners.  Tax credits for small businesses,
4  I thought they were great ideas.
5        And then we had this idea to pay for some of
6  this by putting cameras in the highways and if you
7  got caught speeding, then the revenues would help
8  pay for some of those, not nearly all of it.
9        And then there is after school programs, as
10 well.
11 Q   Were a lot of these potential initiatives things
12 that you needed Mike Madigan assistance on?
13 A   I couldn't get any of it done without Michael
14 Madigan, unless I found creative ways around him,
15 but we needed him to do this.
16 Q   Now, going on to late November and the beginning
17 of December, you mentioned that you went to
18 Philadelphia for this governors meeting, is that
19 right?
20 A   Yes.
21 Q   And who was it that went with you?
22 A   It was Bob Greenlee, my deputy governor; Bill
23 Quinlan, Lucio Guerrero, my communications director.
24 Q   Okay.  And did you meet Fred Yang and Bill Knapp
25 in Philadelphia?

Blagojevich - direct by Goldstein                4469

1  A   Yes.

2  Q   And when you met Mr. Yang and Mr. Yang, along

3  with your staff, did you all discuss the Senate

4  seat?

5  A   Yes, the purpose of the meeting was to get close

6  to a final decision on who I should choose for

7  senator, and if the first option didn't work out,

8  what the potential fallbacks might be.

9  Q   And when you discussed all the Senate seat

10 possibilities, who was it, as far as candidates,

11 that you discussed?

12 A   We talked a lot about Lisa Madigan and the deal,

13 the mega-deal that I called.  We talked about the

14 possibility of me.  We talked about Eric Whitaker,

15 Dr. Eric Whitaker.  If I couldn't get the Lisa

16 Madigan deal, maybe I would pick President Obama's

17 close friend who served me at public health, talked

18 a lot about him.  We talked about Congressman Danny

19 Davis, Jr.  We talked about Gery Chico, who I have

20 very strong positive opinions about.

21 Q   Was there any agreement as to who the frontrunner

22 of the Senate candidates would be?

23 A   Right, the first option was the Madigan deal,

24 that became the first option.  It was beginning to

25 crystalize in the days leading up to that, but it

Blagojevich - direct by Goldstein                4470

1  was decided at that meeting that she would be the
2  first option, if that deal, if we can get it.
3  Q   Coming out of the meeting in Philadelphia, had
4  you made any decisions regarding the Senate seat?
5  A   No, I left there believing that the Madigan
6  situation was going to be the first option, but I
7  still had to get through some of those petty
8  personal things just to make sure I was comfortable
9  with it.
10       And I think like the next day that something
11  happened, got me a bit angry at them, and for a
12  couple of hours she was no longer the first option,
13  but then she got back on there.
14  Q   So a lot of the ideas would come and go, is that
15  fair to say?  As far as potential Senate candidate?
16  A   Yes, that's correct.  But her star was rising a
17  lot at this point as being a goal that I was hopeful
18  I might be able to get done.
19  Q   Was one of the problems with this Madigan deal
20  idea the relationship you had with Mike Madigan?
21  A   That was a very big part of the challenge, of
22  course; yes.
23  Q   And did that affect the ability you had to
24  potentially negotiate with him on this deal?
25  A   That's -- that's right.  Before that -- well, he

:05PM

:05PM

:05PM

:05PM

:06PM

Blagojevich - direct by Goldstein                    4471

1  wasn't talking to me.

2  Q   Okay.

3  A   And so he -- that was -- that -- in the previous

4  session, he -- he wasn't talking to me, and for the

5  most part, and wasn't coming to meetings, he would

6  send surrogates to the budget meetings.

7          It was thawing a little bit during the

8  Democratic Convention and I can't say it was warm,

9  but it wasn't as cold.  But there was a mutual

10  mistrust, and all the rest going on, and so I -- I

11  discussed the possibility of reaching out to him,

12  but then I felt that, for different reasons, that

13  was probably not the wise thing to do.

14  Q   Did you have an idea as far as using Jesse

15  Jackson, Jr. as a possible way to get the deal

16  moving?

