5617

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )   No. 08 CR 888
       Government,             )
                               )
vs.                            )   Chicago, Illinois
                               )
ROD BLAGOJEVICH,               )   June 14, 2011
                               )
         Defendant.            )   2:15 o'clock p.m.


                       VOLUME 32
               TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JAMES B. ZAGEL
                       AND A JURY
```

For the Government:

        THE HONORABLE PATRICK J. FITZGERALD,
        UNITED STATES ATTORNEY
        BY:  Reid J. Schar
            Carrie E. Hamilton
            Christopher Niewoehner
            Debra Bonamici
         Assistant United States Attorneys
        219 South Dearborn Street;
        Suite 500
        Chicago, Illinois 60604

Court Reporter:

        Blanca I. Lara, CSR, RPR
        219 South Dearborn Street
        Room 2504
        Chicago, Illinois 60604
        (312) 435-5895

1  APPEARANCES  (continued:)
2
3  For Defendant Rod Blagojevich:
4
5      KAPLAN & SOROSKY
    BY:  Sheldon M. Sorosky
    158 West Erie
6      Chicago, Illinois 60610
    (312) 640-1776
7
8      LAW OFFICE OF Elliott Riebman
    BY:  Elliott Riebman
9      158 East Erie
    Chicago, Illinois 60610
10     (847) 814-2900
11
12     OFFICES OF AARON B. GOLDSTEIN
    BY:  Aaron Benjamin Goldstein
    6133 South Ellis
13     Chicago, Illinois 60637
    (773) 752-6950
14
15     OFFICES OF LAUREN FAUST KAESEBERG
    BY:  Lauren Faust Kaeseberg
16     2140 N. Lincoln Park West
    Suite 307
17     Chicago, Illinois 60614
    (773) 517-0622
18
19
20
21
22
23
24
25

5619

INDEX OF EXAMINATION

WITNESS                                                         PAGE

 Question From the Jury............................ 5620

EXHIBITS

  ..................................................

1      (The following proceedings were had out of
2       the presence of the jury in open court:)
3
4              QUESTION FROM THE JURY
5
6       THE COURT:  All right, question: "Page 5,
7   some books end at Line 15, others continue on to
8   Page 9," they want to know which is correct.  They
9   specify "... because of this difference we have not
10  continued to read Pages 5 through 9."
11      So you will take a quick look now --
12      MR. SCHAR:  Sure.
13      THE COURT:  -- so I can give them an answer.
14      For the record, the tab in my binder ends at
15  Page 5, Line 15.  The binder I have is the shorter
16  version.
17      MR. GOLDSTEIN:  The one binder we're looking
18  at are Page 5 and skips to 9.
19      THE COURT:  I don't have a 9.
20    (Brief pause).
21      THE COURT:  I cannot read from the expression
22  on your face whether this is resolved or not
23  resolved.
24      MR. GOLDSTEIN:  I think it's the collective
25  understanding of the government and the

:15PM (line 10)
:17PM (line 15)
:17PM (line 20)
:18PM (line 25)

:19PM

:19PM

1  defense--well, I don't want to speak for you just
2  yet--but that it goes up to page 5, Line 15.
3           THE COURT:  And so what I propose to do,
4  since they haven't read it, is instruct the court
5  security officer to remove anything past Page 5,
6  Line 15, are we okay with this?
7           MR. SCHAR:  Yes, Judge.
8           THE COURT:  Okay.  Thanks.
9           MR. SCHAR:  Judge, would you like to have
10 these removed, the extra binders?
11          THE COURT:  Yeah, I think that's a good idea.
12          MR. SCHAR:  Okay.
13          THE COURT:  Thank you.
14
15      (Adjournment taken from 2:19 p.m.)
16
17
18
19
20
21
22
23
24
25

question by the jury                                    5622

```
                    *   *   *   *   *   *   *   *

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
                          MATTER


    /s/Blanca I. Lara                            date



 _____          _____
       Blanca I. Lara                       Date
```