5650

1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION

3  UNITED STATES OF AMERICA,        )
                                    )  No. 08 CR 888
4          Government,              )
                                    )
5  vs.                             )  Chicago, Illinois
                                    )
6  ROD BLAGOJEVICH,                 )  June 27, 2011
                                    )
7          Defendant.               )  9:19 o'clock a.m.

8
                         VOLUME 34
9                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE JAMES B. ZAGEL
10                     AND A JURY

11
   For the Government:
12
                THE HONORABLE PATRICK J. FITZGERALD,
13              UNITED STATES ATTORNEY
                BY:  Reid J. Schar
14                   Carrie E. Hamilton
                     Christopher Niewoehner
15                   Debra Bonamici
                 Assistant United States Attorneys
16              219 South Dearborn Street;
                Suite 500
17              Chicago, Illinois 60604

18
   Court Reporter:
19
                Blanca I. Lara, CSR, RPR
20              219 South Dearborn Street
                     Room 2504
21              Chicago, Illinois 60604
                   (312) 435-5895
22

23

24

25

5651

1  APPEARANCES  (continued:)

2

3  For Defendant Rod Blagojevich:

4
        KAPLAN & SOROSKY
5        BY:  Sheldon M. Sorosky
        158 West Erie
6        Chicago, Illinois 60610
        (312) 640-1776
7

8        LAW OFFICE OF Elliott Riebman
        BY:  Elliott Riebman
9        158 East Erie
        Chicago, Illinois 60610
10        (847) 814-2900

11
        OFFICES OF AARON B. GOLDSTEIN
12        BY:  Aaron Benjamin Goldstein
        6133 South Ellis
13        Chicago, Illinois 60637
        (773) 752-6950
14

15        OFFICES OF LAUREN FAUST KAESEBERG
        BY:  Lauren Faust Kaeseberg
16        2140 N. Lincoln Park West
        Suite 307
17        Chicago, Illinois 60614
        (773) 517-0622
18

19

20

21

22

23

24

25

5652

1                          INDEX OF EXAMINATION

2    WITNESS                                            PAGE

3

4     Jury Verdict.................................. 5658

5

6

7    EXHIBITS

8     ...............................................

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5653

1          (The following proceedings were had out of the
2              presence of the jury in open court:)
3          THE CLERK:  2008 CR 888, United States versus
4     Blagojevich.
5          MR. SCHAR:  Good morning, Judge.
6          Reid Schar, Chris Niewoehner and Carrie
7     Hamilton on behalf of the United States.
8          MR. GOLDSTEIN:  Good morning, Your Honor.
9          Aaron Goldstein, Sheldon Sorosky and Elliott
10    Riebman on behalf of Rod Blagojevich.
11         THE COURT:  The jury has sent a note.  I
12    think ordinarily I would not read the note as a
13    whole, but it's my belief that we are at a period of
14    time where it's unlikely to expose jurors the
15    contents of this, the note is as follows:
16        The jury has come to a unanimous decision
17         on 18 of the 20 counts.  After much
18         deliberation, we have not been able to
19         come to a unanimous decision on two of the
20         counts.  We are confident we will not be
21         able to come to an agreement on these two
22         counts even with further deliberations."
23          The views of counsel.  We'll begin with the
24    prosecution.
25         MR. SCHAR:  Judge, it's our view that

:18AM

:19AM

:19AM

:19AM

:20AM

5654

obviously they deliberated, they've been able to
reach a consensus on 18 of the 20 counts, which
means they've a good-faith effort, from the
government's perspective, they indicate that they're
not going to be able to resolve two.  This is not, I
suppose, a surprising note for a Monday in the sense
that they may have given it the weekend to try to
come back and come to a resolution this morning,
they weren't able to do that, it's the government's
view that we should take the verdict of the 18
counts.

    (Brief pause).

       MR. GOLDSTEIN:  We have no objection to that,
Your Honor.

       THE COURT:  Good.

