1

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )   No. 08 CR 888
         Government,            )
                                )
vs.                             )   Chicago, Illinois
                                )
ROD BLAGOJEVICH,                )   April 22, 2010
ROBERT BLAGOJEVICH,             )
                                )
         Defendants.            )   5:02 o'clock p.m.
```

                TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE JAMES B. ZAGEL


For the Government:

             THE HONORABLE PATRICK J. FITZGERALD,
             UNITED STATES ATTORNEY
             BY:  Reid J. Schar
                  Carrie E. Hamilton
                  Christopher Niewoehner
             Assistant United States Attorneys
             219 South Dearborn Street
             Suite 500
             Chicago, Illinois 60604


Court Reporter:

             Blanca I. Lara, CSR, RPR
             219 South Dearborn Street
                    Room 2504
             Chicago, Illinois 60604
                  (312) 435-5895

1  APPEARANCES   (continued:)

2

3  For Defendant Rod Blagojevich:

      KAPLAN & SOROSKY
4        BY:   Sheldon M. Sorosky
      158 West Erie
5        Chicago, Illinois 60610
      (312) 640-1776
6

7

      OFFICES OF AARON B. GOLDSTEIN
8        BY: Aaron Benjamin Goldstein
      6133 South Ellis
9        Chicago, Illinois 60637
      (773) 752-6950
10

11

12  For Defendant Robert Blagojevich:

13        ETTINGER, BESBEKOS, PARISI
      BY:  Michael D. Ettinger
14            Cheryl Ann Schroeder
      12413 South Harlem
15        Suite 203
      Palos Hills, Illinois 60453
16        (708)598-1111

17

18

19

20

21

22

23

24

25

:02PM   1      (The following proceedings were had in Room
        2    2582:)
        3         THE COURT:  We're here and there's a court
        4  reporter here to record this, but this is not a
:02PM   5  hearing.  We are not going to address anything
        6  having to do with anybody's motions.  My question is
        7  is addressed to the technical issues of how
        8  something which was in theory redacted was not
        9  redacted, or to put it another way, the document
:02PM  10  identifier seen clearly shows redactions.
       11         MR. SOROSKY:  Right.  Let me say this,
       12  Sheldon Sorosky, S-o-r-o-s-k-y, on behalf of the
       13  defense, we're here with Aaron Goldstein.
       14         Judge, whatever occurred was certainly not
:03PM  15  intentional.  We're sorry for what occurred, but we
       16  honestly believe we did it the right way, and I'll
       17  add a fourth point, even though I said of a third,
       18  from a strategy point of view, not that it made much
       19  difference, but it was our desire that this not be
:03PM  20  exposed as readily as it was.
       21         THE COURT:  Which I accept.
       22         MR. SOROSKY:  That's true.
       23         THE COURT:  I cannot possibly see what good
       24  this will do you from a tactical point of view.  But
:03PM  25  do we know why?  And then I'm not concerned about

1 this or its effect on the case, or at least I'm not
2 concerned here, what I'm concerned about is
3 repetition.
4     MR. SOROSKY: Let me say this and perhaps
5 Aaron can explain why. We are willing in the future
6 to file all under sealed documents the old fashion
7 way, in person, in the era before computers. So
8 we'll do it that way, we're willing to do that as of
9 now. I'm not saying any routine document, but any
10 sealed document we will do that in the future, and
11 however the government wants it done, we'll file it
12 with them, so this won't happen again.
13     THE COURT: Has the government made any
14 inquiry into what happened? I'm sure what they did
15 is they broke whatever it was.
16     MR. SCHAR: The issue is a technical one, but
17 as I understand it, Judge, unless you redact things
18 properly and just turn it into a PDF, you can redact
19 it and scan it in or you take out certain data once
20 you turn it into an PDF document. Simply filing it
21 in, there's a way to then copy the PDF, the document
22 that is filed, into either word perfect or use
23 programs which exist, which we were able to do
24 pretty quickly to simply un-redact. So the
25 individuals who don't know what they are doing are

1 filing it, that's what ends up happening.
2     THE COURT: Okay.
3     MR. SCHAR: Obviously, a motion to address
4 that at a later time.
5     There is a couple of things we want to state
6 on the record or at least seek some clarification on
7 that are of growing concern.  First, you'll take
8 Mr. Sorosky at his word, he doesn't want this in the
9 public domain, I point out footnote 2 of the special
10 filing which suggests the entire thing be unsealed.
