

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

October 25, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA v. Rod Blagojevich

U.S.D.C. DOCKET NO. : 08 CR 888-1

U.S.C.A. DOCKET NO. : 11-3853

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S) 1 pdf

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: _____
Laura Springer, Deputy Clerk

I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 1-18-12.

USDC NO. : 08 CR 888-1

USCA NO. : 11-3853

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 10/24/12 | 1122 | Transcript of proceeding before Judge Zagel on 4/22/10. |
| 10/24/12 | 1123 | Transcript of proceeding before Judge Zagel on 2/7/11. |
| 10/24/12 | 1124 | Transcript of proceeding before Judge Zagel on 12/19/11. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 25 day of 10/2012.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: *[signature]*
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: OCT 2 5 2012

Thomas G. Bruton, Clerk

By: *[signature]*
Laura Springer, Deputy Clerk

appsupcer.wpt