

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

November 16, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA -v- Blagojevich

U.S.D.C. DOCKET NO. : 08 cr 888-1

U.S.C.A. DOCKET NO. : 11-3853

Dear Mr. Agnello:

Please find attached the *supplemental* record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF *ELECTRONIC TRANSCRIPT*          1

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:    *ORIGINAL record transmitted on 1/18/12*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ D. Jordan ,Deputy Clerk

I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in *supplement* to the Record on Appeal heretofore certified to your court on 1/18/12.

USDC NO. : 08 cr888-1

USCA NO. : 11-3853

| DATE | ITEM NO. | DESCRIPTION |
|------|----------|-------------|
| 11/7/12 | 1129 | TRANSCRIPT of proceeding held 10/22/10 |

    IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 16th day of Nov. 2012.

    Thomas G. Bruton, Clerk

    By:/s/ D. Jordan, Deputy Clerk

appsupcer.wpt