UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 888 |
| *Plaintiff*, | ) | |
| | ) | Honorable James B. Zagel, |
| vs. | ) | Judge Presiding |
| | ) | |
| ROD BLAGOJEVICH, | ) | |
| | ) | |
| *Defendant*. | ) | |

**MOTION FOR EXPEDITED TRANSCRIPTION
OF JUNE 14, 2010 TRIAL PROCEEDINGS**

NOW COMES Defendant ROD BLAGOJEVICH, by and through his attorneys, and respectfully moves this Honorable Court for an Order authorizing the expedited transcription of the June 14, 2010 trial proceedings in the above-captioned matter. In support of this motion the following is offered:

1. On January 5, 2012, counsel ordered transcripts of Defendant Blagojevich's two jury trials. Included in that order was the transcript of June 14, 2010, which contains the first part of the cross-examination of Alonzo Monk, from the first trial.

2. It has come to counsel's attention that the June 14, 2010 transcript is not included in the transcripts that counsel has received.

3. Defendant's opening brief in his appeal pending in the Seventh Circuit Court of Appeals is currently due to be filed on June 24, 2013.

WHEREFORE, for the foregoing reasons, Defendant ROD BLAGOJEVICH, requests that this Honorable Court for an Order authorizing the expedited transcription of the June 14, 2010 trial proceedings.

> Respectfully submitted,
> */s/ Leonard C. Goodman*
> LEONARD C. GOODMAN

Leonard C. Goodman
Len Goodman Law Office LLC
53 West Jackson Blvd.
Suite 1650
Chicago, IL 60604
(312) 986-1984

Lauren Kaeseberg
158 W. Erie
Chicago, IL 60654
(773) 517-0622

*Attorneys for Defendant Rod Blagojevich*

June 7, 2013

## **CERTIFICATE OF SERVICE**

      I, LEONARD C. GOODMAN, certify that in accordance with FED. R. CRIM. P. 49, LR5.5, and the General Order on Electronic Case Filing (ECF), the Defendant's Motion for Expedited Transcription of June 14, 2010 Trial Proceedings was served pursuant to the district court's ECF system as to ECF filers, on June 7, 2013, and if any, were sent by first-class mail or by hand deliver to non-ECF filers.

                                        */s Leonard C. Goodman*
                                        LEONARD C. GOODMAN