



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

July 29, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

**FILED**
JUL 29 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: USA v. Blagojevich

U.S.D.C. DOCKET NO. : 08 CR 888

U.S.C.A. DOCKET NO. : 11-3853

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S) 1 pdf

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ Laura Springer
Laura Springer, Deputy Clerk

I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 5/25/10.

USDC NO. : 08 CR 888

USCA NO. : 11-3853

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 7/25/13 | 1193 | Transcript of proceeding before Judge Zagel on May 5, 2011. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 29th day of July, 2013.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: Laura Springer
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUL 29 2013

Thomas G. Bruton, Clerk

By: Laura Springer, Deputy Clerk

appsupcer.wpt