

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670



December 19, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA V. Blagojevich et al

U.S.D.C. DOCKET NO. : 08cr888-1

U.S.C.A. DOCKET NO. : 11-3853

U.S.C.A. – 7th Circuit
RECEIVED
DEC 19 2013 GW
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:  **1 Volume of Trial Exhibits**

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:  **Original Record Transmitted on 1/18/2012**

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By:/s/ K. Johnson, Deputy Clerk