

**THOMAS G. BRUTON**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

January 14, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA v. Blagojevich

U.S.D.C. DOCKET NO. : 08 CR 888

U.S.C.A. DOCKET NO. : 11-3853

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S) 1 pdf

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

Very truly yours,

Thomas G. Bruton, Clerk

By:_____
Laura Springer, Deputy Clerk

I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 5/25/10.

USDC NO. : 08 CR 888

USCA NO. : 11-3853

| DATE | ITEM NO. | DESCRIPTION |
|------|----------|-------------|
| 1/7/14 | 1206 | Motion to supplement record (without sealed exhibits) |
| 1/10/14 | 1213 | Response to motion |
| 1/13/14 | 1214 | Order granting motion to supplement |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 14 day of January, 2014 .

Thomas G. Bruton, Clerk

By:_____
Laura Springer, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

January 14, 2014

appsupcer.wpt