# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 21, 2015

Before:
> FRANK H. EASTERBROOK, *Circuit Judge*
>
> MICHAEL S. KANNE, *Circuit Judge*
>
> ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 11-3853 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ROD R. BLAGOJEVICH, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cr-00888-1<br>Northern District of Illinois, Eastern Division<br>District Judge James B. Zagel ||

    The convictions on Counts 5, 6, 21, 22, and 23 are **VACATED**; the remaining convictions are **AFFIRMED**. The sentence is **VACATED**, and the case is **REMANDED** for retrial on the vacated counts. Circuit Rule 36 will not apply. If the prosecutor elects to drop these charges, then the district court should proceed directly to resentencing. Because we have affirmed the convictions on most counts and concluded that the advisory sentencing range lies above 168 months, Blagojevich is not entitled to be released pending the further proceedings. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)