# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

August 19, 2015

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*



| | |
|---|---|
| No. 11-3853 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee*, | |
| v. | No. 08 CR 888-1<br>James B. Zagel, *Judge*. |
| ROD BLAGOJEVICH,<br>*Defendant-Appellant*. | |

**Order**

Defendant-appellant filed a petition for rehearing and rehearing en banc on August 4, 2015. No judge in regular active service has requested a vote on the petition for rehearing en banc,[*] and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

---

[*] Judge Flaum did not participate in the consideration of this petition.