IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 888 |
| *Plaintiff*, | ) | |
| | ) | Honorable James B. Zagel |
| vs. | ) | Judge Presiding |
| | ) | |
| ROD BLAGOJEVICH, | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that ROD BLAGOJEVICH, Defendant above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action by the District Court on August 12, 2016.

Dated this 23rd day of August, 2016, at Chicago, Illinois.

                                                                                                             Respectfully submitted,

                                                                                                             /s/ Leonard C. Goodman
                                                                                                             LEONARD C. GOODMAN

Leonard C. Goodman
53 West Jackson Blvd., Suite 1650
Chicago, IL 60604
(312) 986-1984
lcgoodman@rcn.com

**CERTIFICATE OF SERVICE**

Leonard C. Goodman, Attorney at Law, hereby certifies that the foregoing, Defendant's **NOTICE OF APPEAL**, was served on August 23, 2016, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Leonard C. Goodman
LEONARD C. GOODMAN