N9

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 16, 2017

**FILED**

JUN 16 2017 an

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| No. 16-3254 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ROD R. BLAGOJEVICH,<br>Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cr-00888-1
Northern District of Illinois, Eastern Division
District Judge James B. Zagel

The mandate or agency closing letter in this cause issued on June 13, 2017.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS: Entire record returned consisting of

Exhibits: 1

Sealed Envelopes: 1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** 6/16/2017

**Received by:** *[signature]*

form name: **c7_Record_Return_toDC**(form ID: **205**)