UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 888 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| ROD BLAGOJEVICH, ET AL. | ) | |

## **WITHDRAWAL OF COUNSEL**

Please take notice that the following Assistant United States Attorneys are no assigned to this case: Carrie E. Hamilton, Christopher Niewoehner, J. Gregory Deis, Julie B. Porter, and Melissa A Childs.

                                              Respectfully submitted,

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

By:    */s/ Debra Riggs Bonamici*
       DEBRA RIGGS BONAMICI
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 353-3741