17  A   I did.

18  Q   What was that idea?

19  A   Jesse Jackson, Jr. was significant in trying to

20  motivate and incentivize the Democratic

21  establishment in Washington:  The President Obama's

22  administration; Senator Harry Reid and Senator

23  Menendez, the Democratic Senate Campaign Committee

24  leaders, and Senator Durbin here in Illinois.

25          That for a lot of reasons, my politics would

Blagojevich - direct by Goldstein               4472

1  be heard if I picked Lisa Madigan because of my
2  African-American base and Latino base and other
3  situations.  But that, you know, if they -- and so I
4  knew they didn't want Jesse Jackson, Jr., they
5  didn't want me, and they didn't want Emil Jones.  I
6  mean, that was my view at that time.
7          And so to verifying degrees, the three of us
8  were sort of negative leverage, that if they had
9  felt that I might make one of three of us a senator,
10  they'd be even more motivated to try to help make
11  this Madigan deal.
12          I needed them to play the of the United
13  Nations, basically, to negotiate a deal between me
14  and Madigan and to monitor it, just to get it done
15  but to actually monitor it.
16          And I wanted them to believe that if they
17  didn't help me do that, then--you know what?-fine,
18  I'll send me, I'll send Emil Jones, or I'll give you
19  Jesse Jackson, Jr. which I know you don't want.
20  Q   On December 3rd, 2008, did you have a telephone
21  conversation with Harry Reid?
22  A   Yes, I did.
23  Q   Who is Harry Reid?
24  A   Harry Reid was and is the leader of the United
25  States Senate.  He's the Senate Majority Leader and

1  he's democratic senator from Nevada.

2  Q   And when you had this conversation with President

3  Reid, did you discuss the Senate seat?

4  A   Yes, he called me for that purpose.

5  Q   And what did you discuss with Harry Reid?

6  A   I discussed with Harry Reid that Bill Knapp, my

7  political consultant who I believed worked for Harry

8  Reid, had indicated to me his views on Congressman

9  Jackson.

10 Q   And what did you understand his views were of

11 Congressman Jackson?

12 A   That he didn't want him.  And I told him

13 something like, "we have a very active Jesse

14 Jackson, Jr. here and I understand your views on

15 this."  And he said something like, "governor, I

16 don't have to say anymore, need I say any more,"

17 something along those lines.

18      He clearly understood that what I said was

19 his sentiment.  He said something that was sensitive

20 in that this is, you know, a thankless job you have;

21 you're going to make one person happy, you make

22 everybody else unhappy.

23      He then went on to say that, you know, being

24 the Senate Majority Leader, governors have it

25 tougher because you guys have to actually make

Blagojevich - direct by Goldstein                    4474

1  decisions, things like that, and you'll make enemies
2  when you make decisions and that we, in the Senate,
3  don't have those kinds of challenges.  He was very
4  nice.
5         And then I told him that I had spoken Knapp
6  and Knapp had, I believe my recollection is, had
7  given me Harry Reid's views of things because Bill
8  had, I believe, worked for him.  And that I was
9  really sensitive to his situation, his politics, and
10 we'd try to work with him.
11        And I believe I raised the Lisa Madigan
12 situation with him.  I'm not 100-percent sure, but I
13 believe I may have.
14 Q   Would something refresh your recollection?
15 A   Yes.
16        MR. GOLDSTEIN:  May I approach, Your Honor?
17        THE COURT:  You may.
18 BY MR. GOLDSTEIN:
19 Q   Showing you a transcript, Rod.
20        Look through that, and if your memory is
21 refreshed after you look through that, as far as
22 talking about Lisa Madigan to Harry Reid, just look
23 up.
24     (Brief pause).
25

Blagojevich - direct by Goldstein                4475

BY THE WITNESS:

A   Uh-huh.

BY MR. GOLDSTEIN:

Q   Is your memory refreshed?

A   Yes, it is.

Q   Did you speak to Senate President Reid about Lisa Madigan?

A   I indicated to Senator Reid a conversation I had with Senator Durbin about Lisa Madigan.  And I didn't expressly say "Lisa Madigan" but it was clear my conversation with Durbin was that I could possibly appoint her if I can get the things that I talked about, how much I love the people of Illinois and all the rest, and I was certain that Durbin had passed that along to Harry Reid and he clearly seemed to understand that I was talking about her when I mentioned my conversation with Senator Durbin.