       I will make some arrangements with the jury.
The practice with this trial, as it was with the
first trial is, there will be at least a two-hour
interval before the verdict is actually returned,
this is for two purposes:  One, to allow court
security to make necessary arrangements for securing
the availability of everybody who ought to be here.
I also, as a matter of course, notify the alternates
who did not sit and give them a period of time to
try to come here and see and actually witness the

1    verdict.  As you may recall from the first trial,
2    most of them came.  So that basically is what we're
3    going to do.
4         I will call you when I have a set time, and
5    that's basically that.
6         MR. SOROSKY:  Could we suggest a time of 1:30
7    or 2:00 o'clock?
8         THE COURT:  Actually, I think it'll be
9    sometime between 1:00 and 2:00, and the only reason
10   I'm saying this is at least you know that it's not
11   going to be any earlier than 1:00.
12        That being the case, thank you, counsel.
13        MR. SCHAR:  Judge, the note that will go
14   back, will it just simply say return the verdict on
15   the 18?  There will be some communication, I assume,
16   with the jury to indicate that they can return the
17   verdict that they have.
18        THE COURT:  Your guess is quite accurate.
19        MR. SCHAR:  Thank you, Judge.
20        THE COURT:  Thanks.
21        (Recess.)
22
23
24
25

5656

1           IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3  UNITED STATES OF AMERICA,        )
                                    )  No. 08 CR 888
4          Government,              )
                                    )
5  vs.                             )  Chicago, Illinois
                                    )
6  ROD BLAGOJEVICH,                )  June 27, 2011
                                    )
7            Defendant.            )  1:07 o'clock p.m.

8
                        VOLUME 34
9              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JAMES B. ZAGEL
10              AND A JURY - VERDICT

11
   For the Government:
12
               THE HONORABLE PATRICK J. FITZGERALD,
13             UNITED STATES ATTORNEY
               BY:  Reid J. Schar
14                  Carrie E. Hamilton
                    Christopher Niewoehner
15                  Debra Bonamici
                Assistant United States Attorneys
16             219 South Dearborn Street;
               Suite 500
17             Chicago, Illinois 60604

18
   Court Reporter:
19
                 Blanca I. Lara, CSR, RPR
20             219 South Dearborn Street
                     Room 2504
21             Chicago, Illinois 60604
                   (312) 435-5895
22

23

24

25

5657

1  APPEARANCES  (continued:)

2

3  For Defendant Rod Blagojevich:

4
        KAPLAN & SOROSKY
5       BY:  Sheldon M. Sorosky
        158 West Erie
6       Chicago, Illinois 60610
        (312) 640-1776
7

8       LAW OFFICE OF Elliott Riebman
        BY:  Elliott Riebman
9       158 East Erie
        Chicago, Illinois 60610
10      (847) 814-2900

11
        OFFICES OF AARON B. GOLDSTEIN
12      BY:  Aaron Benjamin Goldstein
        6133 South Ellis
13      Chicago, Illinois 60637
        (773) 752-6950
14

15      OFFICES OF LAUREN FAUST KAESEBERG
        BY:  Lauren Faust Kaeseberg
16      2140 N. Lincoln Park West
        Suite 307
17      Chicago, Illinois 60614
        (773) 517-0622
18

19

20

21

22

23

24

25

:37AM

Verdict                                    5658

1
2                        JURY VERDICT
3
4        (The following proceedings were had out of
5         the presence of the jury in open court:)
6            THE MARSHAL:  All rise.
7        (The following proceedings were had in the
8         presence of the jury in open court:)
9            THE COURT:  Please be seated.
10           Does the foreperson have a verdict?
11           THE FOREPERSON:  Yes, Your Honor.
12           THE COURT:  If you would hand it to the
13   marshal, please.
14       (Brief pause).
15           THE COURT:  Mr. Walker, read the verdict,
16   please.
17           THE CLERK:  2008 CR 888, United States versus
18   Rod Blagojevich, verdict form.
19       "... with respect to Count 1 of the
20        indictment, charged with wire fraud, we,
21        the jury, find defendant Rod Blagojevich
22        guilty.
23       With respect to Count 2 of the indictment,
24        charged with wire fraud, we, the jury,
25        find the defendant guilty.

1     With respect to Count 3 of the indictment
2      charged with wire fraud, we, the jury,
3      find the defendant guilty.
4     With respect to Count 4 of the indictment
5      in which defendant is charged with wire
6      fraud, we, the jury, find the defendant
7      guilty.
8     With respect to Count 5 of the indictment
9      in which the defendant is charged with
10     wire fraud, we, the jury, find the
11     defendant guilty.
12    With respect to Count 6 of the indictment
13     in which the defendant is charged with
14     wire fraud, we, the jury, find the
15     defendant guilty.
16    With respect to Count 7 of the indictment
17     in which the defendant is charged with
18     wire fraud, we, the jury, find the
19     defendant guilty.
20    With respect to Count 8 of the indictment
21     in which the defendant is charged with
22     wire fraud, we, the jury, find the
23     defendant guilty.
24    With respect to Count 9 of the indictment
25     in which the defendant is charged with

Verdict                                                          5660

1        wire fraud, we, the jury, find the

2        defendant guilty.