11 So I don't know if there is the consistency between
12 the filing and what we're hearing in court.
13     We understood there was an in-camera
14 proceeding relating to very certain information that
15 was provided and during that in-camera proceeding,
16 which was fully under seal, we obviously provided a
17 sheet of information to defense counsel and it was
18 our understanding, and I think you made clear, in
19 that proceeding the litigation anything relating to
20 that document, which was still on, was to remain
21 under seal.  And specific to that particular
22 litigation, within days from that occurring, we
23 heard from a lawyer at Winston who represents
24 Cellini, in fact, they told in the in-camera
25 proceeding Rezko had been brought in the in-camera

proceeding and documents provided to the defense, which we understood came to defense counsel. We were in court yesterday. Clearly this is not a filing that got put together last night. There have been numerous subpoenas pitched by defense counsel, including subpoenas to sitting senators, and this is the only one they sought to file publicly. They could have sought any type of guidance yesterday as to whether if filed in whole in the initial instance or any other thing. They chose not to do that for reasons I don't fully understand.

I don't doubt the error in the filing of it was a mistake; however, it's very troubling to the government that the document that was actually provided is cited now in the public domain at some detail at paragraph 22 when that is still an issue of ongoing in-camera litigation and in fact again citing footnote 2 they suggest that information related to Mr. Rezko should be in the public domain.

You know, this could have been resolved very easily by -- in fact, I talked to Mr. Sorosky this morning if they were going to file anything, and no definitive reaction, even if, just as a courtesy, like we did with the Santiago proffer, particularly given the sensitivity and the references still

pending matters under seal in-camera litigation as opposed to for whatever reason doing it the way they did.

So in the government's view, there is a disturbing and continuing trend as to how this is being litigated and how serious certain individual on the defense side, particularly certain individuals who may not choose to appear here, haven't appeared in the last in-camera hearing taking the type of information that has been provided.

THE COURT: Well, you said it and I'll deal with it in the ordinary course of hearings rather than meetings, and I'm sure Mr. Sorosky will pay attention to your expression and discuss it with his co-counsel.

MR. SOROSKY: Well, I couldn't help, obviously your last reference was to Sam Adam, Jr. He was not at the last in-camera hearing we had because he was in the middle of another trial. And, as a matter of fact, with all due respect, he was preparing witnesses on our side of the defense today, as you told me earlier this week you were preparing witnesses and he really had nothing to do with the filing of this motion. I'm not saying he

1 didn't have any input into the preparation and
2 content of the motion, I'm not saying that, but he
3 truly had nothing to do with the E filing of the
4 motion.
5 　　　　So, frankly, you're barking up the wrong tree
6 if you feel he in any way intended this to occur.
7 He did not.  None of us intended this to occur.  And
8 we're sorry for what happened.  And in the future, I
9 make the suggestion as an old-timer, anytime you
10 want to file something under seal, we'll do it the
11 old fashion way, we'll do it in person so it will
12 not happen again.  I don't know what else we could
13 say.
14 　　　　MR. SCHAR:  The only other thing I would add,
15 I know the press is outside.  We did not tell them
16 about this hearing.
17 　　　　MR. SOROSKY:  We did not talk to them today,
18 I didn't tell them.
19 　　　　THE COURT:  The point I tried to make, this
20 is not a hearing.  This is a meeting for the sole
21 purpose of which was to hear a discussion about how
22 this may have happened and I've heard it.  For what
23 it's worth, the press in not saying as to how they
24 got this.  Maybe they didn't have to use the most
25 sophisticated means to get it, but if I could

1 analogize for a minute, even if the window is left
2 open or the door unlocked, still not an invitation
3 to commit burglary.  You know they knew it was under
4 seal, they acknowledged it was under seal, and they
5 acknowledged they did certain things to unseal it,
6 but that doesn't matter, they're not a party here.
7     MR. SOROSKY:  I understand.  I understand.
8     THE COURT:  We'll deal with this in the
9 course of a hearing.
10     Thank you.
11
12   (which concluded the proceedings had on
13    this date in the above entitled cause.)
14
15
16
17
18
19
20
21
22
23
24
25

:11PM (line 5)
:11PM (line 10)

```
 1
 2           *     *     *     *     *     *     *     *
 3
 4
 5  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
 6  FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED
 7                           MATTER
 8
 9
10     /s/Blanca I. Lara                        date
11
12
13
14
15  _____         _____
16        Blanca I. Lara                        Date
17
18
19
20
21
22
23
24
25
```