Q   At this point when you spoke to Harry Reid, had you made any decisions regarding the Lisa Madigan deal?

A   No, just that it was a gold that was beginning to become even more and more -- it was just looking better and better that this was something I was hoping that I might hopefully be able to decide to

Blagojevich - direct by Goldstein                4476

1  do.

2  Q   Did you ask Harry Reid to do anything in terms of

3  the Lisa Madigan proposal?

4  A   I said something to the effect of, you know,

5  let's see how events and things shake out and we'd

6  work with him, and I may have indicated Senator

7  Durbin, and we'll stay in touch, something like

8  that.

9  Q   In terms of the Lisa Madigan deal, was it

10 important to communicate to Senate President Reid

11 that Jesse Jackson, Jr. was advocating the Senate

12 seat?

13 A   It was vital, and because, again, they -- they

14 didn't want Congressman Jackson in the Senate.

15         I can give you my opinions.

16 Q   When you say "they" who are you talking about?

17 A   Harry Reid, I believe Senator Durbin, I believe

18 Rahm Emanuel, notwithstanding what their indications

19 were.

20         I believe the Washington establishment, the

21 Democratic establishment, they wanted a senator who

22 would be reelected easily and they wouldn't have to

23 raise money for, and they felt Congressman Jackson

24 was controversial and could possibly be defeated in

25 the next Senate race.

:12PM
:12PM
:12PM
:12PM
:13PM

Blagojevich - direct by Goldstein                    4477

1   Q   The negative leverage you talked about, having
2   the possibility of Jesse Jackson, Jr. as an
3   potential candidate, you understood that that would
4   potentially incentivize the people in D.C. to help
5   you with at the Madigan deal, is that right?
6   A   I needed the Madigan deal to happen before I
7   appointed her.  That was a precondition for me
8   because I didn't trust Michael Madigan that if I
9   made his daughter a senator, he would keep his word.
10  Or I was fearful he would pass it and then he'd get
11  his buddy Cullerton in the Senate to not call it,
12  and that we would have given his daughter the Senate
13  seat and none of those things would've happen for
14  people.
15        That's why I needed the Democratic
16  establishment in Washington, the top people, to be
17  the United Nations and broker this for me and
18  monitor it for me.
19        And I didn't want to take it on faith on a
20  promise "you got to believe Madigan" because then I
21  thought they'd all leave me behind, the Washington
22  people would leave me behind.  But if they felt that
23  if that was what was gonna be -- the consequence of
24  that was, then fine, I'll just give you Jesse
25  Jackson, Jr., or me, or Emil Jones, then their

Blagojevich - direct by Goldstein                          4478

1  political situation would've not been what they
2  wanted.
3          So this would give them an incentive to work
4  even harder to help me get this deal done not on
5  faith, but actually done, and they would be the ones
6  to broker, negotiate, and monitor the deal.
7  Q   And later that day, on December 3rd, 2008, did
8  you have a conversation with Bob Menendez?
9  A   Yes, I did.
10 Q   Who is Bob or Robert Menendez?
11 A   Robert Menendez was the United States Senator
12 from the State of New Jersey.  At the time he was
13 the chairman of what is called the Democratic Senate
14 Campaign Committee.  So he would be to back what
15 Rahm Emanuel was on the congressional side before.
16         His responsibility was to get Democratic
17 senators reelected and back then have a heavy
18 fundraising component to it around the country.  I
19 served with him in Congress, so I knew him.
20 Q   Do you recall if he called you, he reached out to
21 you or you reached out to him?
22 A   I believe he called me.
23 Q   And did you discuss the Senate seat with Senator
24 Menendez?
25 A   I had a long conversation with Senator Menendez

1  about the Senate seat.

2  Q   What did you discuss with Senator Menendez?

3  A   He called and essentially said something similar

4  with what Harry Reid, that he didn't have a dog in

5  the fight, I think that was Harry Reid's phrase.