3     With respect to Count 10 of the indictment

4        in which the defendant is charged with

5        wire fraud, we, the jury, find the

6        defendant guilty.

7     With respect to Count 11 of the indictment

8        in which the defendant is charged with

9        attempted extortion, we, the jury, find

10       the defendant guilty."

11    -- I'm sorry, there's no verdict on that

12       count.

13    "With respect to Count 12 of the indictment

14       in which the defendant is charged with

15       attempted extortion, we, the jury, find

16       the defendant guilty.

17    With respect to Count 13 of the indictment

18       in which the defendant is charged with

19       solicitation of bribes, we, the jury, find

20       the defendant guilty.

21    With respect to Count 14 of the indictment

22       in which the defendant is charged with

23       conspiracy to commit extortion, we, the

24       jury, find the defendant guilty.

25    With respect to Count 15 of the indictment

Verdict                                                              5661

1          in which the defendant is charged with
2          conspiracy to solicit and accept bribes,
3          we, the jury, find the defendant guilty.
4         With respect to Count 17 of the indictment
5          in which the defendant is charged with
6          soliciting bribes, we, the jury, find the
7          defendant not guilty.
8         With respect to Count 18 of the indictment
9          in which the defendant is charged with
10         conspiracy to commit extortion we, the
11         jury, find the defendant guilty.
12        With respect to Count 19 of the indictment
13         in which the defendant is charged with
14         attempted extortion, we, the jury, find
15         the defendant guilty.
16        With respect to Count 20 of the indictment
17         in which the defendant is charged with
18         conspiracy to solicit and accept bribes
19         we, the jury, find the defendant guilty.
20        (Brief pause).
21            THE CLERK:  With respect to Count 11 of the
22    indictment in which the defendant is charged with
23    attempted extortion there is no verdict.
24            With respect to Count 16 of the indictment in
25    which the defendant is charged with attempted

1  extortion, there is not a verdict.

2       THE COURT:  Anyone wish to have the jury

3  polled?

4       MR. SOROSKY:  Yes, Your Honor.

5       THE COURT:  You do.

6       Mr. Walker.

7       THE CLERK:  As I call your juror number,

8  would you please stand and answer the following

9  question:

10       Juror 103, was this your verdict when you

11  signed it and is it now your verdict?

12       JUROR 103:  Yes.

13       THE CLERK:  Thank you.

14       Juror 120, was this your verdict when you

15  signed it and is it now your verdict?

16       JUROR 120:  Yes.

17       THE CLERK:  Thank you.

18       Juror 124, was this your verdict when you

19  signed it and is it now your verdict?

20       JUROR 124:  Yes.

21       THE CLERK:  Thank you.

22       Juror 131, was this your verdict when you

23  signed it and is it now your verdict?

24       JUROR 131:  Yes.

25       THE CLERK:  Thank you.

Verdict                                                    5663

1        Juror 136, was this your verdict when you
2  signed it and is it now your verdict?
3           JUROR 136:  Yes.
4           THE CLERK:  Thank you.
5        Juror 140, was this your verdict when you
6  signed it and is it now your verdict?
7           JUROR 140:  Yes.
8           THE CLERK:  Thank you.
9        Juror 142, was this your verdict when you
10  signed it and is it now your verdict?
11          JUROR 142:  Yes.
12          THE CLERK:  Juror 146, was this your verdict
13  when you signed it and is it now your verdict?
14          JUROR 146:  Yes.
15          THE CLERK:  Thank you.
16       Juror 149, was this your verdict when you
17  signed it and is it now your verdict?
18          JUROR 149:  Yes.
19          THE CLERK:  Thank you.
20       Juror 174, was this your verdict when you
21  signed it and is it now your verdict?
22          JUROR 174:  Yes.
23          THE CLERK:  Thank you.
24       Juror 179, was this your verdict when you
25  signed it and is it now your verdict?

:13PM
:13PM
:14PM
:14PM
:14PM

Verdict                                                        5664

1          JUROR 179:  Yes.

2          THE CLERK:  Thank you.

3          And juror 181, was this your verdict when you

4     signed it and is it now your verdict?

5          JUROR 181:  Yes.

6          THE CLERK:  And so say the jury, this is your

7     consolidated verdict?