6          But as my father said something like, if you

7  bought a car, or you don't -- you know, it's one

8  thing to buy the car and now you gotta maintain it:

9  Can you send us a senator that could be maintained.

10  In other words, we want one that would get

11  reelected, okay.  We want you to send us someone who

12  is going to be an easy candidate to be reelected and

13  that we don't have to raise money for.

14          And I understood all of that.  And he went on

15  to say, and we don't want a placeholder here.  I

16  said to him, you mean like in Delaware, which is

17  what happened with Senator Biden's seat --

18          MR. NIEWOEHNER:  (Counsel standing.)

19          THE COURT:  It's stricken, the Delaware

20  reference.

21  BY MR. GOLDSTEIN:

22  Q   After you talked about -- or after Senator

23  Menendez talked about the placeholder, what else did

24  you talk about?

25  A   I told him that -- I explained my politics, the

:15PM

:15PM

:15PM

:16PM

:16PM

1  political concerns, my African-American base, that I
2  really wanted to appoint an African-American for
3  several reasons.  And I mentioned that, I'm sure,
4  Congressman Jackson being active and the rest.
5          And then I -- I went on to say, you know,
6  I've got this situation in Illinois with this
7  Democratic House Speaker and I explained who he was
8  and what the dynamic was and what I was facing.
9          And then Menendez, as I recall, Senator
10 Menendez, as I recall, jumped in and said, "oh, you
11 mean you're talking about Lisa Madigan"; clearly
12 knew what was going on.  And I said yes.
13 Q   And when you said yes, did you communicate any
14 further as far as Lisa Madigan?
15 A   I did.  And I said, you know -- I told him -- I
16 explained my fears.  I said, I can make her a
17 senator and then you guys are all over there and I'm
18 stuck with this gridlock.  If I don't make her
19 senator, this guy has been blocking me.  I expressed
20 some personal frustrations, I think.
21         And I said, look, if I can get things for
22 people, okay, how much do I love the people of
23 Illinois, am I man enough to make a decision like
24 that, that sort of thing.  And, you know, "I don't
25 trust him," something along those lines, I'm not

1  quoting me, I would need some help, I'd like one of
2  you guys being willing to help me do this.
3  Q   And what did Senator Menendez say to you?
4  A   He said they generally don't get involved in, you
5  know, local fights like that but this would be an
6  important one, they think she'd be a candidate that
7  could easily win reelection.  Whether he said it or
8  not, he indicated to me raising money -- well, so
9  that they would maybe -- he mentioned Senator
10 Schumer from New York, we would diverge from our
11 common practice and we might be -- we would get --
12 we might be willing to help you put a deal like that
13 together because she would be the kind of candidate
14 they would want.  I'm not quoting, but I'm giving
15 you the best possible recollection I can.
16 Q   Did the topic of Jesse Jackson, Jr. come up with
17 Senator Menendez?
18 A   I believe it did.
19 Q   Would anything help refresh your recollection?
20 A   Yes.
21       MR. GOLDSTEIN:  May I approach?
22       THE COURT:  You may.
23 BY MR. GOLDSTEIN:
24 Q   Rod, I'm showing you a document.  Just look
25 through that document and see if your memory is

1  refreshed as to whether the topic of Jesse Jackson,

2  Jr. was raised.

3      (Brief pause).

4  BY MR. GOLDSTEIN:

5  Q   Is your memory refreshed?

6  A   Yes.

7  Q   Was Jesse Jackson, Jr.'s name mentioned during

8  this conversation with Senator Menendez?

9  A   I don't see it there, no.  It was mentioned with

10 Senator Reid.

11 Q   Later that day on -- well, actually let me just

12 go back with Senator Menendez.

13     Do you recall how the conversation ended with

14 Senator Menendez?

15 A   I do.  He indicated their willingness to

16 potentially get involved and help on the Madigan

17 deal.  I told him, you know, something along the

18 lines of I'll get back to him.  I didn't promise or

19 commit to it because I -- I hadn't yet decided I was

20 going to do this, still trying to line up more

21 support, but I was very encouraged by that

22 conversation and essentially told him let me get

23 back to you and, you know, maybe ask you to help.