8          JUROR 103:  Yes.

9          JUROR 120:  Yes.

10         JUROR 124:  Yes.

11         JUROR 131:  Yes.

12         JUROR 136:  Yes.

13         JUROR 140:  Yes.

14         JUROR 142:  Yes.

15         JUROR 146:  Yes.

16         JUROR 149:  Yes.

17         JUROR 174:  Yes.

18         JUROR 179:  Yes.

19         JUROR 181:  Yes.

20         THE CLERK:  Thank you, ladies and gentlemen.

21         THE COURT:  Any further proceedings desired

22     by any of the parties with respect to this?

23         MR. SCHAR:  No, Judge.

24         THE COURT:  For the defense?

25         MR. SOROSKY:  We would ask for a finding of

1  not guilty on the charges where the jurors could not

2  reach a verdict.

3          THE COURT:  You can deal with that

4  afterwards.

5          Do you have anything that requires the

6  presence of the jury?

7          MR. SOROSKY:  No.

8          THE COURT:  Members of the jury, I want to

9  thank you very much for your service here.  I

10 thought you were diligent both during the trial, to

11 the extent I can judge during deliberations

12 themselves.

13         I will be excusing you from jury service

14 shortly, but before I do so there's some things I

15 have to inform you about.  So what I would like you

16 to do is go back to the jury room and I will be in

17 there shortly to speak with you.

18         THE MARSHAL:  All rise.

19       (The following proceedings were had out of

20        the presence of the jury in open court:)

21         THE COURT:  Be seated in the courtroom.

22         Counsel, approach the lectern.

23       (Brief pause)

24         THE COURT:  I will expect with respect to

25 Counts 11 and 16 the government will communicate its

1  desires to me, but I'm not requiring that now.

2        With respect to post-trial motions, unless I

3  grant you extra time now, you have fourteen days.

4        Do you want more than fourteen days?

5        MS. KAESEBERG:  Yes.

6        MR. SOROSKY:  Could we have to, say, ninety

7  days?  How about --

8        THE COURT:  I'm not inclined to give you

9  ninety days, and the reason I'm not inclined to give

10  you ninety days is virtually everything that I

11  believe will be in a motion for a new trial or a

12  motion for acquittal has already been included in

13  one form or another in a fairly large volume of

14  mistrial motions.  So I don't think you have an

15  issue with that.  I'll give you twenty-eight days.

16        MR. SOROSKY:  Would the Court consider even

17  up to Labor Day or just --

18        THE COURT:  Twenty-eight days.

19        THE CLERK:  That date is July 25th.

20        THE COURT:  The government will have

21  twenty-one days to respond.

22        THE CLERK:  August 15th.

23        THE COURT:  Defendant will have fourteen days

24  to reply.

25        THE CLERK:  That's August 29th.

Verdict                                                          5667

1          THE COURT:  The issue that arises now is
2   whether I refer this to the Probation Office.  I
3   would like to get that process started, and the
4   reason I would like to get that process started has
5   to do with the one count that was found upon in the
6   first trial, the charge which was undefended in the
7   defendant's closing argument.  So possibly what I
8   want to do is I want to set a status for
9   thirty-five days from today.
10          Which is, Mr. Walker?
11          THE CLERK:  August 1st.
12          THE COURT:  And I'll have a little better
13   idea of whether it's appropriate to order a
14   Presentence Investigation Report before the
15   post-trial motions are finished because I will have
16   seen the defense post-trial motion which will be a
17   factor in my decision with respect to that.
18          With that, anybody else want to bring
19   anything up?
20          MR. SCHAR:  Judge, there are a couple of
21   different things we would like to raise with Your
22   Honor.  First of all, there's still a forfeiture
23   allegation.  We would move to dismiss that
24   allegation at this point as opposed to proceeding
25   with it, that's issue one.

1          Issue two, there have been some requests

2     about the version of the charges that went back to

3     the jurors, we'd like permission to go ahead and

4     file that, if we could.

5          THE COURT:  You can file it, but for clarity,

6     at least with respect to the public, I believe

7     Mr. walker has asked your office to prepare a chart

8     which shows how the numbers in that document

9     correspond with the numbers in the original.

10          MR. SCHAR:  And maybe we'll just provide that

11     chart as opposed to --

12          THE COURT:  I think that's probably the best

13     way to do it.

14          MR. SCHAR:  Okay.  Obviously there is issues

15     related, there are some sealed filings and there' a

16     motion that's up tomorrow --

17          THE COURT:  No, that's going to be mooted

18     because the files that were sealed, including two

19     that weren't asked for, are going to be unsealed

20     before the end of this court day.

21          MR. SCHAR:  So do we not need to appear

22     tomorrow, then?

23          THE COURT:  What?

24          MR. SCHAR:  We do not need to appear

25     tomorrow?