24     At that point he indicated their willingness

25 to get involved, I indicated my willingness to work

Blagojevich - direct by Goldstein                4483

1  with them and explore this and then I would get back

2  to him but I hadn't made the decision yet.

3  Q   And later that day on December 3rd, 2008, did you

4  have a conversation with John Coley about the Senate

5  seat?

6  A   Yes.

7  Q   Who is John Coley?

8  A   He is head of the Teamsters union up in the

9  Chicago area.

10 Q   Did you have a relationship with John Coley?

11 A   He was a supporter, had a good working

12 relationship with him.  A union leader that was very

13 helpful to me.

14 Q   Do you recall if you reached out to Mr. Coley or

15 Mr. Coley reach out to you?

16 A   Is there -- I don't know who called who.  I May

17 have called him.

18 Q   And you said you spoke with Mr. Coley about the

19 Senate seat, is that right?

20 A   Yes.

21 Q   And did you discuss Lisa Madigan?

22 A   Yes.

23 Q   What was the discussion about regarding Lisa

24 Madigan with Mr. Coley?

25 A   I mentioned to him that, you know, I'm seriously

Blagojevich - direct by Goldstein                4484

1  considering the possibility of making Lisa Madigan
2  the senator in exchange for the things I've talked
3  about with her father.
4        He fully understood the relationship between
5  Mike Madigan and me and the politics and, you know,
6  the up and down nature of it.  And he was surprised
7  that I would be prepared and willing to possibly
8  make her a senator if I get all these different
9  things done for people.
10       He was very complimentary.  Appreciated him
11 calling me a man of character, I remember that.  And
12 he thought it was a great idea.  He said some, I
13 don't want to get him in trouble, but negative
14 things about Madigan that I probably said it, too.
15 But that this was moving forward.  And, again, I
16 think I used that mantra, how much do I love the
17 people of Illinois, can I make a decision like
18 this --
19       MR. SCHAR:  Objection; relevance.
20       THE COURT:  Yeah.  I'm striking that.
21 Instructing the jury to disregard it.
22 BY MR. GOLDSTEIN:
23 Q  Why did you talk to Mr. Coley about the
24 possibility of Madigan?
25 A  Again, John Coley was one of the top labor

Blagojevich - direct by Goldstein                    4485

1  leaders in Illinois, very active and politically

2  relevant, important, supporters of different

3  political figures.

4       It was important to get the word out that I

5  was interested and prepared to make this decision.

6  I wanted labor leaders to know that I was interested

7  and prepared to make this decision.  I wanted to

8  create an environment where it would be harder for

9  Mike Madigan to not do it.  I wasn't sure that he

10 was going to do it, but I thought there was a good

11 chance he would.

12      And I was so in love with this idea by that

13 point, I was afraid to make the ask lest he reject

14 me and then what will I do?  That would be a really

15 bad scenario I was facing.  So I wanted to line up

16 everybody I could before we actually made the

17 decision to go forward and make the ask.

18 Q  And later that day on December 3rd again, did you

19 have a telephone conversation with Jerry rise door?

20 A  I did have a conversation with Jerry Reinsdorf

21 Reinsdorf.

22 Q  Who is Jerry Reinsdorf?

23 A  Jerry Reinsdorf is the owner of the Chicago White

24 Sox.

25 Q  And were you on speaking terms with Mr.

Blagojevich - direct by Goldstein                4486

1   Reinsdorf?
2   A   I love the Cubs and I love Jerry Reinsdorf.  I
3   love Jerry Reinsdorf.  He's a very good man.
4   Q   And in this conversation with Mr. Reinsdorf, did
5   you discuss the Senate seat?
6   A   I had a long conversation with Jerry Reinsdorf --
7        MR. SCHAR:  (Counsel standing.)
8        THE COURT:  That would be yes or no.
9        THE WITNESS:  I'm sorry.
10        Yes, I did.
11  BY MR. GOLDSTEIN:
12  Q   And in your conversation -- well, first, how long
13  was this conversation with Mr. Reinsdorf,
14  approximately, if you recall?
15  A   15 minutes, approximately, maybe.  Maybe
16  20 minutes.
17  Q   And when you spoke to Mr. Reinsdorf, you spoke
18  about a variety of issues, is that right?
19  A   Yes.
20  Q   Okay.  And one of them was the Senate seat?
21  A   I think the bulk of the conversation was about
22  the Senate seat.
23  Q   And did you discuss the idea of Lisa Madigan?
24  A   Yes.
25  Q   And the deal?