Verdict                                                         5669

1          THE COURT:  You do not need to appear

2    tomorrow.  And we will call counsel for the movement

3    and inform counsel for the movement that those

4    documents are entirely unsealed.

5          MR. SCHAR:  Judge, the last issue, from the

6    government's perspective, is the issue of bond.  The

7    defendant has been out on a completely unsecured

8    bond without any travel restrictions up until this

9    point.  And obviously the circumstances, given the

10   verdict that was just read here, have changed

11   significantly in terms of not only the amount to

12   have time he's facing but the seriousness of the

13   crimes for which he has now been convicted.

14          In addition to that, via the projection,

15   obviously his testimony, Judge, there is an inherent

16   finding that, at least from the government's

17   perspective, that he obstructed justice on the

18   stand, and, on top of that, if we point out to Your

19   Honor, as he continues to do, he continues to

20   repeatedly mislead the public and undermine these

21   judicial proceedings by statements that he has made

22   of obvious baseless statements you made to him, Your

23   Honor, which he knows are not true when he goes out

24   to the public and says them I expect will continue.

25          We're not asking for detention at this point,

Verdict                                                    5670

1  but, obviously, Judge, the situation at the time of
2  sentencing may change, but we are asking that now
3  that we've dismissed the forfeiture allegations,
4  that he secure his bond with the properties that
5  were at issue there, and we're asking for any travel
6  restrictions to the Northern District of Illinois.
7  And on top of that, and I don't know if it changes
8  Your Honor's view in terms of the Presentence
9  Report, but we would like a sentencing date as
10  quickly as we can get one and certainly without
11  delay to resolve the end of this case.
12         THE COURT:  With respect to your second
13  request, based on the schedule I've set, I'm
14  inclined to honor it, but I think in fairness to the
15  defendant I should look at his motion for new trial
16  before I do that.  And if I am satisfied that there
17  is at least a substantial chance that he will be
18  sentenced on at least one count, and I suspect maybe
19  more than one count, I will order the Presentence
20  Investigation at that time.  And the Presentence
21  Investigation can be excited largely because a lot
22  of the information the probation officer would
23  ordinarily secure by interviewing and checking
24  records is a matter of public record.  So a lot of
25  the background stuff won't be too difficult to do,

1  so I think a short date will work for them as well.

2       That being said, the bond, release order

3  issue, you want to speak to that one for the

4  defense?

5       MR. SOROSKY:  I just don't understand

6  what -- is it the government's request to have the

7  home put up as additional security, is that what, in

8  effect, he's saying in street talk?

9       THE COURT:  I think what the government wants

10 is everything that is named in the forfeiture to be

11 put up to the extent he has any interest at all.  It

12 may very well be that he's profoundly indebted with

13 respect to this stuff, but still, they're entitled

14 to have that done.  And I will order that done

15 within the next seven days, if it's legally

16 possible, I think it is.

17      With respect to the travel restriction, I'm

18 imposing the travel restriction for fourteen days --

19 actually, I'm imposing the travel restriction,

20 period.  He may not travel outside the Northern

21 District of Illinois without permission of the

22 Court, and this does not mean that I would never

23 grant permission, I may, under certain

24 circumstances, do so, but for now that restriction

25 applies.

1       And you can report back to me, one attorney
2   perhaps from each side rather than many, in
3   seven-day's time and tell me if the security aspect
4   of the case is resolved.
5       MR. SOROSKY:  We'll talk with the government
6   and try to resolve it.
7       THE COURT:  And I think you will.
8       Anything further:
9       MS. KAESEBERG:  I believe you never ruled on
10  our motion for judgment of acquittal, so we renew
11  that notwithstanding the verdict.
12      THE COURT:  I think you should incorporate
13  all of that in your motion for a new trial, since
14  there's actually no purpose being served by it at
15  this stage.  So what I'm going to do is I'm denying
16  the motion for judgment of acquittal as moot and you
17  can raise the same things in the motion for a new
18  trial or for a judgment of acquittal in connection
19  with the motion for new trial.
20      Are we done?
21      MR. SCHAR:  I believe we are, Judge.
22
23
24
25

1          THE COURT:  Thank you, counsel.

2          THE CLERK:  All rise.

3

4

5       (Which concluded the proceedings had on

6        this date in the above entitled cause.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Verdict                                                          5674

&ast;      &ast;      &ast;      &ast;      &ast;      &ast;      &ast;      &ast;

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
                        MATTER


  /s/Blanca I. Lara                          date


 _____          _____
       Blanca I. Lara                          Date