Blagojevich - direct by Goldstein                4487

1   A   Yes.

2   Q   Did you discuss potential emissaries or people to

3   go to Mike Madigan to propose this deal?

4   A   I did.

5   Q   And what did Mr. Reinsdorf tell you?

6   A   We discussed Senator Durbin as a potential

7   ambassador to this.  We discussed -- we discussed,

8   of course, Rahm Emanuel, and may have discussed

9   Congressman Lipinski.  And Congressman Costello, but

10  I don't think so, I think it was Senator Durbin and

11  Rahm Emanuel.

12  Q   Who suggested Rahm Emanuel as a potential

13  ambassador?

14  A   As best as I recall, I remember telling him how

15  Senator Durbin had offered to help, that he had

16  offered to basically broker this when I spoke to him

17  on either the 24th or 21st of November, it was one

18  of those days that he and I spoke.

19          And I told him at that point wait a little

20  bit, let me just see how this shakes out and whether

21  or not this is real and could happen.  So he was

22  basically on hold.

23          I expressed to Jerry Reinsdorf that Senator

24  Durbin had offered to be the go-between.  I also

25  expressed to Senator -- to Jerry Reinsdorf that

Blagojevich - direct by Goldstein                    4488

1  Senator Durbin, in my judgment, wasn't tough enough

2  or strong enough to deal with Madigan --

3          MR. SCHAR:  (Counsel standing.)

4          THE COURT:  The objection is sustained.

5  BY MR. GOLDSTEIN:

6  Q  Was there an agreement in the sense of who would

7  be the best potential ambassador?

8  A  I indicated that I wanted somebody like Rahm,

9  Rahm Emanuel, who I said was a tough kind of guy.

10 He will get it done and won't take it on --

11         THE COURT:  Before you go on, the question

12 is, was there an agreement as to who should be the

13 ambassador.

14         THE WITNESS:  Yes.

15 BY MR. GOLDSTEIN:

16 Q  And what was the agreement?

17 A  That we -- that I should reach out to Rahm

18 Emanuel and get him to be the guy to broker the

19 deal.

20 Q  And going on to December 4th, 2008, as you were

21 coming into December 4, 2008, had you made any

22 decisions with regards to the Senate seat?

23 A  No decisions regarding the Senate seat at any

24 time leading up to December the 4th.

25 Q  Is it fair to say, leading up to December 4th,

Blagojevich - direct by Goldstein                    4489

1  Lisa Madigan was the frontrunner in your mind?

2  A   She was the frontrunner, and she was the

3  overwhelming frontrunner.

4  Q   In the sense that you would have this deal --

5  A   On one condition, on the condition that I get the

6  deal, of course.

7  Q   And --

8  A   Absent the deal, she goes from first to last.

9  That is an exaggeration, but --

10 Q   On December 4th, 2008, did you have a

11 conversation with John Harris about possibly talking

12 to Rahm Emanuel?

13 A   Yes, I believed I did.

14 Q   In this conversation with Mr. Harris, did you

15 discuss presenting the idea of Jesse Jackson, Jr. as

16 a potential candidate to Rahm Emanuel?

17 A   Yes.

18 Q   Why did you want to do that?

19 A   Rahm Emanuel had weeks before sent a -- had

20 called Harris and said that there were four

21 candidates that they were interested in, this is

22 post Valerie Jarrett.

23 Q   When you say "they" who is "they"?

24 A   Rahm was reporting that it was him and presumably

25 President Obama, I don't know that for sure, and

Blagojevich - direct by Goldstein                4490

1  that the four candidates were Jan Schakowsky,

2  Congressman Jackson, Tammy Duckworth, and the

3  controversial at that time Danny Hynes.

4  Q   And when these individuals were presented as

5  potential candidates, did you understand that Jesse

6  Jackson was someone that the Obama administration

7  wanted?

8  A   Just the opposite.  I was quick to point out that

9  I viewed that list of four candidates as a phony,

10 politically correct, cover your back side list, and

11 then we broke it down in terms of the political

12 constituencies of it.  And that if you really look

13 closely, that the only --

14       Can I keep going?

15 Q   Let me ask another question.

16       So Jesse Jackson was one of the four that was

17 on this list?

18 A   Right.

19 Q   You indicated that you understood that pretty

20 much no one wanted Jesse Jackson, Jr. as a Senate

21 candidate?

22 A   Yes, those things were said to me and indications

23 were there from the very beginning to the very end.

24 Q   And you were in agreement with not picking Jesse

25 Jackson, Jr., is that right?

Blagojevich - direct by Goldstein                 4491

1   A   I was in full agreement with that sentiment.   I
2   was never going to pick Jesse Jackson, Jr.
3   Q   And when you had this conversation with Mr.
4   Harris, and you told Mr. Harris, is this correct,
5   that you wanted him to speak to Rahm Emanuel and ask
6   Rahm Emanuel if Jesse Jackson was a candidate that
7   the Obama people would be acceptable with?
8   A   Yes.   In other words, call Rahm and say, "hey, so
9   you guys say you okay with Jesse, Jr., okay fine,
10  maybe we'll start thinking about him, too," that
11  kind of thing.
12  Q   Did you want to do that?
13  A   Because I knew they didn't want him, they didn't
14  want Emil Jones, and they didn't want me.   And I
15  felt like they might think I'm crazy enough to
16  actually do Jesse, Jr., or me, or Emil Jones, if
17  they didn't help me with the Madigan deal.   I wanted
18  to put that out there for them to consider.
19          And Congressman Jackson on the politics of it
20  for me was very good.   He would help me, you know,
21  with my African-American base shore that up, bring
22  the political network of the Jackson family with him
23  and the political allies that they had, including
24  elected officials and African-American ministers.
25          So he was a very plausible, political reason.

:30PM

:30PM

:30PM

:30PM

:31PM

Blagojevich - direct by Goldstein                4492

1  He was also number one in the Zogby polls, that made
2  perfect sense.  Lisa Madigan received zero percent
3  of the vote in the African-American community in
4  that particular poll.

:31PM   5          So he brought that kind of politics that Rahm
6  would understand was very good to me.  They all knew
7  that I used to have a close relationship with him
8  and was close to his father, Reverend Jackson in the
9  past and that we worked together.  So all of that
:31PM   10  was plausible and credible, all of that.

11          And I felt if you guys are saying this
12  publicly, then fine, maybe you should think that I
13  might actually do it, but I'd be happy to make this
14  Madigan deal, now help me get it done and let's not
:31PM   15  have promises.  We're all democrats, these are good
16  democrat things to help people, get it done, that's
17  what I wanted.  And no promises, take it on faith, I
18  wanted to get it done.

19  Q   Was your thought regarding throwing Jesse
:31PM   20  Jackson, Jr.'s name out there to Rahm Emanuel a way
21  to get someone back to help you work on the Madigan
22  deal?

23  A   That was precisely the motivation behind it, and
24  it would be, yes.

:32PM   25  Q   Now, if we can turn to tab 65.

Blagojevich - direct by Goldstein                4493

1        MR. GOLDSTEIN:  Whenever Your Honor wants a
2    break.
3        THE COURT:  Yeah, let me look first.
4      (Brief pause).
5        THE COURT:  We'll break now.
6      (The following proceedings were had out of the
7       presence of the jury in open court:)
8        THE MARSHAL:  All rise.
9        This court is suspended until 1:30 p.m. this
10   afternoon.
11     (The following proceedings were had out of the
12      presence of the jury in open court:)
13       THE COURT:  Recess.
14
15
16     (Luncheon recess taken from 12:33 o'clock p.m.
17      to 1:30 o'clock p.m.)
18
19
20
21
22
23
24
25

1

2          *      *      *      *      *      *      *      *

3

4

5   I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

6   FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED

7                          MATTER

8

9

10    /s/Blanca I. Lara                    date

11

12

13

14

15   _____          _____

16        Blanca I. Lara                    Date

17

18

19

20

21

22

23

24

25